ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE CAROLINA

EL PUEBLO DE PUERTO RICO      *
                             *
V.                           *        CASO NUM: FVI 95 G...(...)
                             *
JUAN CRESPO MORALES          *        DELITO CONTRA VIDA

ACUSADO-APELANTE

************************************



TRNSCRIPCION VISTA EN SU FONDO

USO OFICIAL

CINTA # 6 a la cinta 10

Continua Testimonio De
Miguel Angel Torres, y Contiene los de Agueda Dolores (Pag. Tape6 to 10-34),
Mercedes Ortiz (Tape 6 to 10-118) y empieza el de Regino Burgos Torres (Tape 6 to 10-170)

Melba Gónzalez
Taquigrafa de Record
Tel. 753 6999

POR EL HON. FISCAL:

P    Buenos días, testigo. En voz alta y dirigéndose a las damas y caballeros del jurado, ¿nos podría decir su nombre?

R    Mi nombre es Regino Burgos Torres.

P    Regino, indíqueles a las damas y caballeros del jurado qué edad usted tiene actualmente.

R    Veinticinco años.

P    ¿Usted nos puede indicar su estado civil?

R    Convivo.

P    ¿Usted convive con quién, Regino?

R    Con Yesenia Figueroa.

P    ¿Aproximadamente cuánto tiempo hace que usted convive con Yesenia Figueroa?

R    Tres años.

P    Le pregunto si como parte de esa relación que usted ha mantenido con Yesenia Figueroa si han tenido niños.

R    Sí, una niña.

P    ¿Usted les puede señalar a las damas y caballeros del jurado dónde usted se crió en los primeros años de su vida?

R    En Santurce.

P    ¿En qué área usted residió de Santurce, Regino?, ¿en qué área usted residió?

R    ¿En qué área?

P    Sí.

R    A en, en el Cacerío Las Margaritas.

P    ¿Algún otro sitio que usted haya residido dentro del área de Santurce?

R    Cantera.

P    En el área de Cantera ¿como cuanto tiempo usted vivió?

R    Aproximadamente dos años y medio.

P    Infórmeles a las damas y caballeros del jurado si usted en algún momento como parte de su vida usted se llegó a desempeñar ocupacionalmente en aglún trabajo.

Tapes 6 to 10 - 170

R    Sí, de construcción y con los años, este, cable de fibra óptica de la Telefónica, compañía privada.

P    ¿Como cuánto tiempo usted estuvo trabajando en esas dos tareas, Regino?

R    Como un año y medio.

P    ¿Por qué no continuó desempeñando esas funciones?

R    Tenía muchos problemas en la situación en mi trabajo.

P    ¿Más o menos cuáles eran esos problemas si usted nos puede explicar?

R    Bueno, los problemas eran de, se atrasaban los pagos y no llegaba el material para trabajar y nos atrasábamos.

P    Una vez usted finaliza de trabajar en trabajos de construcción e instalando fibras ópticas, ¿a qué usted se dedicó, Regino?  Después que dejó esa función ocupacional.

R    Pues, eh, por la vía delictiva.

P    ¿Usted le puede indicar al jurado a qué es lo que usted se refiere por la vía delictiva?

R    Pues, este, negocios con droga y vender droga.

P    Infórmeles a las damas y caballeros del jurado cómo ocurrió eso, ¿cómo usted llegó entonces a envolverse en esos negocios de droga y a vender droga?

R    Pues, la situación económica y, pues problemas en el hogar.

P    Cuando usted empezó a realizar esas funciones de los negocios de drogas, le pregunto si usted trabajaba para alguien en particular.

R    Sí.

P    ¿Para quién?

R    Para Cristóbal Ramos Sánchez.

P    Esa persona, Cristóbal Ramos Sánchez, ¿a qué se dedicaba, Regino?

R    A lo mismo, vender, vender droga.

P    Pero dentro del contexto de la relación que usted tenía con Cristóbal, o sea, ¿cuál era la posición que ocupaba Cristóbal y cuál era la posición suya?

R    El era jefe y yo era socio de él y él era, era jefe mío ahora.

