ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE CAROLINA

EL PUEBLO DE PUERTO RICO        *
                                *
            V.                  *        CASO NUM: FVI 95 G0096 (0202)
                                *
JUAN CRESPO MORALES             *        DELITO CONTRA VIDA
                                *
ACUSADO-APELANTE                *
                                *        **ISO OFICIAl**
********************************

TRNSCRIPCION VISTA EN SU FONDO

CINTA # 11 a la cinta 15

Continua Testimonio De
Regino Burgos Torres

Melba Gónzalez
Taquigrafa de Record
Tel. 753 6999

HON. FISCAL:

Le voy a mostrar lo que ha sido marcado el Exhibit 28D del Ministerio Público para que le indique a las damas y caballeros de jurado si reconoce el contenido de ese Exhibit.

R    Sí. Por este, ésta es la otra parte de la rampa que da hacia la, hacia el salón del restaurante y a donde se encuentra la barra.

P    Le voy a mostrar el Exhibit 28E, le pregunto si lo reconoce.

R    Sí, este es el salón...

P    Contéstelo al jurado.

R    ...del restaurante.

P    ¿En dónde está localizada la barra pequeña que usted dice que había en la parte de arriba?

R    A mano izquierda.

P    ¿A mano izquierda de dónde? Señoría, ¿se puede circular a las damas y caballeros del jurado?

HON. JUEZ:

Dele la fotografía para que la vean...

LCDO. FARINACCI:

Con el permiso del Tribunal para acercarme a prender mi grabadora.

HON. JUEZ:

Como no, Compañero.

POR EL HON. FISCAL:

P    Testigo, indíqueles a las damas y caballeros del jurado que había en el negocio restaurante.

R    Se discutió, pues lo que había pasado con su hermano

Tapes 11 to 15 - 1

LCDO. FARINACCI:

Dijo, ¿su hermana? ¿Su hermana?

R    Su hermano.

HON. JUEZ:

Bien. ¿Se refiere en plural o en singular? ¿Sus o su?

R    Sus.

HON. JUEZ:

¿Sus? Muy bien. Adelante.

R    Entonces, quién lo había hecho y qué íbamos a hacer.

POR EL HON. FISCAL:

P    En la reunión que se llevó a cabo allí, ¿qué personas salieron a relucir como que habían participado en la muerte de los dos hermanos acusados?

R    Pues...

LCDO. FARINACCI:

Su Señoría, yo no tengo objeción a que se le haga la pregunta. Pero sí tengo porque lo que pasa es que como el testigo ha dicho que había otras personas que presentes esos testigos, pues eso sería clásica prueba de referencia. Si la otra persona que no estén aquí.

HON. JUEZ:

Bien.

LCDO. FARINACCI:

Ni están acusados como conspiradores ni nada de eso.

HON. JUEZ:

El Tribunal va a resolver, le pregunta al Compañero Fiscal lo que se dijo allí o probar quiénes participaron en la muerte.

Tapes 11 to 15 - 2

HON. FISCAL:

De lo, de lo que salió a relucir en la reunión, Su Señoría.

HON. JUEZ:

Bien. Se permite.

R    Se habló, este, quien había mandado...

LCDO. FARINACCI:

Tengo objeción.

HON. JUEZ:

Adelante, Licenciado.

LCDO. FARINACCI:

Diga quién habló: "Se habló".

HON. FISCAL:

Pues, pero, o sea, el directo lo hago yo. Si el Compañero, si quiere hacer una pregunta

HON. JUEZ:

Vamos a, estamos en el directo, el Tribunal va a resolver. Si él le hace la pregunta

manera, está en libertad de hacérsela. Bien, adelante.

R    Se habló de que habían mandado a matar sus dos hermanos, habían sido

Gustavo Sánchez y los que los habían matado había sido Tito Rayita, Andrés, Chino,

y, y Willie Care. Habían sido las personas que, habían dado muerte a los

hermanos de Crespo.

POR EL HON. FISCAL:

P    Y esas cinco personas que usted mencionó, Tito Rayita,

Cuajo y Willie Care, ¿a qué eran lo que se dedican estos dentro de la

R    Este, de guarda espaldas de Cristóbal y matar todos

con Cristóbal. Ese era el trabajo de ellos.

Tapes 11 to 15 - 3

P    Bien. Ya usted le señaló a las damas y caballeros del jurado quién lo ordenó, también se habló que ejecutaron la muerte y, ¿cuáles fueron los acuerdos que se llegaron allí en el "restaurant" Lucio en Cidra?

R    Bueno, los acuerdos que se llagaron fue buscarlos donde sea y darle muerte. Esos fueron los acuerdos que se llegaron en esa conversación.

P    Indíqueles a las damas y caballeros del jurado, ¿quién específicamente dijo eso: "Buscarlos y darle muerte"?

R    Crespo Morales.

P    Como aproximadamente, ¿cuánto tiempo duró esa reunión allá en Cidra?

R    Como... como de una hora a dos horas, porque estuvimos comiendo y bebiendo.

P    ¿Quién pagó ahí? De lo que consumieron allí.

R    Lo pagó el hermano de Ronald y Crespo. Cada cual puso parte y lo pagaron.

P    Como usted, ¿cómo usted llegó a visitar allí al negocio ese de Cidra?

R    Llegué en el vehículo de Ronald, que él fue el que me llevó. Porque él era el que había acordado la reunión, y me había dicho cuando iba a hacer. Y él fue el que me llevó porque yo no sabía donde era.

P    ¿Dónde fisicamente se ubicaron allí, Regino, dentro del negocio ese niveles que usted señala, ¿dónde fisicamente se quedaron durante el tiempo que conversación?

R    Nos quedamos en el segundo nivel. Entonces, cuando llegamos final de las mesas a mano derecha, perdón, izquierda. Y después siguió y nos estaba mirando mucho y posteriormente nos cambiamos de mesa.

P    ¿Quién dijo que se cambiaran de mesa?

R    ¿Tú sabes? Como él quedaba, Yiye quedaba

LCDO. FARINACCI:

Con permiso, no quiero interrumpir...

HON. FISCAL:

Como no.

LCDO. FARINACCI:

Adelante.

HON. JUEZ:

Adelante con su declaración.

R    Como...

POR EL HON. FISCAL:

P    Mire, okey.

R    ...como Yiye quedaba frente a la persona, pues la persona estaba mirando y estábamos hablando cosas que no podía haber más ninguna, pues decidimos, él decidió y los que estábamos de cambiarnos de mesa.

P    Me permite, Su Señoría, acercarme a la Secretaria.

HON. JUEZ:

Como no.

POR EL HON. FISCAL:

P    Utilizando lo que ha sido ya marcado como el Exhibit 28B usted utilizando ese Exhibit, ¿podría indicar a las damas y caballeros del originalmente allí en el restaurante y hacia qué sitio fue que poster

R    Nos habíamos sentado para éste lado, y la persona se

P    Su Señoría, yo no sé, yo creo que eso sí, que las pueden ver desde allá. Vamos a pedir permiso para que acerq

Tapes 11 to 15 - 5

HON. JUEZ:

Testigo, vaya allá a la mesa del jurado e indica lo que nos ha explicado.

POR EL HON. FISCAL:

P    Indíquele a las damas y caballeros del jurado inicialmente dónde estaban sentados.

R    Cuando llegamos al salón nos sentamos para estas mesas. Y la persona, y la persona estaba para esta esquina. Posteriormente...

P    Este lado de acá, si puede señalarle... ¿dónde estaban la otra, la persona que usted dice que los estaba mirando?

R    Para este lado.

P    ¿Y hacia dónde se cambiaron posteriormente?

R    Para esta mesa.

P    Bien. Señálaselo a las damas y caballeros del jurado desde ahí.

R    Nos cambiamos para esa mesa.

P    Muchas gracias. Puede volver a su sitio. Bien. Testigo, usted testifó a las damas y caballeros del jurado que usted para esa época estaba, tenía el área de, el punto de droga en la Calle ...ININTELIGIBLE... , ¿qué usted hizo una vez pasó entonces a conversar con el acusado y llegar a esos acuerdos?

R    Bueno, después que se llevó la conversación, pues cada cual cogió para un lado o se dividió, pues ahí empezamos a planear como los íbamos a cogerlos porque se iban a Cantera. Iban a Cantera más que a negocios y se iban. Negocios que cogían de drogas.

P    ¿Y quiénes empezaron a planear como cogerlos? ¿Quiénes empezaron a planear como cogerlos?

R    Pues, empezamos a planear; yo me retiré del restaurante con todas las personas, de encontrarlas en lo que habíamos quedado con Crespo en el punto.

P    Unjú.

Tapes 11 to 15 - 6

R        Entonces, pues con, con Ronald estaba yo y dos o tres personas que trabajaban conmigo. Pues, en mi casa nos reuníamos, porque por allí, yo vivía en Canteras y estábamos en alerta cualquier cosa que apareciera uno de ellos para poder cogerlos.

P        Indíquele a las damas y caballeros del jurado si posterior a esa reunión en el restaurante en Cidra, ¿usted volvió a compartir con el acusado?

LCDO. FARINACCI:

Está siendo sugestivo.

HON. JUEZ:

Es correcto.

POR EL HON. FISCAL:

P        Y posterior a esa fecha, ¿qué relación, si alguna, usted mantuvo con el acusado?

R        Bueno, como una semana después, este, el señor Yiye les prestó a Ronald

P        Cuando hablamos de Yiye, ¿a quién nos estamos refiriendo?

R        A Crespo, Crespo Morales.

P        ¿Y ese es el acusado?

R        Sí. Le facilitó un "jet-sky" que tenía, o que tiene, no sé, y nos fuimos Palominito a correr "jet-sky". Mientras, él se iba con su esposa...

P        Y el "jet-sky", ¿era de quién?

R        De Crespo.

P        Unjú.

R        Mientras él se iba con su esposa y su hijo a pasear. Y después primera vez a la casa de él a entregar los "jet-sky".

P        A la casa de él, ¿quién?

R        A la casa de Crespo Morales.

P        ¿Dónde está localizada esa casa, Regino?

Tapes 11 to 15 - 7

R    En Río Grande, en La Tres "T".

P    ¿Cómo usted llegó a la casa del acusado?

R    Porque cuando llegamos de la playa de cor[...]

P    Unjú.

R    ...pues Ronald siguió directo para la casa de C[...]

P    ¿Dónde?

R    En Las Tres "T". Y de eso modo, fue que llegué por primera vez a la casa [...] fui a la casa de él.

P    ¿Ronald había sido el que había planificado la reunión en Cidra?

R    Sí.

P    Usted le dijo al jurado.

R    Ronald Coto.

P    Señor, descríbale a las damas y caballeros del jurado cómo es la casa de[...]

R    Pues, la casa de él es, tiene una verja en cemento con alambrada con [...] viga, eh, tiene la verja, la entrada es en reja. Un portón de motor, pero tiene el [...] que uno lo empuja con la mano, es bastante grande el portón y la casa es de dos [...] marquesina debajo de la segunda planta, o sea, la primera planta de abajo.

P    Unjú.

R    ...y tiene un amplio patio y árboles.

P    Y con relación al área de terreno, ¿cómo quedan los dos [...] casa?

R    La casa queda junta con el terreno de arriba, porque [...]

P    Unjú.

R    ...entonces hicieron la casa junto con el terreno de [...] segunda planta. Y abajo es que queda, pues como es como una [...]

Tapes 11 to 15 – [...]

marquesina por eso queda abajo y los carros van "parqueados" abajo.

P    ¿Y dónde están las áreas para estacionar los vehículos allí, dentro de las facilidades de la casa?

R    Pues, tiene los dos "parkings" de abajo y "parking" arriba.

P    Su Señoría, que conste para registro de que le estamos mostrando a los Compañeros de la Defensa, varias fotos, varios Exhibits que nos proponemos identificar.

HON. JUEZ:

Vamos a hacer lo siguiente, vamos a decretar un receso para que las damas y caballeros del jurado tomen un refrigerio. Eh, son exactamente las 10:47, vamos a regresar a las 11:05 para continuar los procedimientos. Vamos a pedirle a las damas y caballeros del jurado que no hablen entre sí sobre los hechos de este caso y con ninguna otra persona. Si alguien intentara, debe ser rechazado y usted inmediatamente debe identificárselo al Tribunal. Pueden pasar a tomar refresco.

ALGUACIL DE SALA:

Todos de pie, por favor.

HON. JUEZ:

Vamos a pedirle a los Compañeros de la Defensa, cuando terminen de ver y el Compañero del Ministerio Público que pasen un momento a Cámara. hasta las 11:05.

ALGUACIL DE SALA:

Siendo las 10:48 el Tribunal recesa.

                    ...RECESO DEL TRIBUNAL...

ALGUACIL DE SALA:

El Tribunal reanuda sus trabajos en Sala, favor de silencio.

                    Tapes 11 to 15 – 9

HON. JUEZ:

Bien. Le pregunto si algo que plantear antes de que llamemos al jurado.

LCDO. FARINACCI:

Nada, Su Señoría.

HON. FISCAL:

Nada.

HON. JUEZ:

Bien. Bienvenidos a Sala, damas y caballeros del jurado, eh, le pregunto al señor Fiscal

y al Compañero de la Defensa si están conformes con que el jurado es el mismo y está completo

LCDO. FARINACCI:

Es, es así.

HON. FISCAL:

Sí. Fiscalía.

HON. JUEZ:

Sí.

LCDO. FARINACCI:

Vuestro Honor, ¿me permite prender la grabadora otra vez?

HON. JUEZ:

Sí, señor. Continúe el Compañero Fiscal con su interrogatorio.

POR EL HON. FISCAL:

Su Señoría, los Exhibit serían del 29A al 29E.

Su Señoría, queremos hacer constar para el registro que

evidencia que constituía varias fotos, los Compañeros de la Def

ningún reparo a la misma y fueron marcadas directamente

29E.

Tapes 11 to 15

HON. JUEZ:

Muy bien.

LCDO. FARINACCI:

La, que se haga constar de que nuestra, eh, se nos fueron mostradas en Regla 95 y en ánimos de avanzar, Su Señoría, se nos tomó...

HON. JUEZ:

Compañero, se le agradece mucho. Adelante

POR EL HON. FISCAL:

P    Regino, le voy a mostrar lo que ha sido marcado como el Exhibit 29A del Ministerio Público para que lo examine y le diga a las damas y caballeros del jurado si reconoce lo que muestra el Exhibit.

R    Sí, ésta es la parte de adentro de la casa, y aquí muestra la verja. De la que he hablado anteriormente de la casa, que es en concreto.

P    Y le voy a mostrar lo que ha sido marcado como el Exhibit 29B. Le reconoce lo que ilustra esa foto.

R    Sí. La entrada de la casa.

P    ¿Dónde está...? ¿Dónde se encuentra el portón que usted señaló dañado?

R    Aquí. Este que está aquí. Este es el portón que tranca, de la casa.

P    Le voy a mostrar lo que ha sido marcado como el Exhibit Público, le hago la misma pregunta, si reconoce lo que ilustra el Exhibit.

R    Ese es el "parking" de arriba para la visita y esta es la casa.

P    Bien. Que si en algo, que la propiedad, exponiendo al jurado que la propiedad tenía dos niveles.

R    Sí.

Tapes 11 to 15 - 11

P    ¿Dónde queda el segundo nivel?

R    Abajo.

P    ¿Abajo en dónde?

R    Debajo de esta casa, debajo, no arriba. debajo

P    Okey. Le voy a mostrar el Exhibit 29G para que lo examine y nos indique s

reconoce lo que ilustre decir.

R    Pues, nuevamente, ¿tú sabes?, toda la entrada de la casa y el patio y la casa

completa, parte de la casa.

P    Le voy a mostrar lo que ha sido marcado como el Exhibit 29E del Ministerio

Público, le pregunto,  con la misma circunstancia, ¿reconoce lo que ilustra el Exhibit?

R    Sí. Nuevamente el "parking" de arriba y el camino para el "parking" de abajo

P    ¿Cuál es el camino hacia el "parking" de la parte de abajo?

R    Este.

P    Le voy a mostrar lo que ha sido marcado como el Exhibit 29C y D, para que

observe y le diga al jurado si reconoce lo que ilustra ambos Exhibits.

R    Pues...

P    ¿Cuál es ese Exhibit en particular?  Que diga el númerito del Exhibit

R    El A, pues, esta es la planta de arriba y la de abajo y estos son los dos

y abajo la casa.

P    Con relación a la bajada del otro Exhibit, ¿por ahí es que

R    Sí. Puede ...ININTELIGIBLE..., las dos plantas. La de

dos "parkings".

P    Utilizando esa misma foto, ¿dónde está la parte de

R    La parte, ¿para bajar?

P    Sí, no, la entrada. La parte principal de la casa

Tapes 11 to 15 - 12

al frente.

R    Ajá. Para este lado.

P    Pero, usando el Exhibit hacia el jurado...

R    Ajá.

P    ...indique donde queda la parte de enfrente de la casa.

R    Pues, si, como está así la foto, viene así y se "parque" al sitio redondo, este largo. Y la, y baja así y cae aquí.

P    Vamos a solicitar que se circule hacia las damas y caballeros del jurado.

LCDO. FARINACCI:

No hay objeción.

HON. JUEZ:

Bien.

LCDO. FARINACCI:

Puedo apagar la grabadora.

HON. JUEZ:

Como no.

POR EL HON. FISCAL:

P    Indíquele a las damas y caballeros del jurado que... Regino, damas y caballeros del jurado que, eh, la razón de la visita en ese momento había sido para entregarle los "jet-sky".

R    Sí.

P    Bien. Después de esa fecha, tomando en consideración ¿cómo en cuántas ocasiones usted volvió a visitar esa residencia?

R    Como... como nueve veces, por ahí.

P    Bien. Nárrele a las damas y caballeros del jurado

Tapes 11 to 15 - 13

llevar a cabo el plan que había de asesinar tanto a Cristóbal como a los cinco gatilleros que trabajaban para él, ¿qué se hizo?

R    Pues, al cabo de la reunión pues quedamos en eso, y después de eso fuimos a una gallera en Trujillo Alto para ver si podíamos encontrar a Cristóbal en la gallera.

P    Bien. ¿Por qué fueron a buscar a Cristóbal a esa gallera en particular en Trujillo Alto?

R    Porque él jugaba mucho gallo y se pasaba allá, y como él era el jefe, pues a él fuimos a buscar primero.

P    Okey. ¿Quiénes fueron las personas que fueron a buscar a Cristóbal?

R    Pues, ese día fuimos Crespo, yo, Miguel y dos jóvenes más que no me acuerdo nombre de ellos. Había uno de ellos que sí, que le decían sobrenombre Cabito, pero del otro no me acuerdo.

P    Y el propósito de ir a buscar a Cristóbal a la gallera allá en Trujillo Alto, ¿cuál era?

R    Pues, si lo encontramos de matarlo.

P    ¿Y con qué lo iban a matar?

R    Pues, yo llevaba mi 9 milímetros Taurus. El llevaba una 9 milímetros...

P    ¿Quién es él?

R    Yiye, Crespo. Crespo lleva...

P    ¿El acusado?

R    Sí.

P    ¿Qué arma tenía el acusado?

R    Una 9 milímetros Smith and Wesson. Y... y él tenía una 9 milímetros...

P    ¿Una qué?

R    ...una 9 milímetros Smith and Wesson, y los de...

Tapes 11 to 15 - 14

- milímetros Smith and Wesson.

P    Usted recuerda dónde está localizada esa gallera en el área de Trujillo Alto.

R    No, no le sé el nombre al...

P    ¿No sabe el nombre de la gallera?

R    No.

LCDO. FARINACCI:

Esa no fue la pregunta, Vuestro Honor.

HON. JUEZ:

Bien. La pregunta es, es correcto, la pregunta es si usted sabe dónde está loca puede localizarla allí en Trujillo Alto.

R    No, no...

POR EL HON. FISCAL:

P    O, ¿cómo llegar al sitio?

R    Sé llegar pero no sé decirle de calles, porque como no soy de allí

P    Bien. Pero, tomando con algún punto de referencia, ¿cómo usted llega Si usted señala que sabe llegar.

R    Bueno, si uno va de... ajá. En la, si uno viene de Río Piedras

P    Unjú.

R    ...pues...

P    ¿Por qué carretera, Regino? Si uno viene de Río Piedras

R    Como si, la carretera hacia Carolina, la 65 de Infantería

P    Okey. Sigue.

R    Pues, en el cruce donde está la Honda, que hace

P    Unjú.

R    ...desde ahí se coge para Trujillo Alto.

Tapes 11 to 15 –

P    Sí.

R    Pues, antes de llegar al puente de Carraizo a mano derecha. Por ahi esa esa carretera, al final de esa carretera hay un cruce...

P    Unjú.

R    ...uno dobla a mano derecha, por ahí uno llega a la gallera.

P    ¿Qué otras cosas circundan la gallera?

R    Pues, antes de uno subir para la gallera, hay un puestos de gasolina que hace esquina.

P    Unjú.

R    Que por ahí es la entrada y cuando uno llega a la gallera, frente a la gallera hay puesto de gasolina, y al lado de la gallera hay negocios y carros. Una calle que sube por mismo, por la gallera, que queda frente a la gallera y otra que sigue a mano izquierda.

P    Bien. ¿En qué medio de transportación ustedes se encontraban?

R    Pues, eso fue un Oldsmobile blanco que era, que el dueño era Crespo

P    Y nárrele a las damas y caballeros del jurado qué fue lo que hicieron

R    Pues allí...

P    Una vez llegaron a ese sitio con las armas que ya mencionó.

R    ...eso fue de noche. Allí estuvimos un rato esperando a ver si la pelea de gallos, pues salían ellos; porque había un vehículo, una Rodeo era de uno de ellos, la Rodeo negra.

P    Sí.

R    Entonces, estuvimos aproximadamente como dos Entonces pues, yo dije: "Ya está saliendo la gente", estábamos la gente y nos bajamos Miguel y yo y nos pegamos a la verja de a montar dentro de la Rodeo. A ver si era Cristóbal o

Tapes 11 to 15 - 16

estuvimos ahí mirando, pues no era ninguno de ellos. Era de otra persona que nunca había visto.

Y ahí, pues nos montamos en el carro y nos fuimos. Dimos una vuelta por La Gloria...

P        Perdone que lo interrumpa, eh, la persona que se montó en el vehículo, ¿no tenía nada que ver con la gente que ustedes estaban buscando?

R        No, no tenían que ver nada.

P        Okey. Usted ha mencionado dos personas a una, una la identificó como Cuto y otra la identificó como Orlando Viera...

R        Unjú.

P        ...¿qué tenían que ver esas personas con la organización de Cristóbal?

R        Eran socios de Cristóbal.

P        Okey. ¿Qué hicieron ustedes, usted y Miguel, una vez se percataron de que persona que se montó en el vehículo no tenía nada que ver con Cristóbal?

R        Regresamos al carro y nos fuimos para el sector La Gloria, que yo nunca había a ese sector. Entonces, pues dimos una vuelta por casa de la familia de Orlando Viera, de la mamá a ver si lo veíamos y no lo vimos, y nos fuimos. Este, yo, yo llegué a casa a Miguel y a Cabito y a el otro en el caserío donde lo recogimos y él me llevó a mi

P        ¿Quién lo llevó a su casa?

R        Crespo me llevó a mi casa.

P        Y para ese entonces, ¿dónde usted estaba viviendo?

R        En Canteras.

P        Indíquele a las damas y caballeros del jurado que ¿cómo continúa su vida luego de ese evento de ir a la gallera? ¿Qué negocio que usted tenía en la calle ...ININTELIGIBLE...

R        Pues, posteriormente de, pues cuando llegué 2 ó 3, ya yo estaba viendo el movimiento de Cristóbal y

a punto de perder la vida. Hirieron a 3.

P ¿Quién estuvo a punto de perder la vida?

R Este, el hermano de Junito Cuajo...

P ¿Ese fue el que estuvo a punto de perder la vida?

R No, él recibió un rose de bala por un...

P Por eso, pero, ¿quién era la persona que trabajaba para usted que usted señala que aparentemente estuvo a punto de perder la vida?

R Uno que vivía en Barrio Obrero, Orlando. Recibió 3 impactos de bala de A en el pecho. Y el otro en una mano.

P Con relación al sitio donde usted estaba viviendo en Cantera, ¿dónde ocurrieron esos hechos?

R En el Colmadito.

P ¿Allí mismo en el sitio donde usted vivía?

R Sí. Frente a mi casa. Dentro de una guagua de una Cheroke.

P ¿Qué usted hizo?, tan malo sucedió eso que...

R Por eso...

P ...a uno de las personas que trabajaban para usted.

R Cuando sucedió eso, pues ellos se fueron y yo me encontraba en la tenía y volví. Cuando salí para afuera, pues el mismo carro que los había tra volvía por la misma calle, estaban bajando la ventana y sacaron un rifle. P pistola y empecé a disparar al carro. Ellos no pudieron disparar.

P Okey. El arma que utilizaba, ¿de dónde usted la obtuvo

R ¿Esa?

P Sí, la que usted usaba.

R Pues, esa, ¿la que usé ese día o la que...?

P    La que usaba como tal.

LCDO. FARINACCI:

No, pero, perdóneme. El quiere saber exactamente qué arma.

HON. JUEZ:

Sí. El testigo quiere que lo ponga en condiciones de conocer cuál es el arma que él, el arma

que él acaba de describir que usó o si se trata de una que

HON. FISCAL:

Perdóneme.

HON. JUEZ:    **SO OFICIAI**

Adelante.

POR EL HON. FISCAL:

P    Usted les había dicho a las damas y caballeros del jurado sobre el incidente

gallera que usted tenía una 9 milímetros Tauro. Ese día, el arma que usted con relación a

que usted nos había descrito, ¿cómo era?

R    Una .45.

P    ¿Era un arma distinta?

R    Sí.

P    Generalmente, ¿cuál era el arma que usted tenía?

R    ¿Generalmente?

P    Sí.

R    Dos pistolas Tauros.

P    Sí. Con motivo de esos eventos de los disparos,

R    Pues, pues mi esposa, Yesenia Figueroa llevó

hospital y fue, cuando tuve, como a los 5 minutos pues

me tuve que ir. Me tuve que ir para Barrio Obrero en

Tapes 11 to 19

y todo eso.

P    Indíquele a las damas y caballeros del jurado si usted continuó viviendo en esa casita allí en Canteras.

R    Sí, continué viviendo por espacio de un mes.

P    ¿Y por qué no continuó viviendo allí en la cásita, estuvo nada más que ese mes?

R    Porque en el espacio de ese mes, pues estaba la cosa tranquila y entonces, un día antes de que... un día antes, pues yo vine y me fui para Mayagüez.

P    Unjú.

R    Me fui como para pasar una semana. Entonces, pues al otro día pues la casa fueron como 12, incluyendo los muertos, fueron a mi casa y la tirotearon completa e hirieron a dos trabajan para mí. Tirotearon mi casa a las 7:00 de la mañana, creyendo que yo estaba ahí.

P    Y a pesar de ese nuevo incidente, ¿usted continuó viviendo allí, en Canteras, en esa casa?

R    No.

P    ¿Qué hizo entonces de ahí?

R    Entonces, pues de ahí fui a vivir a Las Margaritas, a casa de mi hermano, y me quedé por una semana tranquilo. No había salido ni a buscarlos ni a nada. O sea, me quedé tranquilo.

P    Unjú.

R    Entonces, pues por ahí en ese período pues ellos se comunicaron teléfono y me dijeron que si yo...

P    ¿Quiénes son ellos, Regino?

R    William, Andrés, Tito Rayita y Chino.

P    Unjú.

R    Junito Cuajo, hablaron conmigo, que si nos volvíamos

Tapes 11 to 15 - 21

caminando y andábamos con un familiar o con, o con el que uno estuviera que no nos tirábamos.

O sea, que si estaba solo, pues está bien. Pero, que si está con tu esposa o con tus hijos, pues que

nadie tirara. Entonces, pues yo dije que estaba bien. Y un día, pues ando, yo tenía un carro un

Toyota rojo y me dirijo para ir por la calle Constitución que da a así de Canteras a Margarita, que

divide, y me dirijo a casa de mi mamá, que también era en el caserío Las Margaritas y aparecen

ellos y yo ando con mi esposa y empezaron a disparar y tuve que bajar a mi esposa porque casi

todos los tiros, pues dieron en el asiento de mi esposa. Porque ellos creían, como siempre mi

esposa guiaba y yo estaba al lado, pues creían que yo estaba en esa área. Y ahí dieron todos los

impactos de bala. Rompieron el cristal de atrás y el de en frente cogió un impacto de frente, pero no pasó.

P     Y de ahí, usted entonces, en términos de residencia, ¿cómo hizo para bregar con esa situación?

R     Me dirigí a casa de mi hermana, "parquié" el carro en Las Margaritas y me fui a casa de mi hermana y llamé a, con los amigos mío y con los que yo... Yo les dije lo que había pasado y entonces, volví hacia el carro, tuve que quitar el cristal de atrás completo porque estaba roto y pegarle un plástico y con todo y eso, no salí ni a buscarlos ni nada. A ellos, no salí a buscarlos ni nada. Entonces, salí un momento a Barrio Obrero y llegué como a las dos de la mañana a mi casa y cuando llego que no hago más que recostarme, ellos, William, Willie, Junito Cuajo, entraron al caserío Las Margaritas y me quemaron, le echaron gasolina. Entonces, pues le echaron gasolina. ¿Tú sabes?, en vez de apagarlo, porque ellos todavía estaban en las escaleras del edificio.

P     Unjú.

R     Que si yo bajaba a apagar el carro, pues a ellos me iban a coger abajo. Entonces, pues yo le grite de arriba que yo me entregaba que no se quemara el carro que eso era material. Hasta que

licencia del carro y los datos, y llamé al seguro y se llevó el carro

P   ¿Y llamó al seguro?

R   Y se llevaron el carro.

P   ¿Y usted llamó al seguro?

LCDO. FARINACCI:

Si ya lo dijo, Su Señoría. Si el Compañero tiene alguna nota incompleta que se le aplique...

HON. JUEZ:

Bien. Resuelto, resuelto. Adelante.

R   Entonces, cuestioné a los oficiales que cómo, si aquí hay un portón de acceso hay oficiales allá, pudieron entrar gente en una "van" armados y quemarme el carro. Ellos dijeron que por ahí no había pasado ninguna "van".

POR EL HON. FISCAL:

P   Con todo, todo ese incidente que usted le ha narrado a las damas y caballeros jurado, ¿qué usted hizo en términos de la residencia suya?

R   ¿De la residencia mía?

P   Sí.

R   Pues, después que quemaron el carro al otro día, pues me fui a Villa Prades, por Parcelas Falú, entre Parcelas Falú.

P   Okey. Esa estructura donde usted fue a residir, ¿este,

R   Vivía Reynaldo, Reynaldo Figueroa.

P   ¿Quién es Reynaldo Figueroa? Regino.

R   Reynaldo Figueroa, pues trabajaba para mí, al igual el hermano había más, más socio que de Jefe o algo así.

P   Okey. ¿Con quién usted fue a residir a la casa

Tapes 11 to 15 - 23

R   Con Yesenia Figueroa, mi esposa.

P   ¿Quién...?, eh, en adición a Reynaldo, ¿quién más vivía ahí?

R   Pues, vivía su mamá, este, su primo, su hermana, el papá y la mamá y su espos...

P   ¿Usted le puede describir a las damas y caballeros del jurado cómo era físicamen... esa residencia?

R   Pues, la residencia, pues queda en la calle que conecta con, es una, la calle... es una avenida. La calle divide Parcelas Falú y se me olvidó el nombre de la otra urbaniza...

P   Bien. ¿Y recuerda el nombre de la calle esa que usted está señalando?

R   No, no.

P   O, esa calle que cruza, ¿qué sitio cruza? ¿De qué sitio a qué sitio cruza?...

R   Esa calle sale a la Pepsi-Cola...

P   Unjú.

R   ...y de ahí a la 65 de Infantería. Y si sales, para... extremo... frente a la Laguna San J...

P   Sí.

R   ...que por ahí uno dobla, dobla a mano derecha y sale a Carolina... y si doblas a mano izquierda pues sales al aeropuerto o para Manuela Pérez o...

P   Bien. Le hicimos la pregunta de que describiera a las damas y c... cómo era físicamente esa casa, la casa de Reynaldo Figueroa.

R   Pues, casa de Reynaldo, pues quedaba junta, ¿tú sabes?... de bebidas alcohólicas, es de dos plantas. Una planta pequeña en la part... no es muy grande en cemento con verjas pequeñas y un portón gra... tiene un portón en reja blanca en la calle, la casa es como amarilla c... Y el balcón, que no es muy grande, es en reja el balcón completo... que una viga y lo demás es en reja.

