ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE CAROLINA

EL PUEBLO DE PUERTO RICO    *
                         *
        V.                 *        CASO NUM: FVI 95 G0096 (0202)
                         *
JUAN CRESPO MORALES     *        DELITO CONTRA VIDA
                         *
ACUSADO-APELANTE        *
                         *

*********************************  **ISO OFICIAL**

TRNSCRIPCION VISTA EN SU FONDO

CINTA # 16

Continua Testimonio De
Regino Burgos Torres

Melba Gónzalez
Taquigrafa de Record
Tel. 753 6999

**...REUNION EN EL ESTRADO...**

HON. FISCAL:

... yo creo que si ...ININTELIGIBLE... de que si él está prófugo, ya es suficiente, de que él está preso ...ININTELIGIBLE...

LCDO. FARINACCI:

...ININTELIGIBLE...

HON. JUEZ:

Calma para yo poder ... ¿qué es lo que ...

HON. FISCAL:

Vuestro Honor, es que el compañero trajo un documento para decir que esta persona dejó un procedimiento criminal en Puerto Rico, ...ININTELIGIBLE... una resolución de prófugo, y ahora yo tengo derecho a establecer de que él estaba de bajo custodia del tribunal ...

LCDO. FARINACCI:

...ININTELIGIBLE...

HON. JUEZ:

Por favor, es que si no lo oigo no puedo ... Por favor, espera a que él termine.

HON. FISCAL:

... de que él estaba bajo la custodia de las autoridades federales y de que ellos eran los que estaban encargados de producirlo en cualquier señalamiento aquí.

LCDO. FARINACCI:

Pero lo que pasa es que ... (...ININTELIGIBLE...) ...

**...TERMINA LA REUNION EN EL ESTRADO...**

HON. JUEZ:

Bien. Vamos a seguir con los procedimientos bajo la regla nueve de las de Procedimiento Criminal, para que ustedes sepan de qué se trata, donde se plantea una prueba que quiere

Tape 16 - 1

presentar el Fiscal y el Juez la oye en ausencia del jurado, las contestaciones, entonces determina si procede o no. Y por esa razón pues naturalmente si el Juez determina que no procede, pues nunca se presenta; si el Juez determina que procede, entonces el Juez sigue con ... si tiene que hacerle unas advertencias al testigo, se las hace, todo ello en ausencia del jurado, para que lo que le llegue a ustedes sea únicamente lo admisible, y no tengan que pasar por el difícil proceso que ya le explicamos de tener que ver, oír de algo y entonces se le diga esto no lo pueden tomar en consideración y lo difícil que es quitarse eso entonces de la mente, pues es mejor hacerlo de esta manera que para eso existe la regla nueve. Queremos darle toda esa explicación para que ustedes sepan exactamente. Bien.

Pues debemos recordar que ...ININTELIGIBLE... ni con ninguna otra persona, y si alguien lo intentara deben indicarlo inmediatamente al tribunal. Pueden pasar, si son tan amables.

...

ALGUACIL:

**¡SO OFICIAl**

De pie por favor.

HON. JUEZ:

Pueden sentarse todos. Bien, adelante el compañero.

POR EL HON. FISCAL:

P    Si, Regino, indíquele al tribunal quiénes son las personas que están a cargo de producirlo a usted físicamente en los procedimientos que usted tiene pendiente en las cortes Puerto Rico.

R    ¿En las cortes?

P    Sí.

R    Los "marshalls" federales.

P    Indíquele al juez por qué razón si usted ya nos había dicho que ningún caso criminal en su contra en la Corte Federal, usted está bajo la custodia...

Tape 16 - 2

federales.

R    Porque testifiqué en un caso federal, y por seguridad.

HON. JUEZ:

¿Algo más?

HON. FISCAL:

En relación con esa línea, esas son las preguntas.

HON. JUEZ:

Bien. Recuerde que usted debe contestar eso mismo que es su contestación cuando esté el jurado, no variar esa contestación. No añadirle nada ni ... Bien. Tráigase el jurado. Bien. Bienvenidos a sala. Le pregunto a los compañeros si están de acuerdo con que el jurado ...ININTELIGIBLE... y está completo.

LCDO. FARINACCI:

Eso es así.

HON. FISCAL:

Así es, Su Señoría.

HON. JUEZ:

Pueden sentarse. Adelante el compañero fiscal con su redirecto.

POR EL HON. FISCAL:

P    Sí. Regino, indíquele a las damas y caballeros del jurado quiénes eran las personas que estaban a cargo de producirlo a usted físicamente en los procedimientos que usted tenía pendiente en las cortes de Puerto Rico.

R    Los alguaciles federales.

P    Indíquele a las damas y caballeros del jurado por qué razón si ya usted le había señalado que usted no tenía ningún caso de naturaleza criminal en la esfera federal, usted está bajo la custodia de los alguaciles federales.

Tape 16 - 3

R    Por testificar a un caso federal y por seguridad.

P    ¿Usted recuerda qué fecha usted pasó a formar ... o sea, pasó bajo la custodia de los alguaciles federales?  Más o menos el mes y el año.

R    Para noventa y cuatro, como para octubre.

P    ¿Para octubre de mil novecientos noventa y cuatro?

R    Sí.

P    Sí.  Indíquele a las damas y caballeros del jurado cuándo fue la primera ocasión que usted declaró bajo juramento sobre lo que había ocurrido el cuatro de julio de mil novecientos noventa y cuatro allí en la casita de Piñones.  ¿Cuándo fue la primera ocasión que usted declaró sobre ese evento?

R    ¿Sobre ese evento?

P    Sí.

R    Como para septiembre.

LCDO.  FARINACCI:

Permiso para acercarnos.

HON. JUEZ:

Adelante.

...REUNION EN EL ESTRADO...

HON. JUEZ:

Damas y caballeros del jurado, nosotros le hemos pedido muchos sacrificios a ustedes y aparentemente tenemos que seguírselos pidiendo.  Necesariamente tenemos que ir a otra Regla 9, así que por favor, con las mismas explicaciones, si son tan amables y pueden salir.

Pueden sentarse todos, y adelante el compañero.

POR EL HON. FISCAL:

P    Regino, dígale al tribunal en dónde fue la primera ocasión que usted declaró bajo

Tape 16 - 4

juramento en un procedimiento igual que el que tenemos aquí, así en corte abierta.

R    En Islas Vírgenes.  En Islas Vírgenes.

P    Bien.  Ese procedimiento era en contra ¿de quién?

R    Del acusado, de Crespo.

P    ¿Usted recuerda su testimonio en ese procedimiento?

R    Sí, me acuerdo.

P    Indíquele al juez si en ese procedimiento usted indicó cuál era el nombre del sitio donde usted se había reunido con el acusado y las otras personas en el momento en que se le ordenó a usted la muerte de estas personas.

R    Sí.

P    ¿Se recuerda?

R    Sí.

P    ¿Y qué nombre usted dio allá en Islas Vírgenes cuando testificó sobre ese particular?

R    Lucio Rentas.

