IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN M. CRESPO MORALES

Petitioner

v.

NICANOR CARO-DELGADO, et al.

Respondents

CIVIL NO. 16-1755 (PAD)

# MOTION SUBMITTING CERTIFIED TRANSLATIONS

TO THE HONORABLE COURT:

**COME NOW**, Respondents Nicanor Caro Delgado and the Secretary of Justice, in their official capacities, through the undersigned counsel, who very respectfully STATE and PRAY as follows:

1. On May 28, 2026, the Court ordered Respondents to file, by June 11, 2026, a copy of the transcript of Regino Burgos Torres' trial testimony. [Docket No. 130].

2. On June 11, 2026, in compliance with the Court's Order, Respondents filed the available paper copy of Regino Burgos Torres' trial testimony. Portions of said transcript were illegible because the Court First Instance's file was damaged after Hurricane Maria. [Docket No. 131].

3. On June 15, 2026, the Honorable Court ordered Respondents to file the certified translations of said transcript by September 11, 2026. [Docket No. 133].

4. On this date, Respondents file the certified English translations of the digital copy of Regino Burgos' trial testimony obtained from the Court of First Instance, which, unlike the paper copy previously filed with the Court at Docket No. 131, is legible.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the foregoing and deem that Respondents complied with its Order in Docket No. 133.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed a digital copy of this document with the Clerk of the Court, who will notify all counsel to their electronic addresses of record.

In San Juan, Puerto Rico, this 11th day of September 2026.

**LOURDES GÓMEZ TORRES**
Secretary of Justice

**TANIA FERNÁNDEZ MEDERO**
Deputy Secretary in Charge of Litigation

**JOSUÉ N. TORRES CRESPO**
Director of Federal Litigation and Bankruptcy Division

*S/ Idza Díaz Rivera*
**IDZA DÍAZ RIVERA**
USDC No. 223404
Department of Justice of Puerto Rico
Federal Litigation Division
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Tel. 787-721-2900, Ext. 1421
Email: idiaz@justicia.pr.gov