BY THE PROSECUTOR:

Q Good morning, witness. Out loud and addressing the ladies and gentlemen of the jury, could you tell us your name?

A My name is Regino Burgos Torres.

Q Regino, tell the ladies and gentlemen of the jury what your current age is.

A Twenty-five years old.

Q Could you tell us your marital status?

A I cohabit.

Q Who do you cohabit with, Regino?

A With Yesenia Figueroa.

Q Approximately how long have you cohabited with Yesenia Figueroa?

A Three years.

Q I'd like to ask whether, as part of that relationship you are maintaining with Yesenia Figueroa, you've had children.

A Yes, a daughter.

Q Could you tell the ladies and gentlemen of the jury where you grew up during the first years of your life?

A In Santurce.

Q In which area did you live in Santurce, Regino? In which area did you live?

A In which area?

Q Yes.

A In, in the Las Margaritas housing project.

Q Is there any other place where you lived within the Santurce area?

A Cantera.

Q Around how long did you live in the Cantera area?

A Approximately two and a half years.

Q Tell the ladies and gentlemen of the jury whether, at any moment as part of your life, you worked any kind of job.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A Yes, in construction and over the years, um, with Phone fiber optics, for a private company.

Q How long were you working in those two jobs, Regino?

A About a year and a half.

Q Why did you not continue doing that work?

A I had a lot of problems with regard to my work situation.

Q More or less what were those problems, if you could explain it to us?

A Well, the problems were about, payments were late and material for working wouldn't come in and we'd be delayed.

Q Once you were done working at those jobs in construction and installing fiber optics, what did you do, Regino? After you left that occupational role.

A Well, uh, to crime.

Q Could you tell the ladies and gentlemen of the jury what you refer to by crime?

A Well, um, businesses with drugs and selling drugs.

Q Tell the ladies and gentlemen of the jury how that happened, how you then ended up in those drug businesses and selling drugs?

A Well, the financial situation and, well problems at home.

Q When you began to carry out your role in the drug business, I'd like to ask whether you worked for someone in particular.

A Yes.

Q For whom?

A For Cristóbal Ramos Sánchez.

Q That person, Cristóbal Ramos Sánchez, what was his job, Regino?

A The same thing, to sell, to sell drugs.

Q But within the relationship you had with Cristóbal, that's to say, what position did Cristóbal hold and what was your position?

A He was the boss and I was his associate and he was, he was my boss now.

Q Could you tell us the areas where Cristóbal Ramos Sánchez sold drugs?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A In Cantera, in Loiza...

Q Yes.

...Barrio Obrero.

Q Any other location?

A No, no.

Q How long did you work for Cristóbal?

A About three... years.

Q About three years?

A Yes.

Q Could you describe to the ladies and gentlemen of the jury what this individual you identify as Cristóbal Ramos Sánchez was physically like?

A Well, Cristóbal has dark skin, black curly hair, uh, he measures s..., about 6’2”, uh, you know.

Q In relation to your age, more or less what was Cristóbal’s age?

A What was his age? About 35 or 36 years old.

Q Why did you stop working for the organization Cristóbal had?

A Because there were some deaths I refused to participate in and I became upset with him and he was upset by that because he didn’t agree.

Q Tell the ladies and gentlemen of the jury why you refused to carry out certain killings that Cristóbal apparently ordered you to carry out, why did you refuse to carry them out?

A Because the people ...the people worked for him, but they had nothing to do, you know, with some countless thefts he was a victim of, and he was his, in his mind, he was certain that id had been those people, but I knew that it was, that it wasn’t the case and he told me to kill them and I didn’t, I told him no, that I was certain that it hadn’t been those people and I told him no and he sent other people and, and they killed those people and I got upset, and there, well, bit by bit, well our friendship drifted apart.

Q Tell the ladies and gentlemen of the jury whether, during the span of those three years when you worked with Cristóbal, you killed anyone.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A Yes.

Q Yes?

A Yes.

Q Could you tell us approximately on how many occasions, while working for Cristóbal, you killed other people?

A Yes.

Q Yes?

A Yes.

Q How many?

A Seven.

Q Could you tell the ladies and gentlemen of the jury how those killings were carried out, Regino?

