A Because...

Q ...why did you and them go to Cidra to talk to him?

A Because the person who took me, who lives around there, well there they arranged the meeting, they agreed to hold the meeting there.

Q Who was the person who arranged the meeting, who gave you a ride over there to Cidra?

A Ronald...

Q What is his name?

A Ronald Cotto.

Q Tell the ladies and gentlemen of the jury what Ronald Cotto's profession was.

A Ronald?

Q Yes.

A Ronald was, he was selling the, you know, he was working with drugs, and I met him under those circumstances.

Q Yes, he worked with drugs, for whom, who did Ronald work directly with?

A When I met him, he was working with Tito Rayita, but, you know, in his own words, well he was also working with Crespo.

Q Who was the defendant?

A The defendant.

Q Tell the ladies and gentlemen of the jury more or less at what date, in relation to the year 1994, that meeting there at the Lucio Restaurant in Cidra took place.

A About two or three days after the brothers were buried, after they buried his brothers.

Q Regino, who was present at that meeting?

A Well, Ronald was there, I was there, Crespo Morales was there, Ronald's brother or his two sisters were there, I think two of Ronald's brothers and another one who I can't, whose name I can't recall.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Q Could you tell the ladies and gentlemen of the jury what that business was physically like, the Lucio Restaurant in Cidra?

A Yes. Well, when you're on the same, on the same street that, you know, on the same avenue that leads to the plaza, because it has a large sign at that same corner that says Lucio's Restaurant, well it has two levels, uh, when you go in, well it has a minibar and it has, there's the, the kitchen is right there and the restroom, the restrooms and...

Q That kitchen and the restroom area, where are they in relation to the two levels that you say the restaurant has?

A Lower level.

Q On the lower level.

A Uh-huh, there are two, on that lower level there are two or three seats for people who are going to drink something and the second level, well you arrive at the second level using a wooden ramp, the room is upstairs, the dining room and a minibar with alcoholic beverages, uh, you know, all of the, the floor is concrete and above everything is made of wood.

PROSECUTOR:

Your Honor, we want to state for the record that we are showing the counsels from the defense a piece of evidence that we propose to identify.

THE COURT:

Very well, let it be so recorded. Go ahead.

MR. FARINACCI:

The defense has no objecting to them being admitted as exhibits.

THE COURT:

It is ordered that they be marked as exhibits of the People of Puerto Rico.

CLERK OF COURT:

They will be identified as Exhibit 28(a) to 28(f).

PROSECUTOR:

May we, Your Honor, what we ordered...?

THE COURT:



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Of course.

PROSECUTOR:

...the photos?

BY THE PROSECUTOR:

Q Yes, Regino, I'm going to show you what has been marked as Exhibit 28(c) of the Prosecution so that you may examine them and tell us whether you recognize what that photo shows.

A Yes, yes, I recognize it.

Q What does the photo illustrate?

A Well, the sign of the, the establishment, of the res..., restaurant and the facilities.

Q Alright, could you point it out to the ladies and gentlemen of the jury?

PROSECUTOR:

Your Honor, I don't know whether the ladies and gentlemen of the jury can see from that area there.

THE COURT:

Can you see...?

JURY:

Yes.

THE COURT:

...what it's about? Alright, still, have the Marshal show it to them more closely.

PROSECUTOR:

Well alright, Your Honor, we can do the following: I'll ask all of the questions and then we will pass them around so that you can see...

THE COURT:

Of course.

PROSECUTOR:

I think we'll make progress faster that way if we do it then...

THE COURT:

Alright.

PROSECUTOR:



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

...in a way...

THE COURT:

Go ahead, go ahead.

PROSECUTOR:

...UNINTELLIGIBLE...

BY THE PROSECUTOR:

Q Regino, I'm going to show you what has been marked as Exhibit 28(b) and ask you whether you recognize what that photo illustrates.

A Yes.

Q What does that photo illustrate, Regino?

A The establishment's parking lot.

Q Show it to the ladies and gentlemen of the jury.

A The left side of the, the, the restaurant.

Q You said that the restaurant has two levels.

A Yes.

Q Where is the second level located there if you...?

A Um...

Q ...can identify it?

A ...this is the first one...

Q Yes.

A ...and the second one is this one up here.

Q Alright. Exhibit 28(e) of the Prosecution so that you may examine it and tell us whether you recognize what that Exhibit illustrates.

A Well, the first level...

Q Yes, showing it to the jury...

A ...the first...

Q ...tell them what it illustrates.

A ...the first level and the tables on the first level of the restaurant and the bar, the minibar that's there.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Q Alright and that little wooden ladder, where does it lead?
A To the second floor.
Q I'm going to show you Exhibit 28(a) of the Prosecution and I'd like to ask whether you recognize what that Exhibit illustrates.
A Yes, that is the ramp that leads to the, the upper level of the restaurant.
Q What are was that photo taken from, Regino, if you can identify?
A From..., from the bottom to the top.
Q Alright, I'm going to show you what has been marked as Exhibit 28(d)...



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Ink Stamps]

**OFFICIAL USE**

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE

**CERTIFICATION**

I CERTIFY that the foregoing is a true and exact copy of the original document existing on file and that it was issued at the request of:

*Idza Díaz-Rivera (Dept. of Justice)*

☐ UPON PAYMENT OF FEES
R FOR OFFICIAL USE, FEE-EXEMPT

APPLICATION NO. *6,832*

Given in Hato Rey, Puerto Rico, today

**JUN 17 2026**

**LOURDES FARÍA-DE GRACIA**

PROGRAM DIRECTOR
DOCUMENT ADMINISTRATION

By: [Signed]

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.