CERTIFIED TRANSLATION

COMMONWEALTH OF PUERTO RICO
COURT OF FIRST INSTANCE
CAROLINA SUPERIOR COURT

THE PEOPLE OF PUERTO RICO *
*
V. * CASE NO.: FVI 95 G0096 (0202)
*
JUAN CRESPO-MORALES * CRIME AGAINST LIFE
*
DEFENDANT-APPELLANT *
*
*******************************

FILED
OFFICE OF THE CLERK
CIRCUIT COURT OF APPEALS
'98 JUN 29 P 4:11

TRANSCRIPTION OF HEARING ON THE MERITS

TAPE # 11 to tape 15

Continuation of Testimony of
Regino Burgos-Torres

Melba González
Court Reporter
Tel. 753 6999

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

PROSECUTOR:

...I am going to show you what has been marked as Exhibit 28D from the Prosecution, so that you may tell the ladies and gentlemen of the jury whether you recognize the contents of this Exhibit.

A Yes. Through this, this is the other part of the ramp that leads toward the dining room and where the bar is located.

Q I'm going to show you Exhibit 28E, I'd like to ask whether you recognize it.

A Yes, this is the dining room...

Q Answer it to the jury.

A ... of the restaurant.

Q Where is the bar that you say is located on the upper area located?

A On the left-hand side.

Q The left-hand side of what? Your Honor, could this be distributed to the ladies and gentlemen of the jury?

THE COURT:

Hand over the photograph so that they can see it.

MR. FARINACCI:

With the Court's permission, may I approach to turn on my recorder?

THE COURT:

Of course, Counsel.

BY THE PROSECUTOR:

Q Witness, tell the ladies and gentlemen of the jury what was discussed at the restaurant business.

A There was a discussion of, well what happened to their brother...



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

MR. FARINACCI:

Did you say their sister? Their sister?

A Their brother.

THE COURT:

Alright. Their as in plural?

A Their as in plural.

THE COURT:

Their? Very well. Go ahead.

A Then, who had done it and what we were going to do.

PROSECUTOR:

Q At the meeting that was held there, which people stood out as having participated in the death of the two defendant brothers?

A Well...

MR. FARINACCI:

Your Honor, I don't object to the question being asked. But I do have an objection because what happens is that the witness has said that there were other people, and those witnesses are not present, so this would be classic hearsay. If the statement is made by another person who isn't here.

THE COURT:

Alright.

MR. FARINACCI:

They haven't been accused as co-conspirators or anything like that.

THE COURT:

The Court will rule on this, the Prosecutor is asked whether what is proposed is to prove what was said there or prove who participated in the death.

PROSECUTOR:

From what, from what stood out from at the meeting, Your Honor.

THE COURT:

Alright. I will allow it.

A There was a discussion about, um, who had sent...

MR. FARINACCI:

I object.

THE COURT:

Go ahead, counsel

MR. GORDON-MENÉNDEZ

Say who talked: “There was a discussion about.”

PROSECUTOR:

Well, but, I mean, I’m doing the direct examination. If Counsel, if he wants to ask a question...

THE COURT:

Let’s, were in the direct, the Court will rule on this. If he asks the question in that manner, he’s free to do so. Very well, proceed.

A There was a discussion about someone arranging to kill their two brothers, it had been Cristóbal, Gustavo Sánchez, and that the ones who killed them were Tito Rayita, Andrés, Chino, Junito Cuajo, and, and Willie Care. They had been the people who killed their brothers, Crespo’s brothers.

PROSECUTOR:

Q And those five people what you mentioned, Tito Rayita, Andrés, El Chino, Junito Cuajo, and Willie Care, what was their role in Cristóbal’s organization?

Um, to be Cristóbal’s bodyguards, and to kill anyone with whom Cristóbal had a problem. That was their job.

Q Alright. You already told the ladies and gentlemen of the jury who ordered it, there was also a discussion about who executed the killings, what was the agreement that was reached there at the “restaurant” Lucio in Cidra?

A Well, the agreements that were reached were to find them wherever they were and kill them. Those were the agreements that they reached in that conversation.

Q Tell the ladies and gentlemen of the jury, who specifically said that: “Find them and kill them”?

A Crespo Morales.

Q Approximately how long did that meeting over there in Cidra last?

A About... about an hour to two hours, because we were eating and drinking.

Q Who paid there? For what you consumed there.

A It was paid by Ronald and Crespo’s brother. Each one gave part and they paid it.

Q How did you, how did arrive when visiting that business in Cidra?

A I arrived in Ronald’s vehicle, who was the one who took me. Because he was the one who had set up the meeting, and he had told me when it would take place. And he was the one who took me because I didn’t know where it was.

Q Regino, where were you physically within the business? Of the two levels that you point out, where, physically, were you throughout the course of that conversation?

A We stayed on the second level. So, when we arrived, we sat at the end of the tables on the right-hand side, sorry, left. And then it turned out that there was a client and he was looking at us too much and then we changed tables to the right-hand side.

Q Who said that you should change tables?

A You know? Since he was, Yiye was in front of the table...



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

MR. FARINACCI:

Excuse me, I don't want to interrupt...

PROSECUTOR:

Of course.

