CERTIFIED TRANSLATION

THE COURT:

Alright. I'd like to ask whether you have something to state before we call the jury.

MR. FARINACCI:

Nothing, Your Honor.

PROSECUTOR:

Nothing.

THE COURT:

Alright, welcome to the Courtroom, ladies and gentlemen of the jury, uh, I will ask the Prosecutor and the Counsel from the Defense whether they agree that the jury is that same and that it is complete.

MR. FARINACCI:

Yes, that's the case.

PROSECUTOR:

Yes. Prosecution.

THE COURT:

Yes.

MR. FARINACCI:

Your Honor, may I turn my recorder on once again?

THE COURT:

Yes, sir. Prosecutor, continue with your examination.

PROSECUTOR:

Your Honor, Exhibits 29A to 29E.

Your Honor, we want to state for the record that, with regard to the, the piece of evidence that constituted several photos, the Counsels from the Defense pointed out that they had no objections to it and they were immediately marked as exhibits. Exhibits 29 to 29E.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

THE COURT:

Very well.

MR. FARINACCI:

The, let it be stated that our, uh, they were shown to us in the Rule 95 and with the purpose of moving ahead, Your Honor, it was taken...

THE COURT:

Counsel, we thank you very much. Proceed.

PROSECUTOR:

Q Regino, I'm going to show you what has been marked as Exhibit 29A of the Prosecution so that you may examine it and tell the ladies and gentlemen of the jury whether you recognize what the Exhibit shows.

A Yes, this is the interior of the house, and here it shows the fence. About which we had previously talked for the house, which is in concrete.

Q And I'm going to show you what has been marked as Exhibit 29B. I'd like to ask whether you recognize what that photo illustrates.

A Yes. The house's entrance.

Q Where is...? Where is the gate that you pointed out had a motor that was out of order?

A Here. This one that's here. This is the gate that shuts, for the house.

Q I'm going to show you what has been marked as Exhibit 29F of the Prosecution, and I'll ask you the same question, whether you recognize what the Exhibit illustrates.

A That is the upper parking area for visitors, and this is the house.

Q Alright, That, if anything, the property, explaining it to the ladies and gentlemen of the jury, that the property has two levels.

A Yes.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Q Where is the second level located?
A Below.
Q Below where?
A Under the house, below the house, not above. Below.
Q Okay. I'm going to show you Exhibit 29G so that you may examine it and say whether you recognize what it illustrates.
A Well, once again, y'know, all of the entrance and the yard and the entire house, part of the house.
Q I'm going to show you what has been marked as Exhibit 29E of the Prosecution, I'd like to ask, under the same circumstance, do you recognize what the Exhibit shows?
A Yes. Once again, the upper parking area and the path to the parking below.
Q Who is the path to the parking area below?
A This one.
Q I'm going to show you what has been marked as Exhibits C and D, so that you may examine them and tell the jury whether you recognize what both Exhibits show.
A Well...
Q Which specific Exhibit is it? Based on Exhibit number, and say it.
A The A one, well, it's the upper level and the one below, and these are the two parking areas, and below is the house.
Q With regard to the descent from the other Exhibit, is that how you reach the house?
A Yes. It may... UNINTELLIGIBLE..., the two levels. The one below, the one above, and the two parking areas.
Q Using that same photo, where is the entrance area to the house?
A The part to go down?
A Yes, not the entrance. The primary part of the house, where the round parking



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

area is in front.

A Uh-huh. To this side.

Q But, holding the Exhibit toward the jury...

A Uh-huh.

Q ... say where the front part of the house is located.

A Well, if, since it's like this in the photo, you come in like this and park in the round area, this stretch. And the, and the descent is like this and leads here.

Q We're going to request that it be passed around to the ladies and gentlemen of the jury...

MR. FARINACCI:

No objection.

THE COURT:

Alright.

MR. FARINACCI:

May I turn off the recorder.

THE COURT:

Of course.