P    ¿Usted nos puede indicar en qué áreas Cristóbal Ramos Sánchez vendía droga?

Tapes 6 to 10 - 171

R    En Cantera, en Loíza...

P    Sí.

R    ...Barrio Obrero.

P    ¿Algún otro sitio?

R    No, no.

P    ¿Cuánto tiempo usted estuvo trabajando con Cristóbal?

R    Como tres a..., años.

P    ¿Como tres años?

R    Sí.

P    ¿Usted les podría describir a las damas y caballeros del jurado cómo es físicamente ese sujeto que usted identifica como Cristóbal Ramos Sánchez?

R    Pues Cristóbal es de piel trigueña, pelo negro rizo, eh, mide como s..., como 6'2", eh, tú sabes.

P    Con relación a la edad suya, ¿más o menos qué edad tenía Cristóbal?

R    ¿Qué edad tenía?  Como 35 ó 36 años.

P    ¿Por qué razón usted dejó de trabajar para la organización que tenía Cristóbal?

R    Porque ocurrieron unas muertes que me rehusé a, a llevar y me molesté con él y eso le molestó a él porque él no estuvo de acuerdo.

P    Infórmeles a las damas y caballeros del jurado por qué razón usted se negó a llevar a cabo unas muertes que aparentemente Cristóbal le había ordenado a usted, ¿por qué razón usted se negó a hacerlas?

R    Porque las personas ... las personas trabajaban para él, pero no tenían que ver, tú sabes, con unos sinnúmeros de robos que le hicieron a él y él estaba su, para su consciente estaba seguro de que habían sido esas personas, pero yo sabía que era, que así no era y me dijo a mí que los matara y yo no, le dije que no, que yo estaba seguro de que no habían sido las personas y le dije que no y envió a otras personas y, y mataron las personas y yo me molesté y ahí, pues poco a poco, pues nos fuimos separando la amistad.

P    Infórmeles a las damas y caballeros del jurado si dentro del tiempo de esos tres años que usted trabajó con Cristóbal usted llegó a producirle la muerte a alguna persona.

R   Sí.

P   ¿Sí?

R   Sí.

P   ¿Usted podría aproximadamente en cuantas ocasiones usted trabajando para Cristóbal le produjo la muerte a otras personas?

R   Sí.

P   ¿Sí?

R   Sí.

P   ¿Cuántas?

R   Siete.

P   ¿Usted les puede informar a las damas y caballeros del jurado en qué forma se llevaban a cabo esas muertes, Regino?

R   ¿En qué forma?

P   Sí, en qué forma.

R   Bueno, en tiroteos de, tú sabes, no, de, de, de bandos, de guerras, un cacerío por la barriada de Cantera; nos encontrábamos en la calle y, pues de parte y parte nos tirábamos y siempre habían heridos o muertos.

P   Esas siete personas que usted señala que como parte del trabajo que usted tenía en la organización de Cristóbal usted les produjo la muerte, ¿qué relación tenían con las drogas?

R   Pues dos, dos o tres de ellos eran dueños, eran jefes y los demás eran trabajadores.

P   ¿Jefes de qué y trabajadores de qué?

R   Pues eran jefes, tenían diferentes puntos de caceríos y de barriadas y los demás eran gatilleros de ellos, eran guardaespaldas.

P   Cuando usted les señala a las damas y caballeros del jurado que eran dueños, que tenían puntos, que eran jefes que tenían puntos, ¿qué es eso de un punto?

R   Pues en un sector, pues que se vende droga en una esquina, diferentes clases de droga.

P   Usted, mientras trabajaba para Cristóbal, ¿llegó a desempeñar esas funciones, vendiendo drogas en los puntos?

Tapes 6 to 10 - 173

R   De organizar y estar pendiente de, de, del punto, que se hiciera lo correcto y que no robaran y...

P   ...ININTELIGIBLE... de finalizar la relación que tenía con Cristóbal, ¿qué hizo, Regino?

R   Pues cuando finalicé la de trabajar con él, pues se dividió Cantera en dos, una mitad de él y una mitad mía y nos dejamos de hablar y, pero habían roces siempre.