Tapes 11 to 15 - 24

R    Con Yesenia Figueroa, mi esposa.

P    ¿Quién...?, eh, en adición a Reynaldo, ¿quién más vivía ahí?

R    Pues, vivía su mamá, este, su primo, su hermana, el papá y la mamá y s[...]

P    ¿Usted le puede describir a las damas y caballeros del jurado cómo era f[...] esa residencia?

R    Pues, la residencia, pues queda en la calle que conecta con, es una, la calle [...] es una avenida. La calle divide Parcelas Falú y se me olvidó el nombre de la otra urb[...]

P    Bien. ¿Y recuerda el nombre de la calle esa que usted está señalando?

R    No, no.

P    O, esa calle que cruza, ¿qué sitio cruza? ¿Desde qué sitio a qué sitio cruza?[...]

R    Esa calle sale a la Pepsi-Cola...

P    Unjú.

R    ...y de ahí a la 65 de Infantería. Y si sales, para poner el otro [...] frente a la Laguna San José [...]

P    Sí.

R    ..que por ahí uno dobla, dobla a mano derecha y sale a Caro[...] y si doblas a mano izquierda pues sales al aeropuerto o para Manuela Pérez o [...]

P    Bien. Le hicimos la pregunta de que describiera a las damas y [...] cómo era físicamente esa casa, la casa de Reynaldo Figueroa.

R    Pues, casa de Reynaldo, pues quedaba junta, ¿tú sabes?, [...] de bebidas alcohólicas, es de dos plantas. Una planta pequeña en la p[...] no es muy grande en cemento con verjas pequeñas y un portón g[...] tiene un portón en reja blanca en la calle, la casa es como amarilla c[...] Y el balcón, que no es muy grande, es en reja el balcón comple[...] que una viga y lo demás es en reja.

Tapes 11 to 15 - 24

P  ¿A quién pertenecía dicha casa?

R  Era alquilada.

P  Era alquilada. ¿Quién la tenía alquilada?

R  La mamá de Reynaldo. La señora se llama Minerva.

P  Su Señoría, que conste para el registro de que le estamos mostrando a los Compañeros de la Defensa una pieza de evidencia que nos proponemos a identificar.

HON. JUEZ:

Así se hace constar.

LCDO. FARINACCI:

Queremos indicar que con el propósito de acelerar los procedimientos, no hay a que se acepte.

HON. JUEZ:

Eh, se ordena que se marque como Exhibit del Pueblo de Puerto Rico.

SECRETARIA DE SALA:

Exhibit A al 30F del Pueblo.

POR EL HON. FISCAL:

P  Regino, le voy a mostrar lo que ha sido marcado como Exhibit Público para que lo examine y le diga a las damas y caballeros del jurado Exhibit.

R  Esta es la carretera que le estaba explicando, que está es la Campo Rico. Entonces, pues esta es la entrada a la casa que da al caserío Ramos Antonini.

P  ¿Dónde usted puede ubicar la casa donde vive?

R  Aquí.

P  Señálesela a las damas y caballeros del jurado.

Tapes 11 to 15 - 23

. marcado como el Exhibit 30B, le pregunto si sabe lo que ilustra el Exhibit.

R    Sí. Aquí se encuentra la calle donde da para la casa de Rey y ésta es la casa. Esta es la casa.

P    Usted dice, usted les dijo a las damas y caballeros del jurado que esa casa tiene dos niveles, que tenía una segunda planta...

R    Sí.

P    ...pequeñita.

R    Ajá.

P    ¿Dónde está esa segunda planta?

R    Aquí de frente, pues no se ve, pero en la parte de atrás, pues es que esta la segunda planta.

LCDO. FARINACCI:

Déjeme ver la foto, Su Señoría, a verla un momentito.

HON. FISCAL:

Queremos...

HON. JUEZ:

Adelante, adelante.

POR EL HON. FISCAL:

P    Le voy a mostrar lo que ha sido marcado como el Exhibit 30C del Ministerio Público, indique si usted reconoce lo que muestra ese Exhibit.

R    Pues, ésta es la casa nuevamente. Esta es la marquesina y el enrejado.

P    ¿Hacia dónde está ese segundo nivel que usted dice?

R    Por aquí, por la carretera, por ahí hay una entrada hacia el

P    El Exhibit 30D del Ministerio Público, para que le

Tapes 11 to 15 - 26

el exhibit.

R    Aquí se ve la foto la casa de Rey, ésta es la marquesina, una de las verjas es cemento por la reja y ésta es la parte de atrás de la marquesina y la segunda planta se encuentra por aquí.

P    El Exhibit 30E del Ministerio Público, le pregunto si reconoce lo que ilustra el Exhibit.

R    Esta es la parte de atrás de la casa...

P    Unjú.

R    ...casi al final de la calle.

P    ¿Cuál es ese...ININTELIGIBLE...que tenía?

R    El segundo nivel, es un pequeño segundo nivel.

P    Bien. Y el Exhibit 30F del Ministerio Público para que le diga al jurado si reconoce lo que ilustra el Exhibit.

R    Bueno, esta es la casa, la parte de atrás y éste es el segundo nivel, aquí por es la entrada de la casa, del segundo nivel.

P    Su Señoría, solicitaríamos que se circulara la foto a las damas y caballeros jurado.

HON. JUEZ:

...ININTELIGIBLE...Exhibit.

HON. FISCAL:

Después se la damos al Compañero.

LCDO. FARINACCI:

No, queda...nos quedan como 30 más.

HON. FISCAL:

Como 30 segundos.

Tapes 11 to 15 - 27

**...FUERA DE RECORD...**

LCDO. FARINACCI:

Le queda, le queda un poquito.

HON. JUEZ:

Bien. ¿Algo más? Vamos a recesar, si...

HON. FISCAL:

Por eso, es que vamos a entrar en otros temas...

HON. JUEZ:

¿En otros temas?

HON. FISCAL:

...entendemos que bajo el hecho de que el Compañero está ya por finalizar del "cass... entendemos que...

LCDO. FARINACCI:

Desde por la mañana, que eso esté claro, que yo he pedido permiso...

HON. JUEZ:

Todo está bien.

LCDO. FARINACCI:

...de...ININTELIGIBLE...

HON. JUEZ:

El Tribunal va a recesar y vamos a continuar a las 2:00 de la tarde. a el panel de jurado que no deben hablar entre sí sobre los hechos de este persona. Y si alguien lo intentara, deberá rechazarlo e inmediat Bien. Tengan ustedes un feliz almuerzo, pueden retirarse.

ALGUACIL DE SALA:

Todos de pie, por favor.

HON. JUEZ:

¿Algo que plantear por los Compañeros?

LCDO. FARINACCI:

Nada, Juez.

HON. JUEZ:

Receso del Tribunal hasta las 2:00 de la tarde.

ALGUACIL DE SALA:

Siendo las 12:05 minutos, el Tribunal recesa hasta las 2:00 de la tarde.

...RECESO DEL TRIBUNAL...

ALGUACIL DE SALA:

El Tribunal reanuda sus trabajos en Sala. Favor de sentarse y permanecer en Sala en absoluto silencio.

HON. JUEZ:

Muy buenas tardes a todos. Le pregunto a los Compañeros si hay algo que plantear antes de que llamemos al jurado.

LCDO. FARINACCI:

Un segundito. En este momento, no, Vuestro Honor.

HON. JUEZ:

Traigan al jurado.

ALGUACIL DE SALA:

De pie por favor.

HON. JUEZ:

Le pregunto a los Compañeros de la Defensa y del Ministerio Público con que el jurado es el mismo y está completo.

Tapes 11 to 15 - 29

LCDO. FARINACCI:

Eso es así.

HON. FISCAL:

Así es, Su Señoría.

HON. JUEZ:

Bien. Vamos a continuar con el interrogatorio directo del testigo. Adelante, señor Fiscal.

POR EL HON. FISCAL:

P    Sí. Buenas tardes, nuevamente a todos y cada uno de los miembros del jurado. Con el permiso de Su Señoría, Regino, nos habíamos quedado en la... al finalizar la mañana cuando usted estaba describiendo el contenido de los Exhibits que representaba la casa de Reynaldo Figueroa. ¿Se acuerda del evento?

R    Sí.

LCDO. FARINACCI:

...ININTELIGIBLE...por favor. Okey.

POR EL HON. FISCAL:

P    Indíquele a las damas y caballeros del jurado si usted puede precisar, más o menos, para qué fecha con relación al año de 1994, cuándo usted se trasladó a residir a la casa de Figueroa, ¿más o menos, para qué mes?

R    ¿Para qué mes?

R    Sí.

P    O si le ayudo, con relación a...

LCDO. FARINACCI:

Pero, Vuestro Honor, él está pensando, está haciendo un interrogatorio es ha contestado.

Tapes 11 to 15 - 30

HON. JUEZ:

Bien. Vamos a ver si con su memoria, si puede acordarse, de lo contrario, el Compañero puede seguir.

R    Para julio.

HON. JUEZ:

Bien. Adelante.

POR EL HON. FISCAL:

P    Para los primeros días del mes de julio, ¿dónde usted se encontraba, Regino?

R    ¿Para los primeros...?

P    Para los primeros días del mes de julio de 1994.

R    Pues, me encontraba en Parcelas Falú, Villa Prades.

HON. JUEZ:

Testigo, si puede ...ININTELIGIBLE...comenzando, de manera que se

R    Villa Prades.

POR EL HON. FISCAL:

P    En la casa, ¿de quién?, Regino, excúseme.

R    De Rey.

P    Y en relación con, con el acuerdo que había de localizar a los cinco gatilleros, ¿qué pasó durante esos primeros días de julio atención que le pueda indicar al Tribunal?

R    ¿Qué me llamara la atención? Bueno, pues yo esta

P    Unjú.

R    ...no nos encontrábamos. Si bajaban ellos, pues un día me encontraba en casa de Crespo y estábamos

Tapes 11 to 15 – 31

P     En la casa de Crespo, ¿en qué casa se encontraba?

R     En, la que él tiene en Río Grande.

P     ¿La propiedad que usted previamente había identificado a las damas y ca del jurado?

R     Sí.

P     Bien. Okey. Se encontraba ahí en la casa del acusado y, ¿qué pasó, Reg

R     Y estábamos hablando de, de los muertos y de Cristóbal...

P     Unjú.

R     ...y me había dicho Crespo que, que estaban pasando por Piñones y Loiza, y me dijo que iba a ver, que iba a chequear por allá a ver. Por Piñones y Loiza.

P     ¿Algún área en particular de ese sector?

R     ¿Algún área...?

P     Sí, ¿algún área en particular de ese sector que se hubiera señalado?

R     Sí, ellos se estaban pasando en el negocio de "El Tilamar en Piñones. Es negocio. Entonces, pues decidí a para Piñones.

P     Okey. Esa área de, que estaba localizado el negocio de "El T indíquele a las damas y caballeros del jurado si usted conocía ese sector.

R     Sí.

P     ¿Si lo conocía?

R     Sí.

P     ¿Por qué lo conocía, Regino?

R     Porque yo anteriormente me pasaba ahí con Cristóbal y h negocio.

P     Bien. Indíquele a las damas y caballeros del jurado que p Cristóbal en esa área.

Tapes 11 to 15 - 32

R    Pues, tenía un terreno, tiene un terreno allí y una pequeña casa de madera que había comprado en el transcurso, cuando yo trabajaba con él.

P    ¿Cómo usted conocía esa pequeña casa de madera que había en esa área?

R    Yo me quedé por una semana cuando... allí, en esa casa.

P    Usted le puede identificar a las damas y caballeros del jurado cómo es esa casa en el aspecto exterior.

R    Pues, la casa es completa en madera. No tiene escaleras, es una rampa, porque es de un paralítico. A mano, a mano derecha tiene unas escaleras y una puerta y la de al frente. Las ventanas son en aluminio y el techo es en zinc.

P    En términos de las dimensiones de casa, de su tamaño, ¿cómo usted la catalogaría la casa en términos de tamaño?

R    Es...

P    Si es una casa grande o pequeña.

R    No, pequeña.

P    ¿Cómo es el aspecto interior de esa casita, Regino?

R    Pues, tiene una pequeña sala. Un cuarto pequeño también. La sala y la cocina juntas, y el baño. O sea, no es muy grande la casa, es pequeña.

P    Bien. Si Su Señoría nos permite, nosotros desearíamos que el testigo está obviamente disponible, se fuera a la pizarra y nos ilustrara, más o menos, un diseño de es la constitución física de la casa.

HON. JUEZ:

Sí, vamos a asegurarnos de que hay tiza y borrador. Tiza. Bien. Pase a la pizarra.

POR EL HON. FISCAL:

P    Regino, le voy a solicitar que usted haga un dibujo

ilustrar el interior de la casa de Piñones. De las facilidades que tiene el interior de esa casa. Se le puede hacer lo bastante grande que pueda, para que las damas y caballeros del jurado puedan apreciar bien su dibujo.

Bien, ¿le puede explicar ahora a las damas y caballeros del jurado en qué consiste ese dibujo que usted ha hecho? Mirando a las damas y caballeros del jurado, explicándole a ellos lo que usted ha dibujado.

R    Pues, esta es una de las puertas a mano derecha...

P    ¿Esa puerta qué tiene para salir, Regino? Esa área

R    Una, una escalera de madera.

P    El tamaño de esa escalera, ¿cómo es?

R    Como la entrada de la puerta.

LCDO. FARINACCI:

Su Señoría, el Fiscal le dijo, y me perdona, que mirara a las damas y caballeros del jurado y el testigo está mirando para otro lado.

HON. JUEZ:

Bien. Pues,...

LCDO. FARINACCI:

Sí, pero...

HON. JUEZ:

...ININTELIGIBLE...El está precisamente dejando espacio para que el Fiscal le pide es que cuando usted hable después de la pregunta es que le tiene tiza y borrador a su disposición.

POR EL HON. FISCAL:

P    Bien. Regino, le preguntamos sobre el tamaño de la área que usted le estaba describiendo a las damas y caballeros del jurado

Tapes 11 to 15 - 34

R    Pues, es más o menos, es del mismo tamaño de la puerta, no sé precisar, el mismo tamaño de la puerta.

P    Pero, ¿si es una escalera grandísima, si es mediana, si es pequeña?

R    Mediana, mediana. Entonces, pues...

P    La rampa que usted le indicó a las damas y caballeros del jurado que tenía la casita, ¿dónde usted la ubica en su dibujo?

R    Aquí.

P    ¿Esa es la rampa?

R    Sí, la rampa. No tiene escalones, es paneles. Porque el dueño, el que era dueño tenía una silla de ruedas. Entonces, pues esta es la puerta, a la entrada para abajo de la rampa y esta es la sala, que es conjunta con la cocina, que es esto aquí. Este es el cuarto...

P    Regino, usted le puede poner, el, el, como una "C" o escribir cocina en el área donde usted ubicó la cocina. Bien.

R    Entonces, pues esta es la cocina, este es el cuarto y ésta es la entrada para el cuarto. Este es el baño y ésta es la entrada para el baño.

P    Pues, ¿me puede poner la letra "B" o escribir baño al área donde usted está el baño? Ese baño, Regino, ¿cómo es en términos de su tamaño?

R    Pues... o sea, no es muy cómodo, es incómodo. El piso del baño es una capa de cemento pero lo demás es de madera.

P    Y el tamaño del cuarto, del único cuarto que tiene la casita

R    Pequeño también. O sea, no caben muchas cosas ahí.

P    Bien. Muchas gracias, Regino, puede volver a su silla. Bien. Usted le indicó a las damas y caballeros del jurado que visitó ahí él le proveyó esa información, ¿y qué usted hizo con relación de que estas personas estaban allí por los alrededores del

Tapes 11 to 15 –

R    Pues, al otro día fui para allá, para Piñones. Como a eso de las dos de la tarde. Fui a dar la vuelta a ver si los veía, a ver si estaban en ese sector.

P    Bien. ¿En qué forma, con quién usted dio esa vuelta por allá por el sector de la casita en Piñones?

R    Pues, me fui con Ronald, andaba yo, andaba Rey y andaba un amigo de nosotros que le dicen Cuco. Fuimos en, en una guagua que estábamos usando.

P    Sí. Explíquele a las damas y caballeros del jurado cómo usted acordó con esas cuatro personas hacer esas gestiones allí.

R    Pues, cuando fuimos a chequear la casa

P    Regino, la pregunta es...

R    Unjú.

P    ...que usted le explique al jurado que como usted se puso de acuerdo con esas personas para el día que usted está hablando de ir a ese sector. ¿Lo hizo antes de visitar el sector con esas 4, con esas 3 personas?

R    Pues, nos encontramos en mi casa, en Parcelas Falú, Villa Prades y Ronald en su casa y llegó. Yo le dije: "Vamos a dar una vuelta por Piñones."

P    ¿Dónde vivía Ronald Cotto para esa fecha, si usted lo conoce, Regino?

R    Pues, Ronald se estaba quedando en casa de su hermano, en Cuba y su esposa, en Carolina; pero no sé el sector donde se estaba quedando.

P    Bien. ¿Y cómo fue eso? ¿Usted recuerda, más o menos, cuál fue el día ocurre esas gestiones?

R    ¿Esas gestiones?

P    Con relación al 4 de julio de 1994.

R    Sí, el 3. El día 3.

P    El día 3.

Tapes 11 to 15 –

R    Por el día 3, pues, ese mismo día 3 pues estábamos en mi casa y yo le dije a ellos "Vamos para Piñones". Me preguntaron para qué y yo dije: "Para ver si, para ver si los veíamos. Para ver si estaban por allí. Entonces, pues decidimos, nos montamos en la guagua...

P    Regino, el vehículo en el cual ustedes se montaron, ¿a quién pertenecía?

R    A un amigo de Ronald.

P    Describa de quién. Descríbale a las damas y caballeros del jurado cómo era ese vehículo, ¿qué tipo de vehículo era?

R    Pues, era una guagua blanca, Toyota, doble cabina y media, 4X4.

P    ¿Y usted nos había indicado que la guagua pertenecía a quién?

R    A un amigo de Ronald. Ronald tenía su guagua y él tenía el carro de Ronald.

LCDO. FARINACCI:

Su Señoría, para que no se preste a confusión, ¿él está hablando ahora de 2 guaguas, o sea, la pregunta es si ese día, para ir al sitio...

HON. FISCAL:

El no está hablando de 2 guaguas, Su Señoría.

LCDO. FARINACCI:

Por eso.

HON. FISCAL:

Está hablando de 2 vehículos, y señaló la forma ...ININTELIGIBLE...

HON. JUEZ:

...ININTELIGIBLE... El se ha referido a 2 vehículos, no a 2 vehículo que se intercambiaron.

HON. FISCAL:

Unjú.

HON. JUEZ:

Sobre eso, si usted quiere aclarar algo más, sobre esa situación de la guagua y el vehículo

R    Pues, desde ahí pues nos montamos en la guagua y nos fuimos para Piñones. Cuando...

POR EL HON. FISCAL:

P    Regino, perdone que lo interrumpa. ¿Cómo se montaron en la guagua? O sea, que le explique usted a las damas y caballeros del jurado la ubicación de cada una de las personas en el interior de la guagua.

R    Pues, Ronald iba guiando, yo iba al lado del pasajero, eh, Rey iba detrás de mí y Cuco iba detrás de Ronald.

P    Usted dijo, ...ININTELIGIBLE...de ese sujeto que usted identifica como Cuco, ¿de dónde usted lo conoció?

R    Por la familia de Rey. Ya yo lo había conocido en Playita.

P    Bien. Usted recuerda, más o menos, como a qué hora aproximadamente salieron hacia el sector de Piñones.

R    Como a las 2:00 de la tarde.

P    Indíquele a las damas y caballeros del jurado cuál fue la ruta para llegar al área de Piñones.

R    Pues, cruzamos el Puente Teodoro Moscoso, eh, y ahí para Piñones, así por toda la costa con el aeropuerto, hasta llegar a la intersección del cuartel de Piñones, que por ahí es la entrada para la casa de madera.

P    Usted dijo, cuando usted le dice a las damas y caballeros intermitente", ¿a qué se está refiriendo?

R    A una, a una luz de, para parar los carros intermitente.

P    Okey.

R      ...o sea, que no tiene ni roja ni verde. Solamente estaba "flachando". Porque está cerca de una escuela, también.

P      Bien. Después que pasan esa área de la luz intermitente, ¿hacia dónde se dirigen?

R      La luz intermitente hace esquina con la entrada, con la entrada para llegar a la casa de madera.

P      ¿Dónde queda el negocio "El Tilamar", con relación al sitio donde se encuentra la casita de Piñones?

R      En esa misma esquina. Al cruzar la calle de esa misma entrada.

P      Nárrele a las damas y caballeros del jurado qué es lo que usted hace una vez llega a ese sector.

R      Pues, entramos por la calle y cerca de la casa de madera hay un parque de pelota y estábamos mirando a ver si en la casa había alguien. Y se oía como si hubieran mujeres menores y había como un galón de gasolina de los rojos afuera y basura y neveras; y una nevera que desde la ventana se veía una nevera que hacía esquina dentro de la casa. Y yo les dije que, yo dije: "Ahí hay gente. Tienen que ser ellos o ellos se mudó nuevo, pero tiene que haber alguien." Entonces, pues llegamos hasta el final de la carretera y viramos.

P      ¿Qué es lo que hay al final de esa carretera?

R      Hay un parque de Recursos Naturales y parte de una laguna ahí. En ese mismo parque fue que viramos. Y pasamos nuevamente y miramos y nos fuimos.

P      ¿Y hacia qué sitio se dirigieron?

R      Para la casa de Reymond, en Villa Prades.

P      Nos permite Su Señoría acercarnos a la dama Secretaria.

HON. JUEZ:

Sí, señor.

HON. FISCAL:

Regino, le voy a mostrar un Exhibit marcado como el Exhibit C del Ministerio Público para que usted lo examiné y le indique a las damas y caballeros del jurado si usted reconoce el contenido de ese Exhibit.

R   Sí.

P   ¿Sí? Indíquele a las damas y caballeros del jurado lo que usted reconoce de ese Exhibit.

R   La casa.

P   Enséñeselo a las damas y caballeros del jurado, ¿cuál es el área de la rampa que usted dice...?

R   Esta.

P   Ahí hay un vehículo al frente, ¿usted no lo observa?

R   Sí.

P   Ese vehículo, ¿usted sabía a quién pertenece?

R   Sí.

P   ¿A quién?

R   A Willie Care.

P   ¿Cómo usted sabía que ese vehículo pertenecía a Willie Care?

R   Porque yo lo había visto en Canteras anteriormente.

P   Le voy a mostrar lo que ha sido marcado como el Exhibit 4 para que lo examine y le diga a las damas y caballeros del jurado, si usted ese Exhibit.

R   Sí.

P   ¿Qué área de la casa de madera en Piñones ilustra

R   ¿Qué área?

Tapes 11 to 15 - 40

P    Que área, sí, el área...

R    Al lado derecho, la escalera que da hacia la puerta que le estaba d█████ █████

P    Esa es la escalera que usted indicó ahorita que de entrada como m█████

R    Sí.

P    Le puede entregar los Exhibit a la dama Secretaria. Bien. Indíquele a las d█████ y caballeros del jurado, una vez ustedes re█████ a la casa de Reynaldo Cruz, ¿qué deciden h█████

R    Pues, cuando llegamos a casa de Rey, pues empezamos a buscar las pist█████ las teníamos guardadas y las sacamos, p███ faltaban balas y yo le dije que había que c█████ balas. Faltaban balas de 9 milímetros y de ██ █████, pues empezamos, sacamos las "█████ y le dije a Ronald que íbamos a ir a la ████ █████ esa casa, a ver si ellos de verdad es█████ Pues, y esperamos hasta las 11:00 de █████ y de ahí partimos de casa de Rey para ir █████

P    Regino, usted le p███████ a las damas y caballeros del jurad█████ viajaron entonces en hora de la █████ para ir hasta allá, al sector de la cas██ d█████ ¿Quiénes viajaron?

R    Cuando est████████ pues yo me encontraba y se encontraba R██████ estábamos esperando a R██████ llegara, que fue a buscar a Miguel y no l█████ momento, cuando nos ███████ llegaron. Pues, entramos...

P    Esa p██████ que usted identifica como Miguel, ¿usted █████ completo?

R    No, no, no me acuerdo completo.

P    Usted me puede identificar esa persona, ¿cómo es fís█████

R    Pues, Miguel es como mi tamaño...

P    Sí.

R    ...de piel trigueña. Pelo, de afro, bajito, chiva y como e█████ bastante gordo. Sobrepeso.

Tapes 11 to 15 - 41

P    ¿Usted nos puede explicar por qué razón Ronald salió a buscar a Miguel?

R    Sí. Ronald salió a buscarlo porque anteriormente de esos días, pues, Creo que había dicho que cualquier que lo buscara a él. Pero, yo no sabía donde vivía, pero como Ronald sabía donde vivía porque lo había llevado anteriormente, pues él fue a buscarlo.

P    ¿Usted nos puede identificar que relación existía entre Miguel y el acusado?

R    Bueno, cuando yo conocí a Yiye, pues él estaba siempre con él y se pasaba con él. Y él fue el que me lo presentó. ¿Tú sabes?, Miguel trabajaba para él.

P    ¿Y por qué había que esperar a Miguel?

R    Porque Ronald salió a buscarlo y entonces él me dijo que lo esperara pero que le dije a Rey que no llegaban, que nos íbamos a ir porque yo no quería ir más tarde para Entonces, cuando salimos que nos estábamos montando en el carro, fue que ellos llegaron.

P    Oiga, le he mostrado a los Compañeros de la Defensa una foto de una los Compañeros han señalado que no tienen ningún reparo para que sean admitidas en

HON. JUEZ:

¿Hay objeción?

LCDO. FARINACCI:

Ninguna.

HON. FISCAL:

No, ninguna.

HON. JUEZ:

Bien. Okey. Muy bien, pues márquese como Exhibit

SECRETARIA DE SALA:

...ININTELIGIBLE...31, Vuestro Honor.

POR EL HON. FISCAL:

P    Regino, observando el Exhibit 31 del Ministerio

Tapes 11 to 15 - 42

reconoce a la persona que se reproduce en esa foto.

R    Sí, esta es la persona.

P    ¿Quién es él?

R    Este es Miguel.

P    Bien. Su Señoría, solicitaríamos que esa foto fuera circulada a las damas y caballeros del jurado.

HON. JUEZ:

¿No hay objeción?

LCDO. FARINACCI:

Ninguna.

HON. JUEZ:

Bien. ...ININTELIGIBLE

POR EL HON. FISCAL:

P    ¿Qué hacen Rom... tan pronto llegan allá a la casa de donde... viviendo que era la casa de Rey... Figueroa?

R    Pues, cuando llegamos pues se bajaron de la guagua, pues yo me... entramos a la casa y le dije a Miguel para dónde íbamos. Le expliqué. Y esta... pistolas que tenían y cuántas balas tenían y de ahí, pues cuando ya habían ch... nos dirigimos a la guagua y nos montamos y de ahí nos dirigimos para Pu...

P    ¿Usted le puede indicar a las damas y caballeros del jura... sacaron las armas que tenían?

R    Pues, la mía yo la había comprado. La de Rey se la ha...

P    La suya, el arma suya en particular, ¿usted puede d... damas y caballeros del jurado cómo era su arma?

R    Yo tenía una 9 milímetros Tauro negra con cacha...

tenía...

P    Perdone que lo interrumpa, Regino. El número de serie del arma que usted tenía ¿cuál era?

R    Estaba mutilado.

P    Okey.

R    Entonces, pues Rey tenía una 45 Colt.

P    Sí.

R    Miguel tenía una 9 milímetros Smith & Wesson y Ronald tenía una 45 Colt negra. Y la 45 de Rey era negra también.

LCDO. FARINACCI:

No ha dicho el color del arma de Miguel.

R    Era gris y "cromeada".

HON. JUEZ:

Siempre espere instrucción porque recuerde que quien está interrogando en Cuando interviene alguno de los compañeros que no lo está interrogando en este espere instrucción.

POR EL HON. FISCAL:

P    Y Regino, usted le indicó a las damas y caballeros del jurado usted tenía, la 9 milímetros Tauro esa usted la había comprado.

R    Sí.

P    La que tenía Rey, ¿usted sabe cuál era la procedencia de

R    Cepillín se la había dado.

P    ¿La que tenía Miguel?

R    Esa, la 9 milímetros Smith & Wesson, que era gris y

P    ¿Y la de Ronald?

Tapes 11 to 15 - 44

R    No sé de donde la sacó. Era una 45 Glock negra.

P    En relación con las balas que, que ustedes tenían para esas armas, ¿de dónde las sacaron?

R    Pues, como hacía falta balas, pues yo se las había pedido a Crespo y él dijo que estaba bien y el hijo de él fue el que me las dio. Fui a, a una casa en Country Club y ahí fue que me dieron las balas, me las dio el hijo.

P    Con relación al argumento que estamos hablando del 3 de julio en horas de la noche, ¿cuándo fue que ocurrió ese evento?  O que usted le requirió esas balas al acusado.

R    El día antes, el día antes de que pasara la fecha.

P    ¿Cómo se llama el hijo del acusado, el que le entregó las balas?

R    Papito.

P    Bien. Y usted le indicó a las damas y caballeros del jurado que cuando habían llegado por la tarde de Piñones y entraron a la casa de Rey, hicieron unas gestiones con las armas, ¿cuáles fueron las gestiones que hicieron con las armas, allí en la casa de Rey?

R    Pues, las teníamos guardadas debajo, del negocio del lado, debajo de la casa o del negocio; que era bien, como a 3 pies de la casa. De pegado, de la casa.

P    Unjú.

R    Y las sacamos de un, habíamos hecho un hoyo y las sacamos de donde las teníamos guardadas. Junto con otras balas que teníamos.

P    Okey. El hoyo donde estaban las armas, ¿debajo de qué estaban? ¿el negocio o de la casa, de qué estructura, de cuál de las 2 estructuras?

R    Del negocio.

P    ¿Del negocio?

R    Sí.

P    ¿Cuándo fue que hicieron esa gestión en particular, si usted nos puede precisar?

Tapes 11 to 15 - 45

R    Cuando obscureció. Cuando, cuando vio la tarde obscura, cuando obscureció fue que las empezamos a sacar.

P    ¿Y cómo hicieron la repartición de las armas?

R    Pues, cada cual cogió como una cantidad de 20 balas 6 diferentes, diferentes cantidad de balas de 45 y de 9.

P    ¿Nos permite Su Señoría acercarnos a la Secretaría?

HON. JUEZ:

Sí, señor.

POR EL HON. FISCAL:

P    Regino, utilizando el Exhibit número 30B del Ministerio Público, indíquele a las damas y caballeros del jurado si usted me puede ubicar con este Exhibit el área donde usted señala que tenían escondidas las armas debajo del negocio que quedaba inmediatamente al lado de la casa de Reynaldo Figueroa.

R    Por esta misma esquina...

P    Usted se puede, vamos a pedirle permiso a Su Señoría para que se acerque el testigo a las damas y caballeros del jurado y les indíque el sitio específico.

HON. JUEZ:

Bien. Frente a las damas y caballeros del jurado señale el sitio en específico.

HON. FISCAL:

Empiece por el lado, por esa área y después viene hacia el lado de acá. ¿Vieron ustedes en la parte de atrás? Muchas gracias, Regino, puede sentarse nuevamente.

HON. JUEZ:

...ININTELIGIBLE...

POR EL HON. FISCAL:

P    Bien. Si le puede entregar a la Secretaria. ¿Qué vehículo utilizaron, Regino, en esta

Tapes 11 to 15 - 46

segunda ocasión que usted se iba a dirigir al área de la casita de Piñones?

R    Pues, una Toyota 4X4, doble cabina y media, blanca.

P    Ese vehículo, ¿qué relación tiene con el vehículo que habían utilizado en horas de la tarde para ir al sector de la casita de Piñones y corroborar la información que usted había recibido?

R    El mismo.

P    ¿Era el mismo vehículo?

R    Sí, el mismo vehículo.

P    En esa ocasión, ¿cómo se sentaron dentro de vehículo?

R    Pues, yo iba... el que iba guiando era Ronald, este, Rey estaba detrás de Ronald; Miguel estaba en el asiento del pasajero y yo estaba detrás de Miguel.

P    ¿Cómo ustedes salieron vestidos hacia el área de Piñones en esa ocasión?

R    Pues, cada cual tenía, pues yo tenía ropa negra con camisa de manga larga...

P    Unjú.

R    ...entonces, pues los demás estaban vestidos normal. Con camisa corta, pantalones largos y "tennis".