P    Dígale al tribunal también si usted en ese procedimiento en Islas Vírgenes usted habló sobre la gestión que se había hecho junto con el acusado en el área de la gallera para buscar a Cristóbal y las otras dos personas que usted mencionó.

R    Sí.

P    Indíquele al juez si en ese procedimiento en Islas Vírgenes usted indicó las razones por las cuales usted le dio muerte a las tres personas que usted ha admitido que le dio muerte en este proceso.

R    Sí, así es.

P    ¿Cuáles fueron esas razones?

R    Las muertes de los hermanos _de Yiye._

Tape  16 - 5

P    Indíquele al juez si en ese procedimiento usted indicó quiénes fueron las personas que participaron con usted ...

R    Sí.

P    ... en las muertes ahí en Piñones.

R    Sí.  Así mismo.

P    Indíquele al juez cuáles fueron las personas que usted indicó que participaron con usted en esos procedimientos.

R    Pues Reynaldo Figueroa, ...

P    Dígalos los apodos, los apodos.

R    Reynaldo, Ronald y Miguel.  Y Crespo.

P    Bien.  Indíquele al juez si en ese procedimiento en Islas Vírgenes usted indicó quién había sido la persona que le había provisto las balas que usted y esas personas utiliza para asesinar a las personas de la ... de la casita en Piñones.

R    Sí.

P    ¿Quién usted dijo allí que le suministró esas balas?

R    Crespo.

P    Indíquele al juez si en ese procedimiento usted indicó las armas que se habían utilizado para la comisión del delito.

R    Sí le indiqué cuáles armas habían sido.

P    ¿Las describió?

R    Sí.

P    Indíquele al juez si en ese proceso en Islas Vírgenes usted indicó cuál era la procedencia de la ...ININTELIGIBLE... nueve milímetros que tenía Miguel.

R    Sí.  Le dije de donde había procedido.

P    ¿Y cuál era?

Tape  16  -  6

R       Que el arma que tenía Miguel era de Crespo.  Se la había dado.

HON. FISCAL:

Ese sería, Su Señoría.

HON. JUEZ:

Antes que nada, ¿usted se acuerda bien de lo que ha declarado?  O sea, no tiene duda que si vuelve a declarar ahora ante el jurado declararía eso mismo, sin añadirle.

R       Sí.

HON. JUEZ:

¿Está claro en eso?

R       Sí, está claro.

HON. JUEZ:

Bien.  El tribunal entiende que es procedente en esa forma que se ha dicho.  No hay otra manera de hacerlo, y es razonable que ... queda estipulado,

LCDO. FARINACCI:

Bien, Vuestro Honor, ...

HON. JUEZ:

Adelante.

**ISO OFICIAL**

LCDO. FARINACCI:

... déjeme hacer un planteamiento, Su Señoría.  Su Señoría, la situación es la siguiente, el testigo lo que va es ... eh ... lo que queremos saber es si al testigo se le va a permitir declarar todo lo que declaró en Islas Vírgenes.

HON. JUEZ:

Eso que acaba de declarar, y el fiscal se compromete a ceñirse a eso.

LCDO. FARINACCI:

Porque el planteamiento de nosotros es el siguiente, que debe ser que se le pregunte al

Tape  16 - 7

testigo si él había declarado con anterioridad a estos hechos ...

HON. JUEZ:

Compañero, no se ...

LCDO. FARINACCI:

Vuestro Honor, pero ... Su Señoría, ...

HON. JUEZ:

...ININTELIGIBLE... que pueda usted intentar dirigir el interrogatorio. Lo que el tribunal tiene que ver, eso que oyó es permisible, es razonable, eso es. Porque no le puede decir usted la forma en que él va a presentar su prueba.

LCDO. FARINACCI:

Está bien, juez, pero lo que pasa es que lo que yo estoy planteando es cuál es la posición de la defensa en términos de la cuestión de derecho que Su Señoría va a resolver en Regla 9.

HON. JUEZ:

Bien. Lo que sucede es que como usted está diciendo "lo que él debe preguntar" ...

LCDO. FARINACCI:

No, no, no, no.

HON. JUEZ:

... si lo hace de esa manera, pues nosotros lo decidimos como es ...

LCDO. FARINACCI:

Lo que estoy planteando es que nosotros lo que ... lo que planteamos es que la forma en que debe conducir el compañero, las preguntas que el tribunal debe preguntar, le debe permitir con relación a eso ...

HON. JUEZ:

Ahora.

Tape 16 - 8

... con relación a eso es que se le pregunte si con relación a esos hechos él había declarado anteriormente en algún foro, bajo juramento, vé, y que conteste. Y en un fo' ... o sea, no tiene que decir el foro, que si había declarado eso bajo juramento en algún foro.

HON. JUEZ:

No, compañero.

LCDO. FARINACCI:

Bien, pues está bien. Pues ... está bien. Que le pregunte si lo que él declaró ante ese foro anteriormente es lo mismo que él declaró ante el fiscal en el directo, y no ... Su Señoría, porque sería, sería innecesaria prueba acumulativa porque estaría el testigo volviendo a repetir lo que ya declaró en el directo.

HON. JUEZ:

Compañero, no puede ser así. Se trata de un proceso rehabilitatorio correspondiente a preguntas que usted hizo con ánimo de impugnar, y el tribunal entiende que como lo ha presentado el fiscal y lo que ha contestado el testigo en forma alguna resulta inflamatorio, es razonable y cumple con los requisitos de protección de derechos.

Tráigase el jurado.

LCDO. FARINACCI:

A nosotros se nos va a permitir preguntarle cuál fue el resultado, si él sabe cuál fue la determinación ...

HON. JUEZ:

Perdóneme, obviamente usted va a tener un recontra, compañero.

HON. FISCAL:

Tenemos un documento que le suministramos al compañero sobre la determinación final.

Tape 16 - 9

HON. JUEZ:

Bien. O sea, que lo tienen ya.

HON. FISCAL:

Ya, sí.

HON. JUEZ:

Bien. Muchas gracias por su paciencia. Le pregunto a los compañeros de la defensa y del ministerio público si están de acuerdo con que el jurado es el mismo y está completo.

HON. FISCAL:

Así es, Su Señoría.

LCDO. FARINACCI:

Eso es así.

HON. JUEZ:

Pueden sentarse. Adelante ...ININTELIGIBLE...

POR EL HON. FISCAL:

P    Bien. Regino, indíquele a las damas y caballeros del jurado si usted recuerda la primera ocasión en que usted declaró sobre los hechos que ocurrieron el cuatro de julio de mil novecientos noventa y cuatro, la primera vez que usted declaró en un procedimiento de naturaleza similar a la forma y manera que se han llevado aquí los procedimientos.

R    En Islas Vírgenes.

P    ¿Contra quién usted declaró en ese procedimiento?

R    Contra Crespo, el acusado.

P    ¿Usted recuerda el testimonio que usted brindó en ese procedimiento en Islas Vírgenes?

R    Sí. Sí me acuerdo.