A How?

Q Yes, how.

A Well, shootings with, no, of, of ,of bands, of wars, a housing project by the Canteras community; we were on the street and, well we'd shoot at each other from each side and there were always dead or wounded.

Q Those seven people who you say you killed as part of your job within Cristóbal's organization, how were they connected to drugs?

A Well, two, two or three of them were owners, were bosses and the rest were workers.

Q Bosses and workers of what?

A Well, they were bosses, who had different drug dens at housing projects and the neighborhoods and the rest were their triggermen, they were bodyguards.

Q When you say to the ladies and gentlemen of the jury that they were owners, that they had drug dens, that they were bosses with drug dens, what is a drug den?

A Well an area, well where drugs are sold at a corner, different kinds of drugs.

Q You, while you were working for Cristóbal, did you carry out that role, selling drugs at a drug den?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A Organizing and watching over the, the, the drug den, that it was being done correctly, that they wouldn't steal and...

Q ...UNINTELLIGIBLE... ending the relationship that you had with Cristóbal, what did you do, Regino?

A Well, when I was done working with him, well Cantera was split in two; one half was his and one half was mine and we stopped talking to each other and, but there was always friction.

Q Once the Cantera sector was divided, which sector did you begin working in, you directly?

A Well he kept the, the area of the, the main street in Cantera and I kept Condadito Final in Cantera, which is divided with the Juan Busco Church.

Q What was the street that you said you were controlling?

A Condadito Final in Cantera.

MR. FARINACCI:

I don't understand what the church divides, I didn't hear that one.

THE COURT:

Yes, if you could explain that statement.

A You know, from the part that corresponded to me, well there's a church that is the one that divides it, which is the large Boco one, a large church, which is the one that divides his sector from mine.

THE COURT:

Go ahead.

BY THE PROSECUTOR:

Q How was that division carried out? Did you agree on that, or how was that?

A At a certain point, we reached an agreement and we agreed that I would calmly stay over there and he'd calmly stay over there, but those words, the way he said them, well two months later, they weren't followed, they weren't followed as they should have, as we agreed.

Q When you separated yourself from Cristóbal's organization, who kept working for him?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A For him?

Q Yes.

A Well, Chino, um..., Junito Cuajo, Tito Rayita, Andrés, and Willie "Care" and another one without..., other people whose names I can't recall right now. Those were his, his personal bodyguards.

Q Whose personal bodyguards?

A Cristóbal Ramos Sánchez's.

Q What were the duties of a bodyguard to a boss of a drug selling organization?

A Well, uh, you know, firstly to protect his money and, well in cases where there are problems where someone was going to, to shoot at him or kill him, well to protect him.

Q Tell the ladies and gentlemen of the jury whether you worked as a bodyguard for Cristóbal.

A Yes, many times.

Q In that area of Condadito Final where you say that you had the area you controlled, how many drug dens did you have there?

A Just one.

Q Could you tell the ladies and gentlemen of the jury, in terms of the productivity of that drug den, how much money the drug den you had would produce weekly?

A Well, approximately, I was earning about a..., just about $5,000 a week.

Q The drugs you were selling at your drug den, were you the one selling the drugs?

A No.

Q Who was selling the drugs?

A Um, other people who work with me.

Q The drugs that you sold at your drug den, where would you get them from?

A Where would I get them from?

Q Yes, where would you get them from or who would you buy them from?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A I would buy it from other people, from friends I had who supplied Cristóbal and they supplied me and that's how I obtained the drugs.

Q Tell the ladies and gentlemen of the jury, Regino...

A Uh-huh.

Q ...whether you know a person named Juan Crespo Morales.

A Yes.

Q Do you know him?

A Yes.

Q How do you know him?

A How do I know him?

Q Yes.

A Um, you know, he was introduced to me, and I personally know him and I've talked to him.

Q Tell the ladies and gentlemen of the jury whether that person, Juan Crespo Morales, whether you know him any particular nickname.

A Yes.

Q What was the nickname?

A Yiye.

Q Yiye. Tell the ladies and gentlemen of the jury whether the person about whom you're talking is present in this courtroom.

A Yes, he's here.