MS. CORDERO-VÁZQUEZ

Go ahead.

THE COURT:

Go ahead with your statement.

A Since...

PROSECUTOR:

Q Look, okay.

A ... since Yiye was in front of the person, well the person was looking too much and we were talking about things that couldn't involved anyone else, well de decided, he decided and all of us who were there changed tables.

Q May I, Your Honor, approach the Clerk.

THE COURT:

Of course.

PROSECUTOR:

Q Using what has been marked as Exhibit 28B of the Prosecution, could you, using this Exhibit, tell the ladies and gentlemen of the jury where you originally sat there at the restaurant and where you sat after you moved?

A We sat on this side, and the person was in this corner.

Q Your Honor, I don't know, I think that is, that the ladies and gentlemen of the jury can't see from there. We're going to ask permission to approach...



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

THE COURT:
Witness, go over there to the jury box and tell them what you've explained to us.
PROSECUTOR:
Q Tell the ladies and gentlemen of the jury where you said initially.
A When we arrived at the room, we sat around these tables. And the person, and the person was around this corner. Then...
Q This side over here, if you could point it out... where was the other, the person who you say was looking at you?
A To this side.
Q And around where did you sit afterward?
A To this table.
Q Alright. Point it out to the ladies and gentlemen of the jury from there.
A We moved to this table.
Q Thank you very much. You may return to your seat. Alright. Witness, you testified to the ladies and gentlemen of the jury that, at that time, you had the area of, the area for selling drugs at Street ...UNINTELLIGIBLE... , what did you do then when you went to talk to the defendant and reach those agreements?
A Well, after the conversation was had, well each person went home or split off, then we started planning how we'd get them because they weren't in Cantera. They would go to Cantera more than to deals and they would leave. Deals in which they would pick up drugs and leave.
Q And who started planning how to get them? Who were the ones who started planning how to get them?
A Well, we started planning, I left the restaurant already with the idea of looking for the people, of finding them based on what we agreed with Crespo at the restaurant.
Q Uh-huh.

A Then, well with, I was with Ronald and two or three people who worked with me. Well, we'd meet at my house, because over there, I lived in Cantera and we were on alert if one of them turned up so we could get them.

Q Tell the ladies and gentlemen of the jury whether, after that meeting at the restaurant in Cidra, you spent time with the defendant again.

MR. FARINACCI:

He's leading.

THE COURT:

That's right.

PROSECUTOR:

Q And after that date, what relation, if any, did you have with the defendant?

A Well, about a week later, um, Mr. Yiye lent Ronald...

Q When we talk about Yiye, who are we referring to?

A To Crespo, Crespo Morales.

Q And that's the defendant?

A Yes. He lent him a jet-ski that he had, or that he has, I don't know, and we went to Palominito to ride jet-skis. Meanwhile, he went with his wife...

Q And the jet-ski, whose was it?

A Crespo's.

Q Uh-huh.

Q While he went for a drive with his wife and son. And, after that, well I went to his house for the first time to return the jet-skis.

Q To his house, whose?

A To Crespo Morales's house.

Q Regino, where is that house located?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A In Rio Grande, at The Three "T".
Q How did you arrive at the defendant's house?
A Because when we arrived from riding jet-skis at the beach...
Q Uh-huh.
A ... well Ronald went directly to Crespo's house.
Q Where?
A At The Three "T". And that was how I first arrived at his house, went to his house.
Q Ronald was the one who planned the meeting in Cidra?
A Yes.
Q Ronald Coto.
A Sir, describe the defendant's house to the ladies and gentlemen of the jury.
A Well, his house is, it has a concrete fence with lighting on each beam, uh, it has the fence, the entrance has bars. A motorized gate, but the motor is out of order, so one has to manually push it, it's a fairly large gate, and it's a two-story house. It has a garage under the second floor, I mean, the first floor...
Q Uh-huh.
A ... and it has a large yard and trees.
Q And in relation to the area of the land, where are the two levels that the house has?
A The house is next to the terrain above, because it seems it was... and comes down...
Q Uh-huh...
A ... then they made the house next to the terrain above and the second floor is at the one below. And it's below where, well since it's a hill, well the garage, the double



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

garage, that's why it's below and the cars are "parked" below.

Q And where are the areas for parking the cars there, within the house's facilities?

A Well, it has two parking areas, one below and one above.

Q Your Honor, let it be stated for the record that we are showing the Defense several photos, several exhibits that we propose to identify.

THE COURT:

Let's do the following, let's order a recess so that the ladies and gentlemen of the jury can have a snack. Um, it's exactly 10:47, we're going to be back at 11:05 in order to continue the proceedings. We are going to ask that the ladies and gentlemen of the jury not talk amongst themselves or with any other person about the facts of this case. If anyone attempts to do so, you must decline and immediately identify them to the Court. You may go have a snack.

COURT MARSHAL:

All rise, please.

THE COURT:

We're going to ask the Defense, when they finish viewing their photographs, to come into the Chambers along with the Prosecutor for a moment. The court will recess until 11:05.

COURT MARSHAL:

With it being 10:48, the Court will recess.

**...COURT RECESS...**

COURT MARSHAL:

The court resumes its session in the Courtroom, please be seated and remain absolutely silent.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.