PROSECUTOR:

Q Tell the ladies and gentlemen of the jury that... Regino, you explained to the ladies and gentlemen of the jury, uh, the reason for the visit to the defendant's house at the time was to return the jet-skis.

A Yes.

Q Alright. After that date, taking into consideration July 4, 1994, around how many times did you visit that residence again?

A Around... around nine times, around there.

Q Alright. Tell the ladies and gentlemen of the jury what you did with regard to,

CERTIFIED TRANSLATION

to carrying out the plan that there was to murder both Cristóbal and five gang members who work for him, what was done?

A Well, upon the conclusion of the meeting, well we agreed on that, and after that we went to, to a cockfighting ring in Trujillo Alto to see whether we could find Cristóbal at the cockfighting ring.

Q Alright. Why did you go look for Cristóbal at that particular cockfighting ring in Trujillo Alto?

A Because he often bet a on the cockfights and was often there, and since he as the boss, well, we went to find him first.

Q Okay. Who were the people who went to find Cristóbal?

A Well, that day it was, Crespo, me, Miguel, and two young men whose names I can't remember. I do recall one of them, we'd call him Cabito, I don't remember the other one's.

Q And what was the purpose of looking for Cristóbal at the cockfighting ring in Trujillo Alto?

A Well, if we found him, to kill him.

Q And what were you going to kill him with?

A Well, I had my 9-millimeter Taurus. He had a 9-millimeter...

Q Who is he?

A Yiye, Crespo, Crespo had...

Q The defendant?

A Yes.

Q What weapon did the defendant have?

A A 9-millimeter Smith and Wesson. And... and he also had the same weapon. A 9-millimeter...

Q A what?

A ...a 9-millimeter Smith and Wesson, and of the... and Cabito also had a



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

9-millimeter Smith and Wesson.

Q Do you recall where that cockfighting ring is located in the Trujillo Alto area?

A No, I don't know the name of...

Q You don't know the name of the cockfighting ring?

A No.

MR. FARINACCI:

That wasn't the question, Your Honor.

THE COURT:

Alright. The question is, that's right, the question is whether you know where it's located, can you place it there in Trujillo Alto.

A No, no...

PROSECUTOR:

Q Or how to get to the place?

A I know how to get there, but I can't tell you the streets because I'm not from there, well no...

Q Alright. But, taking some point of reference, how did you arrive at the location? If you are saying that you know how to get there.

A Well, if you go from... uh-huh. In the, if you come from Río Piedras...

Q Uh-huh.

A ...well...

Q Along which road, Regino? If you come from Río Piedras along which road?

A As if, the road toward Carolina, 65 de Infantería.

Q Okay. Go on.

A Well, at the crossing where Honda's located, on the corner on the right...

Q Uh-huh.

A ... from there, you go toward Trujillo Alto.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Q Yes.

A Well, before arriving at the Carraizo bridge on the right. That road is around there, at the end of that road there's a crossing...

Uh-huh.

A ... you make a right turn, you arrive at the cockfighting ring through there.

Q What other things are around the cockfighting ring?

A Well, before you go up to the cockfighting ring, there's a gas station on a corner.

Q Uh-huh.

A The entrance is through there and when you get to the cockfighting ring, in front it there's a gas station, and next to the cockfighting ring there are businesses and cars. A road that goes up right there, by the cockfighting ring, which is in front of the cockfighting ring and another that continues to the left.

Q Alright. Which form of transportation were you using?

A Well, that was a white Oldsmobile that was, that was owned by Crespo Morales.

Q And tell the ladies and gentlemen of the jury what it is that you did.

A Well there...

Q Once you got there with the weapons that you mentioned.

A ...that was at night. We waited there for a while to see whether, when the cockfight was over, well they'd come out, because there was a vehicle, a black Rodeo that was, that belonged to one of them, the back Rodeo.

Q Yes.