P   Una vez se divide ese sector de Cantera, ¿qué sector entonces usted empezó a trabajar, usted directamente?

R .   Pues él se quedó con, con el área de la, de la calle principal de Cantera y yo me quedé con el Condadito Final de Cantera, que divide con la Iglesia Juan Bosco.

P   ¿Cuál fue la calle que usted señaló que usted estaba controlando?

R   Condadito Final en Cantera.

LCDO. FARINACCI:

Yo no entiendo una nota que divide una iglesia, ésa no l...

HON. JUEZ:

Sí, si puede explicar esa declaración.

R   Tú sabes, que desde la parte que me correspondía, pues hay una iglesia que es la que divide, que es la grande de don Bosco, una iglesia grande, que es la que divide del sector de él al sector mío.

HON. JUEZ:

Adelante.

POR EL HON. FISCAL: ·

P   ¿Cómo se llevó a cabo esa división?, ¿eso fue que ustedes se pusieron de acuerdo o cómo fue eso?

R   En un cierto momento nos pusimos de acuerdo y quedamos en que yo me quedaba por allá tranquilo y él se iba a quedar por allá tranquilo, pero esas palabras como él las dijo, pues después al cabo de dos meses no se llevaron, no se llevaron como tenía que ser, como quedamos.

P   Cuando usted se separa de la organización de Cristóbal, ¿quiénes permanecían trabajando para él?

Tapes 6 to 10 - 174

R    ¿Para él?

P    Sí.

R    Pues Chino, am..., Junito Cuajo, Tito Rayita, Andrés y Willy "Care" y otro sin..., otras personas más que ahora no me acuerdo de los nombres. Esos eran sus, sus guardaespaldas personales.

P    Los guardaespaldas personales ¿de quién?

R    De Cristóbal Ramos Sánchez.

P    ¿Cuáles eran las funciones de un guardaespaldas de un jefe de una organización de venta de drogas?

R    Pues, eh, tú sabes, primeramente cuidar su dinero y, pues en el caso cuando habían problemas de que alguien le, lo fuera a tirotear o a darle muerte, pues lo protegieran.

P    Indíqueles a las damas y caballeros del jurado si usted realizó esas funciones de guardaespaldas para Cristóbal.

R    Sí, muchas veces.

P    En el área esa del Condadito Final donde usted señala que tenía el área que usted controlaba, ¿cuántos puntos usted tenía allí?

R    Solamente uno.

P    ¿Usted les puede informar a las damas y caballeros del jurado en términos de la productividad de ese punto cuánto dinero semanalmente le producía el punto que usted tenía?

R    Bueno, aproximadamente yo me estaba ganando como c..., como $5,000 semanal solamente.

P    Las drogas que usted estaba vendiendo en el punto suyo, ¿usted es el que vendía la droga?

R    No.

P    ¿Quiénes vendían la droga?

R    Este, otras personas que trabajaban conmigo.

P    La droga que usted vendía en el punto suyo, ¿de dónde usted la sacaba?

R    ¿Se dónde yo la sacaba?

P    Sí, ¿de dónde usted la sacaba o a quién se la compraba?

R    Se la compraba a otras personas, a amistades que tenía que era que le suplían a Cristóbal y me suplían a mí y así obtenía la droga.

P    Indíqueles a las damas y caballeros del jurado, Regino...

R    Ujum.

P    ...si usted conoce a una persona de nombre Juan Crespo Morales.

R    Sí.

P    ¿La conoce?

R    Sí.

P    ¿Por qué usted conoce a esa persona?

R    ¿Por qué la conozco?

P    Sí.

R    Este, tú sabes, me la presentaron y la conozco personalmente y he hablado con ella.

P    Infórmeles a las damas y caballeros del jurado si esa persona, Juan Crespo Morales, usted la conocía por algún apodo en particular.

R    Sí.

P    ¿Cuál era el apodo?

R    Yiye.

P    Yiye. Infórmeles a las damas y caballeros del jurado si esa persona de la cual usted está hablando si se encuentra presente en esa sala.

R    Sí, se encuentra aquí.