P    Regino, como aproximadamente ustedes, aproximadamente, ¿cómo a qué hora salieron de casa de Rey para dirigirse al sector de la casita de Piñones?

R    Como, como a eso de las 11:00 de la noche.

P    ¿Qué ruta cogieron en esa ocasión a esa hora para llegar al área de la casita?

R    La misma, el puente Teodoro, hacia allá, hacia Piñones.

P    ¿Usted le puede indicar a las damas y caballeros del jurado cómo estaba el tráfico para esa área de Piñones esa noche del 3 de julio cuando ustedes estaban transitando por allí?

R    Había mucho tapón. Había muchos carros, había... era un tapón muy grande, por los negocios que estaban abiertos, y había mucho, mucha música.

P    Y en términos de personas en el área del negocio, ¿cómo estaba...? En el área los negocios del área de Piñones, ¿cómo estaba en términos de personas?

R    ¿Tú sabes?, cuando seguimos la entrada hasta el área de Piñones para empezar...

P    Unjú.

R    ...pues habían negocios que tienen música de "reggae" y de merengue y había gente caminando, mucha gente caminando por la calle que no dejaban pasar los carros. Entonces, pues cuando llegamos como a los Migueles, pues ahí había más gente todavía y era difícil para pasar. Hasta que pudimos pasar.

P    ¿Qué hacen una vez pasan entonces por esa área de tapón? ¿Logran pasar también por las personas que estaban interrumpiendo el tránsito y llegan entonces al área?

R    Porque cuando pasamos que estaban las personas ahí en el tapón, pues nos dirigimos hacia, para donde íbamos, que era para allá para más adentro de Piñones. Nos dirigimos hacia la luz intermitente. Cuando pasamos todas las personas, pues ya no había mucho tráfico y pudimos llegar hasta allá. Y cuando llegamos, pues entramos por la calle que da hacia el parque de Recursos Naturales, que por ahí mismo está la casa.

P    ¿Y en qué sitio se detuvieron? Detuvieron físicamente la guagua 4X4 de cabina...

R    Cuando, cuando pasamos por la casa yo vi el vehículo, el negro es un Datsun 210 negro, y yo les dije: "Ese es el carro de ellos." Entonces, pues nos dirigimos al final de la calle, para el parque de Recursos Naturales y allí nos detuvimos. Dimos la vuelta y nos paramos, la guagua mirando frente a la calle de salida. Allí nos bajamos y estuvimos hablando de como era la casa y cómo íbamos a entrar y había que chequear cuántas personas habían.

P    Bien. En esas primeras conversaciones de cómo se iba a entrar a la casa, ¿qué era lo que se iba a hacer? Ahí, cuando conversaron inicialmente, ¿qué era lo que iban a, qué era lo que estaban planificando?

R    Se estaba planificando como entrar a la casa para matar a las personas que estaban

Tapes 11 to 15 - 48

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Archivo Central
Rama Judicial
TRIBUNAL GENERAL DE JUSTICIA

USO OFICIAL

y si ellos estaban ahí, entonces pues, pues cómo íbamos a dividirnos...

P    Eso es lo que quiero que le explique a las damas y caballeros del jurado, en ese momento cuando llegaron lo que estaban conversando en términos de cómo iban a hacer las cosas.

R    Unjú. Sí, como... como íbamos a entrar y a quien íbamos a matar, y a quien...

HON. JUEZ:

Sí, testigo. Pero, lo que le están pidiendo es precisamente que especifique, ¿qué eran lo que ustedes...?

HON. FISCAL:

¿Qué era lo que iban a hacer...?

HON. JUEZ:    :

Perdóneme, si fulano, o el otro fulano, etcétera. Lo más que se acuerde con especificidad.

R    Ajá. Este, las personas que íbamos a matar. Los nombres de las personas que íbamos a matar, si estaban en la casa.

HON. JUEZ:

Sí, pero lo que el Fiscal quiere es que si usted se acuerda, por ejemplo, Fulano le toca a Fulano. O sea, diga ese detalle si se acuerda. O sea, si se recuerda lo dice.

R    No, no se llegó a ese detalle de quien va a escoger, no. Entramos, si están ahi, pues los matamos.

POR EL HON. FISCAL:

P    ¿Eso fue lo que se conversó al principio cuando llegaron allí al sector?

R    Sí. Y cuántas puertas tenía, este, si tenía baño, si tenía; cuántos cuartos tenía, cuántas entradas...

P    Bien. Pero, lo que usted dice es que iban a entrar todos a la casa.

Tapes 11 to 15 - 49

HON. JUEZ:

Adelante.

POR EL HON. FISCAL:

P    Sí, le preguntaba, Regino, si usted le indicó a las damas y caballeros del jurado que lo que conversaron preliminarmente era que iban a entrar todos inicialmente a la casa.

R    Sí, cuando estábamos hablando allí, lo que acordamos fue de entrar todos.

P    Okey. Bien. ¿Qué entonces es lo que hacen? Después que conversan preliminarmente sobre ese aspecto, ¿qué proceden a hacer ustedes 4?

R    Pues, cuando terminamos de hablar, pues nos montamos en la guagua, en la misma posición como llegamos y llegamos hasta... O sea, seguimos hacia adelante y llegamos hasta el frente de la casa. Más hacia adelante había una, una mata de gandules y unos árboles y ahí pusimos la guagua. "Parqueamos" la guagua debajo, en esa, detrás de esas matas. Más al frente de la entrada para la casa. Pues, al llegar ahí, pues nos bajamos toditos y nos dirigimos hacia la casa, para el lado de la escaleras a mano derecha.

P    ¿Qué hicieron en ese sector, Regino, en el área de la escalera en la mano derecha?

R    Cuando llegamos a ese sector, pues de la escalera a mano derecha, pues como la puerta tiene, tiene una separación del piso, pues yo estaba mirando por la rendija, por debajo de la puerta para ver como cuántas personas había y si había armas o no había y me percaté que habían 3 hombres y 3 mujeres. Entonces...

P    Regino, de ustedes 4, ¿cuántas personas miraron por ese espacio que tenía la puerta del otro lado de la casa?

R    Pues, cuando yo terminé de mirar, pues los demás miraron para ver quienes estaban y cuántos eran y pues, ahí nos quedamos hablando...

P    Bien. Y en su observación, ¿usted vio cuántos varones dentro de la casa?

R    Sí, 3 varones y 3 hembras.

Tapes 11 to 15 - 5

P    Los varones que usted vio dentro de la casa, ¿usted los pudo reconocer?

R    Sí.

P    ¿Quiénes eran, Regino?

R    Era Chino, era Junito Cuajo, y William Cure, Willie Care.

P    Esas 3 personas que usted le ha mencionado a las damas y caballeros del jurado, ¿qué relación tenían con la muerte de los hermanos del acusado que ocurrió el 30 de marzo de 1994?

R    Pues, ellos eran los que habían... entre ellos estaban ellos más Tito Rayita y Andrés...

LCDO. FARINACCI:

Yo tengo una objeción. No se ha establecido que él tiene conocimiento personal de eso.

HON. FISCAL:

Ya él declaró sobre ese aspecto, Su Señoría.

HON. JUEZ:

...ININTELIGIBLE...

LCDO. FARINACCI:

Pero, Vuestro Honor. eso no...

HON. JUEZ:

Haga su objeción.

LCDO. FARINACCI:

Mi objeción era que él está diciendo que esas personas fueron los que mataron a los hermanos del señor Crespo, pero él tiene que declarar eso si tiene propio conocimiento. Si el vio cuando esas personas mataron a los hermanos de él.

HON. JUEZ:

Bien. Adelante, Fiscal.

Tapes 11 to 15 - 51

HON. FISCAL:

No, Su Señoría, el Compañero está mal. Sabe Su Señoría, que aquí se pasó prueba de que durante, posterior, 2 ó 3 días después de la muerte de los hermanos del acusado, éste señor se reunió con el acusado y con varias personas más y allí se habló de quienes fueron las personas que mataron a sus hermanos y él lo mencionó.

HON. JUEZ:

Sí...

HON. FISCAL:

...eso es lo que él está diciendo ahora.

HON. JUEZ:

Bien. En cuanto a la pregunta que se le hace en este momento, obviamente no tiene conocimiento directo, por lo tanto no aprueba, si es para probar, si esas personas participaron en sí, obviamente sería prueba de referencia. Lo que sí el Tribunal tiene que hacer constar es que, eso surgió, esa información surge de una conversación previa donde él recibe esa información. Sigue siendo prueba de referencia, o sea, nunca fue prueba directa. Lo que, o sea, si el compañero Fiscal quiere probar que él recibió esa información, se permite. Si es para probar que ellos participaron en la muerte, como hecho del testigo, pues obviamente es prueba, eh, no admisible. Adelante.

HON. FISCAL:

Su Señoría, la información que recibe, Su Señoría, eso está en el récord.

LCDO. FARINACCI:

Por eso, es que se admite como prueba de referencia.

HON. JUEZ:

La explicación del Tribunal ha sido clara. Si lo que el Fiscal, el Tribunal entiende que lo que el Fiscal pretende es probar que él recibió esa información. En ese sentido se permite la

Tapes 11 to 15 - 52

pregunta. Adelante.

POR EL HON. FISCAL:

P    Regino, tomando en consideración la conversación que usted tuvo con el acusado y las otras personas allá en el negocio Lucio's Restaurant, ¿qué relación tenía con las personas que usted vio allí, esos 3 varones, con la muerte de los hermanos del acusado?

R    Son los que le habían dado muerte con otras personas a los hermanos de Crespo.

HON. JUEZ:

Bien. El jurado debe entender que esa declaración no es prueba de que esas personas participaron efectivamente como un hecho. Esa declaración es prueba para ustedes de que el recibió esa información de parte del acusado en el restaurante en la declaración previa. Adelante, señor Fiscal.

HON. FISCAL:

Bien. Nos permite acercarnos donde la Secretaria.

HON. JUEZ:

Sí, señor.

HON. FISCAL:

Su Señoría, vamos a solicitar permiso para que el testigo se acerque a las damas y caballeros del jurado para hacerle una pregunta en relación a...

HON. JUEZ:

Bien. Adelante el testigo, acérquese a el jurado.

POR EL HON. FISCAL:

P    Regino, le voy a mostrar lo que ha sido marcado como el Exhibit número 4 del Ministerio Público para que utilizándolo ahí le señale a las damas y caballeros del jurado si usted les puede explicar a ellos dónde era el área de la puerta de salida en la cual usted vio y esas otras personas que lo acompañaban, pues pudieron mirar hacia el interior de la casa y hacer las

Tapes 11 to 15 - 53

observaciones.

R    Aquí la puerta tiene una rendija...

P    A los...

R    ...ININTELIGIBLE...

P    Se la vamos a circular eventualmente, para que la persona puede sentarse nuevamente, Regino. Su Señoría, que conste para registro que le vamos a entregar a las damas y caballeros del jurado el Exhibit número 4 para que lo examinen.

HON. JUEZ:

Muy bien. Así se dispone. Se puede parar la grabadora si quiere.

...FUERA DE RECORD...

POR EL HON. FISCAL:

P    Regino, ¿usted le podría expresar a las damas y caballeros observó que alguna de las personas que estuvieran en el interior de la casa de fuego?

R    No, no observé si tenían un arma de fuego.

P    ¿Cómo cuánto tiempo estuvieron haciendo esa observación? personas que le acompañaban.

R    Como media hora.

P    Al finalizar esa media hora, ¿qué hacen, Regino?

R    Estábamos planeando cómo íbamos a entrar. Como íbamos a

P    Yo quiero que con detalle usted le diga a las damas y caballeros planificaron. O sea, qué iba a hacer cada cual en esos momentos.

R    Pues, cuando estábamos planificando como entrar a la casa estaba la puerta a mano derecha, pues yo le dije a Ronald que se quedara alguien salía. Y como ellos me conocían a mí, pues yo le dije a Rey que

Tapes 11 to 15 - 54

había allí mismo y yo me puse otra en la cara. Luego de eso, pues estábamos pensando cómo íbamos a entrar, si la puerta tenía seguro o no. Yo le dije a Miguel, que él era el más pesado para que le diera una patada a la puerta y yo iba detrás de él. Y eso fue lo que decidimos.

P    ¿Y qué iba a hacer Rey? ¿Qué iba a hacer Rey?

R    Rey iba a irse detrás de mí.

P    Bien. Usted dice que utilizaron unas camisetas.

R    Sí, unas camisetas ...ININTELIGIBLE...

P    ¿Para qué?

R    Para taparnos la cara, yo y Rey.

P    ¿Cómo se la taparon? ¿Qué áreas de su rostro, de su rostro...

R    Unjú.

P    ...usted dejaba a la vista de otras personas utilizando esa camiseta?

R    De aquí así.

P    Que...

R    ...lo que se podía ver era esto.

P    Bien. ¿De dónde usted y Rey sacaron esas camisetas?

R    Del tendedero que estaba allí mismo. Había un tendedero...

P    Su Señoría, como prueba ilustrativa, vamos a solicitarle al testigo, tenemos una camiseta a los fines de que él pueda ilustrarle al jurado la forma y manera en que tanto él como Reynaldo Figueroa se pusieron...

LCDO. FARINACCI:

Nosotros tenemos objeción, porque eso no es...

HON. FISCAL:

Es una evidencia ilustrativa.

Tapes 11 to 15 - 55

HON. JUEZ:

Bien. El Tribunal se lo va a explicar a el jurado. No se trata de que el Fiscal quiere, pretende que esa fue la camiseta, sino que esa camiseta cualquiera la va a usar el testigo para demostrar, si esa hubiese sido la prueba, de cómo la tenía puesta. Adelante.

HON. FISCAL:

Bien. Su Señoría, nosotros deseamos que usted haga constatar para el registro la, en relación con lo que hizo el testigo y lo que le es visible en estos momentos utilizando esa camiseta como ilustración.

HON. JUEZ:

Como no. El Tribunal ha observado que el testigo ha tomado una camiseta que se la ha puesto sobre su cabeza de tal manera que solamente el área de sus ojos y parte de la nariz y una parte de su frente queda visible amarrándosela a la parte de atrás de la cabeza. Toda la otra parte de su cabeza queda cubierta por la camiseta. Adelante, el Compañero.

POR EL HON. FISCAL:

P    Regino, nárrele a las damas y caballeros del jurado qué es lo que usted y las 3 personas que lo acompañaban proceden a hacer una vez tanto usted como Reynaldo Figueroa se pusieron las camisetas de la forma en que usted le ilustró a las damas y caballeros del jurado.

R    Pues, cuando dejé a Ronald en la puerta a mano derecha, pues decidimos entrar a la casa. Delante de mi iba Miguel y detrás de mi iba Rey. Entonces, empezamos a subir por la rampa y llegamos hasta la puerta, Miguel tocó la puerta a ver si estaba con seguro, tenía seguro y yo le dije: "Hay que darle una patada", que le diera una patada fuerte y ahí él decidió darle una patada. Y la puerta abrió. Al abrirse la puerta pues, pues de frente nos encontramos a dos personas, la luz estaba apagada de la casa.

P    Regino, indíquele a las damas y caballeros del jurado si ustedes hicieron algún tipo de expresión previo a entrar directamente dentro de la casa.

Tapes 11 to 15 - 56





R    Sí.

P    ¿Sí? ¿Qué expresión hicieron?

R    Miguel hizo una expresión: "Policía".

P    ¿Y quién fue el que le dio la patada a la puerta?

R    Miguel.

P    Cuando Miguel le da la patada a la puerta, ¿dónde usted estaba con relación a Miguel?

R    Detrás de Miguel.

**ISO OFICIAL**

P    ¿Y dónde se encontraba Reynaldo Figueroa con relación a usted?

R    Detrás de mí.

P    Y en esos momentos, ¿dónde se encontraba Ronald Cotto?

R    En la puerta a mano derecha esperando por si acaso alguien salía por ahí.

P    Okey. La patada de la puerta, entra Miguel, nárrele a las damas y caballeros del jurado lo que usted observa.

R    Pues, cuando se abrió la puerta, cuando le dieron la patada, pues yo vi de frente que estaba... yo vi a William Cure, eh,...

P    ¿Cuál era el apodo del señor Cure?

R    ¿De William Curé? Eh, Willie Care. Entonces, pues a mano izquierda vi a Chino, que estaba al lado del televisor, rápido que la puerta se abrió empezaron a sonar disparos, pero pude ver eso. Entonces, pues...

P    ¿Y qué usted hizo? Usted tenía la Taurus suya de 9 milímetros, inmediatamente que entró a la casa.

R    Pues, cuando entré a la casa, pues cuando iba a disparar el peine estaba sobresalido un poco y me puse de mal humor y salí para afuera para meter el peine y se quedó Rey y Miguel dentro de la casa y yo lo que oía eran disparos. Y cuando ellos terminan de disparar que yo voy

Tapes 11 to 15 - 57

a entrar a la casa, ellos dicen: "Vámonos", pero yo dije: "Aquí hay alguien vivo", y entré. Cuando entré, pues vi a Chino al lado del televisor, estaba tirado, caminé hacia el cuarto, había uno en el piso que era Junito Cuajo y cuando encendí la luz pues vi a Teresa a mano derecha en el suelo y detrás de la puerta estaba William vivo. En esos momentos, pues William se me tiró encima, me agarró las manos donde tenía la pistola y estuvimos forcejando, me agarró por la camisa y me le pude zafar y le pude disparar.

P    Regino, perdone que lo interrumpa. Cuando usted entró originalmente a la casa junto con Miguel, ¿quiénes recibieron los primeros impactos?

R    Los primeros impactos los recibieron el que estaba de frente, eh, Chino cogió de los primeros impactos, Junito Cuajo fue el segundo que cogió los impactos. En esos momentos, pues...

P    Regino, perdone que lo interrumpa. Le pregunto si para esa época usted conocía a una joven de nombre Teresa.

R    ¿Teresa? Sí.

P    ¿De dónde conocía a usted a Teresa?

R    De Canteras.

P    Le pregunto que si de las personas que usted identificó, de las 3 damas que identificó cuando estaba haciendo la observación por el paso de la puerta, que usted le testificó a las damas y caballeros del jurado, si usted identificó a Teresa como una de las personas que estaba allí dentro de la casa.

R    Sí, a Teresa.

P    Indíquele al jurado si usted pudo percibir si ella recibió algún tipo de impacto de bala.

R    Sí.

P    Nárrele al jurado en qué forma ocurrió eso.

Tapes 11 to 15 - 58

R    Pues, cuando entramos a la casa que Miguel comenzó a disparar, ella estaba en una esquina porque no le íbamos a tirar a ella pero Chino...

P    ¿Por qué? Usted dijo, ¿por qué no le iban a tirar a ella?

R    Porque no queríamos a las mujeres, los queríamos a ellos, a los varones. A William y Chino y a Junito Cuajo.

P    Cuando ustedes salieron de allí de Reynaldo Figueroa, ¿ustedes habían planificado asesinar alguna mujer?

R    No. no.

P    Okey. Díganos la forma en que Teresa recibe el impacto.

R    Pues, cuando entramos a la casa que Miguel comenzó a disparar, Chino estaba, Chino recibió el impacto, no sé, como para esta área y la cogió por los brazos y ahí fue que ella recibió el impacto de bala y se paró y cayó en el otro cuarto. Y, siguieron dándole tiros a Chino.

R    Y después de eso, pues cuando ellos terminan, pues yo, cuando él termina con Chino, yo sigo para el cuarto y veo que está Junito Cuajo en el piso, está Teresa en el piso tirada y cuando prendo la luz, por ahí sale Junito Cuajo, este, Willie Care. Y me tira encima.

P    ¿Y qué usted hace cuando Willie Care se le tira encima?

R    Pues, me agarró la muñeca, para tratar de quitarme la pistola y me agarró la camisa. Entonces, yo pude zafármele y me hice varios disparos de aquí para arriba.

LCDO. FARINACCI:

¿De dónde? No, no vi.

HON. FISCAL:

Por el área de la cintura arriba.

HON. JUEZ:

Del pecho hacia su cara.

POR EL HON. FISCAL:

P    Regino, ¿usted le puede indicar a las damas y caballeros del jurado específicamente a qué personas usted le disparó allí, usted?

R    A *Junito Cuajo y a Willie Care.*

P    ¿Usted le disparó a Chino?

R    No.

P    ¿Qué usted hace inmediatamente tiene el encuentro con Willie Care y usted le dispara? ¿Qué hace inmediatamente después de eso?

R    ¿Después que le disparé?

P    Sí.

R    Pues él cae, cuando él cae al suelo, pues él estaba vivo, le hice varios disparos a los dos, a Junito Cuajo y a Willie Care. Después cuando salgo del cuarto, pues la puerta pues, cerré la puerta pero yo sabía que habían mujeres ahí: "Vámonos" y nos fuimos.

P    Indíquele a las damas y caballeros del jurado si utilizó algún tipo de expresión durante ese proceso de tocar la puerta del baño de la casita?

R    ¿Algún tipo de expresión?

P    Sí, si dijo algo usted.

R    Pues, yo dije: "Vámonos", que me acuerde no dije nada más. Yo sabía que habían 2 mujeres pero no, o sea, no fui con la intención de matar las mujeres, y nos fuimos.

P    Con motivo de los disparos de usted y de las 3 personas, de las dos personas adicionales que entraron con usted a la casa, ¿cuántas personas usted vio muertas allí en la casita antes de retirarse?

R    4. Vi a Chino, a Teresa, a Junito Cuajo, y a William Curé, Willie Care, se llama, le dicen.

Tapes 11 to 15 - 60

P    ¿Me permite, Su Señoría, acercarnos a la Secretaria?

HON. JUEZ:

Sí, señor.

HON. FISCAL:

Su Señoría, vamos a solicitar permiso para que el testigo de acerque a las damas y caballeros del jurado...

HON. JUEZ:    **ISO OFICIAl**

Así se que se acerque...

HON. FISCAL:

...desde el...ININTELIGIBLE...para su testimonio.

HON. JUEZ:

Señor testigo. Adelante.

HON. FISCAL:

Regino, le voy a mostrar lo que ha sido marcado como el Exhibit número 1 del Ministerio Público para que lo examine y con él le identifique a las damas y caballeros del jurado, los cadáveres que se identifican en las fotos. ¿Quiénes son?

R    Este es Chino, este es Junito Cuajo, este es Willie Care.

POR EL HON. FISCAL:

P    ¿Cuál fue el que usted indicó que era Junito Cuajo, para que se le muestre a las otras damas y caballeros del jurado?

R    Este es Junito Cuajo.

P    Le voy a mostrar el Exhibit... ¿puedo acercarme de nuevo a ella?

HON. JUEZ:

Sí, por la parte izquierda.

HON. FISCAL:

Regino, en el Exhibit número 2 si usted le puede identificar a las damas y caballeros del jurado las personas que usted observa ahí.

R Aquí está Teresa, éste es Junito Cuajo y Willie Ca...

POR EL HON. FISCAL:

P Puede sentarse nuevamente en su silla.

HON. JUEZ:

Adelante señor Fiscal.

POR EL HON. FISCAL:

P Regino, ¿cómo cuánto tiempo ustedes estuvieron en el interior de la casita desde estos dos hechos que le voy a dar; desde el momento en que Miguel le da la patada a la puerta hasta el momento en que ustedes se retiran del interior de la casa? Luego de haber disparado. Más o menos, ¿cómo cuánto tiempo transcurrió entre esos 2 eventos? Si lo puede precisar, sino...

R No sé, como, como 8, 9 ó 10 minutos, porque yo salí y volví a entrar.

P ¿Me podría acercar, Su Señoría, con los Compañeros de la Defensa un momentito? Por favor.

HON. JUEZ:

Sí, señor.

**...FUERA DE RECORD...**

HON. JUEZ:

Señor Alguacil, ¿hay refrigerios? Está bien, Pues, vamos a recesar. Está bien, pero hoy seguimos. Okey. Bien. Vamos a recesar para que las damas y caballeros del jurado tomen su refrigerio y nosotros volvamos en un poco. Eh, le recuerdo a las damas y caballeros del jurado que no deben hablar entre sí sobre los hechos de este caso con ninguna otra persona. Si alguien lo intentara debe rechazarlo y decírselo inmediatamente al Tribunal. Pueden pasar a sus refrigerios.

Tapes 11 to 15 - 62

ALGUACIL DE SALA:

De pie, por favor.

HON. JUEZ:

...ININTELIGIBLE...los Compañeros en este momento.

LCDO. FARINACCI:

Nada, Su Señoría. ¿A las 4:00?

HON. JUEZ:

Dado el tiempo, a las 4:05 regresaremos.

ALGUACIL DE SALA:

Siendo las 3:40 el Tribunal recesa hasta las 4:05 de la tarde.

...RECESO DEL TRIBUNAL... **ISO OFICIAl**

ALGUACIL DE SALA:

...ININTELIGIBLE...en la Sala, todo el mundo de pie, favor permanecer en absoluto silencio.

HON. JUEZ:

Bien. Le pregunto a los Compañeros si tienen algo que pronunciar antes de que llamemos al jurado a Sala.

LCDO. FARINACCI:

Nada, Su Señoría.

HON. FISCAL:

Nada, Su Señoría.

HON. JUEZ:

Traigan al jurado. Bien. Han entrado a Sala los miembros del jurado, dígame los Compañeros de la Defensa y del Ministerio Público si están de acuerdo con el que el jurado es el mismo y está completo.

Tapes 11 to 15 - 63

HON. FISCAL:

Así, es Su Señoría.

LCDO. FARINACCI:

Eso es así.

HON. JUEZ:

Bien. Vamos a continuar con el interrogatorio directo del señor Fiscal, adelante el Compañero.

ESO OFICIAL

HON. FISCAL:

Con el permiso de las damas y caballeros del jurado y de Su Señoría.

HON. JUEZ:

Sí. Se reanuda la sesión. Adelante.

POR EL HON. FISCAL:

P   Regino, usted le puede indicar a las damas y caballeros del jurado que, ¿dónde se encontraba su esposa, Yesenia Figueroa, cuando ustedes salieron de la casa de Reymond en horas de la noche? Cuando salieron a las 11:00.

R   En la casa de Rey. Se encontraba Yesenia Figueroa.

P   Bien. ¿Dónde se encontraba ella cuando ustedes estaban gestionando la búsqueda de las armas y cuando se repartieron las armas?

R   También en la casa.

P   Usted le había señalado a las damas y caballeros del jurado que estuvo entre 8 a 9 ó 10 minutos, más o menos, entre los dos hechos que le indiqué...

R   Unjú.

P   ...en el proceso de todo lo que ocurrió en la casa y de su participación. ¿Recuerda ese dato?

R   Sí.

Tapes 11 to 15 - 64

P        ¿Cómo en cuántas ocasiones usted disparó, Regino, si nos puede precisar? Aproximadamente. No le estamos pidiendo el número exacto.

R        Mi pistola tenía 14 balas, disparé las 14.

P        Su Señoría, que conste para el registro de que nos proponemos a identificar una evidencia que le estamos mostrando previamente a los Compañeros de la Defensa.

LCDO. FARINACCI:

Puede marcarla como Exhibit, no tenemos objeción a que se marque como Exhibit.

HON. JUEZ:

Así se indique.

SECRETARIA DE SALA:

Sería el Exhibit 32A del Pueblo y 32B del Pueblo.

POR EL HON. FISCAL:

P        Regino, se le está entregando lo que ha sido marcado como el Exhibit 32A y 32B del Ministerio Público para que los examine y le diga a las damas y caballeros del jurado si usted reconoce ese Exhibit.

R        Sí.

P        Ese Exhibit que usted tiene en sus manos, ¿qué relación tiene con la pistola Taurus, 9 milímetros que usted utilizó allí en la casita de Piñones para disparar?

R        Es la misma.

P        Es la misma. Bien. Puede entregárselos a la Secretaria.  El período de tiempo que usted le señaló a las damas y caballeros del jurado, los 8, 9 ó 10 minutos y, ¿qué usted procedió a hacer, Regino?

R        Después de que pasó eso, de que pasó todo lo que... que "chequié" la puerta pues dije: "Vámonos", y nos fuimos. Y ahí fue, procedimos a montarnos en la guagua. Eh, yo en todo momento hasta que llegué a la guagua me quedé con la camisa. Y cuando llegamos a la guagua,

Tapes 11 to 15 - 65

nos montamos en la misma posición y nos fuimos.

P    ¿Qué ruta cogieron cuando salieron del sector de Piñones en relación con la ruta que habían tomado cuando fueron...?, que usted señaló que encontró todo el área de tapón y las personas caminando.

R    Pues, cuando salimos, pues doblamos... salimos por esa misma calle, doblamos a mano derecha como si a Loiza. Cuando llegamos, que cruzamos el puente de Loiza, el "Falcó"[1], pues hay una calle a mano derecha, nos metimos por ahí por esa calle que da hacia Canóvanas. Una calle vieja hacia Canóvanas. Al llegar casi al final, pues tuvimos que virar porque el puente estaba caido. El puente estaba en reparación y no había puente para cruzar al otro lado. Tuvimos que virar e irnos por la, por el frente del Hospital de Loiza hasta la luz e irnos por, hacia directo por la #65. Pasar por aquí al frente, seguir allá hasta la 65 y doblar y llego hasta en casa de Rey. Hasta Parcelas Falú allá en...

P    ¿Quiénes llegaron allí de nuevo a la casa de Reynaldo Figueroa?

R    Rey, yo, Miguel y Ronald.

P    Usted le puede identificar a las damas y caballeros del jurado, ¿cómo es la persona que usted identifica como Reynaldo Figueroa?

R    Sí. El es flaquito, mide como, como 5'10, pelo afro, bien bajito, poquito bigote...

HON. FISCAL:

Su Señoría, le vamos a mostrar a los Compañeros de la Defensa una foto del señor Reynaldo Rivera Figueroa y los Compañeros han señalado que no tienen ningún reparo a que la misma sea admitida en evidencia.

HON. JUEZ:

Bien. Márquese como Exhibit.

---

[1] Fonética

Tapes 11 to 15 - 66

HON. FISCAL:

Sería el Exhibit 33 del Ministerio Público.

HON. JUEZ:

Señora Secretaria, sí. ...ININTELIGIBLE...si usted necesita en algún momento agua o algún medicamento, nos lo puede indicar y en el caso de dolor nos indica inmediatamente. Adelante.

POR EL HON. FISCAL:

P    Permítame. Regino, se le ha mostrado lo que ha sido marcado como el Exhibit 33 del Ministerio Público para que usted le indique a las damas y caballeros del jurado si reconoce a la persona que se ilustra en esta foto.

R    Ese es Reynaldo.

P    ¿Ese es Reynaldo Figueroa?

LCDO. FARINACCI:

Que se muestre al jurado, por favor.

HON. JUEZ:

Bien. Eh...

HON. FISCAL:

Vamos a, vamos a...

LCDO. FARINACCI:

...ININTELIGIBLE...

HON. FISCAL:

...ININTELIGIBLE...para no tener que volver, para no tener que volver...

HON. JUEZ:

Bien. Bien.

Tapes 11 to 15 - 67

HON. FISCAL:

Yo creo que aprovechamos mejor el tiempo.

LCDO. FARINACCI:

...ININTELIGIBLE...que se le muestre ésta otra.

HON. JUEZ:

Bien.    **ISO OFICIAL**

POR EL HON. FISCAL:

P    Bien. Regino, mientras la dama Secretaria marca el otro Exhibit, Regino dígale a las damas y caballeros del jurado cómo es fisicamente el individuo que usted identifica como Ronald Cotto.

R    Pues, Ronald es, no es muy blanco. Tiene el pelo negro, no muy bajito. Tiene el bigote grueso, es flaco, eh... mide como 5'10, algo así. 5'10.

P    Está bien. Bien. Vamos le vamos a mostrar lo que ha sido marcado como el Exhibit 34, para que usted lo examine y le diga a las damas y caballeros del jurado si usted reconoce a la persona que, que ilustra ese Exhibit. ¿Quién es ese?

R    Ese es Ronald Cotto.

P    Bien. Vamos entonces, Su Señoría, a la petición de los Compañeros de la Defensa...

HON. JUEZ:

Bien. Enséñéselas.

HON. FISCAL:

...que sean 2, ambas...ININTELIGIBLE...a las damas y caballeros del jurado.

HON. JUEZ:

Bien. Enséñéselas las 2 a la vez para que cada persona mire una y mire la otra y demás.

Si, adelante Fiscal.

Tapes 11 to 15 - 68

POR EL HON. FISCAL:

P    Bien. Regino, ¿usted le puede manifestar a las damas y caballeros del jurado qué ustedes hacen una vez que llegan a la casa de Reynaldo Figueroa?

R    Pues, allí nos quedamos hablando de lo que había pasado y entonces pues...