P    Bien. Indíquele a las damas y caballeros del jurado si en ese procedimiento en

Tape 16 - 10

Islas Vírgenes usted declaró sobre el lugar donde usted se reunió con el acusado y usted recibió la orden de matar a las personas que usted señaló.

R    Sí.

P    Indíquele a las damas y caballeros del jurado si usted indicó el nombre en ese procedimiento en Islas Vírgenes del sitio donde usted se reunió con el señor acusado.

R    Sí lo mencioné.

P    ¿Cuál fue el nombre que usted mencionó en el procedimiento de Islas Vírgenes?

R    Lucio Restaurant.

P    ¿Usted recuerda las preguntas que el compañero Farinacci le hizo en relación con las gestiones que se habían hecho en la gallera, la cual usted no conoce el nombre pero sabe más o menos cómo llegar, en relación con el evento para matar a Cristóbal y a las otras personas?

R    Sí.

P    Indíquele a las damas y caballeros del jurado si usted mencionó, declaró sobre ese evento en ese procedimiento en Islas Vírgenes.

R    Sí, declaré.

P    Indíquele a las damas y caballeros del jurado si en ese procedimiento en Islas Vírgenes usted dio las razones por las cuales usted participó en el asesinato de estas tres personas.

R    Sí, di las razones.

P    ¿Cuáles fueron las razones que usted dio allá?

R    Por la muerte de los hermanos de Crespo, y por problemas míos.

P    Indíquele a las damas y caballeros del jurado si en ese procedimiento en Islas Vírgenes usted habló sobre qué persona le había entregado a usted las balas que usted utilizó en la madrugada del cuatro de julio de mil novecientos noventa y cuatro, Miguel y Ronald.

Tape 16 - 11

R    Sí. Y Crespo.

P    Bien. ¿Qué usted le dijo a ... qué usted declaró en esos momentos en relación sobre quién había sido la persona que le entregó a usted esas balas?

R    Sí, hablé en relación.

P    ¿Pero quién se las había entregado?

R    Crespo.

P    Indíquele a las damas y caballeros del jurado si en ese procedimiento en Islas Vírgenes usted declaró sobre las personas que habían participado con usted en estos hechos.

R    Sí, declaré las personas.

P    Dígale al jurado quiénes fueron las personas que usted testificó en esa declaración en Islas Vírgenes como que habían participado con usted en estos hechos.

R    Rey, Ronald, Miguel y Crespo.

P    Indíquele a las damas y caballeros del jurado si en ese procedimiento en Islas Vírgenes usted brindó algún dato sobre las armas que usted y las personas que lo acompañaban utilizaron en la madrugada del cuatro de julio.

R    Sí, di datos.

P    Indíquele a las damas y caballeros del jurado si usted describió las armas que tenía cada una de las personas que entraron allí a la casita.

R    Sí, describí las armas que eran.

P    Indíquele al jurado si usted indicó en ese procedimiento, era la primera vez que usted declaraba bajo juramento sobre estos hechos, la procedencia del punto nueve milímetros que tenía Miguel.

R    Sí, declaré de quién era el arma.

P    ¿De quién usted indicó que era el arma en ese procedimiento en Islas Vírgenes que tenía Miguel?

Tape 16 - 12

R    De Crespo.

P    Regino, usted le indicó al compañero Farinacci que usted no recibió ningún dinero por ejecutar el contrato que le había dado el acusado. ¿Recuerda esa pregunta?

R    Sí, la recuerdo.

P    ¿Usted le puede describir a las damas y caballeros del jurado cómo era la relación que usted tenía con el acusado?

R    ¿Cómo era la relación?

P    Sí, cómo era la relación. O sea, ¿qué beneficios usted tenía con esa relación?

R    Bueno, pues tenía una amistad ... de amigos, eh ... pero cuando yo necesitaba algo pues se lo pedía, y él pues si lo tenía pues me lo daba.

P    ¿Y qué era lo que usted le pedía cuando ... qué era lo que usted necesitaba en ocasiones que lo pedía y que el acusado se lo daba?

R    Dinero. Si necesitaba balas se las pedía, y si necesitaba otra cosa, arma, pues se la pedía.

P    En el procedimiento que usted declaró en Islas Vírgenes, ¿qué usted dijo sobre eso mismo que nos acaba de declarar?

R    Eso mismo.

P    ¿Usted indicó en ese procedimiento que lo habían contratado, le dieron algo dinero para matar esta persona específicamente?

R    No.

P    Regino, si usted puede ... Usted le señaló a las damas y caballeros del jurado que usted pasó a estar bajo la custodia de los "marshalls" federales aproximadamente a fines de mil novecientos noventa y cuatro.

R    Sí.

P    ¿Esa declaración cuándo usted la prestó con relación a esa fecha, antes o después

Tape 16 - 13

o fue antes?

R    Antes.

P    ¿Y usted le puede indicar a las damas y caballeros del jurado cómo fue antes, si usted no se encontraba bajo la custodia de los alguaciles federales?

R    ¿Cómo yo fui antes?

P    Sí, que como decla' ... cómo esa declaración suya en Islas Vírgenes fue antes de que usted estuviera bajo la custodia de las autoridades federales.

R    Pues me encontraba en la prisión y de ahí me trasladaron hacia allá.

P    Con relación a la declaración jurada que usted prestó ante los compañeros fiscales de la fiscalía de Carolina aquí en Puerto Rico, ¿cuándo ocurrió esa declaración suya en Islas Vírgenes?  Si fue antes o fue después.

R    ¿Las declaraciones de, de aquí?

P    Sí.  Tomando en consideración el testimonio que usted brindó en Islas Vírgenes.

R    Después de la de Islas Vírgenes.

P    O sea, deben entender las damas y caballeros del jurado que el testimonio en Islas Vírgenes fue lo primero que usted declaró.

R    Sí, fue lo primero.

P    Usted recuerda que el compañero Farinacci le preguntó que cuánto dinero usted obtenía por la operación del punto de drogas suyo en ... en ... allí en Condadito final.

R    Sí.

P    ¿Usted sabe cuánto dinero ganaba el acusado ...

LCDO. FARINACCI:

Tengo objeción, Su Señoría.  Eso no fue parte del contrainterrogatorio.

HON. JUEZ:

Con lugar la objeción.

Tape 16 - 14

HON. FISCAL:

Su Señoría, ¿nos permite?

HON. JUEZ:

Adelante.

HON. FISCAL:

¿Nos podríamos acercar con los compañeros?

HON. JUEZ:

Sí señor.

### ...REUNION EN EL ESTRADO...

HON. JUEZ:

Adelante el compañero.

POR EL HON. FISCAL:

P    Regino, en relación con el procedimiento que usted tenía en San Juan que apareció la ... la orden de la Juez indicando la resolución de prófugo, indíquele a las damas y caballeros del jurado si ese caso está incluido en el convenio que usted tiene con el Departamento de Justicia.

R    Sí.

P    Y en relación con ese evento ¿cuál es la determinación que usted va a [...] relación con la responsabilidad de ese asesinato?