Q Show the ladies and gentlemen of the jury. Alright, Your Honor, let it be stated for the record that witness has pointed to the defendant.

THE COURT:

Let it be so recorded.

BY THE PROSECUTOR:

Q Regino, tell the ladies and gentlemen of the jury what Juan Crespo Morale's profession was.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A Well, the sale of drugs.

Q In which area did the defendant sell drugs?

A Barrio Obrero, uh, Río Grande, and Trujillo Alto.

Q Barrio Obrero, Río Grande?

A And Trujillo Alto.

Q And Trujillo Alto. Tell the ladies and gentlemen of the jury when and under what circumstances you met Mr. Juan Crespo Morales.

A Well, I met him under the circumstances of, of the two deaths of his brothers because I didn't kn..., I didn't know him, I just knew his brothers.

Q You say that you didn't know him, who is it that you knew?

A Rober...

MR. FARINACCI:

Who?

BY THE PROSECUTOR:

A I had seen Pucho and Armando introduced him to me, but he wasn't my friend as such, I was friends with Armando, with Crespo's brother.

Q And for how long did you know Armando?

A About three, about three years or so.

Q About three years?

A Yes.

Q What was Armando Crespo Morales's profession and what was Pucho Crespo Morales's profession? What were their professions?

A Well, Armando, well he had a drug den and sold drugs and Pucho, you know, to my understanding, he was a mechanic, but I don't know whether he dealt drugs or not.

Q What happened with Yiye's, the defendant's, brothers?

A Well, you know, due to problems, due to problems he had, they were killed in, in Barrio Obrero.

THE COURT:

Your Honor, let it be stated for the record that we have shown the counsel from the defense



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

two exhibits, two photos related to the two people about whom the witness is telling is. We have shown them to them and the counsels point out that they have no objection to...

THE COURT:

Very well.

PROSECUTOR:

...that it ...UNINTELLIGIBLE...

THE COURT:

Of course, very well, it is ordered that they be marked as Exhibits of the People of Puerto Rico, both photographs.

MR. FARINACCI:

We would like to be given the exhibit number in order to...

THE COURT:

Of course. As soon as they're marked, the clerk will share the numbers.

CLERK OF COURT:

Exhibits 27(a) and 27(b) of ...UNINTELLIGIBLE...

THE COURT:

Yes, well...

CLERK OF COURT.

Exhibits 27(a) and 27(b).

THE COURT:

Correct. Go ahead, Prosecutor.

BY THE PROSECUTOR:

Q Regino, I'm going to show you what has been marked as Exhibit 27(a) of the Prosecution so that you may examine the contents of the Exhibit and tell the ladies and gentlemen of the jury whether you recognize the face of the person who appears in that Exhibit.

A Yes.

Q Who is that person?

A Armando.

Q How is that person related to the defendant?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A Brother.

Q I'm going to show you what has been marked as Exhibit 27(b) so that you may examine it and tell the ladies and gentlemen of the jury whether you recognize the person shown in this Exhibit, that one.

A Yes, Pucho.

Q Pucho? Show it to the ladies and gentlemen of the jury. Show Exhibit 27(a), which you've identified as Armando, to the jury.

PROSECUTOR:

May we approach briefly, Your Honor...?

THE COURT:

Go ahead, counsel, to the sidebar.

**...SIDEBAR CONFERENCE...**

THE COURT:

Well, by stipulation from the parties, it is accepted as a proven fact that Armando Crespo Morales died in a violent manner on March 30, 1994, and it is also established as a proven fact by stipulation from the parties that Mr. Luis Felipe Frespo Morales died in a violent manner on March 30, 1994 ...and that the causes of their deaths were bullet wounds and that all of this took place in San Juan, Puerto Rico. Go ahead, counsel.

BY THE PROSECUTOR:

Q Regino, we asked you about the circumstances under which you met the defendant. Where in particular was it that you met him?

A In Cidra, at a restaurant named Lucio Restaurant.

Q Why did you meet with the defendant in Cidra if you told the ladies and gentlemen of the jury that you were working directly in the Cantera area?

A For reasons involving the, the deaths of his brothers...

Q Yes, but...

A ...to...

Q ...right, but why in Cidra?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.