A Then, we were waiting there for approximately two and a half hours. Then, well, I said: "People are coming out," we were talking about the fact that people were already leaving and Miguel and I got off and got close to the fence to see who was going to get on the Rodeo. To see whether it was Cristóbal or Gilo, or Orlando Viera. But, when



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

we looked, it was none of them. It belonged to another person whom I'd never seen. And there, well we got in the car and we left. We drive around La Gloria...

Q Sorry to interrupt you, uh, the person who got on the vehicle, did they have nothing to do with the people you were looking for?

A No, they had nothing to do with them.

Q Okay. You've mentioned two people, one of whom you've identified as Gito, and another whom you've identified as Orlando Viera...

A Uh-huh.

Q ...what did those people have to do with Cristóbal's organization?

A They were Cristobal's partners.

Q Okay. What did you do, you and Miguel, once you noticed that the person who got on the vehicle had nothing to do with Cristóbal?

A We went back to the car and left for the La Gloria sector, which I had never gone to before. Then, well we drove around Orlando Viera's family home, around the mom's house to see whether we saw him and we didn't see him, and we left. Um, I, I got home, we left Miguel and Cabito at the other residential projects where we picked him up, and he took me to my house.

Q Who took you to your house?

A Crespo took me to my house.

Q And, at the time, where were you living?

A In Canteras.

Q Tell the ladies and gentlemen of the jury what you did after, I mean, how did you life continue after that event of visiting the cockfighting ring? What did you do, as part of the business that you had at street ...UNINTELLIGIBLE... final?

A Well, after, well when I got to Cantera, well after 2 or 3 days passed, I was looking at Cristóbal and Willie's movements, Wille Care and Chino and Tito Rayita



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

and Andrés, and I was… y'know? I said that, my wife told me: "I saw them going around there."

Q Who is your wife?

A Yesenia Figueroa. She told me that they were going around, to be careful. Then, well I talked to Ronald and he gave me a ride, we went to Crespo's house. We went to talk to him, and he agreed to pick me up or that Ronald would take me to go around Trujillo Alto. Another drive around.

THE COURT:

Hold on a moment, sir. Marshal. Go ahead.

PROSECUTOR:

Q Alright. Regino, tell the ladies and gentlemen of the jury whether you continued to work at the drug selling area you had at the street ...UNINTELLIGIBLE... final)...

A Yes.

Q …you continued to manage it?

A Yes, I continued to manage it.

Q How was the relationship between, between you and Cristóbal and the his triggermen at that time when you continued to work at the drug selling area that you had?

A Well, I'd see them and greet them. But, between Cristóbal and me there was never a greeting after. Then, well…

Q That was with Cristóbal?

A Between Cirstóbal and me, after we split off, there were no greetings and we wouldn't talk. But, with his triggermen and so on, well yes, we'd talk, and they'd greet me. Then, after that, there was a problem with someone who worked for me, and well I fixed the problem. But, two days later it turned out that he was wounded in front of my house and he nearly lost his

life. They wounded 3.

Q Who nearly lost his life?

A Um, Junito Cuajo's brother...

Q That was the one who nearly lost his life?

A No, he was grazed by a bullet from a...

Q Right, but, who was the person who worked for you who you say was apparently on the verge of losing his life?

A Someone who lived in Barrio Obrero, Orlando. He was shot with 3 bullets from an AK-47 on the chest. And another on a hand.

Q In relation to where you were living in Cantera, where did those events take place?

A At El Colmadito.

Q Right there where you lived?

A Yes. In front of my house. From inside a Cherokee truck.

Q What did you do, that was so bad that it happened...

A Right...

Q ...to one of the people who worked for you.

A When that happened, well they left and I was at the other house I had and I went back. When I went outside, well the same car that had shot them, well it was returning along the same street, they were lowering the window, and they took out a rifle. Well, I went and took my pistol out and started shooting at the car. They weren't able to shoot.

Q Okay. The weapon you were using, where did you obtain it?

A That one?

Q Yes, the one you were using.

A Well, that one, the one from that day or the one...?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.