P    Enséñesela a las damas y caballeros del jurado. Bien, su señoría, que conste para efectos del registro de que el testigo está señalando al señor imputado.

HON. JUEZ:

Así se hace constar.

POR EL HON. FISCAL:

P    Regino, infórmeles a las damas y caballeros del jurado a qué se dedicaba Juan Crespo Morales.

Tapes 6 to 10 - 176

R    Pues a la venta de drogas.

P    ¿En qué área el acusado se dedicaba a la venta de drogas?

R    Barrio Obrero, eh, Río Grande y Trujillo Alto.

P    ¿Barrio Obrero, Río Grande?

R    Y Trujillo Alto.

P    Y Trujillo Alto. Indíqueles a las damas y caballeros del jurado cuándo y en qué circunstancias usted conoció al Sr. Juan Crespo Morales.

R    Pues lo conocí en las circunstancias de, de las dos muertes de sus hermanos porque no lo co..., no lo conocía, conocía más que a sus hermanos.

P    Usted dice que no lo conocía, ¿a quién era que usted conocía?

R    A Rober...

LCDO. FARINACCI:

¿A quién?

POR EL HON. FISCAL:

R    Había visto a Pucho y me lo presentó Armando, pero no era la amistad como tanto la tenía yo con Armando, con el hermano de Crespo.

P    Y a Armando, ¿qué tiempo hacía que usted lo conocía?

R    Como tres, como tres años por ahí.

P    ¿Como tres años?

R    Sí.

P    ¿A qué se dedicaba Armando Crespo Morales y a qué se dedicaba Pucho Crespo Morales?, ¿a qué se dedicaban ellos?

R    Pues Armando, pues tenía punto de droga y vendía droga y Pucho, tú sabes, pa' mi entender, pues era mecánico, pero no sabía si bregaba con droga o no.

P    ¿Qué pasó con los hermanos de Yiye, el acusado?

R    Pues, tú sabes, por problemas, por problemas que tenía, pues le dieron muerte a, en Barrio Obrero.

HON. FISCAL:

Su señoría, que conste para el registro que hemos mostrado al compañero de la defensa

Tapes 6 to 10 - 177

dos exhibits, dos fotografías en relación con las dos personas que nos está hablando el testigo. Se las hemos mostrado y los compañeros señalan que no tiene ningún reparo en...

HON. JUEZ:

Muy bien.

HON. FISCAL:

...que se ...ININTELIGIBLE....

HON. JUEZ:

Claro, muy bien, se ordena que se marquen como exhibits del Pueblo de Puerto Rico, ambas fotografías.

LCDO. FARINACCI:

Quisiéramos que nos diera el número de exhibit para...

HON. JUEZ:

¿Cómo no? Tan pronto se marquen, la secretaria informará los números.

SECRETARIA:

Los Exhibits 27(a) y 27(b) de ...ININTELIGIBLE....

HON. JUEZ:

Sí, bueno...

SECRETARIA:

Exhibits 27(a) y 27(b).

HON. JUEZ:

Correcto. Adelante, señor fiscal.

POR EL HON. FISCAL:

P    Regino, le voy a mostrar lo que ha sido marcado como el Exhibit 27(a) del Ministerio Público para que usted examine el contenido del Exhibit y les diga a las damas y caballeros del jurado si usted reconoce el rostro de la persona que aparece en ese Exhibit.

R    Sí.

P    ¿Quién es esa persona?

R    Armando.

P    ¿Qué relación tenía esa persona con el acusado?

R   Hermano.

P   Le voy a mostrar lo que ha sido marcado como el Exhibit 27(b) para que lo examine y les diga a las damas y caballeros del jurado si usted reconoce a la persona que ilustra ese Exhibit, ése.

R   Sí, Pucho.

P   ¿Pucho? Enséñeselo a las damas y caballeros del jurado. Enséñele el Exhibit 27(a) al jurado que usted identificó como Armando.

HON. FISCAL:

¿Nos podríamos acercar brevemente, su señoría...?

HON. JUEZ:

Adelante, compañero, al estrado.