P    ¿Y qué era lo que hablaban?  Para efectos de la pregunta, ¿qué era lo que hablaban?

R    Lo que había pasado de las muertes y, quien, quienes habían caido y yo dije que yo vi a Teresa que estaba en el piso. Y entonces dije que, ¿tú sabes?, que... me sentí en una parte mal porque ella había caido en el piso, ¿usted entiende? Y yo dije: "Habrá cogido un tiro". Y ahí, pues seguimos hablando de quienes habían caido en el piso de quienes estaban muertos o estaban vivos. Estuvimos hablando de eso. Y después, como a la hora pues...

P    Perdone que lo interrumpa, Regino, Ronald Cotto, ¿qué hizo Ronald Cotto durante todos los eventos que usted le narró a las damas y caballeros del jurado?

R    Pues, cuando llegamos a la casa, pues Ronald empezó a contar todo lo que había pasado. Entonces, pues estaba contando de que le había tirado a un caballo porque creyendo que era alguien que había salido; entonces yo le dije que yo iba a llamar a Crespo Morales a la casa para decirle lo que había pasado y ahí decidí, pues llamar a la casa de él.

P    Bien. Regino, ¿en qué forma se contaba la participación de Ronald cuando estaban reunidos allí en la casa de Rey?

R    ¿En qué forma?

P    Sí.

R    Pues, de que, de que lo habíamos dejado afuera y él estaba desesperado porque oía los disparos y no sabía qué estaba pasando. Si era que ellos nos habían tirado a nosotros o nosotros a ellos. Entonces, pues cuando antes de, cuando estábamos saliendo pues se oye un disparo y yo creía que había salido alguien por la puerta. Entonces, le pregunto y él me dijo: "Yo

Tapes 11 to 15 - 69

vi algo pasando por aquí". Entonces, cuando yo empecé a mirar, pues lo que había era un caballo.

P    Cuando, ¿quién empezó a mirar?

R    Yo, empecé a mirar.

P    Unjú.

R    Y vi que era un caballo. Y le dije, le dije que estaba loco tirándole a un caballo. Entonces, pues estaban riendo y estaban diciendo, estaban esperando las noticias a ver lo que decían.

P    Okey. Usted dice que, más o menos, con un lapso de tiempo de una hora mientras estuvieron conversando sobre lo que habían hecho, ¿usted decidió comunicarse con el acusado?

R    Sí, con Crespo. Con Crespo.

P    ¿Y por qué usted quería comunicarse con él?

R    Para decirle qué había pasado y cuántos habían muerto.

P    ¿Qué medio de comunicación usted utiliza para comunicarse con Crespo Morales?

R    Teléfono. Como en la casa de Rey había teléfono, entonces de ahí fue que yo llamé.

P    ¿Cuál es el número de teléfono del acusado que usted llamó?

R    887-8444.

P    ¿Cómo usted sabía ese número de teléfono?

R    Porque él me lo había dado y yo se lo había pedido a mi esposa, porque yo lo tenía en un "beeper".

P    Bien. Indíquele a las damas y caballeros del jurado como en cuántas ocasiones usted había llamado por teléfono al acusado previo a esa madrugada del 4 de julio de 1994.

R    Como 3 veces o 4 yo lo había llamado. Yo no lo llamé mucho a la casa por teléfono.

P    Bien. Nárrele a las damas y caballeros del jurado, ¿cómo ocurre esa llamada al

Tapes 11 to 15 - 70

acusado?

R    Pues, cuando yo llamé a Crespo para decirle *lo qué había pasado* lo cogió el hijo de él, que era conocido por "Bebi" y él me dijo que el papá estaba durmiendo. Y yo para no decir que había pasado por teléfono, yo le dije a él que le dijera al papá que habían sido trillizos y que iba mañana para la casa.

LCDO. FARINACCI:

Con el permiso, Su Señoría.

HON. JUEZ:

Sí, señor. Adelante.

POR EL HON. FISCAL:

P    Regino, mientras estaban en la casa de Rey comentando cada cual lo que había percivido allí en la casita de Piñones, ¿dónde se encontraba su esposa en ese momento?

R    En la sala.

P    ¿Y dónde estaban ustedes discutiendo todo eso?

R    En la sala.

P    ¿Por qué, por qué razón usted dijo eso de que eran trillizos y no dijo ***específicamente lo que había pasado? *(Defensa objeto que se permitiera termino trillizos.)*

R    Pues, porque como él tenía grillete federal, pues yo no sabía si estaba grabando con la máquina, por el teléfono, pues no podía decir que era lo que había pasado. Solamente dije: "Trillizos", porque pensaba que...

LCDO. FARINACCI:

Nosotros tenemos un reparo. Vamos a acercarnos al estrado.

HON. JUEZ: *Tribunal resuelve termino trillizos es pertinente. y va al jurado.)*

Tapes 11 to 15 - 71

Adelante. Lo que sucede es que es una pregunta pertinente que él contesta, eh...

LCDO. FARINACCI:

Está bien. **USO OFICIAL**

HON. JUEZ:

Adelante, señor Fiscal.

POR EL HON. FISCAL:

P    Okey. ¿Cómo cuánto...?  ¿Después de la llamada, qué hicieron ustedes 4 y Yesenia?

R    Pues, estuvimos un rato hablando más y nos bebimos unas cervezas y cada cual siguió para su casa, como a las 3:00 de la mañana.

P    ¿Y quiénes se quedaron? ¿Quiénes se fueron y quiénes se quedaron en la casa de Reynaldo Figueroa?

R    Pues, Miguel y Ronald se fueron. Entonces, Rey y yo nos quedamos ahí, mi esposa, nos quedamos. Eh, mi esposa y la esposa de Rey, que estaba en la casa.

P    Usted le indicó a las damas y caballeros del jurado que como parte de la información que usted le brindó al hijo del acusado...

R    Unjú.

P    ...usted le dijo que iban a ir mañana para allá, para la casa de él.

R    Sí.

P    Indíquele a las damas y caballeros del jurado si usted fue a la casa del acusado.

R    Sí, fui a la casa de él, de Crespo Morales.

P    ¿Cuándo fue a la casa de él?

R    Pues, era de madrugada, eran las 3:00 de la mañana. Entonces, pues cuando amaneció, yo me levanté como a eso de la 1:00, por ahí. Entonces, como a eso de las 6:00,

Tapes 11 to 15 - 72

obscureciendo fue que salimos para arriba para allá para Río Grande. Para Las Tres "T" de Río Grande. Entonces, pues...

P    Bien. ¿Cuál era el propósito de ir a la casa del acusado?

R    El propósito de ir a la casa del acusado, de Crespo Morales, era para hablar allí en persona de lo que había pasado y cómo había pasado. Y quienes estaban, quienes habían muerto. Y por eso fue que decidimos ir al otro día para la casa de Crespo.

P    ¿Quiénes fueron al otro día para la casa del acusado?

R    Pues, fui, fue mi esposa, Yesenia Figueroa, fui yo, fue Rey...eh, fueron él y Miguel.

P    ¿Qué hicieron ustedes allí en la casa del acusado?

R    Pues, cuando llegamos...

P    Perdóneme, excúseme que le retire la pregunta. La casa que fueron, ¿qué relación tiene con la que ya usted identificó en las fotos que están admitidas en evidencias?

R    Es la misma.

P    ¿La misma casa?

R    Sí, la misma.

P    ¿Qué hicieron allí, una vez llegaron?

R    Pues, cuando llegamos, pues cuando llegué a la casa, pues Crespo tenía bebiendo, tenía música salsa puesta y estaba jugando billar. Eso fue lo que, cuando yo llegué eso fue lo que estaban haciendo.

P    Okey. Cuando ustedes llegan, ¿qué hicieron?

R    Pues, Rey se puso a beber, Ronald y Miguel no bebió más que bien poco y yo no bebí. Entonces, mi esposa estuvo un rato abajo, en la segunda planta, adiós, en la primera planta de abajo y subió para arriba porque estaba molesta. Y ahí, pues estuvimos un rato hablando y Ronald le estaba contando a Crespo qué había pasado y entonces, ahí fue que me dijo Crespo que yo había salido, que había salido mi nombre en las noticias.

Tapes 11 to 15 - 73

P    ¿Quién le dijo eso?

R    Crespo me lo dijo a mí, y me dijo que me fuera de donde yo estaba viviendo por si acaso se tiraban allí los guardias o algo. Y esperamos como una hora, 2 horas y después nos fuimos. Yo me fui con...

P    Perdone que lo interrumpa, Regino, ¿cómo era el ambiente cuando estuvieron allí, compartiendo todos ustedes en la casa del acusado?

R    Estábamos celebrando. Celebrando la muerte de los que habían muerto. Ese era el ambiente allí.

P    Con relación a esa, a la sugerencia que le dio el acusado, que usted se mudara del sitio donde estaba viviendo porque su nombre había salido en las noticias, ¿qué usted hizo?

R    Pues, cuando llegué a Villa Prades, pues ese mismo día la guagua que habíamos buscado para cometer los asesinatos Ronald había hablado con la esposa de Yiye y Yiye...

LCDO. FARINACCI:

Hay una objeción. Que si eso le consta de propio y personal conocimiento.

HON. JUEZ:

Sí, testigo, usted nos puede declarar lo que a usted le conste. Si es que se lo contaron, no lo puede declarar, salvo que el Fiscal le interese...ININTELIGIBLE...de sus declaraciones, entonces usted lo debe decir. Adelante.

POR EL HON. FISCAL:

P    Regino, en relación con esas gestiones que hizo Ronald, ¿qué pasó?

R    Pues, habló con la esposa de Crespo...

LCDO. FARINACCI:

Yo quiero saber si fue en presencia de él.

HON. JUEZ:

Si no fue en presencia suya, recuerde que no puede declarar.

Tapes 11 to 15 - 74

POR EL HON. FISCAL:

P    Regino, en relación con esas gestiones que hizo Ronald, ¿qué pasó? ¿Qué usted hizo? En relación con esas gestiones que estaba haciendo Ronald, ¿qué usted procedió a hacer?

R    Pues, comenzó las gestiones, pues recogí mis cosas, este, todas mis propiedades y me dirigí para Cidra. Yo me fui en la guagua 4X4 que usamos para los asesinatos y él se fue en la "van". Hacia Cidra nos fuimos.

P    ¿Y a qué sitio llegaron allá?

R    Pues, cuando llegamos a Cidra, pues ya era, era una casa que yo había anteriormente ido.

P    ¿Qué usted había ido anteriormente a esa casa?

R    Sí.

P    ¿De quién es esa casa, Regino?

R    Estaba... esa casa estaba anteriormente alquilada y la vivía, la vivía, la vivía la ex-esposa de Yiye, de Crespo.

P    ¿El acusado?

R    Sí.

P    ¿Quién le facilitó a usted el acceso a esa casa?

R    Ronald, que fue el que tenía las llaves.

P    ¿Cuánto tiempo usted estuvo residiendo en esa estructura?

R    Aproximadamente 2 semanas.

P    ¿Usted le puede describir a las damas y caballeros del jurado cómo era esa casita donde usted se quedó en el área de Cidra?

R    Sí. Frente a la casa queda un negocio de bebidas alcohólicas y colmado...

P    Unjú.

R    ...eh, la casa es de una planta. Tiene la verja en cemento y en rejas. Eh, una

Tapes 11 to 15 - 75

marquesina y un balcón amplio. Tiene una cortina en aluminio y tiene una marquesina en grama a mano izquierda. Tiene las ventanas de al frente en cristal, las demás en aluminio y era chinita por, la verja era chinita y la casa también era chinita. Y en la parte de atrás tenía un patio grande.

HON. FISCAL:

Su Señoría, le hemos mostrado a los Compañeros de la Defensa 3 fotos en relación con la casa que está declarando el testigo y los Compañeros han señalado que no hay ningún reparo que la misma sea admitida en evidencia.

HON. JUEZ:

Muy bien. Márquese como Exhibit del Pueblo.

SECRETARIA DE SALA:

Bien. Sería el Exhibit 35A al 35C del Pueblo.

HON. JUEZ:

Adelante.

POR EL HON. FISCAL:

P    Regino, mostrándole lo que ha sido marcado como el Exhibit 35 del Ministerio Público, le pregunto si usted reconoce lo que ilustra esa foto.

R    Sí.

P    ¿Qué, qué nos ilustra la foto?

R    Pues, la casa que le estaba diciendo hace unos momentos. La, la verja en cemento y en rejas que es chinita. La casa, la... la cortina que está en aluminio y la casa que, por lo que puedo ver la estaban pintando y, pero tiene una parte chinita todavía.

P    Cuando usted estuvo viviendo en la casa, ¿estaba de esa misma forma, con 2 colores?

R    No.

P    ¿O tenía de un color completo?

Tapes 11 to 15 - 76

R    No, estaba completa.

P    ¿De qué color?

R    Chinita.

P    Le voy a mostrar lo que ha sido marcado como el Exhibit 35B, para que le diga al jurado lo que ilustra ese Exhibit.

R    Pues, este es el lado de la casa que le estaba diciendo hace un momento. Aquí hay una calle que va hacia atrás, la parte del lado de la casa.

P    Muy bien. Le voy a mostrar lo que ha sido marcado como el Exhibit 35C para que le diga al jurado si usted reconoce lo que ilustra ese Exhibit.

R    Este es el negocio que le dije hace unos momentos, que está frente a la casa.

P    Bien. Puede entregarle las fotos a la dama Secretaria. Regino, ¿por qué usted estuvo tan poco tiempo allí en el área de Cidra, esas 2 semanas nada más?

R    La razón que estuve poco tiempo en Cidra fue porque Ronald estaba diciéndole a sus amigos de allí lo que había pasado en Piñones y que había rumores de que la Policía se iba a tirar y yo pues decidí mudarme de ahí.

P    ¿Hacia qué sitio se trasladó?

R    Hacia Río Grande.

P    ¿Dónde estaba residiendo Yesenia durante ese tiempo que usted estaba residiendo en esa casa de Cidra?

R    Conmigo.

P    ¿Con usted?

R    Sí.

P    Bien. Después de que salieron de la casa de Cidra, ¿hacia dónde se dirigieron?

R    Pues, cuando salimos de la casa de Cidra, pues nos dirigimos a Río Grande, para allá para el Sector de Cuchillas. Allí vive la mamá de mi padrastro...

Tapes 11 to 15 - 77

P    Unjú.

R    ...y ahí fue que me estaba quedando.

P    Bien. ¿Y en qué sitio usted se estaba quedando en esa área?

R    Al principio me estaba quedando en la casa...

P    Unjú.

R    ...pero como pensé de que si se fuera a tirar la Policía, pues a lo mejor iban a buscar en la casa, pues me estaba quedando en mi guagua, mi propia "van".

P    ¿Cómo era ese vehículo, Regino, descríbaselo al jurado?

R    Pues, la "van" era una 350 Ford, eh, tapada completa, ...ININTELIGIBLE..., 4 puertas. 2 a los lados y 1 al lado que abre doble, blanca.

P    Y el sector donde usted se estaba quedando con esa guagua, ¿fue en la ...ININTELIGIBLE...?

R    Cuchillas.

P    ¿La Cuchilla?

R    El sector Cuchilla.

P    Y ese sector, ¿dónde está localizado?

R    Esa está en la ruta para subir para el Campamento ...ININTELIGIBLE... en la carretera.

P    O sea, ¿sale de qué sector?

R    Del Campamento ...ININTELIGIBLE...

P    ¿De qué? ¿En dónde? ¿De qué pueblo?

R    En Río Grande. El Campamento Penal de ****(nombre)

P    Okey. Y cómo, ¿qué facilidades usted tenía en esa guagua que le permitían a usted vivir dentro de la misma?

R    Solamente la cogía yo para dormir solamente.

Tapes 11 to 15 - 78

P    ¿Y dónde dormía?

R    Dentro de la "van".

P    Por eso, ¿Pero usted tenía algo en la "van" para dormir?

R    Pues, tenía un "matre" grande, tenía televisor y abanico y ropa y pertenencias mías y mi esposa, Yesenia.

P    El día 2 de agosto de 1994 en horas de la madrugada a las 4:00 aproximadamente, a las 4:00 de la mañana, ¿dónde usted se encontraba, Regino?

R    Dentro de la guagua.

P    ¿Quién se encontraba con usted en esos momentos?

R    Yesenia Figueroa, mi esposa.

P    Mientras ustedes 2 estaban en el interior de la guagua ese día, el 2 de agosto de 1994, ¿qué ocurre allí?

R    Pues, como a esa hora, pues como yo había acabado de llegar a las 3:00 de la mañana y no había cogido el sueño bien, entonces yo oía voces; entonces estaban tocando la guagua alrededor y habían "flashlights", luces. Y ahí fue cuando dijeron que era la Policía de Puerto Rico y que saliera de la guagua. Pues, cuando dijeron así, pues tenían la guagua rodeada y había guardado la pistola y salí. Y cuando salí, pues era la Policía de Puerto Rico y me habían reconocido por los tatuajes. Porque me levantaron la camisa y lo único que oí fue: "Este es". Y me pusieron las esposas y después se las pusieron a mi esposa y rebuscaron la "van" y encontraron la pistola.

P    ¿Qué la Policía encontró, que arma se encontrara?

R    La 9 milímetros Taurus negra.

P    ¿Alguna otra evidencia que hayan encontrado allí que usted tenga conocimiento de lo mismo?

R    No. Y "magazines", peines.

Tapes 11 to 15 - 79

P    ¿Cuántos "magazines" encontraron?

R    Eh, 1 puesto en la pistola y 3 individual. Todos cargados.

P    Eh, lo que ha sido marcado como el Exhibit 32 por el Ministerio Público, ¿cómo compara con el arma de 9 milímetros que le ocupó la Policía el día 2 de agosto de 1994, por el área donde usted estaba residiendo dentro de la guagua?

R    La misma.

P    ¿Esa fue el arma que le ocuparon?

R    Sí, esa fue el arma que me ocuparon.

P    ¿Usted recuerda quién fue el agente que intervino directamente con usted?

R    Pues, el oficial Yamil y otro oficial que no me acuerdo el nombre de él.

HON. JUEZ:

Vamos a dar una explicación. Eh, con mucho sacrificio le hemos pedido a las damas y caballeros del jurado y pues, hay que pedirle más y es que el aire acondicionado se espera que esté nuevamente funcionando bien mañana. Adelante.

POR EL HON. FISCAL:

P    ¿Qué hizo la Policía físicamente con usted, Regino?

R    Pues, solamente, pues cuando salí de la guagua, pues me pusieron las esposas y me montaron en un carro; a mi esposa le pusieron las esposas también y la montaron en un vehículo aparte. Y se llevaron la "van", y a mi me llevaron también para el cuartel de Carolina.

P    Indíquele a las damas y caballeros del jurado si a usted le informaron porque razón la Policía lo estaba buscando e intervino con usted esa madrugada.

R    Este, en ese momento cuando me pusieron las esposas que me arrestaron, no, me lo dijeron en el vehículo que estaba allí mismo "parqueado".

P    ¿Qué le informaron?

R    De que yo estaba siendo buscado por unos cargos de unos asesinatos en el área

Tapes 11 to 15 - 80

de Piñones. Y que era sospechoso.

P    ¿Eso es sobre los hechos que usted le ha declarado y admitido a las damas y caballeros del jurado?

R    Por lo mismos hechos que he narrado hoy.

P    Indíquele a las damas y caballeros del jurado si usted ha sido acusado por las 4 muertes que usted le ha narrado a ellos que ocurrió en la madrugada del 4 de julio de 1994.

R    Sí, he sido acusado.

P    ¿Físicamente qué pasó con usted cuando la Policía lo arrestó en la madrugada del 2 de agosto? ¿Qué hicieron con usted?

R    No, solamente... como le dije, me arrestaron y me llevaron al cuartel. O sea, no hubo ahí ni forcejeo ni ninguna agresión.

P    Por eso. Y después que la Policía hizo el trámite, ¿indique qué hicieron?

R    Pues, este, me quedé, me dejaron en el cuartel en la celda en lo me transportaban a la Corte para formalizar frente al Juez los cargos.

P    ¿Y se llegaron a formalizar los cargos contra usted?

R    Sí.

P    ¿Usted recuerda si a usted le pusieron fianza por estos cargos?

R    Sí.

P    ¿Más o menos, qué cantidad le pusieron, si la recuerda?

R    Como, no me recuerdo muy bien. Como 250,000, no recuerdo.

P    Dígale a las damas y caballeros del jurado si usted tenía el dinero y prestó esa fianza que le impusieron.

R    No, no tenía el dinero ni presté la fianza.

P    Bien. Debemos de entender que a usted lo encarcelaron, lo enviaron para una Institución Penal.

Tapes 11 to 15 - 81

R    Sí.

P    ¿A qué cárcel en particular lo enviaron?

R    Me enviaron para la 292 de Bayamón. Que es de máxima seguridad.

P    Bien. Regino, nárrele a las damas y caballeros del jurado en que forma, ¿cuál es el proceso por el cual usted entonces, una vez está encarcelado se convierte en testigo del Ministerio Público en estos casos?

R    Pues, cuando estuvo encarcelado, pues nuevamente pues pensé en mi hija, en mi familia y en mi esposa y en los... en los supuestos amigos que tenía en la calle que no habían hecho nada. Habían pasado 2 meses y no habían hecho nada por mí.

P    Y después de ese análisis, ¿qué usted hizo?

R    Pues, decidí cooperar porque como ya no se esperaba más porque no me iban a fiar ni tenía abogado que pudiera pagar, tenía de asistencia legal, pues nadie me quiso ayudar, pues decidí cooperar.

P    ¿Quiénes eran los supuestos amigos que usted tenía que no hicieron nada para ayudarlo mientras usted estuvo preso?

R    Crespo, Crespo Morales, Rey, Miguel y Ronald.

P    Regino, indíquele a las damas y caballeros del jurado si en algún momento como parte de su vida, ¿usted ha residido fuera de Puerto Rico?

R    ¿Qué si he residido?

P    Sí.

R    Residí 2 meses fuera de Puerto Rico, en los Estados Unidos.

P    Más o menos, ¿qué edad usted tenía, Regino, cuando usted residió en los Estados Unidos?

R    18 años.

P    Indíquele a las damas y caballeros del jurado si para esa época usted confrontó

Tapes 11 to 15 - 82

algún tipo de problema legal en los Estados Unidos.

R    Sí, confronté un caso legal en los Estados Unidos de droga.

P    ¿De qué? ¿Qué era lo que le imputaban, Regino?

R    Una venta de drogas.

P    ¿De qué cantidad?

R    Pues, la venta fue de, como unas cápsulas pero de cocaína a un agente.

P    Por eso. ¿Cuánto valía la cápsula?

R    5.00 dólares.

P    ¿Qué pasó con ese caso?

R    Pues, al hacer la venta y arrestarme, y llevarme a la Corte, pues como no encontraron un billete marcado que me había dado el agente, pues decidieron dejarme en libertad pero con citatorio para volver.

P    ¿Y usted volvió al proceso?

R    No.

P    ¿Qué hizo, Regino?

R    Me vine para Puerto Rico.

P    Indíquele a al jurado si usted tuvo algún tipo de notificación en relación con qué había pasado con ese procedimiento que usted había dejado allá en los Estados Unidos?

R    No, no tenía, no he tenido más ninguna notificación de ese caso, hasta que me arrestaron por ese caso acá.

P    ¿Lo arrestaron, más o menos, cuándo Regino?

R    Para el '93.

P    ¿Y qué pasó? ¿Por qué lo arrestaron acá, los arrestaron aquí en Puerto Rico?

R    Sí.

P    ¿Y qué pasó con el caso?

R    Me arrestaron aquí en Puerto Rico y me dejaron en libertad a los 10 días que estuve en prisión porque el Juez entendió de que ya tenía, había caducado el caso.

P    ¿Cuál Juez? ¿El Juez de aquí de Puerto Rico...

R    No.

P    ...o el que tenía el caso allá en los Estados Unidos?

R    En los Estados Unidos.

P    Para la fecha en que ocurren los hechos que usted le ha narrado a las damas y caballeros del jurado, ¿usted se encontraba disfrutando de algún beneficio?

R    ¿Disfrutando de algún beneficio?

P    Sí. ¿Usted estaba en probatoria, o estaba en libertad?

R    Sí, en probatoria.

P    ¿Estaba en probatoria?

R    Sí.

P    ¿Usted estaba en probatoria por qué, Regino?

R    Por un, por un caso aquí en Puerto Rico en Humacao de ley de armas, hurto de carro y asalto.

P    ¿Qué sentencia usted estaba cumpliendo en probatoria, Regino?

R    Una sentencia de 10 años, para mi entender.

P    Indíquele a las damas y caballeros del jurado si usted tiene algún tipo de acuerdo con el Departamento de Justicia para usted prestar testimonio en este caso.

R    Sí. Sí.

P    Y de ese acuerdo que usted tiene con el Departamento de Justicia, ¿en qué consiste, Regino?

R    Pues... mientras...

P    O sea, la participación suya en el caso, ¿usted no va a cumplir absolutamente ni

Tapes 11 to 15 - 84

un día?

R    No, sí, voy a cumplir la sentencia mía. Sí, voy a cumplir cárcel.

P    Bien. O sea, en relación con los casos que usted participó, ¿qué usted va a hacer? De los hechos, de los que le ha narrado a las damas y caballeros del jurado.

R    30 años. La condena son 30.

P    O sea, que usted se va a declarar culpable de los cargos.

R    Sí.

P    ¿Qué va a pasar con la probatoria que usted estaba disfrutando del Tribunal Superior de Humacao?

R    Revocación. Van a revocarla.

P    En adición a la, a los hechos que le ha narrado a las damas y caballeros del jurado, indíquele si en convenio que usted tiene con el Departamento de Justicia incluye algún otro delito que usted haya cometido.

R    Sí. Tengo un caso legal en la Corte de San Juan.

P    ¿De qué es ese caso, Regino?

R    De asesinato.

P    Ese caso en San Juan, particular, ¿usted recuerda quién fue la persona que usted la privó de la vida?

R    Hiram Cantre.

P    En el número que usted nos indicó de las 7 personas que usted había dado muerte, como parte de la relación que usted tenía con Cristóbal, ¿le pregunto si esa persona estaba incluida en ese grupo?

R    Sí.

P    Usted le puede señalar a las damas y caballeros del jurado, ¿por qué razón ocurrió esa muerte? La de Hiram Cantre.

Tapes 11 to 15 - 85

R    María del Mar Dávila.

P    Y la compañera María del Mar Dávila, ¿para quién trabaja?

R    Para la misma Corte, para Asistencia Legal.

P    Usted habló con ella, ¿y qué pasó?

R    Pues, hablé con ella y ella me dijo que iba a hablar a ver. Y después, en el transcurso, pues ella me dijo que podía, que podía llegar a algo. Y ahí fue que empezaron, que empecé a hablar con las autoridades de lo que había pasado y cómo fue.

P    En relación con los términos del tiempo que usted a va a cumplir en la cárcel por todo lo que nos ha narrado, le pregunto si eso se pasó a escrito.

R    Sí.

P    ¿Sí?

R    Sí.

P    ¿Cómo usted sabe que se pasó a escrito?

R    Porque yo lo leí y lo firmé.

P    Unjú.

R    Me lo leyó primero el Fiscal, lo leí yo y después lo firmé.

LCDO. FARINACCI:

No tengo objeción a que se le de un número de identificación.

HON. JUEZ:

Muy bien. Identifíquese.

SECRETARIA DE SALA:

Identificación 4 del Pueblo.

POR EL HON. FISCAL:

P    Regino, si le voy a mostrar lo que ha sido marcado como la identificación número 4 del Ministerio Público para que lo examine y le diga al jurado si usted reconoce esta

Tapes 11 to 15 - 87

identificación número 4.

R    Sí.

P    ¿Qué es la identificación número 4?

R    Este es el convenio que se dio con los Fiscales, el que me leyó el Fiscal, y el que leí yo y firmé yo.

P    ¿Cómo usted sabe que ese fue el que usted firmó y leyó?

R    Porque yo lo leí completo.

P    ¿Usted dice que lo firmó?

R    También.

P    ¿Dónde se encuentra la firma suya en esa identificación?

R    Se encuentra: "RBT", en todas las páginas y en la última página está mi firma completa.

P    ¿Dónde está su firma completa?

R    Aquí.

P    Bien. Regino, indíquele a las damas y caballeros del jurado si usted posee algún tatuaje en su mano izquierda, en la mano.

R    ¿En la mano?

P    Sí. En la mano izquierda, si tiene un tatuaje.

R    No, en la mano no.

P    ¿En la mano? ¿No es en la mano?

R    No.

LCDO. FARINACCI:

Que nos enseñe.

POR EL HON. FISCAL:

P    Usted tiene algún tipo de tatuaje en sus extremidades. Le estoy hablando

Tapes 11 to 15 - 88

exclusivamente de las extremidades. Del área, de su hombro hacia abajo.

R    Sí, Regino.

P    ¿En qué sitio, Regino?

R    En la mano derecha y en la izquierda.

LCDO. FARINACCI:

¿Es en el brazo?

R    Sí, en el brazo.

POR EL HON. FISCAL:

P    ¿En qué área de su cuerpo...?

R    En el brazo.

P    Okey. Y en el otro.

USO OFICIAl

LCDO. FARINACCI:

Yo quisiera que se lo mostrara de más cerca a las damas y caballeros del jurado.

HON. FISCAL:

Su Señoría, nosotros entendemos que es...

HON. JUEZ:

Bien. ...ININTELIGIBLE...

POR EL HON. FISCAL:

P    Regino, usted le puede identificar a las damas y caballeros del jurado, ¿por qué, con la historia de su vida como señalamos usted decidió hacerse esos tatuajes?

R    Sí, porque cuando me encontraba en prisión, pues, ¿tú sabes?, tenía el estado de ánimo muy bajo y estaba haciendo una sentencia de 10 años cuando estaba en prisión y decidí hacerme los tatuajes.

P    O sea, ¿deben de entender las damas y caballeros del jurado que esos tatuajes usted se los hizo mientras estuvo preso?

Tapes 11 to 15 - 89

R    Sí.

P    ¿Usted recuerda que usted... usted recuerda haber declarado anteriormente en este caso, en una ocasión anterior?

**USO OFICIAL**

R    Sí.

P    ¿En cuántas ocasiones usted ha declarado anteriormente con relación a este caso, Regino, aquí en Puerto Rico?

R    ¿Aquí en Puerto Rico?

P    Aquí en el Tribunal, en este Tribunal de Carolina.

R    Pues, en la vista preliminar y ahora.

P    Bien. Le pregunto si usted recuerda haber declarado en una vista preliminar en alzada.

R    Sí.

P    Para esos 2 procesos de la Vista preliminar y la vista preliminar en alzada, le pregunto si la identificación número 4 se había producido. ¿Si se había hecho el escrito que usted identifica como el convenio?

R    No, no, no se presentó eso.

P    ¿No se presentó? O sea, no se presentó.

R    No.

P    Cuando usted declaró en esas etapas, le pregunto, si usted explicó los términos del acuerdo que usted tenía con el Departamento de Justicia.

R    Si.

P    ¿Los explicó?

R    Sí.

P    ¿Cómo compara lo que usted dijo oralmente antes del acuerdo con el Departamento de Justicia y el, la identificación número 4, el convenio, en términos de lo que

usted informó?

R    Es lo mismo, igual.

P    ¿Lo mismo?

R    Sí.

P    De las 5 personas que usted mencionó que le habían informado que habían participado en la muerte de los hermanos del acusado, usted mencionó a Andresito...

R    Sí.

P    ...a Tito Rayita y mencionó a los 3 muertos de este caso.

R    Sí.

P    A Junito Cuajo, a Chino, y a Willie Care.

R    Eso es así.

P    ¿Sí?

R    Sí.

P    ¿Usted sabe qué paso físicamente con los otros 2? ¿Con Andresito y Tito Rayita?

LCDO. FARINACCI:

Si le consta de propio y personal conocimiento.

HON. JUEZ:

Bien. Señor testigo, esa es la observación. Tenga simplemente en sus contestaciones esas, esa, eh, instrucción que le dado el Juez. Lo que vaya a contestar de que le consta de propio y personal conocimiento.

R    Unjú.

HON. JUEZ:

Adelante.

HON. FISCAL:

Adelante.

R        Okey. Yo no sé de ellos...

LCDO. FARINACCI:

Su Señoría, si estuvo presente, sino...

HON. JUEZ:

Sino no los puede incluir...

LCDO. FARINACCI:

Bueno, lo que pasa es que hay una objeción a la admisión. Aunque la objeción no esté a tiempo, Su Señoría.

HON. JUEZ:

Compañero, claro.