R    Pues no testificar y otra sentencia.

P    Cuando dice otra sentencia ¿a qué se refiere?

R    A una sentencia de veinte años.

P    O sea, que usted se va a declarar culpable por ese [...]

R    Sí.

P    Regino, utilizando la identificación número dos de la [...] que ya usted ha señalado que es la declaración jurada que usted prestó ante las autoridades en Puerto Rico,

Tape 16 - 15

indíquele a las damas y caballeros del jurado si en esa declaración usted expresa las razones por las cuales usted participó en el asesinato de las tres personas en la casa de Cantera, Loíza, en la casa de Piñones.

R    Sí.

P    ¿Sí?

R    Sí.

P    ¿Y usted puede localizar la información que usted dice en su declaración jurada sobre ese evento y leérselo a las damas y caballeros del jurado?

...ININTELIGIBLE... la página para aligerar los procedimientos?

HON. JUEZ:

Sí, cómo no.  Adelante.

POR EL HON. FISCAL:

P    En la página número tres.  La pregunta es que empieza antes de ocurridos los hechos del cuatro de julio, deseo que me indique cuáles fueron los motivos, si alguno, para privar de la vida a estas personas.

R    Anjá.

P    Léale al jurado cuál fue la respuesta que usted brindó en su declaración jurada.

R    Pues yo di la respuesta, "ellos tirotearon a mi esposa, mi casa y la muerte de Armando y los hermanos de Crespo Morales".

P    Indíquele a las damas y caballeros del jurado si usted en su declaración jurada prestada ante las autoridades en Puerto Rico usted indicó las personas que fueron asesinadas usted allí directamente en la casa de Piñones.

R    Sí.

P    La página cuatro, ...ININTELIGIBLE...

Tape 16 - 16

¡USO OFICIAL!

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Archivo Central
Rama Judicial
TRIBUNAL GENERAL DE JUSTICIA

LCDO. FARINACCI:

Yo tengo objeción a esa pregunta porque no fue parte del contrainterrogatorio. Nosotros nunca le preguntamos a él si él había dicho o no qué personas participaron con él en la muerte en Piñones. Eso nunca se le preguntó.

HON. FISCAL:

El habla sobre omisiones, yo hablo sobre ...

LCDO. FARINACCI:

Sí, pero él puede, el compañero puede ...

HON. JUEZ:

Acérquense al estrado.

**...REUNION EN EL ESTRADO...**

HON. JUEZ:

Muy bien. Adelante.

POR EL HON. FISCAL:

P    Sí, ...ININTELIGIBLE... le hicimos la pregunta si en su declaración jurada usted expresa quiénes fueron las personas que participaron con usted en los hechos en Piñones.

R    Sí. Sí.

P    Dígale a las damas y caballeros del jurado quiénes usted indica que fueron las personas que participaron con usted.

R    ...ININTELIGIBLE...

P    Sí, de su ... de su declaración jurada aquí en Puerto Rico. Regin, cuatro.

R    Unjú. Quiénes fueron las personas que ...

P    Sí.

R    Pues fueron Rey, Miguel y yo.

Tape 16 - 17

P    Indíquele a las damas y caballeros del jurado si usted brindó alguna información en relación con el sitio donde usted se encontraba viviendo para ese entonces y el lugar que usted señaló que abordaron el vehículo que utilizaron.

R    En Villa Prades, cerca de Parcelas Falú.

P    Eso usted lo dice en su declaración jurada.

R    Sí, aquí está.

P    Indíquele a las damas y caballeros del jurado si usted identifica en su declaración jurada el vehículo que ustedes utilizaron y la procedencia del vehículo.

R    Utilizamos una ... en una Toyota 4x4 blanca, pequeña, de doble cabina.

P    La pregunta que le hizo el fiscal de quién era esa guagua.

R    Conozco al dueño de vista, pero no sé quién es. Sé que es de la isla, del pueblo de Cidra.

P    Indíquele a las damas y caballeros del jurado si usted en su declaración jurada usted describe las armas que tenía cada uno de ustedes.

R    Sí.

P    Léale a las damas y caballeros del jurado la descripción que usted brinda en su declaración jurada de las armas que cada uno tenía.

R    Yo tenía una nueve milímetros ...ININTELIGIBLE... Rey tenía una cuarenta y cinco Colt, Ronald tenía una cuarenta y cinco ...ININTELIGIBLE... Miguel tenía una ... nueve milímetros Smith & Wesson.

P    Indíquele a las damas y caballeros del jurado si dentro de su declaración jurada usted expresa de dónde ustedes adquirieron las balas que ustedes utilizaron. La página cinco.

R    Sí.

P    Léale al jurado lo que usted indica en su declaración jurada aquí en Puerto Rico sobre ese dato en particular, de dónde usted adquirió las balas que se utilizaron.

Tape 16 - 18

R    Gran parte de ellas Juan Crespo Morales nos las proveyó porque teníamos pero no eran suficiente, nos proveyó cuarenta y cinco y nueve milímetros.

P    Continúele narrando a las damas y caballeros del jurado las contestaciones suyas a las preguntas que posteriormente se le realizan.

R    Unjú.

P    Se le preguntó que cuándo fue que se le proveyó esas balas a usted. ¿Cuál fue su respuesta?

R    Anjá. "El le dio permiso al hijo y el hijo me las dio días antes."

P    En relación con el lugar que le entregaron a usted esas balas, ¿cuál fue la respuesta suya?

R    "Nos las entregaron en la residencia de la hermana o tía de Yiye en Country Club."

P    Indíquele a las damas y caballeros del jurado si usted hace algún tipo de expresión en su declaración jurada sobre el hecho de que el acusado le dio información de que estas personas se encontraban ...

LCDO. FARINACCI:

Objeción, sugestiva.

HON. JUEZ:

Con lugar.

POR EL HON. FISCAL:

P    ¿Qué información usted brinda en su declaración jurada en relación con la persona que le brindó información de dónde se encontraban estas personas?

R    "Que Yiye Crespo nos dijo que ellos se pasaban en Loíza y en Piñones."

P    Usted lo está leyendo de su declaración jurada.

R    Sí.

P    Indíquele a las damas y caballeros del jurado si usted en su declaración jurada

Tape 16 - 19

brinda algún tipo de información en relación con el jefe de las personas de Junito Guao, de ...ININTELIGIBLE... y de Chino.

R    Sí.

P    ¿Qué información usted brindó, Regino?

R    "Y usted va a ver el jefe de ellos, de los muertos."

P    Indíquele a las damas y caballeros del jurado las próximas contestaciones que usted brinda sobre esa área.

R    Anjá. ¿Después de esa pregunta?

P    Sí.

R    Sí.

P    Indíquele a ellos si a usted se le preguntó sobre si usted conocía esa casita.

R    Porque yo viví ahí.

P    Indíquele a las damas y caballeros del jurado si usted brindó alguna información sobre a quién pertenecía esa casita.

R    De Cristóbal Ramos Sánchez.