### ...REUNION EN EL ESTRADO...

HON. JUEZ:

Bien, por estipulación de las partes se da como hecho probado que Armando Crespo Morales murió en forma violenta el día 30 de marzo de 1994 y también se establece como hecho probado por estipulación de las partes que el Sr. Luis Felipe Crespo Morales murió en forma violenta el día 30 de marzo de 1994 ... y que las causas de la muerte fueron heridas de bala y todo esto ocurrió en San Juan, Puerto Rico.  Adelante, compañero.

POR EL HON. FISCAL:

P   Regino, le habíamos preguntado las circunstancias en que usted conoció al acusado. ¿En qué sitio en particular fue que usted lo conoció?

R   En Cidra, en un "restaurán" llamado Lucio Restaurant.

P   ¿Por qué razón usted se reunió con el acusado en Cidra si usted ya le había señalado a las damas y caballeros del jurado que usted estaba trabajando directamente en el área de Cantera?

R   Por las razones de, de las muertes de sus hermanos...

P   Sí, pero...

R   ...para...

P   ...por eso, ¿por qué en Cidra?



Tapes 6 to 10 - 179

R    Porque...

P    ...¿por qué usted y ellos van a Cidra para hablar con él?

R    Porque por la persona que me llevó, que vive por allá, pues allá se acordó la reunión, se acordó que la reunión por allá.

P    ¿Quién fue la persona que acordó la reunión, que le dio pon a usted hasta allá hasta Cidra?

R    Ronald...

P    ¿Cómo se llama?

R    Ronald Cotto.

P    Indíqueles a las damas y caballeros del jurado a qué se dedicaba Ronald Cotto.

R    ¿Ronald?

P    Sí.

R    Ronald estaba, eh, estaba vendiendo los, tú sabes, estaba trabajando con droga y en esas circunstancias fue que yo lo conocí.

P    Sí, él trabajaba con drogas ¿para quién?, ¿con quién trabajaba directamente Ronald?

R    Cuando yo lo conocí estaba trabajando con Tito Rayita, pero, tú sabes, por sus propias palabras, pues también estaba trabajando con Crespo.

P    ¿Que fue el acusado?

R    El acusado.

P    Infórmeles a las damas y caballeros del jurado más o menos para qué fecha tomando en consideración el año de 1994 fue que ocurrió esa reunión allá en el Restaurante Lucio en Cidra.

R    Como dos días o tres del entierro de los hermanos, después que enterraron a sus hermanos.

P    ¿Quiénes estaban presente en esa reunión, Regino?

R    Pues se encontraba Ronald, me encontraba yo, se encontraba Crespo Morales, se encontraba el hermano de Ronald o las dos hermanas, yo creo que dos hermanos de Ronald y otro que no me, no me acuerdo del nombre de él.

Tapes 6 to 10 - 180

P    ¿Usted puede decirles a las damas y caballeros del jurado cómo es físicamente ese negocio, el Restaurante Lucio en Cidra?

R    Sí. Pues cuando está en la misma, en la misma calle que, tú sabes, en la misma avenida que va pa' la plaza porque tiene un letrero grande en la misma orilla de la calle que dice Lucio's Restaurant, pues es doble planta, eh, cuando uno entra, pues tiene una minibarra y tiene, está el, se encuentra ahí mismo la cocina y el baño, los baños y...

P    Esa cocina y el área de los baños ¿en dónde está con relación a las dos plantas que usted dice que tiene el restaurante?

R    Planta baja.

P    En la parte de abajo.

R    Ujum, hay dos, en esa planta baja hay dos o tres sillas que es pa' la gente que va a beber o algo y la segunda planta, pues uno llega a la segunda planta por una, por una rampa en madera, que arriba se encuentra el salón, el salón de comer y una minibarra de bebidas alcohólicas, eh, tú sabes, todo el, el piso en cemento y por arriba es en madera todo.

HON. FISCAL:

Su señoría, queremos hacer constar para registro de que le estamos mostrando a los compañeros de la defensa una pieza de evidencia que nos proponemos identificar.

HON. JUEZ:

Muy bien, así se hace constar. Adelante.

LCDO. FARINACCI:

La defensa no tiene objeción a que se admitan como exhibits.