LCDO. FARINACCI:

...ININTELIGIBLE...contestar la contestación para poder declararla inadmisible.

HON. JUEZ:

Pero, ¿no puede hacerse otra cosa? A menos que el Compañero quiera que conteste sin el jurado presente...

LCDO. FARINACCI:

No, no, no.

HON. JUEZ:

...pues si quiere...

LCDO. FARINACCI:

No, no, yo no quiero perder el tiempo.

HON. JUEZ:

Entonces, lo más que puede hacer el Tribunal es advertirle mientras está la contestación. La otra alternativa es que declare sin estar el jurado presente. Mire a ver. Adelante con su

Tapes 11 to 15 - 92

contestación. Recuerde que tiene que ser el producto de su memoria que a usted le conste.

R    Ahora... aunque yo sé que estaban, en estos momentos están muertos.

LCDO. FARINACCI:

Que el Tribunal le pregunte si él estuvo presente.

HON. FISCAL:

Su Señoría, eso...

HON. JUEZ:

Compañero, ese no es el procedimiento.

LCDO. FARINACCI:

Perdón.

HON. JUEZ:

Ese no es el procedimiento. Adelante.

POR EL HON. FISCAL:

P    Su Señoría, entendemos que ese sería el testimonio, el directo del Ministerio Público. Solicitaríamos que la identificación número 4...ININTELIGIBLE...de Su Señoría.

HON. JUEZ:

Turno de contrainterrogatorio para ...ININTELIGIBLE...de efectos de la admisibilidad del documento ofrecido.

LCDO. FARINACCI:

Eh, nos reservamos ese derecho, Su Señoría, porque las Reglas de Evidencia es que el documento habla por si mismo. Nosotros con toda probabilidad no vamos a tener objeción a que el documento se admita, pero es que tiene unas cosas ahí que entendemos que son de naturaleza inadmisible e infamatorias y por eso es que queremos esperar a nosotros plantear nuestro...

HON. JUEZ:

Compañero, es que éste es el momento.

LCDO. FARINACCI:

No, no, Su Señoría. Lo que pasa es que el documento habla por si mismo. O sea, nosotros lo que sucede es lo siguiente. Es que ese documento, si Su Señoría lo examina, que no lo ha examinado...

HON. FISCAL:

...ININTELIGIBLE...

ISO OFICIAL

LCDO. FARINACCI:

Su Señoría, lo que pasa es que...

HON. JUEZ:

Sí, sí, acérquense al estrado.

...REUNION EN EL ESTRADO...

LCDO. FARINACCI:

Señor Juez, es que tiene cosas que son inadmisibles.

HON. JUEZ:

Lo que sucede es que este el momento que el Tribunal le está dando la oportunidad, porque así...

LCDO. FARINACCI:

Lo que sucede es que... o sea, cuál es la...ININTELIGIBLE...

HON. JUEZ:

Es que no está ofreciendo...

LCDO. FARINACCI:

Y yo me opongo en este momento y...

HON. JUEZ:

Por el, sabemos que se está oponiendo, pero entonces el Tribunal está concediendo la oportunidad para fundamentar, para contrainterrogar. Para entonces el Tribunal resolver.

Tapes 11 to 15 - 94

LCDO. FARINACCI:

Lo que estoy planteando es que el Juez debe cederme esa petición hasta que yo exponga mi posición...

HON. JUEZ:

No puede ser. Le voy a decir, Compañero. Porque él tiene derecho a que el Tribunal cuando él ofrece se le admita o no para hacer...

LCDO. FARINACCI:

Okey. El documento...

HON. JUEZ:

¡Ah! bueno, usted quiere su procedimiento...

LCDO. FARINACCI:

Claro.

HON. JUEZ:

O sea, debo entender para estar claro, perdóneme, perdóneme pero para estar claro. ¿Usted no va a contrainterrogar en cuanto a la admisibilidad? Usted lo que quiere es discutir conmigo aquí si es admisible...

LCDO. FARINACCI:

Claro.

HON. JUEZ:

... o no.

LCDO. FARINACCI:

Claro.

HON. JUEZ:

Pues, está bien. Eso está claro en el procedimiento. Compañero, que, que es lo que...ININTELIGIBLE...

LCDO. FARINACCI:

Es que quiero hacer constar para registro que todas esas conversaciones dio conocimiento y contenido a las mismas. ...ININTELIGIBLE...del jurado. ...ININTELIGIBLE...quiero saber porque...

HON. JUEZ:

**USO OFICIAL**

Pero, permítame Compañero...

HON. FISCAL:

·Pero...ININTELIGIBLE...

HON. JUEZ:

Bien. Con su objeción a...ININTELIGIBLE...para procesar al acusado que... resultado peligroso...ININTELIGIBLE...   O sea, eso, eso yo...ININTELIGIBLE...

HON. FISCAL:

Eso ...ININTELIGIBLE...un contrato entre las 2...ININTELIGIBLE...reparo que usted le diga a  las damas y caballeros del jurado que las expresiones que están en ese documento no es ninguna relación...ININTELIGIBLE...

HON. JUEZ:

Bueno, lo que pasa es que... pero, entiéndame que......ININTELIGIBLE... Le propongo, qué propone usted. Vamos a asumir que esta palabra, eso sobre lo único que yo estaría dispuesto a  sostener  es  resultado  ello  peligroso,  qué  usted  propone,  porque  él  tiene  derecho a...ININTELIGIBLE...   Es un contrato...

LCDO. FARINACCI:

Pero, es que yo lo que quiero es que...ININTELIGIBLE...va a terminar su directo...

HON. JUEZ:

Pues, convéncelo a él, porque él tiene derecho a que yo se lo...ININTELIGIBLE...

LCDO. FARINACCI:

Pero, si yo...ININTELIGIBLE...que no se admita. Porque to lo que quiero es unas partes...

HON. JUEZ:

Volvemos sobre lo mismo. El tiene derecho a que se ahora, porque ese es el procedimiento. Si él no interesa, lo dejamos para más tarde. Si a usted le parece que con tacharle esto o con decírselo, es lo que usted quiere...

LCDO. FARINACCI:

Yo...

HON. JUEZ:

...ININTELIGIBLE...

LCDO. FARINACCI:

...examinar el documento completo.

HON. JUEZ:

Bueno, pues ese es mi...ININTELIGIBLE...

HON. FISCAL:

No es ...ININTELIGIBLE...

LCDO. FARINACCI:

Está bien. Pero, lo que pasa es que se utilize...

HON. JUEZ:

Busque una solución...

LCDO. FARINACCI:

...ININTELIGIBLE...en el directo.

HON. JUEZ:

Ese es un problema de él.

LCDO. FARINACCI:

De él. Y la cuestión es que inclusive usted se puede reservar su admisibilidad, después de que termine la prueba.

HON. JUEZ:

Es que eso es cierto, pero acuérdese que él tiene derecho a...ININTELIGIBLE...

LCDO. FARINACCI:

Muy bien. Perfecto.

HON. FISCAL:

El Compañero...

LCDO. FARINACCI:

Exacto.

HON. FISCAL:

...el documento cuando haga el contrainterrogatorio...

LCDO. FARINACCI:

Claro.

HON. JUEZ:

Pues, por eso. ...ININTELIGIBLE...

HON. FISCAL:

Pero, no, Juez. Pero no...

LCDO. FARINACCI:

Está bien. Pero, yo lo...

HON. JUEZ:

Acuérdese que yo siempre, aunque usted no le de mérito, yo le dejo saber lo que estoy pensando. De todo lo que he visto hasta ahora de sus objeciones, lo único es que pueda surgir, búsqueme una solución porque el Pueblo, que más me preocupa...

LCDO. FARINACCI:

...ININTELIGIBLE...el documento, yo voy no voy a ver el documento hasta mañana.

HON. JUEZ:

Está bien. Pero, ya sabe por donde está pensando el Tribunal.

LCDO. FARINACCI:

Claro. Perfecto.

HON. FISCAL:

Bien.

...TERMINA REUNION EN EL ESTRADO...

HON. JUEZ:

Perfecto. Bien. Queda como identificación. Muy bien. Son las 5:15 de la tarde. Entiendo que se han adelantado el procedimiento. Ha terminado el directo con Regino. Qué procede en estos momentos, pues procede el contrainterrogatorio de la Defensa. Naturalmente, no lo vamos a comenzar en este momento el contrainterrogatorio de la Defensa. La Defensa nos ha adelantado que va a ser extenso, no adelantaríamos gran cosa. Vamos a continuar mañana a las 9:00 de la mañana.

LCDO. FARINACCI:

Podemos acercarnos.

...REUNION EN EL ESTRADO...

HON. JUEZ:

Yo no he dicho que usted ha dicho que está preparado, yo he dicho de que usted me ha adelantado que va a ser extenso. Que por lo tanto que yo entiendo que no se debe comenzar ahora.

LCDO. FARINACCI:

Tapes 11 to 15 - 99

Pero, porqué no podemos empezarlo...

HON. JUEZ:

Compañero, porque si no hay necesidad. Acaba de terminar, son las 5:00. Mire, el plan era trabajar hasta las 6:00...

LCDO. FARINACCI:

Pues...

HON. JUEZ:

...¿por qué empezar ahora?

LCDO. FARINACCI:

Su Señoría, sugiero que podemos trabajar hasta las 6:00.

HON. JUEZ:

Bueno, eso...

LCDO. FARINACCI:

...ININTELIGIBLE...

HON. JUEZ:

Fíjese, fíjese Compañero, tiene que ser consistente. Acuérdese que esta mañana fue ...ININTELIGIBLE...

LCDO. FARINACCI:

Y yo dije que...ININTELIGIBLE...y se lo dije al Compañero.

HON. FISCAL:

Compañero...ININTELIGIBLE...presentar ahora, y después ...ININTELIGIBLE...

LCDO. FARINACCI:

No, yo dije que yo iba a preguntar sobre las cosas en general...ININTELIGIBLE...no específicas. Yo le dije...ININTELIGIBLE...

HON. JUEZ:

Mire, ...ININTELIGIBLE...  No, no, es que ya habíamos dicho que era hasta las 6:00. Vamos a trabajar entonces... sí, pues. Sí, no está bien, pero eso yo lo voy a hacer.

LCDO. FARINACCI:

...ININTELIGIBLE...

HON. JUEZ:

Compañero, se llegó a hablar, se llegó a hablar de que podríamos estar hasta las 6:00. Que lo más probable era que, que no terminara en ese momento.

LCDO. FARINACCI:

Su Señoría...

HON. JUEZ:

Pues, yo le doy hasta las 6:00, no hay problema.

HON. FISCAL:

Bueno, pero ...ININTELIGIBLE...

**...TERMINA REUNION EN EL ESTRADO...**

HON. JUEZ:

Bien. Hemos reconsiderado, después de haber planteado el Compañero, que han decidido trabajar hasta las 6:00, pues vamos a trabajar hasta las 6:00. De manera que podamos adelantar y comenzamos con el contrainterrogatorio de la Defensa en este momento y continuaremos mañana a las 9:00 con ese contrainterrogatorio. Pero, vamos a aprovechar hasta las 6:00 de la tarde en este momento. Adelante, Compañero con su contrainterrogatorio.

LCDO. FARINACCI:

Su Señoría, es que yo quiero un receso de 10 minutos para por lo menos organizar algo...

HON. FISCAL:

Su Señoría, o sea, o continuamos ahora completo hasta las 6:00 o...

Tapes 11 to 15 - 101

HON. JUEZ:

El Tribunal le permite, plantea, el Tribunal ...ININTELIGIBLE...a la otra parte.

HON. FISCAL:

Su Señoría...

HON. JUEZ:

Compañero...

LCDO. FARINACCI:

Se ha presentado unos documentos durante el directo de él que no he tenido la oportunidad de examinarlos, y yo creo que, lo menos, estoy pidiendo 10 minutos. 10 minutitos.

HON. FISCAL:

Nosotros no hemos entregado ningún documento al Compañero...

LCDO. FARINACCI:

Su Señoría...

HON. JUEZ:

Por eso, le toca su turno. Adelante el Fiscal.

HON. FISCAL:

Nosotros no le hemos entregado al Compañero de la Defensa ningún documento para que él lea dentro del transcurso de toda la mañana.

LCDO. FARINACCI:

Su Señoría, de acuerdo, se han admitido en evidencia un montón de Exhibits, un montón de cosas, tengo 15 páginas de notas que por lo menos, en 10 minutos; o sea, por más que yo trate en 10 minutos, yo creo que es más que razonable. O sea, yo no sé porque el Compañero quiere que yo no...

HON. JUEZ:

Compañero, usted sabe que el Tribunal no permite ese tipo de argumentación.

LCDO. FARINACCI:

Está bien. Pero, bendito...

HON. JUEZ:

El Compañero, yo sé que se emociona pero no puedo permitir ese tipo de actuación en esta Sala.

HON. FISCAL:

Vuestro Honor...

LCDO. FARINACCI:

Perdóneme, pero no es actuación. Yo estoy reclamando...

HON. FISCAL:

...ININTELIGIBLE...

HON. JUEZ:

Compañero, no puede ...ININTELIGIBLE...  Le quiero decir claramente que el Tribunal no ha querido hablar de actuación en términos de otro tipo, de su; la forma de usted proceder de usted, de usted traer a colación estas cosas que usted conoce que el Tribunal no permite que ...ININTELIGIBLE...una forma a las Reglas. El Tribunal estaba oyendo para tomar una determinación, como es, como es que hay que hacer. Eh, el Tribunal sugiere que si hay que tomar un receso en este momento en el tiempo que queda por trabajar, pues no justifica comenzar ahora, Compañero.

LCDO. FARINACCI:

Queda una hora completa.

HON. JUEZ:

Bien. El Tribunal va a resolver. Vamos a recesar hasta mañana. Se le indica a las damas y caballeros del jurado que no pueden hablar entre sí sobre los hechos de este caso ni con ninguna otra persona y si alguien intentara, deberán rechazarlo e indicarlo inmediatamente al Tribunal.

Pueden retirarse hasta mañana a las 9:00 de la mañana.

ALGUACIL DE SALA:

Todos de pie, por favor.

HON. JUEZ:

...ININTELIGIBLE...adelante.

HON. FISCAL:

Antes de que el Compañero señale lo que va a indicar para récord, queremos indicarle a las damas y caballeros del jurado como a los Compañeros la situación que tenemos con uno de los integrantes del panel del jurado.

HON. JUEZ:

Sí.

HON. FISCAL:

Que íbamos a ...ININTELIGIBLE...con eso una vez hasta acabáramos con las

HON. JUEZ:

Sí, pero...ININTELIGIBLE...

LCDO. FARINACCI:

Sí, licenciado Farinacci para efectos del récord. Nosotros queremos plantear para récord que este incidente provocado por el Tribunal que no ha, que no ha...eh, aquí esta mañana se planteó aún cuando este abogado planteó de que se nos sorprendió con la presencia de este testigo en Sala de que el hoy se iba a trabajar hasta las 6:00 de la tarde. Y nosotros hacemos un reclamo de que queremos honrar ese compromiso. El Tribunal sabía que nos habíamos comprometidos a trabajar hasta las 6:00 de la tarde. Fíjese si el planteamiento de nosotros es absolutamente razonable. Debe 10 minutos para comenzar mi, mi, para leer las notas y comenzar el interrogatorio. A eso el Tribunal ha, para récord, y en un todo airado, ha manifestado que no

Tapes 11 to 15 - 104

se permite aquí ese tipo de actuación. El problema es que empezamos suave y Su Señoría como que no nos ha querido oír. Nosotros simplemente lo que estábamos planteando era que queríamos que se hiciera lo que formalmente y en compromiso se discutió en las oficinas de Su Señoría esta mañana.

HON. JUEZ:

Bien. El...

**USO OFICIAL**

LCDO. FARINACCI:

. Y esa es la realidad y nos reafirmamos que fue así.

HON. JUEZ:

¿Ya terminó?

LCDO. FARINACCI:

Bien. Para el registro, quiero dejar esto, quiero dejar el récord claro.

HON. JUEZ:

Bien.

LCDO. FARINACCI:

Lo que solicité fue lo siguiente; que se me concediera 10 minutos para leer mis notas y trabajar hasta las 6:00, que fue lo que se habló esta mañana. Y el Tribunal en la forma en que ha tratado a este abogado, dio la impresión como que este abogado estaba tratando de imponer su, su criterio sobre una decisión del Tribunal. Y eso no es así. Lo que pasa es que nosotros honramos nuestro compromiso, aun, aun cuando vimos en el Tribunal que habíamos sido sorprendidos; nosotros indicamos de que nosotros, y eso fue la decisión de la Defensa, que queríamos utilizar media hora para comenzar el interrogatorio de este testigo y trabajar hasta la hora que se le dijo esta mañana. Hasta las 6:00 de la tarde. Y eso es bien claro. O sea, Juez, el compromiso de esta mañana, lo que no entiendo es si reclamamos al Tribunal y no hace el compromiso que el Tribunal hizo con las partes porque el Tribunal a esta abogado le dice

airadamente que él no permite que, permite esas actuaciones en este Tribunal. Nosotros, lo que pasa es, nosotros, Su Señoría, nosotros estamos reclamando, reclamando que se honre las cuestiones que se hablan en Cámara. Ese era el compromiso. Su Señoría...

HON. JUEZ:

Bien.

LCDO. FARINACCI:

Y eso fue todo lo que pidió este abogado. Entonces, ¿qué sucede? Que nosotros entonces planteamos, pedimos un receso de 10 minutos y el Tribunal como que no le gustó que nosotros tuviéramos... o sea, y frente dio el Tribunal: "No, no, si usted va a comenzar su interrogatorio lo comienza inmediatamente". Y nosotros creemos, honradamente Su Señoría, y eso es lo que traslucido aquí, que eso no es justo. Nuestra intención era remota. 10 minutitos para prepararnos con todas las notas que tomamos, con todos los documentos que se han presentado para por lo menos leerlos y el Tribunal lo negó. El Tribunal simplemente dijo: "Aquí no se trabaja más. Suspendido hasta mañana a las 9:00 de la mañana". Como si la petición nuestra fue de algo sacado de una novela y sin embargo yo, este señor, el licenciado Acevedo estuvo presente cuando se llegó a ese acuerdo.

HON. JUEZ:

Bien. Compañero, yo creo que su planteamiento ha sido más que claro, obviamente el mensaje ha llegado y el Tribunal le va a indicar lo siguiente: Cuando en el Tribunal se indica que no se permiten este tipo de actuaciones se está refiriendo única y exclusivamente y esto, Compañero, ...ININTELIGIBLE...a la forma de interrumpir el turno del Fiscal con una forma, más o menos, eh, eh, activa, eh, interrumpir. Eso es a lo que el Tribunal se refiere. No se refiere a ninguna otra cosa y el Compañero lo sabe. En cuanto a el compromiso de trabajar hasta las 6:00, yo no creo que el Compañero crea que esos son compromisos reglamentarios, de las 6:00 en punto. Creemos bien difícil pensar que, en términos de como respondía al señor Fiscal, tomaría



en el día de hoy y el Tribunal estima que...ININTELIGIBLE...hasta las 6:00 se ...ININTELIGIBLE... En este momento el Fiscal termina antes de las 6:00. El Compañero insiste de que quiere comenzar. Quiere ver ...ININTELIGIBLE...en media hora. El Compañero comprende al Tribunal que vamos a trabajar esa media hora, pero entonces hay que hacer un receso el Tribunal toma la determinación, una determinación estrictamente administrativa ...ININTELIGIBLE... Bien. La toma y ya el Compañero indica en su elocución que el Tribunal...ININTELIGIBLE...una forma, es una forma correspondiendo a alzar la voz para equipararnos a la forma en que el Tribunal ha planteado alegando que continuamos a las 9:00. Compañero, eso se queda así. Muy bien. Recibido el mensaje, hechas las aclaraciones. Receso del Tribunal hasta mañana.

ALGUACIL DE SALA:

Todos de pie, por favor. Siendo las 5:26 minutos el Tribunal receso hasta mañana a las 9:00 de la mañana.

**...TERMINA LA SESION DEL TRIBUNAL...**

ALGUACIL DE SALA:

Buenos días a todos. Todos de pie, el Tribunal comienza sus trabajos en Cámara, el Tribunal ...ININTELIGIBLE...Sala de Carolina...ININTELIGIBLE...asunto de los Criminal, continúa sus labores en el día de hoy 27 de febrero de 1996, continúa los trabajos el Honorable Juez Osvaldo Rivera. Favor de sentarse y mantener absoluto silencio.

HON. JUEZ:

Muy buenos días a todos. Continuamos en el día de hoy, favor... en la mañana de hoy estuvimos atendiendo, eh, varias sentencias que teníamos que dictar que no me podían sustituir; esa es la razón para entrar a la Sala tarde. Le pregunto a los Compañeros si tienen algo que plantear antes de que llamemos el jurado a Sala.

LCDO. FARINACCI:

Sí, Su Señoría.

HON. JUEZ:

Adelante.

LCDO. FARINACCI:

Para fines de récord, el licenciado Roberto Farinacci, Nosotros queremos plantear, Vuestro Honor, que la hemos, que nos hemos percatado durante toda la semana...

HON. JUEZ:

Sí, señor.

**USO OFICIAL**

LCDO. FARINACCI:

Y específicamente se ha, se ha agudizado, que queremos plantear una situación que entendemos...

SECRETARIA DE SALA:

...ININTELIGIBLE...el 95 es el 563 al 569, 0P 95...ININTELIGIBLE...DPI 95 al 99, El Pueblo de Puerto Rico versus Juan Crespo Morales por infracción al Artículo 63K al 6A, Artículo 11 K, conspiración cargos...ININTELIGIBLE...para la continuación de los procedimientos.

HON. JUEZ:

Adelante, Compañero.

LCDO. FARINACCI:

Sí, buenos días, Su Señoría.

HON. JUEZ:

Muy buenos días.

LCDO. FARINACCI:

El licenciado Roberto Farinacci en representación del señor Crespo Morales. La situación es la siguiente: que durante este semana hemos tenido la experiencia de que varias personas,

inclusive, una abogada que vino ayer a esta, a esta Sala y trató de entrar, porque nos iba a hacer unas gestiones relacionadas con este caso y nos informó que no la dejaron entrar. Esa es la información que ella me dijo, que le dijeron que no se podía entrar, que era privado.

HON. JUEZ:

Bien. El Tribunal oyó sobre ese comentario anteriormente. Nos lo hizo una empleada del Tribunal, Nosotros le ordenamos al Alguacil que se asegurara de que está bien, por medida de seguridad se tiene la llave puesta, pero que tiene que haber un Alguacil y a todo el que presenta como es Juicio público que...

LCDO. FARINACCI:

Es que queremos hacer esto para récord. Primero, que nuestro cliente no ha renunciado a su derecho constitucional a un Juicio público. Lo que quiere decir, Juicio público, es que las puertas del Tribunal tienen que estar abiertas.

HON. JUEZ:

Claro.

LCDO. FARINACCI:

Este, que cualquier persona, el Pueblo de Puerto Rico tiene derecho a estar aquí para ver el procedimiento y la justicia en acción y además que nuestro cliente, pues tiene ese derecho de naturalidad constitucional. Aparece en la Constitución de Puerto Rico, que una persona tiene derecho a un juicio justo, imparcial y público. Eh, queremos hacer para el registro de que esta abogada nos indicó de que no pudo entrar, de que simplemente le dijeron que estaba cerrada y que era privado. Entonces, 2 abogados que están haciendo, 2 abogados no, 2 estudiantes, incluyendo uno que es hijo de un Juez del Tribunal Supremo...

HON. JUEZ:

Compañero, nosotros vamos a terminar este asunto...

LCDO. FARINACCI:

Sí, pero tengo que vaciarlo para el registro.

HON. JUEZ:

Adelante.

LCDO. FARINACCI:

Eh, nos indicó lo mismo, de qué por que no se podía entrar a este juicio. Nosotros con el mayor de los respetos, queremos dejarle eso plasmado para récord, porque entendemos con el mayor de los respetos de que nuestro cliente reclama su derecho constitucional a un juicio público que aunque estamos conscientes de que, eh, el Tribunal tiene derecho a, tiene el derecho y el deber de garantizar, pues una seguridad dentro de y un ambiente de seguridad dentro de los Tribunales, pero que nosotros entendemos de que estas medidas has afectado su derecho constitucional a un juicio público. Bien. Y así lo planteamos.

HON. JUEZ:

Bien. Las órdenes de este Tribunal es que todo el que desee entrar a Sala se le permita entrar a Sala. Como no se ha podido resolver ese problema, obviamente, pues entonces la orden del Tribunal fue que la puerta no se quedara con llave, lo ordenamos en este momento. Abrase la puerta y terminó esa medida de seguridad. Los alguaciles entonces tendrán la responsabilidad de estar de pie en todo momento de esto, en la puerta. ¿Ya?

LCDO. FARINACCI:

Su Señoría, tengo otra, otra petición.

HON. JUEZ:

Adelante.

LCDO. FARINACCI:

En el día de ayer hubo un pequeño incidente antes de concluir los trabajos. Nosotros vamos a solicitarle al Tribunal la instrucción que se da al jurado, que se le diga, esa instrucción

Tapes 11 to 15 - 110

que dice que cualquier incidente que pueda haber en un caso, que eso no se debe tomar en consideración. Que lo único que se debe tomar en consideración, que las determinaciones del Tribunal tampoco son indicaciones de que se favorece o no se favorece una parte. Eh, simplemente, Su Señoría, porque, porque no queremos hacer de eso un "issue". Creemos que el incidente no va a trascender, y queremos decirlo bien claro. Pero, vamos a solicitar esa corta instrucción y estaríamos preparados para el contrainterrogatorio.

HON. JUEZ:

Bien. En Cámara el Tribunal le indicó que así lo hará, no hay ningún problema. Eh, que traigan al jurado.

ALGUACIL DE SALA:

Todos de pie, por favor.

HON. JUEZ:

Bienvenidos a las damas y caballeros del jurado. Buenos días a todos.

JURADO:

Buenos días.

HON. JUEZ:

Le pregunto a los Compañeros de la Defensa y del Ministerio Público si están de acuerdo con que el jurado es el mismo y está completo.

LCDO. FARINACCI:

Eso es así.

HON. FISCAL:

Bien, Su Señoría.

HON. JUEZ:

Bien. Pueden sentarse. Bien. Hay un asunto para explicarle a las damas y caballeros del jurado. En primer lugar que doña Cecilia Ruiz Solís pasa a ser miembro de los doce damas y

caballeros del jurado en este momento, porque hemos excusado de el panel a don Héctor Guadalupe Betancourt por razones de peso. Razones que convencieron al Tribunal de que debía excusarle en esta etapa. Por lo tanto, en este momento, tenemos a doña Cecilia Ruiz Solís como parte del panel del jurado. Luego más tarde...ININTELIGIBLE...de doña Aida, ...ININTELIGIBLE...como suplente. Y, esa es la situación. Eh, por otra parte quiero indicar, recordarle lo que les había indicado en el proceso, de que los incidentes de discusión sobre cuestiones de derecho que se puedan suscitar pues en nada deben afectar el jurado en su proceso de imparcialidad, porque solamente se trata de planteamientos que se hacen al Juez, con mayor o menor vehemencia. Eh, la actuación del Juez para mantener el orden en el procedimiento, eso en nada tiene que ver con los hechos del caso con lo que se presenta. Por lo tanto, las damas y caballeros del jurado no deben de tomar eso en consideración para nada. Su obligación es observar la prueba, dilatarla, seguir las instrucciones del Tribunal y tomar su determinación en términos, tomar su determinación...ININTELIGIBLE.... Eh, como siempre, el Tribunal le indica que cualquier problema que pueda ser resuelto se lo harán saber al Alguacil. Eh, Correa o al Alguacil de Sala, Padilla, para que se le sea resuelto. El Tribunal tiene órdenes de que se hagan todos los trámites necesarios para que le resuelvan el problema. Le pregunto a doña Cecilia como está de salud.

SRA. CECILIA RUIZ SOLIS:

Creo que bien. Gracias.

HON. JUEZ:

Que bueno, muy bien. Eh, traigan, eh, el testigo está sentado ya... eh, le toca el turno de contrainterrogatorio a la Defensa. Adelante la defensa con su contrainterrogatorio.

LCDO. FARINACCI:

Buenos días.

JURADO:

Buenos días.


POR EL LCDO. FARINACCI:

P    Buenos días, Regino.

R    Buenos días.

P    Buenos días. Regino, en el día de ayer usted le indicó a las damas y caballeros del jurado, a preguntas del señor Fiscal que usted tiene 25 años de edad. ¿Eso es correcto?

· R    Eso es correcto.

P    Bien. Y usted indicó de que usted se crió en Santurce.

HON. JUEZ:

Bien. Adelante, diga su nombre.

R    Mi nombre es Regino Burgos Torres.

HON. JUEZ:

Bien. Adelante.

POR EL LCDO. FARINACCI:

P    Bien. Don Regino, usted le indicó ayer a las damas y caballeros del jurado que usted se crió en Santurce en el caserío Las Margaritas.

R    Sí.

P    Que residió en Canteras y estuvo allí 2 años y medio.

R    Sí.

P    ¿Verdad que usted dijo eso?

R    Sí.

P    Y que trabajó en construcción colocando cables de fibra óptica de teléfonos. Trabajó en construcción y trabajó colocando cables de fibra óptica en la Telefónica.

R    Sí.

Tapes 11 to 15 - 113

P    Bien. Y usted indicó que usted estuvo como año y medio en eso, pero que empezó a tener muchos problemas en su trabajo. Yo quiero que usted le repita a las damas y caballeros del jurado cuáles eran esos problemas que usted tenía en su trabajo.

R    Bueno, los problemas que tenía en esos trabajos era que se atrasaban en los pagos y en que a veces no había el material para trabajar.

P    Bien. Le pregunto, o sea, que el problema no era suyo. Era un problema de que a usted no le pagaban.

R    A los, a los que trabajábamos.

P    Bien. Alguna, ¿por qué no le pagaban?

R    Porque como era una compañía privada que trabajaba para la Telefónica, pues se atrasaban los pagos con frecuencia.

P    ¿Qué compañía era?

R    No, en este momento no me recuerdo.

P    ¿No se acuerda del nombre de la compañía? Bien. Haga un recuerdo.

R    No me acuerdo en estos momentos.

P    No se acuerda. ¿Y ese fue su primer trabajo formal como empleado de una compañía?

R    Sí.

P    Bien. Le pregunto, usted indicó que...bien, cambio la pregunta. ¿Qué edad usted tenía para la época en que usted consiguió ese primer trabajo?

R    Como 17 años.

P    17 años. Le pregunto, usted indicó que por alguna razón pues dejó el trabajo, por esas razones que usted explica...

R    Unjú.

P    ...y que usted se dedicó a la vida delictiva.

Tapes 11 to 15 - 114

R    Sí.

P    ¿Verdad que usted declaró eso?

R    Sí.

P    ¿Esas fueron sus palabras? "Me dedique a la vida del delictiva".

R    Sí.

P    ¿Eso fue de momento? ¿Cómo fue eso que de momento usted se dedicó a la vida delictiva?

R    Bueno, en el ambiente que vivía, pues cogí unas amistades que no eran muy buenas y en el sitio que empecé.

P    Bien. O sea, que usted, mire a ver, mi pregunta es: ¿a quién usted le hecha la culpa de usted haberse dedicado a una vida delictiva? ¿A las amistades que escogió o a usted mismo?

R    No, a mi mismo.

P    A usted mismo. Y, usted le indicó a las damas y caballeros del jurado que usted comenzó su vida delictiva en el trasiego de drogas.

R    Sí.

P    Bien. ¿Cómo usted comenzó, cómo usted comenzó y cuándo a trabajar en el trasiego de drogas?

R    Pues, a los 18 comencé a vender en las esquinas, en los puntos cuando me fui para los Estados Unidos.

P    Bien. ¿Y eso era en qué área? Esa cuando usted comenzó, ¿en el área de Las Margaritas donde vivía?

R    Sí.

P    Okey. Y le pregunto si usted por el problema que tuvo en Las Margaritas es que usted se va a vivir a los Estados Unidos.

R    No.

Tapes 11 to 15 - 115

P   ¿Usted nunca ha declarado eso?  Que usted se fue a Estados Unidos por problemas que tenía en Las Margaritas y se fue a vivir a casa de una tía suya. Haga memoria.

R   Sí, es cierto.

P   ¿Verdad que sí?

R   Sí.

P   Le pregunto si, usted tenía esos problemas en Las Margaritas, se va a casa de la tía suya, ¿y cuánto tiempo estuve allí?  Mire a ver si lo que estuvo fue como un mes.

R   Como de un mes a 2 meses.

P   Bien. Y allá recogió otro caso de drogas.