P    Indíquele a las damas y caballeros del jurado si usted brinda alguna información en relación con la gestión que ustedes hicieron de mirar por, por debajo de la ... del espacio que había entre la puerta y la madera de la casa.

R    Sí.

P    ¿Qué información usted brindó, Regino, en su declaración jurada?

R    "Nos bajamos los cuatro y chequeamos por ... por la puerta de la co... orilla, una rendija de la parte de abajo y estábamos chequeando en qué situación y cuántos habían en la casa. Yo específicamente chequeé primero y pude ver William Curet, Junito Cuajo y Chino, y las tres muchachas."

P    Indíquele a las damas y caballeros del jurado si usted brinda alguna información

Tape 16 - 20

en su declaración jurada en relación con el plan que hicieron allí una vez llegaron de la forma y manera cómo iban a entrar a la casa.

R    Repítame la pregunta.

P    Que si usted brindó alguna información en su declaración jurada en relación con, con el pormenor de cómo iban a entrar a la, a la casita y lo que iban a hacer cada uno.

R    Sí.

P    Léaselo a las damas y caballeros del jurado.

R    "La orden la doy yo para entrar a la casa, pero dejamos a Ronald en la puerta derecha por si acaso alguien salía por allí. Miguel se fue alante que era el que iba a dar a la puerta, y fue el que gritó policía, y yo iba detrás y Rey detrás de mí."

P    Indíquele a las damas y caballeros del jurado si en su declaración jurada usted brindó algún tipo de dato en relación con lo que sucedió una vez entraron a la casita.

R    Sí.

P    Nárraselo a las damas y … digo, léale a las damas y caballeros del jurado la información que usted brinda.

R    "Cuando entramos, a mano izquierda se encontraba Junito Cuajo. El fue el que cogió los primeros impactos de Miguel. Frente a mí se encontraba William en la hamaca y una de las muchachas, que el peine de mi pistola se salió un poco y no disparaba. Entonces yo salí afuera de mal humor porque la pistola no disparaba, y ellos se quedaron dentro disparando. Cuando ellos salen que dicen vámonos, yo digo no, ahí debe quedar alguien vivo, y cuando miré veo a William Curet vivo que se me tiró encima y trató de quitarme la pistola, y le disparé y cayó en el … en el cuarto al lado de Junito Cuajo. Empecé a buscar y vi a Teresa a mano derecha. Yo sabía que había alguien más en el baño, pero no fuimos. Lo que usábamos para taparnos la cara yo y Rey fueron las camisetas de ellos que estaban tendidas afuera."

P    Indíquele a las damas y caballeros del jurado si usted brindó alguna información

Tape 16 - 21

en relación con los trajes que ustedes tenían con la mujer que estaban dentro de la ca...

R Sí.

P Léale a las damas y caballeros del jurado lo que usted indicó.

R "Las jóvenes que falleció Chino la usó de escudo y a las otras dos n... íbamos a matarlas mujer."

P Indíquele a las damas y caballeros del jurado si usted brindó algún tipo de ... su declaración jurada en relación con la llamada que usted hizo al acusado.

R Sí.

P Léale a las damas y caballeros del jurado lo que usted le declaró a los compa... fiscales de Carolina.

R "Cristóbal y Miguel se fueron y nosotros nos quedamos a dormir. Esa m... noche yo llamé a Yiye por teléfono y le ... y él estaba durmiendo, y le dije lo que había hecho y si mal no recuerdo el número de teléfono es 887-8444. Yo tenía el teléfono en el 'beeper' y me ... parece que ese es el número. El hijo me dijo que él estaba durmiendo y yo le dije que ... mañana para allá."

P Indíquele a las damas y caballeros del jurado si usted brindó algún ... información en su declaración jurada sobre el evento de la reunión en la tarde siguie... muertes de lo que usted indicó que estaban celebrando la muerte de ...ININTELIGIB...

R Sí.

P Léale a las damas y caballeros del jurado qué dato usted brindó sobre ...

R "Cuando yo llegué a la casa estaban bebiendo y oyendo música y ... Me preguntó cómo había sucedido eso y me dijo que en las noticias había dicho ... que me fuera de allí donde estaba viviendo."

P Indíquele a las damas y caballeros del jurado si usted brindó ... ...ación en su declaración jurada sobre las personas que se reunieron allí en la casa ... a celebrar

USO OFICIAL

Tape 16 - 22

Archivo Central Rama Judicial

las muertes.

R    Sí.

P    Léaselo.

R    "Estaba Miguel, Ronald, Yiye, la esposa de Yiye y el hijo y Rey. Mi esposa estaba arriba y loca por irse."

P    ¿Usted recuerda la pregunta que le hizo el compañero Farinacci en relación con el hecho de que en su declaración jurada en un momento habla sobre Yiye Correa?

HON. JUEZ:

La pregunta es si usted recuerda que le hicieron esa pregunta.

R    Sí.

HON. JUEZ:

Adelante.

POR EL HON. FISCAL:    **USO OFICIAL**

P    ¿Qué explicación usted tiene para que aparezca en su declaración jurada ese nombre de Yiye Correa si usted señaló que no conoce esa persona?

R    Pues ... eh ... para mi entender tuvo que ser un error porque yo no conozco Correa.

P    Bien. Busque en la página cuatro de su declaración jurada, la última línea, que fue la pregunta que le hizo el compañero Farinacci. Cuando está la referencia a Yiye Correa ¿a quién usted se refería?

R    Al acusado, a Crespo.

P    ¿Y la referencia a Yiye Correa dentro de su declaración jurada, a qué se hacía referencia en esos momentos? Cuando se menciona el nombre de Yiye Correa en su declaración jurada ¿de qué era lo que usted estaba hablando en esos momentos, de su declaración?

R    De Crespo.

Tape 16 - 23

P    Sí, pero de qué tema.

R    De Yiye y el nombre, Crespo.

P    Sí, pero Regino lo estamos llevando a la página número cuatro, la última oración donde se hace esa referencia. ¿La leyó?

R    Sí.

P    Bien. La referencia a Yiye Correa es en relación con qué de lo que usted le ha narrado a las damas y caballeros del jurado.

R    Con la nueve milímetros que tenía Miguel.

P    Que usted le había señalado a las damas y caballeros del jurado ...

R    Que ...

P    ... repetidamente en relación con quién le había suministrado esa arma.

R    Crespo, Yiye.

P    Regino, indíquele a las damas y caballeros del jurado por qué usted accedió a declarar en contra del acusado.

HON. JUEZ:

¿Por qué?

HON. FISCAL:

Sí.    **¡SO OFICIAL**

LCDO. FARINACCI:

Tenemos objeción. Eso ... esa pregunta no fue parte del contrainterrogatorio.

HON. FISCAL:

El ha traído, Su Señoría, un sinnúmero de eventos con miras a impugnar la credibilidad al testigo, le estamos preguntando sobre las razones que él tiene.

LCDO. FARINACCI:

Sí, pero lo que pasa es que él no ha declarado ...

Tape 16 - 24

HON. JUEZ:

...ININTELIGIBLE... la pregunta.