HON. JUEZ:

Se ordena que se marquen como exhibits del Pueblo de Puerto Rico.

SECRETARIA DE SALA:

Se van a identificar del Exhibit 28(a) al 28(f).

HON. FISCAL:

¿Nos permite, su señoría, lo que ordenamos...

HON. JUEZ:



Tapes 6 to 10 - 181

¿Cómo no?

HON. FISCAL:

...las fotos?

POR EL HON. FISCAL:

P    Sí, Regino, le voy a mostrar lo que ha sido marcado como el Exhibit 28(c) del Ministerio Público para que lo examine y nos diga si usted reconoce lo que ilustra esa foto.

R    Sí, sí, la reconozco.

P    ¿Qué es lo que ilustra la foto?

R    Pues el letrero del, del establecimiento, del res..., "restaurán" y las facilidades.

P    Bien, ¿usted se lo puede señalar a las damas y caballeros del jurado?

HON. FISCAL:

Su señoría, yo no sé si las damas y caballeros del jurado pueden ver desde el área de allá.

HON. JUEZ:

¿Pueden ver...

JURADO:

Sí.

HON. JUEZ:

...de lo que se trata? Bien, como quiera, que el Alguacil se lo enseñe de más cerca.

HON. FISCAL:

Pues bien, su señoría, podemos hacer lo siguiente: yo le hago todas las preguntas y después las circulamos para que ustedes vean...

HON. JUEZ:

Claro.

HON. FISCAL:

Yo creo que avanzamos más de esa forma si lo hacemos entonces.

HON. JUEZ:

Bien.

HON. FISCAL:

...en una forma...

HON. JUEZ:

Adelante, adelante.

HON. FISCAL:

...ININTELIGIBLE....

POR EL HON. FISCAL:

P    Regino, le voy a mostrar lo que ha sido marcado como el Exhibit 28(b) preguntándole si usted reconoce lo que ilustra esa foto.

R    ·Sí.

P    ¿Qué ilustra la foto, Regino?

R    El "parking" del establecimiento.

P    Muéstreselo a las damas y caballeros del jurado.

R    El lado, eh, izquierdo de, del, del, del "restaurán".

P    Usted señaló que el restaurante es uno de dos niveles.

R    Sí.

P    ¿En dónde se encuentra en segundo nivel ahí si usted

R    Este...

P    ...lo puede identificar?

R    ...éste es el primero...

P    Sí.

R    ...y el segundo es éste acá arriba.

P    Bien. El Exhibit 28(e) del Ministerio Público para que lo examine y nos diga si usted reconoce lo que ilustra ese Exhibit.

R    Pues la primera planta...

P    Sí, mostrándoselo al jurado...

R    ...la primera...

P    ...indíquele lo que ilustra.

R    ...la primera planta y las mesas del primer nivel del "restaurán" y la barra, la minibarra que está.

Tapes 6 to 10 - 183

P   Bien y esa escalerita en madera ¿hacia dónde va?

R   Hacia el segundo piso.

P   Le voy a mostrar el Exhibit 28(a) del Ministerio Público y le pregunto si lo reconoce lo que ilustra ese Exhibit.

R   Sí, ésa es la rampa que da hacia el, la planta de arriba del "restaurán".

P   Esa foto está tomada ¿de qué área, Regino?, si la puede identificar.

R   De a..., de abajo hacia arriba.

P   Bien, le voy a mostrar lo que ha sido marcado como el Exhibit 28(d)...



Tapes 6 to 10 - 184

CERTIFICACION

... fiel y exacta
... do la
... Joel Torres Ortiz
... AL PASO CON DERECHOS
... SAL, LISTA DE DERECHOS
SOLICITUD NUM. 5443    ( Dpto de Justicia

Dada en Hato Rey, Puerto Rico, hoy

OCT 1 6 2020

MARÍA S. ROSARIO FLORES

DIRECTOR(A) PROGRAMA
ADMINISTRACIÓN DE DOCUMENTOS

Por: _____

Estado Libre Asociado de Puerto Rico
Archivo Central
Rama Judicial
Tribunal General
De Justicia