R   Sí.

HON. FISCAL:

Su Señoría, a la expresión "otro caso de drogas", tenemos reparos.

LCDO. FARINACCI:

Tiene razón, Juez.

HON. JUEZ:

Lo que...

LCDO. FARINACCI:

Perdóneme, Compañero.

HON. JUEZ:

Se corrige...

POR EL LCDO. FARINACCI:

P   Bien. Allá usted se cogió un caso de drogas que inclusive a preguntas del señor Fiscal usted dice que ese caso, no fue que se cayeron los cargos, fue que a usted lo dejaron ir porque cuando someten el caso el policía no había; o sea, se había perdido o no se llevó un dinero marcado. ¿Verdad que usted declaró eso?

R. *Sí.*

P *Y usted, mire a ver si usted no se comprometió con el Tribunal allá en los Estados Unidos, cuando a usted lo sueltan de que va a comparecer. Y usted en vez de comparecer, usted coge un avión y viene para Puerto Rico.*

R *Sí.*

P *¿Verdad que eso fue así?*

R *Sí.*

P *Lo que quiere decir es que usted a la edad de 18 años, este primer caso, usted engañó al Tribunal. Usted se comprometió que usted iba a comparecer por ese caso y en vez de comparecer, usted regresó a Puerto Rico.*

R *Sí.*

P *Bien. Lo que quiero decir es que en este primer caso que usted recoge, que usted coge, no solamente usted dice que, que se va por el problema de Estados Unidos, sino que usted engañó al Tribunal.*

HON. JUEZ:

*Ya contestó esa pregunta.*

HON. FISCAL:

*El ya contestó esa pregunta, Compañero.*

POR EL LCDO. FARINACCI:

P *Muy bien. Y le pregunto si usted regresa a Puerto Rico y en el área de Humacao usted es arrestado porque usted asaltó a 3 mujeres. Si eso es cierto o no es cierto.*

R *Asalté, sí.*

P *¿A ninguna mujer?*

R *Un hombre y 2 mujeres.*

P *Un hombre y 2 mujeres.*

Tapes 11 to 15 - 117

R Sí.

P Bien. Y eso, ¿cuánto tiempo después de usted haber engañado al Tribunal en los Estados Unidos ocurre?

R Eso ocurrió en el '89...

P En el '89, ¿qué edad usted tenía?

R ¿En el '89?

P Sí, usted dice que hoy en el '96 tiene 25. En el '89, ¿cuántos tenía?

R En el '89, todavía 18 años.

P 18.

R Sí.

P Lo que quiere decir es que usted regresa a Puerto Rico y asalta esa gente en el área de Humacao. Usted comete el delito de asalto.

HON. FISCAL:

Eso es repetitivo. Si el área de...ININTELIGIBLE...ya el dijo que había cometido un asalto y las personas que él...

LCDO. FARINACCI:

Bien.

HON. JUEZ:

Compañero, es repetitivo cuando quiere una contestación... bien, adelante.

POR EL LCDO. FARINACCI:

P Y le pregunto si en ese asalto usted fue arrestado inmediatamente.

R No.

P ¿No? ¿Cuánto tiempo después del asalto a usted lo arrestaron?

R Días después.

P Y le pregunto si en ese asalto, ¿usted andaba con otras personas?

R    Sí.

P    ¿Incluyendo una menor?

R    No, en el asalto no.

P    ¿No?

R    No.

P    ¿En el asalto no participó una menor?

R    No.

P    ¿Quiénes participaron?

R    Yo y 2 varones más.

P    Bien. Pero, en este caso se arrestó una dama.

R    Andaba conmigo en la guagua cuando yo me fui para Humacao.

P    Andaba con usted, ¿y le sometieron cargos?

R    Sí.

P    Bien. ¿Y yo le pregunto si era menor?

R    No sé decirle si era menor.

P    Bien. Déme el nombre de ella.

HON. FISCAL:

No, eso tenemos reparos, si ella ...ININTELIGIBLE...en términos del asunto del procedimiento de naturaleza criminal en contra de los menores.

LCDO. FARINACCI:

Yo entiendo que el privilegio no se puede estirar tanto.

HON. JUEZ:

Bien.

LCDO. FARINACCI:

Yo lo que estoy preguntando es el nombre de esa persona, si se acuerda.

HON. JUEZ:

Con lugar la objeción. Adelante, Compañero.

POR EL LCDO. FARINACCI:

P    Bien. Y en ese caso... usted lo llevan al Tribunal de Humacao, ¿verdad que sí?

R    Sí.

P    Y en el Tribunal de Humacao el caso se vio o, ¿usted se declaró culpable?

R    Me declaré culpable.

P    Bien. Y en ese caso, era el primer caso donde usted se declaraba culpable.

R    Sí.

P    Bien. Y en ese caso, le pregunto si a usted se le condenó a cumplir una pena de 10 años.

R    Sí.

P    Bien. Y le pregunto si usted estuvo preso a los 18 años por ese caso.

R    Sí.

P    Bien. Pero, usted no los cumplió completa la pena de 10 años, porque si eso fue en el '89, esos 10 años se vencían en el '99.

R    Sí.

P    Bien. Y le pregunto si cuando usted estaba preso esperando, o sea, cuando a usted lo condenaron a 10 años, estando preso es que usted se hace los tatuajes que usted declaró ayer que usted estaba en severa depresión.

R    Sí.

P    Bien. ¿En qué cárcel usted estaba preso?

R    En Bayamón, en la 1072.

P    En Bayamón, en la 1072. Bien. Y le pregunto si para la fecha en que usted comete esos hechos, ¿usted utilizaba drogas?

Tapes 11 to 15 - 120

R    No.

P    ¿No? O sea, ¿qué usted no era adicto a las drogas?

R    No.

P    Le pregunto... entonces cómo, en qué circunstancias varios meses después el Tribunal de Humacao lo saca a usted de la cárcel reconsiderando la sentencia, y si se acuerda, ¿qué condiciones le impuso?

R    Cumplir el programa, terminar el programa que era de 3 años y medio y salir para la libre comunidad.

P    Bien. Yo le pregunto si a usted lo sacan de la cárcel porque usted dice que usted es adicto y lo envían a los Hogares Crea.

R    Me sacaron con esa, porque era, porque me preguntaron

P    ¿Y usted dijo que usted era adicto?

R    Sí.

P    Le mintió al Tribunal, ¿verdad que sí?

R    Sí.

P    Y hoy, usted a las damas y caballeros del jurado, ¿no le está mintiendo?

R    No.

P    Usted, sin ser adicto, se fue de la cárcel, estaba en depresión, usted dice: "Yo tengo que salir de este lío, yo tengo que irme para la calle. Yo le voy a decir al Tribunal que yo uso drogas".

R    Sí.

P    ¿Y así lo hizo?

R    Sí.

P    Bien. Le pregunto si usted se acuerda de haber firmado la advertencia de este caso. Y le pregunto si usted hizo unos compromisos con el Juez que le dio la oportunidad.

R    Sí.

P    Bien. Estoy mostrándole un documento a él, señor Fiscal.

HON. JUEZ:

Así se hace constar.

HON. FISCAL:

Su Señoría, el Compañero nos ha mostrado un pliego de sentencia en relación con un caso del testigo en el área de Humacao. No hay ningún reparo de parte del Ministerio Público a que sea admitido en evidencia.

HON. JUEZ:

Bien. Márquese como Exhibit de la Defensa.

POR EL LCDO. FARINACCI:

P    Está bien.    **ISO OFICIAL**

SECRETARIA DE SALA:

El documento ha sido marcado como Exhibit ...ININTELIGIBLE...

POR EL LCDO. FARINACCI:

P    Y le pregunto, don Regino, si usted recuerda, se acuerda, más o menos, la fecha en que usted fue sentenciado a cumplir 10 años. Originalmente que los ingresan en la cárcel, más o menos.

R    No me acuerdo más o menos, que...

P    Bien. Le pregunto, ¿cómo usted en su mente llegó a la conclusión de que usted podía salir de la cárcel diciéndole al Tribunal, diciendo que era adicto. O sea, ¿cómo fue ese proceso mental? Usted, eso lo pensó en la cárcel o lo consultó con un preso que sabía...

HON. FISCAL:

A eso tenemos reparos. Si ya, sobre el elemento de que mintió sobre ese dato, ya el Compañero lo cubrió. Entendemos que, pues preguntar sobre ese particular es de naturaleza

repetitiva.

HON. JUEZ:

Bien. ¿Cuál sería la pertinencia de continuar sobre ese tema?

LCDO. FARINACCI:

Su Señoría, el proceso mental de Regino. Una cosa que cogió tiempo, yo tengo que...

HON. JUEZ:

Bien. Se permite.

POR EL LCDO. FARINACCI:

P    ¿Cómo es que usted en su mente, si es usted en su mente o si usted es orientado por otros confinados que usted concluye: "La forma en que yo salgo de la cárcel es diciendo que soy adicto cuando en realidad no lo soy".

R    Este, cuando estaba en la celda de la Corte, se me acercó un consejero de los mismos Hogares Crea...

P    Unjú.

R    ...y tenía unos papeles míos y me preguntó, porque ya le habían referido el caso a él, y por medio de él fue que yo pude salir de la prisión.

P    Bien. Pero, ¿él fue el que le dijo a usted que mintiera?

R    No.

P    O sea, ¿usted mintió como usted quiso?

R    Sí.

P    Le pregunto si, usted dice que estuvo varios meses confinado.

R    Sí.

P    El Tribunal reconsideró la sentencia y lo dejó a usted; le pregunto si el Tribunal le impuso unas condiciones especiales.

Tapes 11 to 15 - 123

R Sí.

P Bien. ¿Se acuerda cuáles eran las condiciones especiales?

R Pues, que terminara el programa a los 3 años y medio y que...

P ¿Afuera o interno en Crea?

R Interno.

P Ajá.

R Entonces, si de un momento a otro, pues abandonaba el programa, pues tenía que volver a la prisión.

P Bien. Y le pregunto si también, si lo recuerda, otra de las condiciones especiales era que usted fuese evaluado sicológicamente por la unidad de Evaluación y Asesoramiento de la Administración de Corrección y que usted recibiría tratamiento y los servicios. Le pregunto si usted fue a ser evaluado sicológicamente mediante el compromiso que usted hizo con el Tribunal.

R Solamente fui como...

P ¿Cuántas veces fue?

R ¿En la prisión o en Crea?

P No. Mi pregunta es, si una de las condiciones especiales era que usted debería ser evaluado y de acuerdo a dicha evaluación usted se sometería a tratamiento sicológico.

R Sí.

P Bien. Yo le pregunto si usted fue a dicha evaluación.

R No.

P No fue. O sea, en esta época a usted le solicitan que usted vaya a la evaluación sicológica, eso fue en el '90, y estamos en el '96 y usted no ha ido a la evaluación sicológica.

R No.

P Bien. Le pregunto si usted se acuerda de haber firmado esa sentencia. ¿No se acuerda? Si se acuerda, sino pues me lo dice.,

Tapes 11 to 15 - 124

R    No, no, no me acuerdo.

P    Voy a solicitar que el señor Alguacil le muestre el documento al testigo.

HON. FISCAL:

Su Señoría, ¿me permitía examinarlo?

HON. JUEZ:

Sí, como no.

HON. FISCAL:

...el documento...

POR EL LCDO. FARINACCI:

P    ¿Usted reconoce una firma al dorso, en la parte de atrás del documento?

R    Sí.

P    Chequeé a ver si esa firma está en los 3 documentos.

R    Sí.

P    Bien. ¿Esa firma de quién es?

R    Mía.

P    Mire a ver qué dice esa firma. ¿Qué dice...?; o sea, esa firma se hace pero antes dice algo.

R    Sí.

P    ¿Qué dice? Léalo en voz alta.

R    "Liberado a prueba".

P    Sí, pero la oración completa. Déjeme, déjeme chequear. Aquí. "Por la presente..."

P    "Por la presente me comprometo a cumplir con todas y cada una de las condiciones impuestas en...", hasta ahí se queda.

P    "De todas las condiciones impuestas", en esa sentencia...

R    Unjú.

Tapes 11 to 15 - 125

P    ...que usted firmó.

R    Sí.

P    ¿Cumplió usted ese compromiso que usted hizo con el Tribunal? ¿Sí o no?

R    No.

P    ¿No? Usted hizo un compromiso con el Tribunal, ¿qué usted entendía que era su compromiso? Mire a ver si el Tribunal le está dando una oportunidad a usted para que usted se rehabilite y usted se compromete y firma, ¿por qué usted no cumplió con el Tribunal? ¿Usted cree que esto era un asunto...?

HON. FISCAL:

Su Señoría, pero que le haga una pregunta...

HON. JUEZ:

Bien.

POR EL LCDO. FARINACCI:

P    ¿Usted se creía que esto era un asunto serio o esto no era un asunto serio?

R    Era serio.

P    Y usted estaba engañando al Tribunal en un asunto serio.

R    Sí.

P    Y el Tribunal estaba representado por el Juez Fernando Gierbolini.

R    Sí.

P    Le pregunto si cuando usted está en ese procedimiento el Juez, Fernando Gierbolini, le está dando una oportunidad a usted, la realidad es que usted lo está engañando a él. A el Juez. ¿Verdad que sí? Usted no tenía ninguna intención en ir a tratamiento. Usted lo que quería era irse a la calle.

R    Sí. Sí.

P    ¿No?

Tapes 11 to 15 - 126

R    Fui a tratamientos.

P    ¿Fue a tratamientos?

R    Sí.

P    Mire, usted indica que usted fue a tratamientos.

R    Sí.

P    A Crea de interno.

R    Sí.

P    ¿Y cuánto tiempo estuvo en Crea?

R    7 meses.

P    7 meses. ¿Usted se había comprometido a estar cuánto tiempo?

R    3 años y medio.,

P    Bien. ¿Y qué pasó a los 7 meses?

R    Abandoné el programa.

P    ¿Usted se fue?

R    Sí.

P    Y continuó su vida delictiva.

R    No.

P    ¿No continuó su vida delictiva?

R    Fui al Tribunal, le expliqué porque me había ido de DESCA...

P    ¿De DESCA o de Crea?

R    Perdón, de Crea y me fui para DESCA.

P    Y se fue para DESCA y permaneció en la libre comunidad.

R    No, DESCA interno.

P    ¿Y cuánto tiempo estuvo?

R    8 meses.

Tapes 11 to 15 - 127

P    ¿Y allí es que abandona?

R    No, terminé.

P    ¿Terminó?

R    Sí.

P    Bien. Y le dieron un certificado de que usted se había curado de una enfermedad que usted no tenía.

R    Sí.

P    Bien. Usted, porque usted les dijo que era adic[to]

HON. FISCAL:

Nosotros tenemos reparos, eso se ha dicho...

POR EL LCDO. FARINACCI:

P    Okey. Muy bien. Le pregunto, testigo, si usted leyó las condiciones generales de la sentencia. Voy a preguntarle, ¿a dónde usted se fue a vivir cuando usted...?; ¿en qué área usted se fue a vivir cuando le dan la oportunidad de salir?

R    ¿Para qué área?

P    Sí.

R    Las Margaritas.

P    Bien. Mire a ver si usted en esa sentencia usted se comprometió con el Tribunal de que usted se quedaría residiendo en el área de Humacao. Mire a ver la número 1. ¿qué dice?

R    Sí, en Humacao.

P    Bien. ¿La lee en voz alta?

R    "Usted comparecerá ante el Técnico de Servicios Socio Penal, el programa de Comunidad de la Administración de Corrección, Oficina Regional de Humacao. El día y la hora que le sea indicada. Sin razones ajenas a su voluntad le impiden hacerlo, se comunicará inmediatamente con el Técnico de Servicio Socio Penal exponiéndole los motivos que se lo

Tapes 11 to 15 - 128

impidieron y comparecerá en persona en la próxima fecha que el Técnico se lo indique."

P    Bien. Debe la sentencia un momento. En la número 3. Lea en voz alta, la 3.

R    "Usted permanecerá constantemente y sin instrucción dentro de la..."

P    "Sin interrupción".

R    "...sin interrupción dentro de la jurisdicción territorial...

P    "Territorial".

R    ...del Tribunal Superior, Sala de Humacao. Siempre que tenga necesidad de trasladarse fuera de éste límite, solicitará el permiso para ello al Técnico de Servicio Socio Penal al Tribunal."

P    Bien. Le pregunto si usted cumplió con esa condición o usted se fue para Las Margaritas.

R    Yo cumplí con esa condición.

P    ¿Usted se fue a vivir en Humacao? Dígame la dirección.

R    No.

P    ¿No?

R    Trasladaron mi caso para San Juan, para las oficinas de Probatoria de San Juan.

P    Sí, pero, ¿a usted le cambiaron esa condición?

R    Sí.

P    ¿Eso está cambiado?

R    Sí.

P    ¿De que usted se iba a quedar a vivir en Humacao?

R    Sí. ¿No? ¿Cómo que en Humacao? Me cambiaron para San Juan.

P    Sí, pero la condición de la sentencia, de que usted se iba a quedar viviendo en el área territorial de Humacao, ¿si eso se cambió?

R    No.

Tapes 11 to 15 - 129

P    ¿Usted se fue para Las Margaritas?

R    Sí.

P    Bien. Testigo, usted indicó que usted trabajó 3 años con una persona de nombre Cristo

R    Sí.

P    ¿Verdad que le dicen Cristo?

R    Cristo.

P    Bien. ¿No es Cristóbal? Cristóbal es...

HON. JUEZ:

Compañero, hay algo que no, al Tribunal no le ha quedado claro con relación, él ha declarado de que su caso fue trasladado a San Juan.

LCDO. FARINACCI:

Bien.

HON. JUEZ:

No ha quedado claro al trasladarse a San Juan, pues también, obviamente la condición de que si vive en el área donde está su caso.

LCDO. FARINACCI:

Bien. Especifique, ¿le cambiaron, le modificaron eso?

R    Sí.

POR EL LCDO. FARINACCI:

P    Bien. Pero, ¿aparece en el documento modificado?

R    No.

P    Pero, usted dice que se lo modificaron, que lo dejaron venir para acá.

R    Sí, hicieron los trámites entre oficina y oficina de Servicios Socio Penales.

HON. JUEZ:

Tapes 11 to 15 - 130

Muy bien. Adelante.

POR EL LCDO. FARINACCI:

P    Le pregunto cuándo usted comenzó; le pregunto si esta sentencia era una sentencia, donde es la sentencia de 10 años.

R    Sí.

P    Bien. Le pregunto, esa sentencia de 10 años si se dictó el 5 de febrero del '91, ¿cuándo usted terminaba de cumplir esa sentencia? Dígame si es en el año 2001.

R    Sí.

P    Bien. Y usted, y ya llegamos al 2001.

R    No.

P    ¿Estamos en el '96?

R    Sí.

P    Bien. Y usted indicó que usted comenzó a trabajar con una persona de nombre Cristóbal que le dicen en la calle Cristo.

R    Cristo le dicen en la calle.

P    Y usted, esa es la persona que usted dice que era socio suyo y usted se dedicaba a vender droga con esa persona, ¿verdad que sí?

R    Sí.

P    Bien. Y usted estaba cometiendo delitos estando en probatoria.

R    Sí.

P    Bien. Le pregunto si usted leyó la condición número 6.

R    "Usted no frecuentara áreas o sitios donde serán realizados juegos de azar prohibidos por ley ni centros de dudosa reputación. Y se abstendrá de usar bebidas alcohólicas.

Tapes 11 to 15 - 131

Además, usted no incurrirá en conducta delictiva ni se soplará...

P "Ni se asociará."

R ...ni se asociará con personas de, reconocidas por su participación en actividades ilegales mientras esté disfrutando de los beneficios que le concede la ley."

P Bien. ¿Usted entendió esa condición?

R Sí.

P Bien. La condición lo que dice es que usted se compromete, esta es la misma sentencia donde usted se comprometió a cumplir con todas y cada una de las condiciones impuestas. "Usted no frecuentará áreas y sitios donde se realizan..."

HON. FISCAL:

Su Señoría, nosotros tenemos reparos.

HON. JUEZ:

Bien.

HON. FISCAL:

El documento habla por si solo...

LCDO. FARINACCI:

Sí, pero es que yo no le...

HON. JUEZ:

Espere que él está haciendo la objeción. Adelante.

HON. FISCAL:

Por eso. El documento habla por si solo. El Compañero le permite que se lo lea y el Compañero ahora lo va a leer nuevamente.

LCDO. FARINACCI:

Sí, pero es que quiero que, es porque quiero hacerle preguntas específicas sobre, sobre varias; o sea, quiero hacerlo separado. O sea, primero, quiero leer una parte de esa condición para

que él diga si él cumplió con ella y después otra de las partes.

HON. JUEZ:

Bien. Se permite.

POR EL LCDO. FARINACCI:

P    Bien. Dice: "Además, usted no incurrirá en conducta delictiva", ¿ese era el compromiso?

R    Sí.    **ISO OFICIAl**

P    ¿Vender drogas es un delito?

R    Sí.

P    ¿Matar gente es un delito?

R    Sí.

P    ¿Andar con armas de fuego es un delito?

R    Sí.

P    O sea, todo, esas actividades delictivas, usted sabía que usted se había comprometido a no, a no estar en ese tipo de actividad porque esa era, o sea, a usted le habían dado una oportunidad de estar en la calle para que se rehabilitara. ¿Verdad que usted no cumplió con esa: "No incurrirá en conducta delictiva"?

R    Sí.

P    No cumplí.

HON. FISCAL:

Bien. Ya se lo contestó.

LCDO. FARINACCI:

Y le pregunto, dígame...

HON. JUEZ:

Compañero, si esa pregunta ya le fue contestada en todo, no hay porque ir a especificar...

POR EL LCDO. FARINACCI:

P    Bien. Y sigue: "Ni se asociará con personas por su participación en actividades ilegales mientras esté disfrutando de los beneficios de la ley. Ni se asociará con personas reconocidas por su participación en actividades ilegales". Cristo, ¿era una persona reconocida como el "Gangster" de Cantera?

R    Sí.

P    Bien. Y yo le pregunto si a pesar de que a usted le dan la oportunidad de rehabilitarse le dicen: "No te asocies con personas reconocidas por su participación en actividades ilegales" y usted hizo exactamente lo contrario.

R    Sí.

P    Y eso no era el compromiso que usted había hecho con el Tribunal.

R    No.

P    Bien. Y a lo mejor... voy a cambiar la pregunta. ¿Qué trabajo legal, qué trabajo legal, usted tuvo, usted se desempeño luego de que le dieran la oportunidad para rehabilitarse? ¿Ninguno?

R    Ninguno.

P    Bien. Lea la condición número 8.

R    "Usted se mantendrá empleado en un trabajo apropiado o perseguirá estudios en una escuela o colegio reconocido. Someterá evidencia de dicho empleo o estudio y\o notificará inmediatamente al Técnico de Servicio Socio Penal todo cambio en horas u horario o cese en el trabajo o estudio."

P    Bien. Le pregunto si fue que usted entendió mal esta número 8 donde dice que usted se mantendrá empleado en un trabajo. ¿Usted entendió que podía ser vender drogas?

Tapes 11 to 15 - 134

R   No, no entendí eso.

P   Bien. Obviamente, era un *trabajo ilegal*.

R   Sí.

P   Bien. Le pregunto si usted cumplió.

R   No.

P   Bien. "O procederá sus estudios en una escuela". ¿Eso es bien difícil de entender o era fácil?

R   Era fácil.

P   Le pregunto si usted prosiguió estudios en una escuela.

R   No.

P   O colegio reconocido.

R   No.

P   "Y someterá evidencia de dicho empleo o estudios."

R   No.

P   ¿Tampoco sometió evidencia?   "Y notificará inmediatamente al Técnico de Servicios Socio Penal de todo cambio en horario o cese en el trabajo o estudio." ¿Tampoco notificaba nada? Cuando usted se reunía con los oficiales probatorios para informarle de sus actividades, ¿usted le mentía?

R   Sí.

P   ¿Qué usted les decía?

R   Pues, este...

P   A que usted le decía: "Yo estoy haciendo...", ¿qué?

R   No le decía específicamente eso.

P   ¿Ella no le preguntaba?

R    Sí.

P    ¿Y qué usted le contestaba?

R    Que no he conseguido trabajo.

P    Eso es embuste, eso no era verdad. La verdad era que usted estaba trabajando en actividades ilegales.

R    Trabajos legales.

P    Que le producía mucho dinero.

HON. JUEZ:

¿La contestación? **ISO OFICIAL**

R    Trabajo legal.

POR EL LCDO. FARINACCI:

P    Bien.

R    Ella me preguntaba por trabajo legal, no me estaba preguntando por...

P    Por eso. Pero, yo le pregunto a usted, que la realidad era que usted estaba en trabajos ilegales que le producía dinero.

R    Sí.

P    Bien. Le pregunto si en la 9 a usted se le advirtió que cualquier violación a esas condiciones conllevaría a la revocación de la probatoria.

R    "Cualquier violación a la sentencia... cualquier violación a las vigentes en Puerto Rico podrá conllevar la revocación de esta orden en cuyo caso, usted cumplirá la sentencia impuesta de acuerdo con la ley. Usted consentirá a que de ser acusado de cometer un delito grave se le celebrará conjuntamente con la vista de determinación de acuso, determinación de causa probable la Vista sumaría...

P    "Sumaria."

R    ...Sumaria, iniciar la determinación de causa probable de la comisión de un nuevo

delito."

P    Bien.

R    "En causa suficiente para ese momento o para revocar provisionalmente los beneficios de la libertad a prueba."

P    Bien. Y lo cierto es que si usted si indicó que usted fue arrestado por estos hechos en agosto del '94, ¿verdad? Usted fue arrestado por los hechos que estamos ventilando aquí, por los hechos de Piñones en agosto del '94.

R    Sí.

P    Bien. Le pregunto si durante esos 4 años que usted había estado, más o menos, en probatoria, si por esas actividades que usted estaba realizando, ¿a usted le habían revocado la probatoria o usted estaba en la calle?

R    Estaba en la calle.

P    Bien. Y para terminarnos ese, con esa línea, si en algún momento a usted el oficial Socio Penal le radicó alguna querella para que le revocaran la probatoria.

R    No, en estos momentos.

P    Bien. En esos 4 años, ¿no le radicaron una querella para que le revocaran la probatoria?

R    No.

P    No se la radicaron. Y le pregunto, si la razón por la que no se la radicaron era porque usted le mentía y le daba información falsa.

R    Sí.

P    Y durante esos 4 años usted estuvo durmiendo al oficial probatorio.

HON. FISCAL:

No, a eso tenemos reparos, Su Señoría.

HON. JUEZ:

Tapes 11 to 15 - 137

Con lugar.

HON. FISCAL:

Eso es una conclusión del Compañero.

HON. JUEZ:    **ISO OFICIAL**

Haga la pregunta, adelante.

POR EL LCDO. FARINACCI:

P    Durante esos 4 años usted le ocultó al oficial probatorio todas sus actividades.

R    Sí.

HON. FISCAL:

Esto es repetitivo, Su Señoría. En realidad ha estado repetitivamente, que sí, que le ocultaba las actividades que él llevaba a cabo en su vida.

HON. JUEZ:

Bien. Una vez se obtiene una contestación categórica, no se debe continuar sobre esa pregunta. Adelante, Compañero.

POR EL LCDO. FARINACCI:

P    Usted le declaró a las damas y caballeros del jurado en el día de ayer que habiendo... que usted trabajaba con esta persona de nombre Cristóbal, conocido por Cristo y que en esas actividades trabajando con Cristo, usted asesinó a 7 personas.

R    Sí.

P    Bien. ¿Y estaba en probatoria?

R    Sí.

P    Y esa información de que usted había asesinado a 7 personas, ¿usted no se lo dijo a la oficial?

R    No.

P    Y estando en esa misma probatoria, ¿usted asesinó a otras personas, verdad que

Tapes 11 to 15 - 138

sí?

R    Sí.

P    ¿A Hiram Cantre?

R    Sí.

P    Y ese Hiram Cantre, esa muerte ocurrió bien poco antes de estos hechos de, de Piñones.

R    Sí.

P    Y la persona que ordenó esa muerte no fue Juan Crespo Morales.

R    No.

P    Fue un tal Cepillín.

R    Sí.

P    ¿Qué era su jefe y socio?

R    Socio.

P    Bien. Socio. Dígame el nombre de Cepillín, si se acuerda.

R    José L. Rivera.

P    José Luis Rivera. Y esa muerte, donde usted asesina a Hiram Cantre, mire a ver si se acuerda de la fecha exacta.

R    No.

P    Si le muestro las acusaciones del caso, ¿eso le puede refrescar la memoria?

R    Sí.

HON. FISCAL:

Su Señoría, el Ministerio Público está en disposición del Tribunal...

LCDO. FARINACCI:

Pero, yo se las quiero mostrar, porque como él dice que no se acuerda, yo quiero que él se refresque la memoria.

HON. FISCAL:

Pero, es que no puede refrescarse la memoria..

HON. JUEZ:      **ISO OFICIAL**

Vamos a ver, la objeción del Fiscal, adelante.

HON. FISCAL:

Okey. Tenemos objeción a que el Compañero utilice para refrescar la memoria un documento que no ha sido producido por el testigo que está declarando. En el curso de refrescar la memoria es sobre documentos que se han preparado directamente por la persona que está testificando o que por el testimonio de esa persona se preparó como una declaración jurada. Pero, el Compañero no puede utilizar ningún documento para refrescarle la memoria a un testigo cuando ese documento no ha sido preparado por el testigo ni por los datos que suplió el testigo.

HON. JUEZ:

Bien. Oímos que el Compañero indicó de que estaba dispuesto a estipular...

HON. FISCAL:

Sí, le indicamos, esa es la posición del Ministerio Público. Estamos en disposición de estipular la fecha en que ocurrió esa muerte.

HON. JUEZ:

Bien. ¿Alguna razón para que entonces...?

LCDO. FARINACCI:

No, ninguna entonces, ninguna.

HON. JUEZ:

Bien.

HON. FISCAL:

El 3 de junio de 1994, Su Señoría.

Tapes 11 to 15 - 140

HON. JUEZ:

Adelante. ...ININTELIGIBLE...adelante con la prueba...

POR EL LCDO. FARINACCI:

P    El 3 de junio de 1994, un mes antes de estas alegadas muertes.

R    Sí.

P    Bien. Y usted, un mes antes de estas alegadas muertes, usted asesina una persona por instrucciones de Cepillín.

R    Sí.

P    Cepillín está preso o está en la calle.

R    Está en la calle.

P    En la calle. Lo que quiere decir es que usted no ha declarado en ningún foro contra Cepillín que haya producido su arresto.

R    No.

P    Lo que quiere decir es que usted dice que usted comete un asesinato porque Cepillín lo mandó un mes antes, y a Cepillín usted no lo ha delatado.

HON. FISCAL:

Nosotros tenemos reparos por ser repetitivo, Su Señoría. Las 2 premisas ya el testigo se las contestó.

HON. JUEZ:

Bien. Adelante con otra línea.

POR EL LCDO. FARINACCI:

P    Bien. Y esa muerte de Hiram Cantre usted la cometió, como dice el señor Fiscal, el 3 de junio.

R    Sí.

P    Eso es, bien, cambio la línea. Y le pregunto si 2, 1 ó 2 semanas antes, usted le había entrado a tiros a otras personas en el área de Canteras o Barrio Obrero, y que lo acusaron por eso y tiene 2 casos pendientes en San Juan.

R    Me acusaron de eso, sí.

P    Bien. Y yo le pregunto si eso es cierto o eso es falso.

R    Falso.

P    ¿Eso es falso?  O sea, que la acusación que un Fiscal le radicó a usted en San Juan, ¿es falsa?

R    Falsa.

P    Falsa. O sea, ¿usted no intentó asesinar...?

HON. FISCAL:

Tenemos reparos...    **ISO OFICIAL**

HON. JUEZ:

Compañero, si ya se lo, la instrucción del Tribunal...

LCDO. FARINACCI:

Perdóneme, el 17 de abril.

HON. JUEZ:

Compañero, limítase a las instrucciones del Tribunal y es de no preguntar sobre lo que ya él ha contestado categóricamente.

POR EL LCDO. FARINACCI:

P    Bien. Testigo, usted declaró en el día de ayer a preguntas del señor Fiscal sobre unas personas que usted le entró a tiros en el área de, ¿usted habló de un incidente a tiro limpio en el área de Canteras? ¿Verdad que usted habló de eso?

R    Sí.

P    ¿Ese no es el incidente que usted está acusado del 17 de abril?

R    No.

P    ¿Ese es otro?

R    Diferente, sí.

P    Bien. ¿Usted conoce a una persona de apellido Carrasquillo?