POR EL HON. FISCAL:

P    Regino, finalmente indíquele a las damas y caballeros del jurado cuántos años usted va a cumplir por su participación en las muertes de estas tres personas.

R    Treinta años.

P    ¿Esos usted los va a cumplir en su casa?

R    En una prisión.

P    Ninguna pregunta adicional, Su Señoría.

LCDO. FARINACCI:

Yo tengo ...

HON. JUEZ:

Muchas gracias al compañero.

LCDO. FARINACCI:

... dos o tres sobre eso.

HON. JUEZ:

¿Perdón?

LCDO. FARINACCI:

Dos o tres preguntas.

HON. JUEZ:

Bien. El recontra del compañero, adelante.

POR EL LCDO. FARINACCI:

P    Don Regino, yo le pregunto a usted si la persona que fue a declarar a Saint Thomas es usted.

R    Saint Croix, sí fui yo.

Tape  16 - 25

P   A Saint Croix es usted.

R   Sí.

P   O sea, que la persona que declara en Santa Cruz es la misma persona con cuyo historial se ha sabido en el día de hoy.  ¿Verdad que sí?  Es la misma persona.

R   Sí.

P   Bien.  Y le pregunto qué es lo que pasa, usted no se siente orgulloso de ser puertorriqueño que dice ...

HON. FISCAL:

Objeción, Su Señoría.

HON. JUEZ:

Detenga la declaración.  Recuerde compañero que se le han dado instrucciones, usted sabe exactamente a las que tiene derecho en este momento.  No se trata de comentarios, tiene que hacer preguntas.

POR EL LCDO. FARINACCI:

Pues voy a hacerle la pregunta.

P   Mire, a preguntas del fiscal usted dice que a los federales usted les dio toda la información y a los de aquí, a los del coquí, a los de aquí, le dio poquita.

HON. FISCAL:

¿Qué ... cuál es la pregunta?  ¿Cuál es la pregunta?

POR EL LCDO. FARINACCI:

P   ¿Cómo usted explica eso?

R   ¿Cómo explico eso?

P   Sí.

R   Le di información a ellos y a los de aquí también, pero ...

P   Más a ellos.

Tape  16  -  26

HON. FISCAL:

Pero Su Señoría que le pregunte ...

HON. JUEZ:

Conteste.

R    Todavía hay unos trámites que no lo ... o sea, no puedo explicarle.

HON. JUEZ:

Bien.  Adelante.

POR EL LCDO. FARINACCI:

P    Bien.  Lo que quiere decir es que usted cuando se enfrenta con un fiscal que habla español, porque el de allá hablaba inglés.

R    Sí.

P    Bien.  Usted le da, le juró que le iba a decir todo lo que usted sabía sobre estos hechos en esta declaración jurada.

R    Sí.

P    ¿Verdad?  Y yo le pregunto si fue que se le olvidó todos esos detalles, ¿fue que se le olvidó o es que ... o es que usted piensa que los que ... que como aquellos hablan inglés son más grandes, hay que darle más información?

HON. JUEZ:

Adelante con la pregunta.

POR EL LCDO. FARINACCI:

P    Bien.  Mi pregunta es, ¿es que usted ...

HON. FISCAL:

Su Señoría, ...

POR EL LCDO. FARINACCI:

P    Le pregunto yo otra vez ¿por qué usted aquí omitió toda esa información?

Tape 16 - 27

HON. JUEZ:

Debemos entender que la primera pregunta la retira y hace esa ahora.

POR EL LCDO. FARINACCI:

P ¿Fue que se le olvidó, o es que como es una historia a veces se acuerda de cosas y otras veces no?

HON. JUEZ:

¿Esa es la pregunta?

LCDO. FARINACCI:

Sí.

HON. JUEZ:

Sí. Adelante.

R De los federales pues me hicieron diversas preguntas, entonces el foro estatal pues me hicieron ciertas preguntas.

POR EL LCDO. FARINACCI:

P Bien. Yo le voy a dar un ejemplo, vamos a ver. Vamos a ver un ejemplo. Usted dice que la reunión en Lucio's Restaurante fue la primera vez que usted vio al señor Crespo.

R Sí.

P Y que fue la primera vez que se discutió el asunto de asesinar estas perso

R Sí.

P Bien. Mire a ver si aquí usted da otra historia. Mire a ver si ...

Tape 16 - 28

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE CAROLINA

EL PUEBLO DE PUERTO RICO      *
                             *
                             *          CASO NUM: FVI 95 G0096 (0202)
                             *
JUAN C████████ ████ALES       *          DELITO CONTRA VIDA
                             *
ACUSAD█ █████TE               *
                             *
*************            *************

**ISO OFICIAL**

TRNSCRIPCION VISTA EN SU FONDO

Archivo Central
Rama Judicial
TRIBUNAL GENERAL
DE JUSTICIA

**CINTA # 17**

Continua y Termina █████████ De
Regino █████ ████
Y Empieza ██ La Testigo
Figueroa de la ████ ████ pag. Tape 17 pag 19

POR EL LCDO. FARINACCI:

P       Mire a ver si en esa declaración jurada ...

HON. FISCAL:

...ININTELIGIBLE...

LCDO. FARINACCI:

Perdóneme, ...

HON. FISCAL:

...ININTELIGIBLE...

HON. JUEZ:

...ININTELIGIBLE... ¿La retira?

POR EL LCDO. FARINACCI:

Bueno, voy a decirle.





Dígame si ahí en esa declaración jurada usted le dice al fiscal por la primera vez que entra y a Crespo y la primera vez que se discute, mire a ver si eso fue lo que usted dijo, que la primera vez que se discute lo de la muerte de los que mata es el día uno o dos de junio. Yo se lo leo aquí. Aquí, en la página tres. El fiscal le pregunta a usted.

Léala la pregunta que le hizo el fiscal de aquí.

"¿Dónde se discutió este asunto y quiénes estuvieron presentes antes de usted actuar?"

Bien. ¿Y qué usted contestó?

"Primero habíamos hablado en la casa de Crespo Morales ...

¿En qué fecha?

¿Ah?

Mire a ver si ...

Tape 17 · 1

HON. FISCAL:

...ININTELIGIBLE...

POR EL LCDO. FARINACCI:

P    Léalo, léalo.

HON. JUEZ:

Termínelo de leer.

R    ... en la casa de Crespo Morales que ellos se estaban paseando por Piñones, y luego cuando fuimos a cometer los asesinatos que bajamos por el final de la calle en un estacionamiento."

POR EL LCDO. FARINACCI:

P    Bien. Usted, la pregunta era dónde se discutió este asunto y quiénes estuvieron presentes antes de actuar, y usted dice primero. ¿Qué usted quiere decir primero?

R    Primero.

P    Sí, primero.

R    El asunto de que se está hablando lo que estoy diciendo aquí.

P    Que se iba a actuar y se iba a matar esas personas. ¿Qué fue primero? ¿Primero qué?

R    Primero habíamos hablado.

P    ¿En casa de quién?

R    De Crespo.