R    No.

P    Bien. Le pregunto testigo, si usted ha ido a una lectura de acusación en San Juan donde a usted se le imputa el delito de tentativa de asesinato.

R    Sí.

P    ¿Y usted estuvo presente?

R    Sí.

P    Y ese caso, usted dice que es un caso donde usted no tiene nada que ver.

HON. FISCAL:

No, tenemos reparos. El Compañero vuelve de nuevo a la misma línea que el testigo ya le ha señalado que en relación con esa acusación él entiende que es falsa.

HON. JUEZ:

Compañero, el Tribunal ya no, ya le ha indicado que el Compañero estableció, cuál es su obligación, cuál es el cambio. El Tribunal...

LCDO. FARINACCI:

Bien. Pues, yo voy a cambiar la pregunta...

HON. JUEZ:

Haga la expresión, pero, por indique Compañero...

POR EL LCDO. FARINACCI:

P    Bien. Le pregunto, ¿quién es el abogado, déme los nombres de los abogados que lo representan a usted en los casos de San Juan?

R    Uno se llamaba Reynaldo, se llama Reynaldo. No sé el apellido y el otro no lo sé,

Tapes 11 to 15 - 143

porque me representaron una sola vez y no lo volví a ver más.

P    Y yo le pregunto, esos casos que usted tiene en San Juan, ¿le preocupan?

R    Por hechos, sí.

P    Le pregunto, si usted, si usted ha hecho algún intento de comunicarse con esos abogados con relación a esos casos. ¿Sí o no?

R    No, no he hecho intentos.

P    No ha hecho intentos. Le pregunto si usted sabe que usted está prófugo de la Justicia por esos casos. Que usted fue declarado prófugo.

R    No.

HON. FISCAL:

Su Señoría, se me han entregado unos documentos oficiales del Tribunal Superior de San Juan sobre unas sentencias expedidas por la Juez Barbara Sanfiorenzo el 29 de marzo de 1995. No tenemos ningún reparo que se admita en evidencia.

HON. JUEZ:

Bien. Márquese como Exhibit de la Defensa.

POR EL LCDO. FARINACCI:

P    Yo le pregunto a usted si a usted le han notificado, si se le ha notificado alguien, que usted ha sido declarado prófugo de la justicia en Puerto Rico.

R    No.

P    ¿No se lo han notificado?

R    No.

P    Bien. Y le pregunto si usted ha hecho gestiones con sus abogados para averiguar en qué "status" están esos casos.

R    No.

P    Le pregunto si usted ha sido arrestado por esa resolución de prófugo.

R    No.

P    ¿Usted está bien...ININTELIGIBLE...?

R    El 3.

P    Bien. Le pregunto, testigo, si usted aquí indicó a las damas y caballeros del jurado en el día de ayer, si usted le indicó la descripción física de esta persona de nombre Cristóbal.

R    Sí.

P    ¿La puede repetir para el registro?

R    Sí.

P    ¿Cómo es Cristóbal?

R    Critóbal mide como 6'2 o con 3. Es moreno, de pelo bajito bien pegado, bigote no tan...

P    ¿Tiene bigote?

R    Sí.

P    ¿Ayer usted dijo que tenía bigote?

R    Bueno, él...

P    ¿Tiene bigote?

R    Sí, tiene bigote.

P    Bien.

R    Entonces, no, un peso normal. No es tan grueso.

P    Muy bien. Le pregunto si usted le declaró a preguntas del compañero Fiscal de que en ocasiones, usted o Cristóbal asesinó a personas que trabajaban con él porque le robaban el material.

R    Sí.

P    Willie Care, Junito y Chino, las personas que fallecen en este caso, ¿eran empleados de Cristóbal?

Tapes 11 to 15 - 145

R   Sí.

P   Y trabajaban en el punto.

R   Sí.

P   Y le pregunto si usted tiene conocimiento personal de los hechos, si usted tiene conocimiento personal de que Junito, Chino y Willie Care le habían robado un material a Cristóbal.

R   No.

P   Y lo tenían en el carro. **ISO OFICIAL**

R   No.

HON. FISCAL:

Tenemos reparos a la línea de las preguntas...

HON. JUEZ:

Bien.

HON. FISCAL:

Ya le contestó de que no tenía conocimiento de el hecho que el Compañero está alegando.

HON. JUEZ:

Bien. Adelante con la pregunta.

POR EL LCDO. FARINACCI:

P   Le pregunto, testigo, usted indicó a las damas y caballeros del jurado en el día de ayer, de que usted había visto a Willie Care en el área de Canteras en un vehículo que el señor Fiscal le mostró la foto. Deje ver... en lo que buscan la foto, le pregunto, ¿cuándo antes del 4 de julio, cuándo fue la última vez que usted había visto a Willie Care en ese carro?

R   ¿En el carro?

P   Sí. No, voy a cambiar la pregunta. ¿Cuándo fue la última vez que usted vio a Willie Care, la última vez que lo vio en las circunstancias que fueran?

Tapes 11 to 15 - 146

HON. FISCAL:

Antes de que...


POR EL LCDO. FARINACCI:

P    Antes del 4 de julio.

R    Pues, fue en...

P    2 días antes, ¿se le había perdido, estaba escondido?  ¿Cuántos días?

R    Semanas.

P    ¿Semanas?

R    Semanas, sí.

P    Pues, dígame cuántas semanas.

R    Como 3.

P    ¿3 semanas fue la última vez que usted lo vio?

R    Sí.

P    No lo oigo.

R    Sí.

P    Bien. 3 semanas.

R    Sí.

P    Le dije que en cualquier circunstancia, ¿cómo 3 semanas?  ¿Usted lo había en este carro?

R    No.

P    ¿3 semanas antes?

R    No.

P    ¿Usted no declaró ayer que usted lo había visto en Canteras en ese carro?

R    Sí.

Tapes 11 to 15 - 147

P    Pues, y la última vez que lo vio hacía 3 semanas, pues tiene que haber sido 3 semanas o más, que usted lo había visto en ese carro.

R    Yo lo había visto en ese carro cuando yo vivía en Canteras.

P    Bien. ¿Hacía tiempo?

R    Sí, hacia tiempo.

P    ¿Ese carro no lo compró una semana antes de los hechos?

R    No.

P    ¿Eso es embuste?

HON. FISCAL:

Su Señoría, que el Compañero aclare la pregunta, Su Señoría.

LCDO. FARINACCI:

Bien.

HON. JUEZ:

Bien.

POR EL LCDO. FARINACCI:

P    Ese carro era de Willie Care y usted lo había visto hacía tiempo en Canteras.

R    Sí.

P    Bien. Y lo que puede estar seguro es que no hacía una semana que él había comprado ese carro.

HON. FISCAL:

Su Señoría, que le pregunte si él tiene conocimiento de este hecho, porque es que el Compañero...

HON. JUEZ:

La pregunta tiene...

HON. FISCAL:

Tiene...

LCDO. FARINACCI:

Ese carro era...

HON. JUEZ:

...ININTELIGIBLE...

POR EL LCDO. FARINACCI:

P ...era de Willie Care, usted lo sabía porque lo había visto en Canteras, por allí el montón de veces.

R Sí.

P Usted indicó, para estar claro, no son 7 u 8 las personas que usted asesinó, sino son 11. 2, mire, 7 con Cristo, Hiram Cantre son 8...

R Estaba incluido en los 7.

P ¿Estaba incluido? Pero, lo cierto es, ¿estaba incluido?

R Está en los 7...

P Cuando, o sea, ¿Cristo trabajaba con Cepillín?

R No.

P Pues, entonces usted dijo: "7 trabajando con Cristo", la de Cepillín son 8.

R Eso fue en el trayecto, ese mismo...

P O sea, que está incluido en los 7.

R Sí.

P Mas 4 que usted dice que asesino en Piñones, son 11.

R Sí.

P ¿11?

R Sí.

P Bien. Usted indicó, bien. Quiero estar bien claro en esto, ¿cuándo comenzó su

guerra con Cristo?

R    ¿Cuándo?

P    Sí.

R    Ya teníamos roses por el cambio, la...

P    ¿Roses cuándo?

R    ¿Cuándo?

P    Sí, fecha.    **ISO OFICIAL**

R    Para el '93.

P    Bien. O sea...

R    Para finales, por ahí.

P    O sea, que la guerra que usted tenía con Cristo y contra su gente, incluía a las personas que fallecen en Piñones, había comenzado en el '93.

R    Unjú. Sí.

P    En el '93. O sea, que es mucho tiempo antes de que ocurran las muertes.

R    Sí.

P    Bien. Usted le indicó en el día de ayer a las caballeros del jurado que usted tiene o conoce al acusado, Juan Crespo Morales, después de la muerte de sus hermanos.

R    Sí.

P    Inmediatamente después.

R    Sí.

P    Bien. Lo que quiere decir es que si sus hermanos fallecieron el 30 de marzo del '94, ¿usted lo conoce después del 30 de marzo?

R    Sí.

P    Pero, usted dijo ayer que fue rápido después. 2 ó 3 días después de la muerte.

R    Sí.

Tapes 11 to 15 - 150

P    Estamos hablando del 2 de abril, el 3 de abril.

R    Sí.

P    Bien. Y en el día de ayer usted declaró a las damas y caballeros del jurado, estuvo como 20 o media hora hablando de una reunión en un restaurante en Cidra, de nombre Lucio, donde Ronald se lo presenta a usted.

R    Sí.

P    Bien. Y usted da mucho detalle. Porque esa reunión es la reunión donde usted conoce a Crespo...

R    Sí.

P    ...según usted. ¿Verdad que sí?

R    Sí.

P    Y ese testimonio es importante y eso no se olvida, "¿cuándo yo conocí a Crespo?" ¿Verdad que eso es importante?

R    Sí.

P    "¿Cuándo lo conocí?" "Que fuimos a Lucio y allí se habló de la muerte de sus hermanos", que usted dice que el restaurante tiene un letrero que se lo mostraron, ¿verdad que sí?

R    Se lo mostré yo a ustedes.

P    Bien. Usted prestó una declaración jurada durante la investigación de este caso.

R    Sí.

P    ¿Verdad que sí?

R    Sí.

P    Yo le pregunto si usted, ¿cuándo fue la última vez que usted leyó esa declaración?

R    ¿Cuándo fue la última vez?

P    Sí. O usted vino a declarar sin habérsela memorizado o haberla estudiado...

HON. FISCAL:

Tenemos reparos a las expresiones de que tiene memorizado...

POR EL LCDO. FARINACCI:

P    Bien. Le pregunto, ¿cuándo fue la última vez que...

HON. JUEZ:

Compañero, Compañero, para evitar tener que seguir sobre esto. O sea, evite...

LCDO. FARINACCI:

Perdóneme, Su Señoría.

HON. JUEZ:

Adelante.

POR EL LCDO. FARINACCI:

P    Le pregunto, bien sencillo. Usted vino a declarar ayer, ¿cuándo fue la última vez que usted leyó la declaración?

R    Yo la última vez que vine, fue hace 3 meses atrás.

P    La última vez que vino a este Tribunal, a este Tribunal, ¿dónde se firmó su convenio de inmunidad?

R    ¿Dónde se firmó?

P    Sí.

R    En la Corte Federal.

HON. FISCAL:

No, a eso tenemos reparos, Su Señoría.

LCDO. FARINACCI:

Cambio la pregunta entonces.

HON. JUEZ:

Bien.

POR EL LCDO. FARINACCI:

P    Y le pregunto, si usted estaba dispuesto aquí hace poco...

R    Eh...

P    ...¿verdad que sí?

R    Sí.

P    Bien. Y yo le pregunto, bien sencillo, antes de usted sentarse a declarar ayer, ¿cuándo fue la última vez que usted cogió su declaración jurada...?

(CONTINUA EL LADO 15--FALTA ALGO DE TESTIMONIO)

P    Le pregunto, señor testigo, usted indicó que de hecho, que eso es un hecho que usted vivió en la casita de Piñones...

R    Sí.

P    ..cuando usted trabajaba con Cristo.

R    Sí.

P    Y usted sabía llegar a esa casita.

R    Sí.

P    Bien. ¿Y cuánto tiempo ustedes vivieron en esa casita?

R    2 semanas.

P    ¿2 semanas? ¿Cuánto tiempo antes de los hechos?

R    Para el '92.

P    ¿En el '92?

R    Sí.

P    Bien. Yo le pregunto, ¿cómo en cuántos sitios usted vivió durante esta época de actividad delictiva? Un más o menos, en números.

R    Como en 5 casas.

P    Bien. Vamos una a una.  Usted dice primero que usted vive en Las Margaritas.

R    Sí.

P    De ahí se fue para Canteras.

R    Sí.

P    De Canteras dice que vivió en... de Canteras, ¿se fue para dónde?

R    ¿De Canteras?  De Canteras volví para Las Margaritas.

P    Volvió a las Margaritas. De Margarita volvió a Canteras.

R    No, de Canteras, de Margaritas volví a Parcelas Falú en Villa Prades.

P    Ajá.

R    Y de ahí me fui para Cidra...

P    Ajá.

R    ...y de Cidra para Río Grande.

P    Bien. Y yo le pregunto a usted, ¿y cuándo...?  Y no me mencionó la casita de Piñones. También vivió 2 semanas allí.

R    Sí.

P    ¿Alguna razón por la cual usted se metió allí?

R    Ninguna. Me fui, me quedé allí solamente.

P    ¿Vivía solo?

R    Sí.

P    Solo. ¿No se estaba escondiendo de nadie?

R    No.

P    Unjú. ¿Era una casa con todas las facilidades?

R    Yo las tenía, yo me las llevé.

P    Bien. Le pregunto, testigo, ¿y los vehículos de motor?

R    ¿Vehículos de motor?

P    Sí. Usted dice que le quemaron uno.

R    Sí.

P    Después dice que cuando lo arrestan anda en una "van".

R    Sí.

P    ¿Suya?

R    Sí.

P    ¿Cuántos vehículos usted tenía durante esa época?

HON. FISCAL:

Su Señoría, nosotros tenemos reparos. Su Señoría, no podemos observar que prueba eso pueda tener.

HON. JUEZ:

Bien. ¿Cuál es la pertinencia de esa pregunta?

LCDO. FARINACCI:

Su Señoría, es para...

HON. FISCAL:

¿Nos podemos acercar, Su Señoría?

HON. JUEZ:

Adelántese.

...CONVERSACION CON EL JUEZ...

LCDO. FARINACCI:

Muy bien. Vamos a retirar la línea.

HON. JUEZ:

Adelante.

POR EL LCDO. FARINACCI:

P    Testigo, a preguntas del señor Fiscal usted indicó de que usted está declarando

Tapes 11 to 15 - 155

a base de un convenio de inmunidad.

R    Sí.

P    Bien. ¿Qué delitos incluye ese convenio de inmunidad?

R    ¿Qué incluye? ¿Qué delitos? Perjurio.

P    Ajá.

R    Este, si cometo perjurio pues...

P    No, no, pero qué delitos en términos de los delitos que usted está con casos pendientes. O sea, ¿qué delitos son parte del acuerdo?  Por ejemplo, los 4 asesinatos, ¿qué más?

R    Bueno, y la sentencia en San Juan.

P    Bien. La sentencia en San Juan.

R    Sí.

P    Bien. ¿Cuál?

R    El asesinato y los 3 cargos adicionales.

P    Y los 3 qué, no lo oí.

R    Los 3 cargos y el asesinato.

P    Bien. Esos son los que usted dice que usted es inocente.

R    Sí.

P    Le pregunto si usted es inocente, ¿por qué usted en ese convenio se va a declarar culpable si usted es inocente?

R    Pues, porque me tienen que declarar culpable.

P    ¿Por eso?  ¿Eso fue lo que usted dijo en esta mañana?

R    No...

HON. FISCAL:

Eso no tiene nada que ver con lo que él dijera esta mañana sobre las preguntas que el Compañero...

Tapes 11 to 15 - 156

LCDO. FARINACCI:

Pues...

HON. FISCAL:

...extremo.

LCDO. FARINACCI:

...entonces vamos... bien.

HON. JUEZ:

Bien.

LCDO. FARINACCI:

Voy cambiar la pregunta...

HON. JUEZ:

Si puede...ININTELIGIBLE...de usar...

POR EL LCDO. FARINACCI:

P    Bien. Testigo, usted dijo a preguntas, esta mañana de que en esos casos usted no tenía nada que ver.

R    Sí.

P    Y le pregunto, si usted no tiene nada que ver en unos casos, si usted autorizó a el abogado que lo representó como parte de esta acuerdo a usted declararse culpable de unos casos que usted dice que usted no tiene nada que ver.

R    Sí.

P    ¿Por qué?

R    No puedo pelear con la justicia.

P    Usted no puede pelear con la justicia. ¿Esa es su explicación?

R    Sí.

Tapes 11 to 15 - 157

P    Y le pregunto, si como parte de ese convenio donde usted se está declarando culpable de delitos que no ha cometido, usted lo que va a cumplir por lo casos de asesinato es 20 años.

R    No.

P    ¿No? ¿Es menos?

**ISO OFICIAL**

R    30.

P    Le pregunto si la realidad es que son 20. Veinte por los asesinatos más 10 de la revocación de probatoria.

R    Son 30, sí.

P    Por eso, pero por los asesinatos no son 30, son 20.

R    Son 20.

P    20 por 5 asesinatos.

R    Sí.

P    20 años. Y yo le pregunto si a usted su abogada le explico si usted va a cumplir la totalidad de esos años o que va a cumplir muchísimo menos por la bonificaciones que usted tiene por buena conducta, el trabajo y que eso se puede reducir como a 7 u 8 años.

R    ¿Qué si me explicó?

P    Mire, si a usted le explicaron con calma todas las, las cuestiones de su convenio de inmunidad. Usted dice que son 20 por los asesinatos.

R    Sí.

P    ¿Yo le pregunto si usted piensa cumplir 20 naturales o son 20 años bonificables? Que estaría en la calle, más o menos, como dentro de 7 u 8 años.

R    No. Yo nunca...

HON. FISCAL:

Es que tenemos reparos a las preguntas del Compañero, porque el Compañero para poder

hacer ese tipo de preguntas tiene que establecer como cuestión de hecho de que eso es así, para poder sustentarlo. Porque es imposible, porque estamos hablando de 30 años, porque él no va a cumplir 20, él va a cumplir 30. Así que el cálculo que el Compañero haga tiene que estar basado en los 30.

HON. JUEZ:

Compañero. El Tribunal prefiere que usted haga la pregunta y espere la contestación sin sugerirla. Porque en esta situación se trata de unos cómputos que es preferible que él diga si los sabe. Pero no esté anunciando una cantidad que...

LCDO. FARINACCI:

Bueno...

HON. JUEZ:

...que... bien. Adelante.

POR EL LCDO. FARINACCI:

P    Yo le pregunto, ¿usted tiene 25 años?

R    Sí.

P    Yo le pregunto si usted, ¿verdad que no lo digo yo?, lo dijo usted, que usted no es bobo...

HON. FISCAL:

Que el Compañero utilice la frase dentro del contexto que él la manifestó...

LCDO. FARINACCI:

Sí, pero Su Señoría, está en el récord que él dijo; durante parte de estos hechos de que hubo un momento... de que él tuvo un incidente y: "Como yo no soy bobo", pues... yo no soy diciendo, yo estoy diciendo lo que él mismo dijo de él.

HON. JUEZ:

Bien. Compañero, ese es un aspecto que también ya se lo preguntaron en más de una

ocasión. Hace unos minutos se lo preguntó y él se lo contestó en afirmativo. O sea, que él ha dicho que él no es bobo.

LCDO. FARINACCI:

Bien.

HON. JUEZ:

Adelante, entonces. Haga la pregunta para récord.

POR EL LCDO. FARINACCI:

P    Usted no es bobo. Yo le pregunto si usted le preguntó a su abogada: "Mira, aquí dice 30 años pero yo quiero saber exactamente cuánto tiempo es que voy a cumplir".

R    Sí, se lo pregunté.

P    ¿Cuánto le dijo ella?

R    La probatoria tengo que hacer como 8 años y de los 20, 10.

P    Bien. O sea, que ya vamos bajando de 30 a 18.

R    Puede ser, eso es, o sea, no es un cálculo exacto

P    ¿Puede ser menos?

R    Puede ser más.

P    ¿Y puede ser menos?

R    No sé.

P    Bien. Le pregunto, o sea, que usted tiene 25 años más 18...

HON. JUEZ:

El Tribunal quiere que en este momento, eh, darle una información al jurado porque podría quedar confundido por la situación porque es una cuestión técnica. Los, las personas que cumplen sentencia en Puerto Rico reciben unas bonificaciones de rectitud, se las dio el Gobernador, a través, naturalmente de Corrección. Y esas bonificaciones están basadas en buena

conducta y trabajo. Pero, claro de una parte se pueden sacar aproximadamente cuál sería el mínimo si cumpliera con todos los requisitos. Si cumpliera con todos los requisitos de trabajo, de buena conducta, etcétera. O se le puede reducir, cubre la sentencia de acuerdo con los Reglamentos como están hoy, cumplir tantos, si cumple con todos. Y entonces, pues naturalmente cuando se asesora una persona que va a hacer alegaciones de culpabilidad, es responsabilidad del abogado de informarle de todas esas probabilidades. Pero, se trata de una legislación con base a bonificaciones por trabajos y buena conducta. Adelante.

POR EL LCDO. FARINACCI:

P    Yo le pregunto si usted... voy a cambiar la pregunta. Verdad que ese convenio de inmunidad, y cambio la pregunta. Usted fue arrestado en agosto del año de 199?

HON. FISCAL:

Del '94, Su Señoría.

POR EL LCDO. FARINACCI:

P    Del '94.

R    Sí.

P    Bien. Le pregunto si en agosto de 1994, ¿usted firmó el convenio?

R    No.

P    ¿Pasó un mes, 2 meses, 3 meses, 4 meses?  ¿Cuánto tiempo después es que usted viene a firmar ese convenio?

R    ¿Cuánto tiempo después?

P    Sí.

R    Un año y 6 meses.

P    Bien. Le pregunto si eso fue hace menos de 2 semanas.

R    Sí.

P    Sí. Lo que quiere decir es que la discusión que usted tuvo con 2 semanas hace

menos de 2 semanas. Vuelvo y le pregunto...

HON. FISCAL:

No tiene...

LCDO. FARINACCI:

...¿qué explicación...?

HON. JUEZ:

Es que...

HON. FISCAL:

Es que él está haciendo 2 preguntas. Su Señoría, que le permita contestar la primera pregunta que le hizo.

HON. JUEZ:

Bien.

LCDO. FARINACCI:

Hace...

HON. JUEZ:

Compañero, para que no sigamos esta trayectoria. Usted le hace una pregunta, si desea hacerle otra, explíquele al Tribunal de que está retirando la primera, porque es que llega para el testigo... no sabe qué pregunta contestar. Y eso nos confunde a todos.

LCDO. FARINACCI:

Bien.

HON. JUEZ:

Siga. Adelante.

POR EL LCDO. FARINACCI:

P    Le pregunto, testigo, el convenio de inmunidad que usted firmó, ¿lo firmó hace cuánto tiempo?

R    Como 2 semanas.

P    2 semanas. Y yo le pregunto si para usted 2 semanas es mucho tiempo o es poco tiempo.

R    ¿2 semanas?

P    Sí.

R    Poco tiempo.

P    Poco tiempo. Y yo le pregunto si usted se acuerda en dónde discutió usted con su abogada los por menores de la alegación acordada, del convenio.

R    ¿Del convenio?

P    Sí, no, ¿se acuerda de dónde los discutió con ella?

R    Aquí en la Corte.

P    Aquí en la Corte. Yo le pregunto si ella se sentó y fue con usted página por página de ese convenio a explicárselo.

R    No.

P    ¿No?

R    No.

P    ¿Usted está diciendo que su abogada no le explicó que ese convenio página por página?

R    No.

P    ¿No? le pregunto, ¿y cómo fue esa explicación? ¿En términos generales o ella ni siquiera estaba presente cuando se firmó el convenio o cómo fue eso?

R    En las circunstancias que yo me encontraba no.

P    ¿No qué?

R    No estaba.

P    O sea, que ese convenio se firmó sin la presencia de su abogada. ¿Eso es lo que

usted le está diciendo al Tribunal?

R    Con la asesoría de ella.

P    Bien. Pero, si estaba presente o no.

R    No.

P    Lo que quiere decir es que usted firmó eso sin que ella le dijera a usted: "Regino, fírmate aquí", y usted le preguntaba a ella: "¿Cuánto voy a cumplir?". O sea, ¿usted no tuvo esa oportunidad cuando lo firmó?

R    No.

P    Dirigiéndose a las damas y caballeros del jurado yo quiero que usted le diga a las damas y caballeros del jurado si a usted no le interesaba saber cuánto tiempo usted va a cumplir, ¿le interesaba o no le interesaba?

R    Eh, de hecho, sí.

P    Bien. ¿Y qué evitaba que usted dijera: "No, yo quiero que mi abogada venga aquí y me diga cuánto tiempo voy a cumplir..."

R    Tú sabes...

P    ¿Había algo que lo evitaba?

HON. JUEZ:

Permítale que él le conteste.

R    Por los 30 años que estaban ya estipulados en el "des'to" pues, ¿tú sabes?, me conformé con los, con lo que tenía. Por eso no, y ya había hablando con ella de eso, de la sentencia y de los acuerdos. Ya yo los sabía.

POR EL LCDO. FARINACCI:

P    Regino, mi pregunta es, dirigiéndose a las damas y caballeros del jurado...

R    Sí.

P    ...si a usted no le interesaba saber...

HON. JUEZ:

Eh...

HON. FISCAL:

Está para el récord, Su Señoría, ya él contestó.

HON. JUEZ:

Ya él contestó que le interesaba.

POR EL LCDO. FARINACCI:

P   Bien. Y le pregunto, por qué si algo usted no la llamó, y le dijo: "Explícame cuánto voy a cumplir."

R   Sí.

P   Y ella vino y le explicó...

HON. JUEZ:

No, no, no, la contestación sobre eso, por qué, si algo, usted no la llamó para que le explicara. Esa es la pregunta.

R   Ya yo había hablado varias veces con ella de la misma, del contrato y ya yo sabía...

HON. JUEZ:

Adelante, el Compañero.

POR EL LCDO. FARINACCI:

P   Bien. Y para terminar con esa línea, ¿cuánto le dijo ella a usted que va a cumplir?

R   ¿Cuánto?

P   Sí.

R   Ella no me dio exactitud, porque ella no sabe cuales son las tablas de Corrección. No me dio exactitud.

P   O sea, para estar claro. La abogada que le negocio este convenio no le dio esa

Tapes 11 to 15 - 165

información porque ella no tenía las tablas de Corrección.

R    O sea, no sabe con exactitud como son la bonificaciones.

P    Y le pregunto si usted le dijo: "Pero, búsquelas." Si usted le dijo: "Pero, mira, si en Corrección, pues llame a Corrección que se la manden por fax."

R    Ahora, lo anterior me las averiguaron pero...

P    Y se la van averiguar, más que ahora, cuando usted está declarando todavía no se las han averiguado.

R    Sí, me las va a averiguar.

P    Bien. Le pregunto al testigo, si usted en el día de ayer declaró que el arma de fuego que usted dice que le entregó a usted el señor, que le entregó a Miguel el señor Crespo Morales, era un arma 9 milímetros.

R    Sí.

P    Niquelada.

R    "Cromeada" y gris.

P    Bien. ¿Era negra?

R    Las cachas.

P    No, que si el arma era negra.

R    No.

P    Niquelada.

R    Sí. La parte de abajo.

P    Bien. Y yo le pregunto si la diferencia, generalmente en base al conocimiento que usted tiene de armas de fuego, si las armas son básicamente negras y niqueladas.

R    Diferentes.

P    Por eso, pero que esas son las, las más o menos, la totalidad, las negras y niqueladas.

HON. JUEZ:

El Tribunal entiende que esa contestación no contesta la pregunta que, ¿qué quiere decir diferente?

R    Que vienen armas negras y vienen armas niqueladas con 2 tonos de color.

POR EL LCDO. FARINACCI:

P    Bien.

R    Metálico.

P    Bien. Pero, esta que le entregó, según usted, la que usted alega que le entregaron a Miguel era niquelada. ¿Verdad que sí?

R    No un "niquel", "niquel" como tal...

P    Pero, ¿era niquelada o era negra?

HON. FISCAL:

Su Señoría, bueno, pero que le permita contestar, Su Señoría.

HON. JUEZ:

Compañero, si le hace una pregunta déjelo que conteste.

POR EL LCDO. FARINACCI:

P    Perdone.

HON. JUEZ:

¿Cómo era esa arma?

R    El arma, pues, es un gris metálico.

POR EL LCDO. FARINACCI:

P    Gris metal.

R    Y abajo es un metálico como, como color de plata, no brillante.

P    Bien. Le pregunto si usted declaró durante, a preguntas del señor Fiscal que cuando llegan a la casita, el primero que entra es Miguel.

Tapes 11 to 15 - 167

R    Sí.

P    Bien. Lo que quiere decir es que si es cierto lo que usted dice, que Crespo le entregó esa arma de fuego a Miguel, el arma primera que entra es niquelada...

R    Sí.

P    ...no era negra.

R    Niquelada.

P    Le pregunto si usted miró, en el ciclo de los hechos, a una joven que se llama... Mercedes.

R    ¿Cuándo entré?

P    Sí. Mercedes.

R    Cuando entré no la vi.

P    Bien. Pero, usted sabía que estaba allí.

R    Sí.

P    Bien. Esa señora estaba allí.

R    Sí.

P    Sí. Si Mercedes dice que la persona que entró primero...

HON. FISCAL:

...ININTELIGIBLE...declarado, Su Señoría,...

HON. JUEZ:

Con la lugar la objeción.

HON. FISCAL:

...ININTELIGIBLE...argumentación del Compañero.

HON. JUEZ:

Con lugar la objeción.

POR EL LCDO. FARINACCI:

Tapes 11 to 15 - 168

P       Le pregunto, testigo, usted habló en el día de ayer sobre un caballo.

R       Sí.

P       Le pregunto si usted habló de que el chiste que había en la alegada casa del señor Crespo era sobre Ronald que le había disparado a un caballo.

R       Sí.

P       Le pregunto si esa noche, usted declaró ayer que vio ese caballo allí.

R       Sí. Lo vi.

P       Lo vio. Y le pregunto si ese caballo era blanco.

R       No.

P       ¿Era blanco?

R       No.

P       Y yo le pregunto a usted si ese caballo, Ronald indicó que él le había disparado y que el caballo había caido allí.

R       No.

P       Le pregunto si usted o Ronald en algún momento le han dicho al Fiscal Castro de que el caballo blanco...

HON. FISCAL:

Tenemos reparos. El Compañero está señalando de que el Ministerio Público ha conversado con varios de los acusados en este caso. El está haciendo...

LCDO. FARINACCI:

En la teoría...

HON. FISCAL:

...eso es lo que él está diciendo con la pregunta.

HON. JUEZ:

Bien. Eh, lo que, su parte habla.

Tapes 11 to 15 - 169

LCDO. FARINACCI:

Bien. En la teoría, el Fiscal dijo: "Le vamos a probar de que allí cayó un caballo blanco y cayó allí".

HON. FISCAL:

Eso nosotros nunca lo dijimos...

LCDO. FARINACCI:

Yo tengo la grabación y la...ININTELIGIBLE...lo expresaba.

HON. FISCAL:

...Su Señoría, nunca lo expresamos.

LCDO. FARINACCI:

Yo tengo la grabación.

HON. FISCAL:

Eso nosotros nunca lo expresamos.

HON. JUEZ:

Bien.

LCDO. FARINACCI:

Que se busque la grabación.

HON. JUEZ:

Bien. Compañero, no es necesario. Adelante con la pregunta.

POR EL LCDO. FARINACCI:

P    Yo le pregunto a usted si usted se reitera en que usted vio un caballo ahí.

R    Sí.

P    ¿Usted no estaba alucinando?

HON. FISCAL:

Su Señoría, nosotros tenemos reparos, Su Señoría. Eso es...

Tapes 11 to 15 - 170

LCDO. FARINACCI:

Bien. En la teoría, el Fiscal dijo: "Le vamos a probar de que allí cayó un caballo blanco y cayó allí".

HON. FISCAL:

Eso nosotros nunca lo dijimos...

LCDO. FARINACCI:

Yo tengo la grabación y la...ININTELIGIBLE...lo expresaba.

HON. FISCAL:

...Su Señoría, nunca lo expresamos.

LCDO. FARINACCI:

Yo tengo la grabación.

HON. FISCAL:

Eso nosotros nunca lo expresamos.