P    ¿Y usted sabe en qué fecha ...



HON. FISCAL:

ININTELIGIBLE... leer la oración completa para que la lea completa para que las demás y el contenido

Tape 17 - 2

completo de la contestación.

HON. JUEZ:

Sí, lea la oración.

R        Dice "primero habíamos hablado en la casa de Crespo que ellos se estaban paseando por Piñones y luego cuando fuimos a cometer los asesinatos que bajamos por el final de la calle en un estacionamiento".

POR EL LCDO. FARINACCI:

P        Bien. Yo le pregunto si esa es la misma versión que usted ha declarado aquí, que primero, que lo primero que se hizo fue que se reunieron en casa de Crespo, o usted lo que dijo es que la primera reunión es en Lucio's Restaurante es en marzo.

La primera reunión de lo que hablamos esos hechos que dije ahora son de ... en casa de Crespo.

Bien. Le pregunto, testigo, ... Bien. Le pregunto, testigo si usted le declaró a las damas y caballeros del jurado que la primera reunión fue en Lucio's Restaurant en mayo.

Sí.

Bien. Y que eso no aparece nada aquí.

No.

Bien. Y yo le pregunto si ... eh ... mire a ver si el fiscal le hizo una pregunta sobre esa reunión, bajo juramento usted dice que fue en marzo. Mire a ver qué usted contestó. Es la pregunta. Es la página cuatro. Léala en voz alta.

¿La del fiscal primero?

Sí, la pregunta.

"Más o menos antes del cuatro de julio ¿cuándo fue que se reunieron ustedes?

¿Cuándo fue?

Esa reunión.

Tape 17 - 3

P      Anjá.

R      "Como a principio de mes de julio, en el uno o el dos."

P      Bien. Yo le pregunto si esa es la única reunión a que usted se refiere en esa declaración jurada que usted describe, donde usted dice que se decidió allí en la reunión matarlos.

R      No, no es la única reunión.

P      Bien. Yo le pregunto, déme la declaración jurada a ver si más abajo usted no dice que en esa reunión ... Le pregunto cuál es la otra pregunta del fiscal, la próxima, próxima, próxima.

R      "¿Qué acuerdos específico se llegaron ahí cuando hablaron?"

P      Bien. ¿Y qué acuerdo se llegó?

R      Matarlos cuando los cogieran.

P      Bien. Entonces yo le pregunto a usted si cuál, o sea, cuál versión es la verdadera.

R      Sabe ... todas son verdaderas, nos reunimos varias veces.

P      Todas son verdaderas es lo que usted dice. Le pregunto, testigo, ...

HON. FISCAL:

Eso no fue lo que él dijo. Todas son verdaderas ... ININTELIGIBLE...

HON. JUEZ:

...ININTELIGIBLE...

POR EL LCDO. FARINACCI:

P      Bien. Usted ha dicho aquí que la reunión inicial [...] ININTELIGIBLE... y mucha cosa, bien. Yo le pregunto, testigo, si usted [...] sabía bien los detalles en cuanto a los hermanos del [...]

R      ¿Los detalles?

P      Sí. Más o menos usted sabía, usted no [...]

R      Sí.

**Tape 17 - 4**

P    Y conocía a Cucho, que usted sabía que eran dos.

R    Sí.

P    Bien. Y yo le pregunto a usted si esa información sobre el detalle de la vida del señor Crespo es que alguien familiar suyo se la ha estado llevando a la cárcel.

R    No.

P    ¿No?

R    No.

P    Bien. Y entonces yo le pregunto si usted sabía que eran dos hermanos, yo le pregunto qué usted contestó en su declaración jurada con relación a esto, a lo de los hermanos. Bien. Mire a ver. Crespo tenía según usted dos hermanos.

R    Sí.

P    Y yo le pregunto si es que eso usted lo averiguó después, usted ha manda'o gente, "mira, averiguame ...

HON. FISCAL:

Ya él contestó sobre eso. El le hizo una pregunta y él le contestó.

POR EL LCDO. FARINACCI:

P    Bien. Yo le pregunto si lo que usted declaró en sala ahora, después de tiempo, es lo mismo que usted le declaró al fiscal.

HON. FISCAL:

¿Sobre qué aspecto ...



LCDO. FARINACCI:

Sobre los hermanos de Crespo ...

HON. FISCAL:

Es una pregunta totalmente amplia.

Tape 17 - 5

LCDO. FARINACCI:

Sobre los hermanos del señor Crespo.

HON. JUEZ:

Bien. Conteste la pregunta.

R    Sí, de que los conocía.

POR EL LCDO. FARINACCI:

P    Bien. Pues yo se la voy ...ININTELIGIBLE... Los hermanos de Crespo se llamaban Armando ...

R    Y Pucho.

P    Bien. Y eso usted lo sabe y está seguro ahora. Mire a ver si en ese momento, mire lo que usted le contestó al fiscal sobre ... aquí, y quiero que lo lea en voz alta. Aquí.

R    Unjú.

P    Eso, mire a ver si eso es lo que usted le dice al fiscal.

HON. FISCAL:

ININTELIGIBLE...

HON. JUEZ:

Bien. Si se trata de preguntarle ...

LCDO. FARINACCI:

ININTELIGIBLE...

HON. JUEZ:

...momentito, un momentito. Si se trata de lo que dice el docum...

la p... ININTELIGIBLE... él la va a leer. Espera por eso. A...

POR EL LCDO. FARINACCI:

Le pregunto si eso que dice esa línea fue un...

Ellos tirotearon a mi esposa, mi casa y la ... y los hermanos de

Tape 17 - 6

Crespo."

P   Bien.

R   Armando y los hermanos de Crespo. Fíjese, si usted sabía que los hermanos eran Armando y Pucho, ¿por qué usted ahí dijo Armando y los hermanos de Crespo? Y yo le pregunto si es que usted todavía no tenía ...

HON. FISCAL:

Pero ...ININTELIGIBLE...

POR EL LCDO. FARINACCI:

P   Bien. Si usted sabía que eran dos hermanos ...

HON. FISCAL:

Pero Su Señoría que le permita contestar la que está en el récord.

HON. JUEZ:

Bien. ¿Debemos entender que usted está retirando la pregunta inicial y va a hacer una última?

LCDO. FARINACCI:

Sí, directa.

HON. JUEZ:



Adelante.



POR EL LCDO. FARINACCI:

P   Si usted sabía, como ha declarado aquí, que eran dos herm... fiscal le dijo "Armando y los hermanos de Crespo", si Armando es uno ...

HON. JUEZ:

...ININTELIGIBLE...

LCDO. FARINACCI:

...ININTELIGIBLE...

Tape 17 - 7

HON. FISCAL:

Pero, Su Señoría, ...

HON. JUEZ:

¡Compañero!

LCDO. FARINACCI:

Perdón, Su Señoría.

HON. JUEZ:

Sí, adelante.

R        "Armando y los hermanos", falta Pucho y no está aquí.

POR EL LCDO. FARINACCI:

P        De Crespo.

R        De Crespo.