HON. JUEZ:

Bien.

LCDO. FARINACCI:

Que se busque la grabación.

HON. JUEZ:

Bien. Compañero, no es necesario. Adelante con la pregunta.

POR EL LCDO. FARINACCI:

P    Yo le pregunto a usted si usted se reitera en que usted vio un caballo ahí.

R    Sí.

P    ¿Usted no estaba alucinando?

HON. FISCAL:

Su Señoría, nosotros tenemos reparos, Su Señoría. Eso es...

Tapes 11 to 15 - 170

HON. JUEZ:

...ININTELIGIBLE...con ese tipo de preguntas. Este proceso ha tenido una forma bien profesional de llevarse.

POR EL LCDO. FARINACCI:

P    Le pregunto, testigo, usted le indicó a las damas y caballeros del jurado que cuando usted llegó allí esa noche, junto a varias personas, según usted, ustedes fueron en un solo vehículo.

R    Sí.

P    Bien. No en varios vehículos.

R    No.

P    Y le pregunto si usted, la versión suya es que usted dejó ese vehículo más adelante, detrás de unos árboles.

R    Sí.

P    Bien. Lo que quiere decir es que usted, su versión es que solamente fueron en un vehículo.

R    Sí.

P    ¿No varios?

R    No. Uno.

P    Le pregunto testigo, usted le indicó a las damas y caballeros del jurado, que Miguel tumbó la puerta, le dio una patada a la puerta, lo seguí usted y después iba Rey. ¿Ese es el orden de entrada?

R    Sí.

P    Bien. Le pregunto si usted indicó ayer que usted cuando va a disparar el arma no le disparó porque se le había salido un poquito el... ¿cómo se dice?... el...

HON. FISCAL:

Tapes 11 to 15 - 171

El "magazine".

POR EL LCDO. FARINACCI:

P    El "magazine".

R    Sí.

P    Bien. Usted declaró de que usted se enfogonó, ¿verdad que sí?

R    Sí.

P    ¿Qué usted quiso decir con que usted se enfogonó? ¿Usted estaba tan deseoso de matar? ¿Por qué usted se enfogonó?

R    ¿Por qué? Porque yo sabía que ellos tenían armas ahí.

P    ¿Esa es la razón que usted da porque usted se enfogonó?

R    Sí. Eso fue un error y me podía costar la vida a mí.

P    Bien. Y usted sale, inmediatamente pone el cargador y le pregunto si usted declaró aquí que usted entra y tenía 14 balas y las usó todas.

R    Sí.

P    Se quedó sin balas.

P    Bien. Usted le declaró a las damas y caballeros del jurado que la razón por la cual no mataron a las mujeres fue porque usted dijo que no las debían matar. Yo le pregunto si la verdadera razón por la cual usted no mata a las mujeres es por eso mismo... porque usted... Mire lo que usted nos dijo ayer...

HON. FISCAL:

Tenemos reparos...

HON. JUEZ:

...ININTELIGIBLE...

POR EL LCDO. FARINACCI:

P    Bien. Déjeme por donde sigo la línea, porque la realidad es que cuando usted

Tapes 11 to 15 - 172

vuelve y entra se percata de que se le habían acabado las balas.

HON. JUEZ:

Contestación.

R    No.

POR EL LCDO. FARINACCI:

P    ¿No?

R    No.

P    Y yo le pregunto si usted declaró ayer que cuando usted vuelve y entra, antes de entrar usted dijo esta frase: "Creo que hay alguien vivo", ¿verdad que sí?

R    Sí.

P    Y entonces, ¿para qué entra de nuevo? A ver, ¿a prestarle primeros auxilios?

R    No. A ver.

P    A matarlo...

HON. JUEZ:

Deje que conteste, Compañero, adelante.

R    Estaba buscando los varones, sí.

POR EL LCDO. FARINACCI:

P    Bien. Le pregunto, testigo, y mirando a las damas y caballeros del jurado...

R    Ajá.

P    ...le pregunto si usted le dijo a las damas y caballeros del jurado en el día de ayer que Ronald se había quedado en una parte que había una puerta y la razón que usted dijo eso es que se le indicó por si alguien salía corriendo por ahí.

R    Sí.

P    Bien. Y a usted no se le ocurrió, ¿y cuáles eran las instrucciones de Ronald?

R    De que el saliera por esa puerta...

P    ¿Lo tumbara?

R    Sí.

P    Bien. ¿Y si salían corriendo las muchachas? Y usted, ¿cómo usted iba a evitar que las mataran?

R    No sé.

P    Testigo, si la verdad no es que usted no iba a dejar a nadie vivo allí, porque le habían tratado de matar a su mujer.

HON. JUEZ:

Contestación.

R    Si yo hubiera querido que no hubiera...

LCDO. FARINACCI:

Puede responder...

HON. FISCAL:

Que le permita contestarla, porque le hizo una pregunta abierta, Su Señoría.

LCDO. FARINACCI:

No es responsiva.

HON. FISCAL:

Deje que le permita contestar.

HON. JUEZ:

Definitivamente es responsiva, conteste.

R    Si yo no hubiera querido que nadie saliera vivo de allí, hubieran muerto las 2 muchachas.

POR EL LCDO. FARINACCI:

P    Bien. Yo le pregunto si la realidad es que usted no las mató, primero, porque uno de ellas estaba aplastada por el cadáver de una de las personas que usted había matado y usted

Tapes 11 to 15 - 174

pensaba que estaba muerta.

R    No.

P    ¿No?

R    No.

P    Y le pregunto si a la otra no la mataron porque usted abrió la puerta del baño y no la vio, porque esa estaba acostada en el baño tapada por la cortina del baño.

R    No llegué a abrir la puerta.

P    Pero, ¿estaba mirando por ahí?

R    Solamente toqué la cerradura y nada más y no entré.

P    Bien. Testigo, le pregunto, para terminar con esa línea; entonces, si ustedes no llegaron a matar a las mujeres, ¿qué medidas de le indicó a Ronald que tomara para que cuando saliera alguien corriendo por atrás, no matara a las mujeres?

R    Yo solamente le dije a él que el saliera por ahí, que lo matara, les tirara.

P    Bien. Y yo le pregunto a usted, si usted, su declaración es que usted sabía que dentro de esa casa había 3 mujeres.

R    Sí.

P    Bien. Y yo le pregunto a usted, si usted indicó en el día de ayer que usted como a las 2:00 de la tarde; si usted dijo esto, que a las 2:00 de la tarde usted fue por allí y usted notó que había mujeres, oyó las voces de las mujeres y dijo: "Esas son las mujeres de los que estamos buscando".

R    Sí.

P    Bien. Y yo le pregunto a usted, si usted está seguro que a las 2:00 de la tarde del día 3 estaban las 3 mujeres allí.

R    No, no estoy seguro de si estaban las 3.

P    O sea, que usted, en su declaración jurada le pregunto si usted declaró de que

Tapes 11 to 15 - 175

usted oye el ruido de varias mujeres como jugando.

R    Sí.

P    Bien. Le pregunto, testigo... le pregunto, testigo, las instrucciones eran tan claras a Ronald de que matara a las personas que saliera por esa puerta que usted, lo que le ha dicho a las damas y caballeros del jurado es que por ahí salió un caballo y le disparara.

HON. FISCAL:

Eso es una contestación del Compañero, Su Señoría.

HON. JUEZ:

Testigo, no conteste esa pregunta. Adelante, Compañero.

POR EL LCDO. FARINACCI:

P    ¿De dónde salió el caballo?

R    Estaba en los alrededores.

P    En los alrededores. Bien. Y le pregunto, señor testigo, si usted, durante la investigación de este caso si dejó, fue, usted acompañó al agente investigador a qué sitio.

R    A ninguno.

P    Lo que quiere decir es que usted durante esta investigación de este caso, usted, los agentes investigadores no lo llevaron a ningún sitio para que usted dijera: "Esa es la casa, eso es esto", sino, que le trajeron fotos a usted.

R    Yo di información.

P    Ajá. Mi pregunta es, que entonces usted nunca fue con ellos a ningún sitio, ¿verdad que eso fue lo que usted contestó?

R    Sí.

P    Bien. Y yo le pregunto, el nombre de la gallera donde usted alega que este señor fue con usted a buscar la gente y que se confundieron con una guagua, después resultó que era otra gente.

R    ¿El nombre de la gallera?

P    Sí.

R    No la sé

P    Le pregunto si algún agente investigador le dijo: "Bueno, como tú no sabes el nombre, pues vente, móntate en el carro conmigo, vamos. Vamos para allá, tú sabes llegar y vamos a allí a ver esa gallera". ¿No hizo eso?

R    No.

P    ¿No? Y le pregunto si algún agente investigador le dijo a usted: "Bueno, como usted dice que el hijo de Crespo le dio las balas frente a la casa de una tía o una hermana de él", si usted fue con el agente investigador y le dijo: "Esta es la casa donde me entregaron las balas".

R    No.

HON. FISCAL:

Su Señoría, tenemos reparos. Su Señoría, ya el testigo le dijo que él no hizo ninguna gestión con ninguno de los agentes investigadores del caso.

HON. JUEZ:

Así se determina.

HON. FISCAL:

Bien.

POR EL LCDO. FARINACCI:

P    Y fotografías de esa alegada casa, ¿tampoco el Fiscal se las ha mostrado?

R    No.

P    Le pregunto, testigo, ¿usted se acuerda la hora...?, voy a cambiar la pregunta. ¿Cuántas veces usted habló con su abogada antes de prestar la declaración jurada que usted prestó en la investigación del caso?

R    ¿Cuántas veces?

P    Sí.

R    Como 3 ó 4.

P    3 ó 4. Pero, lo cierto es... vamos a ver si esta es la cronología de eventos. A usted lo arrestan en agosto del '94, ¿verdad que sí?

R    Sí.

P    La declaración jurada que usted presta con relación a estos hechos, ¿la prestó rápido o se tardó mucho, bastante tiempo?

R    Como 7 meses.

P    7 meses después. 7 meses. El Fiscal que le tomó la declaración jurada, ¿cuántas veces usted había hablado con él?

R    ¿Cuántas veces?

P    Antes del día que presta la declaración. Si había hablado antes, o simplemente lo trajeron y usted dijo: "Ya me asesoré con mi abogada..."

R    Lo vi en Sala.

P    Sí, pero mi pregunta es bien sencilla, mire.

R    Unjú.

P    Usted presta la declaración jurada...

R    Sí.

P    ¿Usted quiere saber la fecha de cuándo la presto? Voy a solicitar que se le entregue otra vez. Dígale a las damas y caballeros del jurado con certeza la fecha en que la prestó.

R    El 10 de abril del '95.

P    ¿A qué hora? En la última página. Mire a ver si aparece un ahora anotada ahí.

R    A las 2:15 p.m..

P    Bien. El 10 de abril del '95...

R    A las 2:15 p.m..

Tapes 11 to 15 - 178

P    Le pregunto si usted estuvo presente cuando el caso se sometió antes un Juez.

R    ¿Cuándo el caso...?

P    Se llevó ante un Juez.

R    ¿Cuándo yo hice la declaración?

P    Sí. Usted hace su declaración. Le pregunto si a usted lo llevan a donde un Juez para que usted le diga: "Juez, bajo juramento yo declaro de que lo que pasó fue esto, esto, esto y esto".

R    No.

P    ¿Usted no fue ante un Juez?

R    No.

P    O sea, ¿usted sabe cómo se determinó causa en este caso? ¿Cómo es que se ordena el arresto del señor Crespo? O sea, ¿cómo, sin usted estar presente para hablar con un Juez...?

HON. FISCAL:

Nosotros tenemos reparos. Es que el Compañero está erróneo...

LCDO. FARINACCI:

No, no, Juez...

HON. FISCAL:

Claro que sí, Su Señoría.

HON. JUEZ:

Pasen al estrado.

...REUNION EN EL ESTRADO...

HON. JUEZ:

¿Qué clase de...

HON. FISCAL:

Es que...

Tapes 11 to 15 - 179

HON. JUEZ:

...con declaración jurada y no hay... porque eso es un concepto...

LCDO. FARINACCI:

Está bien. Su Señoría, pero yo le estoy preguntando si él sabe...

HON. FISCAL:

Pero...

LCDO. FARINACCI: **USO OFICIAL**

...exacto...

HON. JUEZ:

No, no, pero es que esa es la pregunta. Si usted le ha dicho si estuvo y él ha dicho que no.

LCDO. FARINACCI:

Vuestro Honor...

HON. JUEZ:

Pues, ya usted sabe por la Regla 6 que la otra alternativa es someterlo... bueno, a ver si sabe del hecho. Está bien.

HON. FISCAL:

Es que la pregunta va dentro del contexto de que esta persona la han arrestado sin que nisiquiera nadie declaró contra de él en esa etapa del proceso.

LCDO. FARINACCI:

No, yo no voy a preguntar...

HON. FISCAL:

No, no, pero no. Yo entiendo que Su Señoría, le debe aclarar a las damas y caballeros del jurado de que un caso se...

HON. JUEZ:

Tapes 11 to 15 - 180

Bien. Una explicación bien sencilla de la Regla 6 y más nada. Sí.

HON. FISCAL:

Bien.

HON. JUEZ:

Bien. El Tribunal va a permitir esa pregunta, pero necesita que el jurado sepa que por disposición de la Regla 6 del Procedimiento Criminal, como es ...ININTELIGIBLE...se puede someter un caso por una declaración jurada de una persona que tenga unas razones para no estar *presente*.. Una declaración jurada que le merezca garantía suficiente de confiabilidad al Juez, y no tiene que estar la persona presente. Adelante, Compañero.

POR EL LCDO. FARINACCI:

P    Le pregunto, testigo, si usted sabe, si lo sabe de propio conocimiento si, si lo sabe de propio y personal conocimiento si usted sabe cuando arrestan al señor Crespo, si lo sabe, si le dieron la oportunidad de él decir: "No, pero si ese tipo está loco". Si usted sabe.

HON. FISCAL:

A eso tenemos reparos, Su Señoría. Está siendo, el Compañero está entrando a argumentar si el...

HON. JUEZ:

El Compañero...

HON. FISCAL:

...el silencio del propio acusado que obviamente se, entonces...

HON. JUEZ:

Bien.

HON. FISCAL:

...se atenta a las consecuencias.

Tapes 11 to 15 - 181

HON. JUEZ:

Bien. Eh, el Tribunal determina que el testigo declaró que él no estuvo presente, pues obviamente no puede contestar esa pregunta. Adelante el Compañero.

POR EL LCDO. FARINACCI:

P    Bien. Le pregunto, testigo, ¿quién es *Yiye Correa*?

R    ¿Yiye...?

P    *Correa.*

R    Al Yiye lo conozco.

P    Pues, *Yiye Correa.* Le pregunto si en la página 5 de su declaración usted dice que la persona que le dio la pistola níquel es *Yiye Correa.*

R    *¿Yiye Correa?*

P    Sí. ¿Usted no dijo eso tampoco? Se la muestro, en la página 5. ¿No lo ve?

R    No.

HON. FISCAL:

No, esa no es la página.

LCDO. FARINACCI:

Es en la 4.

HON. JUEZ:

Bien.

POR EL LCDO. FARINACCI:

P    Es en la 4, mire a ver. En la parte de abajo. Mire a ver quien usted dice que el entregó el arma a Miguel.

R    Sí.

Tapes 11 to 15 - 182

P    ¿Qué dice ahí?

R    *Yive Correa*.

P    *¿Yive Correa*

¿Eso es otro error de la taquígrafa, según usted?

HON. FISCAL:

Su Señoría, esa es una argumentación del Compañero...

HON. JUEZ:

...con lugar..objecion.

HON. FISCAL:

Que le permita al testigo...

HON. JUEZ:

Eso es una argumentación. Hágale la pregunta...

HON. FISCAL:

...contestarle la pregunta.

POR EL LCDO. FARINACCI:

P    Usted la leyó antes de, le pregunto si usted...

HON. FISCAL:

Su Señoría, yo quiero que él conteste la última pregunta que el Compañero le hizo.

HON. JUEZ:

Bien. El Compañero la retira...

LCDO. FARINACCI:

La retiro y hago otra.

HON. JUEZ:

Bien. Adelante.

LCDO. FARINACCI:

Usted leyó esa declaración jurada y no solamente la leyó, sino que la inició con su firma en los lados. Le pregunto si usted la leyó.

R    Sí.

P    Bien. Y usted leyó que decía Yiye Correa. Pero, la verdad es que usted no conocía a ningún Yiye Crespo.

HON. JUEZ:

Contestación.

R    Sí, lo conozco.

POR EL LCDO. FARINACCI:

P    Y por qué usted no le dijo... no, yo sé que usted lo conoce ahora porque lo ha visto aquí.

HON. FISCAL:

No, a eso tenemos reparos, Su Señoría, esa es una manifestación fuera de lugar...

HON. JUEZ:

Compañero...

LCDO. FARINACCI:

El testigo...

HON. FISCAL:

Su Señoría...

HON. JUEZ:

Compañero, ha llegado el momento en que el Tribunal tiene que aguantar. Vengan las partes al estrado.

**...REUNION EN EL ESTRADO...**

POR EL LCDO. FARINACCI:

Tapes 11 to 15 - 184

P    Le pregunto si usted la leyó.

R    Sí.

P    Y le pregunto si a usted le llamó la atención en una cosa tan importante como eso, de quien le entrega el arma a Miguel, usted debió ripostar: "¿Yiye Crespo? Yo no conozco a ningún Yiye Correa".

R    Cuando la leí, pues no me di de cuenta.

P    Le pregunto, testigo, usted declaró que varios días antes de, pocos días antes de los hechos a usted lo tirotearon y a su esposa, ¿la niña estaba en el carro?

R    ¿La niña? No.

P    Le pregunto si también estas mismas personas que fallecen 2 semanas antes tirotearon su casa e hirieron a 2 personas que trabajaban para usted.

R    Un mes antes.

P    Un mes antes. Y yo le pregunto, y yo le pregunto si la razón por las cuales ustedes asesinan estas personas en Piñones es que estas personas que murieron, le tirotearon su casa, hirieron unas personas que trabajan con usted; después le tirotean a usted y por poco lo matan a usted y a su esposa y por eso es que varios días después usted va y los mata.

HON. FISCAL:

En relación con la segunda premisa de la pregunta...

HON. JUEZ:

Compañero...

HON. FISCAL:

...ya la contestación él se la dio, Su Señoría.

HON. JUEZ:

Bien.

POR EL LCDO. FARINACCI:

Tapes 11 to 15 - 185

P    Y le pregunto si usted...

HON. JUEZ:

Deténgase. Conteste la segunda parte de esa pregunta. Si la razón para usted darle muerte a esas personas, fue porque tirotearon a sus compañeros en días...

R    Habían varias razones. Una de esas era esa.

HON. JUEZ:

Bien. Contestada la pregunta.    **ISO OFICIAL**

POR EL LCDO. FARINACCI:

P    Y a su hermana, esas personas que fallecieron, ¿también la tirotearon?

R    ¿A mi hermana?

P    Sí.

R    No.

P    ¿No?

R    No.

P    Testigo, le pregunto, ¿qué personas le visitaron a usted a la cárcel Regional de Bayamón durante el tiempo que usted dice que usted estuvo preso antes de decidir hablar en este caso? De decidir hablar lo que usted dice en este caso.

R    ¿Qué personas?

P    Sí.

R    Mi mamá, mi esposa, mi hija y mis 2 hermanas.

P    Bien. ¿Esas son las únicas personas que lo visitaron?

R    Sí.

P    Bien. Le pregunto, usted dijo esta mañana que cuando usted estaba preso por los casos de Humacao usted sufrió una severa depresión.

R    Sí.

Tapes 11 to 15 - 186

P    Bien. Yo le pregunto si en esta segunda ocasión que está preso, ¿le dio otra severa depresión? O, ¿esta vez estaba bien?

R    No. Estaba tranquilo.

P    ¿Estaba tranquilo?

R    No.

P    Pues...

R    Sí, tenía una depresión pensando en los problemas que tenía.

P    Bien. Y usted es una persona que piensa en los problema que tiene y le gusta tratar de resolverlos. ¿Verdad que sí?

R    Yo pienso que, no sé, que son mis problemas y tengo que pensar como resolverlos.

P    Bien. Bien. En Humacao, mientras estuvo preso en las mismas circunstancias, preso; usted pensó que la solución a su problema era mentir y decir que usted era adicto.

HON. FISCAL:

Nosotros tenemos reparos. Ya eso el Compañero lo descubrió como parte de su contrainterrogatorio...

LCDO. FARINACCI:

Sí, pero...

HON. JUEZ:

La está utilizando como una premisa para presentar, adelante. Hasta ahí.

POR EL LCDO. FARINACCI:

P    Cuando estaba en Humacao, usted recuerda esta mañana que usted decidió que como parte de la solución a su problema usted iba a mentir y decirle al Tribunal que usted era adicto para poder usted salir de la cárcel.

R    La ignorancia.

Tapes 11 to 15 - 187

P    La ignorancia. Esa es su contestación, la ignorancia.

R    Sí.

P    Le pregunto, si la situación en la que usted está, esta segunda ocasión es similar. Que usted está preso, tiene que resolver su problema, yo le pregunto si se le ocurrió por su mente lo mismo de la otra vez. "Déjame inventarme que Yiye Crespo me mandó para yo así negociar un buen convenio y salgo en poco tiempo".

R    No.

P    Yo le pregunto si Yiye Crespo es ahora lo que antes fue que usted había dicho que usted era adicto.

R    Repítame la pregunta.

P    ¿No la entendi

R    No.

P    Si Yiye Crespo es ahora la carta que usted se está jugando para usted poder salir lo antes posible de un caso de cuatro viles asesinatos.

R    No. No es ninguna carta.

P    No, no es ninguna carta. Lo que usted quiere decir es que, que aún habiendo usted sido enviado a tratamiento, a evaluación de tratamiento sicológico; que usted esta, usted dice que en esta ocasión la cosa es diferente. Le pregunto, ¿qué ha sucedido en su vida que usted le pueda decir a las damas y caballeros del jurado que ahora se puede confiar en usted?

R    ¿Qué yo he hecho?

HON. JUEZ:

   ¿Cuál es la situación?  ¿Qué no entendió la pregunta?

R    Sí.

HON. JUEZ:

   Hágale la pregunta.

POR EL LCDO. FARINACCI:

P    ¿Qué ha ocurrido en su vida...

R    Ajá.

P    ...que usted le puede decir a las damas y caballeros del jurado mirándolos a los ojos que usted en esta situación es diferente a aquella en la cual usted se inventó que usted era adicto para salir?  Yo le pregunto, si ahora, no se inventó la participación de otra persona para salir.

HON. FISCAL:

Es que le cambió la pregunta completamente y esa ya se la había contestado, Su Señoría.

HON. JUEZ:

Bien. Eh, bueno, la pregunta entendemos que como la ha hecho el Compañero, no se ha hecho anteriormente. Adelante con la contestación.

R    Pues, cuando me cogió el caso de Humacao, tenía 18 años era ignorante y ahora no soy ignorante.

P    Bien. ¿Ahora usted sabe más que hace 18 años?

R    No.

P    ¿No? ¿Sabe menos?  Le pregunto, cuando usted tenía 18 años usted dice que usted era ignorante.

R    Sí.

P    Cuando le quemaron el carro que usted lo mandó al seguro, usted dijo: "Yo no soy bobo."

R    Sí.

P    Le pregunto, usted estuvo, ¿usted habló por teléfono en alguna ocasión con las personas que murieron en este caso?

R    Nunca.

Tapes 11 to 15 - 189

P    ¿Nunca habló por teléfonos con ellos?

R    Nunca.

P    ¿Ellos no le dijeron...?

HON. FISCAL:

A eso tenemos reparos, Su Señoría, porque él está diciendo que nunca habló con las personas fallecidas en este caso.

LCDO. FARINACCI:

Yo le puedo...

HON. JUEZ:

El como parte del contrainterrogatorio él puede intentar refrescar la memoria.

POR EL LCDO. FARINACCI:

P    Le pregunto si en alguna ocasión usted tuvo una conversación telefónica con las personas que murieron en este caso y estas personas, usted quería hacer las paces y esas personas; uno de ellos le dijo: "No confío". Y el otro le dijo, gritó, le gritó a usted: "No confío". Y el otro le dijo: "Regino, tú no eres hombre de confiar". Yo le pregunto a usted si usted estuvo presente en esa conversación por teléfono.

R    Nunca.

P    ¿Nunca?

R    Nunca hablé con ellos.

P    No tengo más preguntas con el testigo, Su Señoría.

HON. JUEZ:

Muchas gracias al Compañero. Adelante el señor Fiscal si tiene alguna.

HON. FISCAL:

Si Su Señoría nos concede 10 minutitos, yo creo que podemos redondear nuestras notas y...

Tapes 11 to 15 - 190

HON. JUEZ:

Bien.

HON. FISCAL:

...prometemos a Su Señoría que vamos a ser bastante cortos en el redirecto.

HON. JUEZ:

Perdóname, señor Alguacil.

**...FUERA DE RECORD...**

HON. JUEZ:

Bien. Como quiera hay que tomar un receso para los refrigerios del, de las damas y caballeros del jurado, vamos a cogerlo ahora y luego, pues naturalmente continuaremos hasta que se termine totalmente con el testigo. Le recuerdo a las damas y caballeros del jurado que no deben hablar entre sí sobre los hechos de este caso ni con ninguna otra persona y si alguno lo intentara, deberá rechazarlo e indicárselo inmediatamente al Tribunal. Pueden pasar a tomarse sus refrigerios.

ALGUACIL DE SALA:

Todos de pie por favor.

HON. JUEZ:

¿Algo que plantear por los Compañeros en este momento?

HON. FISCAL:

Nada, Su Señoría, Departamento de Fiscalía.

HON. JUEZ:

Muy bien. Para refrescarle a los Compañeros, los planes son terminar con el testigo que el Fiscal ha anunciado que va a ser corto en esto y entonces recesamos hasta el día de mañana a las 9:00 de la mañana. En que se comenzará con otro testigo que es el señor Fiscal que

participó...

HON. FISCAL:

Ya hicimos las gestiones, Su Señoría. Tenemos ya disponible al testigo para mañana. Ya para la mañana como para por la tarde.

HON. JUEZ:

Y para que ellos sepan de quien es el testigo, de quien se trata, los Compañeros de la Defensa y entonces la tarde se atenderá a otro testigo, que sabemos que es la Patóloga en el día de mañana y haremos todos los esfuerzos por terminar con esos testigos. Eh, le pregunto al señor Fiscal, una vez se haya terminado con esos testigos, ¿cuántos testigos le restan para la semana que viene?

HON. FISCAL:

3, Su Señoría, pero nosotros entendemos que esos 3 testigos trabajaron con la dedicación y el esmero que le hemos puesto a este caso y yo creo que este mismo lunes se puede pasar su testimonio, de los 3, porque hay 2 de ellos que son testimonios relativamente cortos y entendemos que el que puede extenderse un poco más sería el del señor Ernesto Barrios, que es el ...ININTELIGIBLE...

HON. JUEZ:

Receso del Tribunal hasta exactamente las cuatro menos cuarto.

ALGUACIL DE SALA:

Todos de pie, por favor. Siendo las 3:26 minutos, receso del Tribunal.

...RECESO DEL TRIBUNAL...

ALGUACIL DE SALA:

El Tribunal reanuda sus trabajos en Sala. Favor permanecer en absoluto silencio.

HON. JUEZ:

Muy bien. Le pregunto a los Compañeros si tienen algo que plantear antes de llamar el jurado a Sala.

HON. FISCAL:

No, Su Señoría.

LCDO. FARINACCI:

Nada, Su Señoría.

ALGUACIL DE SALA:

Todos de pie, por favor.

HON. JUEZ:

Bienvenidos nuevamente a Sala, damas y caballeros del jurado. Bien. Le pregunto a los Compañeros de la Defensa y al Ministerio Público si están conformes o de acuerdo con que el jurado es el mismo y está completo.

LCDO. FARINACCI:

Eso es así.

HON. FISCAL:

Estamos de acuerdo, Su Señoría.

HON. JUEZ:

Pueden sentarse. Estamos en el turno del redirecto para el señor Fiscal. Adelante con su testigo.

POR EL HON. FISCAL:

P    Sí, con el permiso de las damas y caballeros del jurado. Buenas tardes, Regino.

R    Buenas tardes.

P    Regino, usted le señaló en varias ocasiones al Compañero de la Defensa de que habían par de razones por las cuales usted le dio muerte a Junito Cuajo, a Willie Care y a Chino.

Tapes 11 to 15 - 193

¿Se recuerda que usted le contestó eso en varias ocasiones al compañero Farinacci?

R    Sí.

P    Bien. Dígale al jurado cuáles eran las razones que usted tenía para matar esas personas.

R    En parte eran las mías por sucesos que habían pasado y los tiroteos y los intentos de asesinatos hacia mí, y la de los hermanos de Crespo.

P    Y en relación con la muerte de los hermanos de Crespo, ¿quién era el que lo había contratado a usted para ejecutar esas personas?

R    Crespo.

P    Usted recuerda que el compañero le leyó a usted, utilizando el Exhibit número 2A de la Defensa, una condición que usted tenía mientras estaba disfrutando de libertad a prueba en Humacao.

R    Sí.

P    Bien. Recuerda que había una frase que decía: "Además usted no incurrirá en conductas delictivas ni se asociara con personas reconocidas por su participación en actividades ilegales mientras esté disfrutando de los beneficios que le concede la Ley.". ¿Se acuerda?

R    Sí.

P    Bien. La relación que usted mantenía con el señor acusado y su relación con él, ¿usted estaba cumpliendo con esta condición?

R    No.

P    ¿Por qué usted no cumplía con esa condición cuando estaba relacionándose con el acusado?

R    Estaba cometiendo actos delictivos.

P    Explíquele a las damas y caballeros del jurado, cómo fue el procedimiento ese por el cual usted, a pesar de que tenía que estar bajo la Jurisdicción del Tribunal Superior de

Tapes 11 to 15 - 194

Humacao, ¿cómo es que usted llega a San Juan para supervisarse? ¿Si usted se vino porque le dio la gana o cómo fue ese proceso?

R    Pues, los de la oficina del Socio Penal de Humacao llamaron a las oficinas de San Juan, del Centro Judicial y se comunicaron con las oficinas de Socio Operar y quedaron en acuerdo de que como yo iba a las citas del Socio Penal porque estaba en Crea y era en Juncos, pero al trayecto de que yo le pedía a ellos de que trasladaran mi Socio Penal a San Juan, pues decidieron que era lo mejor porque mi caso estaba en San Juan. Y así fue como a mí me trasladaron el caso para allá, de esa forma.

P    Bien. Y usted, indíquele a las damas y caballeros del jurado si usted acudía al procedimiento ese de supervisión allí en San Juan.

R    Sí.

P    Bien. Tanto los oficiales de Humacao como los de San Juan tenían conocimiento de su situación y dónde usted estaba residiendo.

R    Sí.

P    Usted recuerda que el Compañero de la Defensa utilizó una sentencia de la Juez Bárbara Santiorezo donde ordena el archivo de uno de los casos usted tenía en San Juan hasta tanto a usted se le arrestara y aparentemente también hizo una requisitoria de prófugo. ¿Recuerda que el Compañero de la Defensa le preguntó eso?

R    Sí.

P    Indíquele a las damas y caballeros del jurado, ¿dónde usted se encontraba, físicamente, dónde usted se encontraba para la fecha del 29 de marzo de 1995?

R    En prisión.

P    ¿En qué sitio?

R    En la cárcel.

P    ¿De dónde?

Tapes 11 to 15 - 195

R    De, allá en Buchanan.

P    Bien. Indíquele a las damas y caballeros del jurado desde cuándo usted estaba bajo la custodia de las autoridades federales.

R    Hace un año y 4 meses y medio.

P    ¿Quiénes son las personas que están a cargo...?

LCDO. FARINACCI:

Tengo objeción.

HON. JUEZ:

La objeción.

LCDO. FARINACCI:

Voy a acercarme al estrado.



Tapes 11 to 15 - 196



TRIBUNAL GENERAL
DE JUSTICIA

## CERTIFICACION

Certifico que la presente es copia fiel y exacta del original que obra en autos y expido la misma a petición de: Joel Torres Ortiz

☐ PREVIO AL PAGO DE DERECHOS
☒ PARA USO OFICIAL, LIBRE DE DERECHOS
SOLICITUD NÚM. 5443

Dada en Hato Rey, Puerto Rico, hoy

OCT 1 6 2020

MARÍA S. ROSARIO FLORES

DIRECTOR(A) PROGRAMA
ADMINISTRACIÓN DE DOCUMENTOS

Por: _____

( Dpto de Justicia