P        Pues, Armando es uno de los hermanos. ¿Por qué usted no dijo que Armando era de los hermanos?

R        ¿Cómo? ¿Armando?

P        Usted dice "Armando y los hermanos de Crespo". ¿Por qué usted no Armando y Pucho que eran los hermanos de Crespo?

R        No sé. Así se puso.

P        Así se puso. Y yo le pregunto si la verdad es que usted no co usted estaba averiguando y en ese momento usted no tenía el dato claro, y po da la información incorrecta.

HON. JUEZ:

Contestación.

R        No.

Tape 17 - 8

POR EL LCDO. FARINACCI:

P    No. Le pregunto si así fue que usted se lo declaró al fiscal, tal y como está en la declaración.

R    Sí.

P    ¿Así mismo?

R    Sí.

P    Bien. ¿Y qué usted quiso decir con Armando y los hermanos de Crespo?

R    Pues, porque aquí está el nombre de Armando y falta Pucho, son dos hermanos, los hermanos de Crespo.

P    ¿Y por qué usted no dijo Armando "y el hermano de Crespo"?

R    No sé.

P    ¿No sabe? ¿No sabe?

HON. JUEZ:

Esa es la contestación.

POR EL LCDO. FARINACCI:

P    Bien. Yo le pregunto, testigo, si usted indica que usted conocía todo ... este si usted dice que ... eh ... que usted se reunió con Crespo en Lucio, no lo dice aquí.

HON. FISCAL:

Eso es repetitivo, Su Señoría.

LCDO. FARINACCI:

Sí, pero es ...

HON. FISCAL:

Es que es repetitivo.

HON. JUEZ:

ININTELIGIBLE... se le ha instruido que todo ... categóricamente

Tape 17 - 9

no se vuelva a preguntar, y yo ...ININTELIGIBLE... de este juez en much...

POR EL LCDO. FARINACCI:

P       Bien. Lo cierto es, testigo, para terminar con usted, por el ... le pregu...

el hecho de que usted haya declarado en un foro y otro, si eso demuestra que usted está dicie...

la verdad. Porque usted declaró en uno o en otro. ¿Eso demuestra que usted está diciendo la

verdad?

HON. JUEZ:

     Contestación.

R.     Sí.

POR EL LCDO. FARINACCI:

          ¿Si? O sea, que ... y si hubiese declarado en veinte sitios, eso ... ¿es que está

dicie... ...dad?

          Sí.

          No tengo más preguntas con el testigo.

HON. ...

          ...una pregunta adicional, Su Señoría, para el testigo.

HO...

          Muchas gracias a los compañeros, y muchas gracias por su declaraci...

re...

LC... ...CCI:

          ...una pregunta, se nos quedó una preguntita, una nada má...

...

          Adelante.

... FARINACCI:

          Bien. Yo le pregunto a usted, testigo, usted le ...iñó a las da...as y caballeros del

Tape 17 - 10

jurado que usted había declarado en septiembre en Santa Cruz y aquí en abril, vea si algunas cosas se le olvidaron, ¿verdad que sí, se le olvidaron?

R     ¿Algunas cosas?

P     Sí.

HON. FISCAL:

Se le olvidaron en dónde, Su Señoría, ...ININTELIGIBLE...

POR EL LCDO. FARINACCI:

P     Si fue que algunas cosas se le olvidaron.

HON. JUEZ:

Por eso, pero ... se le olvidaron con relación a cuál declaración.

POR EL LCDO. FARINACCI:

Bien. Yo le pregunto, testigo, ¿como cuántas veces según usted, como cuántas veces fue que usted visitado por familiar dentro de la cárcel ...

HON. FISCAL:

...ININTELIGIBLE... Su Señoría, eso no fue parte del ...ININTELIGIBLE...

HON. JUEZ:

No se permite la pregunta. Adelante con ...

POR EL LCDO. FARINACCI:

Bien. Yo le pregunto, testigo, como cuántas veces usted alega que ... por ... el señor Crespo a su casa. ¿Verdad que usted dijo tres o cuatro ...

Sí.

Bien. Y usted diez meses después cuando presta esta ... tres o cuatro veces, usted dice que se acuerda del ... que a usted le llevaron, mira, el teléfono de ... ces a los diez meses se acordaba del número ...

Tape 17 - 11

R     No, no me lo llevaron.

P     Usted se acordaba.

R     No me acordaba ...

P     Por tres llamadas.

HON. JUEZ:

Permítale contestar.

R     No me acordaba mucho. Yo, este ... hablé con mi esposa y le pregunté, porque ella era siempre la que tenía el "beeper".

POR EL LCDO. FARINACCI:

P     ¡Bien! Bien. Su esposa le dijo a usted le llevó esa información a la cárcel. ¿Verdad que si?

R     Yo le pregunté a mi ...

P     Si o no.

R     ... yo le pregunté a ella.

P     Y ella le dijo el número de Crespo es tal, y verdad que usted no solamente se lo aprendió, sino imagino que lo apuntó.

R     Le pregun' ... Cuando le pregunté por el número estaba yo detrás de un cristal de ...INININTELIGIBLE... que no podían pasar nada por él.

P     Bien. Pero entonces usted lo oye y si usted lo apuntó.

R     No puedo salir a visita con bolígrafo, con nada.    -

P     Bien. Sí, pero cuando la visita se va usted puede ir a su cuarto y escribir

HON. FISCAL:

ININTELIGIBLE... cuál es la pregunta, Su Señoría.

LCDO. FARINACCI:

ININTELIGIBLE...

Tape 17 - 12

HON. JUEZ:

Un momento. Un momento. La pregunta es si usted lo apuntó.

R    No, yo le pregunté a ella ...

HON. JUEZ:

La contestación es que no. Bien, adelante.

POR EL LCDO. FARINACCI:

P    Bien. Y la cuestión es que usted lo que está declarando ahora aquí es que usted

diez meses después se acordó de ese número, no porque usted se acordaba del número de Crespo,

es porque ...

HON. FISCAL:

...ININTELIGIBLE... es repetitivo porque ya él se lo ha preguntado.

HON. JUEZ:

Esa pregunta ha sido contestada ampliamente y categóricamente. Bien.

POR EL LCDO. FARINACCI:

P    Oiga, y qué otra información ...

HON. JUEZ:

...ININTELIGIBLE...

POR EL LCDO. FARINACCI:

P    ...información con relación al señor Crespo le llevaron sus familiares a
usted...



## CERTIFICACION

Certifico que la presente es copia fiel y exacta del original que obra en autos y expido la misma a petición de: Joel Torres Ortiz

☐ PREVIO AL PAGO DE DERECHOS
☑ PARA USO OFICIAL, LIBRE DE DERECHOS
   SOLICITUD NÚM. 5443

Dada en Hato Rey, Puerto Rico, hoy
   OCT 16 2020

MARÍA S. ROSARIO FLORES

DIRECTOR(A) PROGRAMA
ADMINISTRACIÓN DE DOCUMENTOS

Por: _____

( Dpto de Justicia )