Q The one you were using as such.

MR. FARINACCI:

No, but, excuse me. He wants to know exactly which weapon.

THE COURT:

Yes. The witness wants to be put in a position of know whether it was the weapon that he, the weapon that he just described he used or whether it's one he used...

PROSECUTOR:

Sorry.

THE COURT:

Go ahead.

PROSECUTOR:

Q You told the ladies and gentlemen of the jury about the incident at the cockfighting ring during which you had a 9-millimeter Taurus. That day, the weapon that you haven't yet described to us, how as it?

A A .45.

Q It was a different weapon?

A Yes.

Q Generally, which weapon did you have?

A Generally?

Q Yes.

A Two Taurus pistols.

Q Yes. With regard to those shots taken, what did you do afterward?

A Well, well my wife, Yesenia Figueroa took the one who was nearly dying to the hospital and went, when I had, about 5 minutes later, that was full of police and helicopters and I had to leave. I had to leave for Barrio Obrero while the Police and the helicopters left



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

and all that.

Q Tell the ladies and gentlemen of the jury whether you continued to live at that house there in Canteras.

A Yes, I continued living there for a month.

Q And why did you not continue living in that house, and only stayed for a month?

A Because for a month, well things were calm and then, one day before... a day before, well I went to Mayagüez.

Q Uh-huh.

A I went to stay for a week. Then, well the next they, about 12 went to the house, including the dead ones, went to my house and shot it up completely and wounded two who worked for me. They shot up my house at 7:00 in the morning, thinking I was there.

Q And despite that new incident, you continued to live there, in Canteras, in that house?

A No.

Q What did you do from there then?

A Then, well from there I went to live at Las Margaritas, at my sister's house and I calmly stayed there for a week. I hadn't gone out, not even to look for them or anything. So, I wanted to remain calm.

Q Uh-huh.

A Then, well from there during that period well they contacted me by phone and told me that if I...

Q Who are they, Regino?

A William, Andrés, Tito Rayita, and Chino.

Q Uh-huh.

A Junito Cuajo, they talked to me, that if they saw us on the street, in a car or



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

or walking and we were with family or with, or whoever I was with, that they wouldn't shoot us. So, if you were alone, it was alright. But, if you were with your wife or with your children, well nobody would shoot at you. Then, well I saw that it was alright. And one day, well I'm going around, I had a red Toyota car and I went to Constitución street which leads from Canteras to Margarita, which divides, and I went to my mom's house, which was also at the Las Margaritas housing project and they showed up and I'm with my wife and they started shooting and I had to get my wife down because almost all of the shots hit my wife's seat. Because they thought, as always, my wife was driving and I was by her side, well they thought I was in that area. And that's where all the bullets hit. They broke the glass in the back and the windshield was impacted from the front, but it didn't go through.

Q And from there, then you, in terms of residence, what did you do to deal with that situation?

A I went to my sister's house, parked the car at Las Margaritas, and left for my sister's house and called, with my friends and the ones whom I... I told them what happened and then, I went back to the car, I had to remove the glass in the back completely because it was broken and glue a piece of plastic on, and with that and all, I didn't go out to look for them or anything. Them, I didn't go look for them or anything. Then, I went to Barrio Obrero for a moment, and I arrived at my house at around 3:00 in the morning and, as soon as I lied down, they, Tito Rayita, Andrés, William, Willie, Junito Cuajo, they went into the Las Margaritas housing project and burned my car, they poured gasoline on it. Then, well they poured gasoline on it. You know? They were expecting me to come down to extinguish it, because they were still waiting at the building's stairs.

Q Uh-huh.

A If I went down to extinguish the car, well to pour water on it or something, well they would get me downstairs. Then, well I yelled from above that I was no idiot, that I wasn't coming down, that the car could burn down because it was material. Until the police arrived and I went down. They asked

me for the car's registration, the information, and I called the insurance company and they took the car.

Q And you called the insurance company?

A And they took the car.

Q And you called the insurance company?

MR. FARINACCI:

But he already said it, Your Honor. If the Prosecutor has any incomplete note, it should be applied...

THE COURT:

Alright. Resolved, resolved. Go ahead.

A Then, I asked the officers how, if there's an access gate and there are officers there, armed people were able to enter in a van and burn down my car. Then they said that no van had passed through there.

PROSECUTOR:

Q With all, all of that incident that you've narrated to the ladies and gentlemen of the jury, what did you do in terms of your residence?

A Regarding my residence?

Q Yes.

A Well, after they burned down the car, the next day, I went to live at, at Villa Prades, by Parcelas Falú, between Parcelas Falú.

Q Okay. That structure where you went to live, who lived there?

A Reynaldo lived there, Reynaldo Figueroa.

Q Regino, who is Reynaldo Figueroa?

A Reynaldo Figueroa, well he worked for me, just like his brother. Between me and his brother, we were more like partners than me being the boss or something like that.

Q Okay. Who did you go to live with at Reynaldo Figueroa's house?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A With Yesenia Figueroa, my wife.
Q Who? Uh, in addition to Reynaldo, who else lived there?
A Well his mom lived there, um, his cousin, sister, dad, and his wife's mom.
Q Could you tell the ladies and gentlemen of the jury what this residence was physically like?
A Well, the residence, well it was on the street that connects with, it's a, the street divided, it's an avenue. The street divided Parcelas Falú and I forgot the name of the other neighborhood.
Q Alright. And do you recall the name of the street you've pointed out?
A No, no.
Q So, that street crosses, what does it cross? From where to where does it cross? Regino.
A That street leads to Pepsi-Cola...
Q Uh-huh.
A ...and from there, to 65 de Infantería. And if you go out, to talk about the other end, you go out to the San José Lagoon...
Q Yes.
A ...you turn there, turn to the right and go out to Carolina, Country Club; and if you turn left, well you go out to the airport or Manuela Pérez or Trujillo Alto.
Q Alright. We asked you to describe what the house was physically like, Reynaldo Figueroa's house, to the ladies and gentlemen of the jury.
A Well, Reynaldo's house, well it was next to, y'know? Next to an alcoholic beverage business, it has two levels. A small level on the back; it has, the fence is not very large, it's in concrete with small fences and a large gate made up of bars. The garage has a white bar gate on the street, the house is like a light yellow, like a light yellow. And the balcony, which isn't very big, is entirely encased in white bars. It doesn't have concrete, more like a beam and the rest is bars.

Q Who owned said house?
A It was rented.
Q It was rented. Who was it rented from?
A Reynaldo's mom. The lady's name is Minerva.
Q Your Honor, let it be stated for the record that were are showing the Counsels from the Defense a piece of evidence we propose to identify.

THE COURT:

It is confirmed.

MR. FARINACCI:

We want to indicate that, with the purpose of speeding up the proceedings, there is no objection to it being accepted.

THE COURT:

Uh, it is ordered to be marked as an Exhibit of the People of Puerto Rico.

CLERK OF COURT:

People's Exhibit A to 30F.

PROSECUTOR:

Q Regino, I'm going to show you what has been marked as exhibit 30 of the Prosecution so that you may examine it and tell the ladies and gentlemen of the jury what that Exhibit shows.
A This is the street I was explaining, that I was passing by, I think that this is Campo Rico. Then, after this one, there's the entrance to the house from there, if you continue directly, you end up at the Ramos Antonini housing project.
Q Where can you place the house where you were living?
A Here.
Q Point it out to the ladies and gentlemen of the jury. I'm going to show you what has

been marked as Exhibit 30B, I'd like to ask whether you know what the Exhibit shows.

A Yes. Here is the street that leads to Rey's house and this is the house. This is the house.

Q You say, you told the ladies and gentlemen of the jury that said house has two levels, that it had a second level...

A Yes.

Q ...a small one.

A Uh-huh.

Q Where is that second level?

A Here in front, well you can't see it, but on the back, well that's where the second level is.

MR. FARINACCI:

Let me see the photo. Your Honor, let me see it for a moment.

PROSECUTOR:

We want...

THE COURT:

Go ahead, go ahead.

PROSECUTOR:

Q I'm going to show you what has been marked as Exhibit 30C of the Prosecution, indicate whether you recognize what this Exhibit shows.

A Well, once again that's the house. That is the garage and the balcony that's encased in bars.

Q Where is the second level that you've mentioned?

A Around here, by the road, there's an entrance to the second level around there.

Q Exhibit 30D of the Prosecution, so that you may tell the jury what the



pep

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

exhibit illustrates.

A Here in the photo we can see Rey's house, there's the garage, one of the concrete fences with bars, and this is the back side of the garage, and the second level is around here.

Q Exhibit 30E of the Prosecution, I'd like to ask you whether you recognize what the Exhibit illustrates.

A That is the back side of the house...

Q Uh-huh.

A ...almost at the end of the street.

Q What is that ...UNINTELLIGIBLE... what did it have?

A The second level, it's a small second level.

Q Alright. And Exhibit 30F of the Prosecution, so that you may tell the jury whether you recognize what the Exhibit illustrates.

A Well, that is the house, the back side, and this is the second level here. Around here is the entrance to the house, to the second level.

Q Your Honor, we request that the photo be passed around to the ladies and gentlemen of the jury.

THE COURT:

...UNINTELLIGIBLE... Exhibit.

PROSECUTOR:

We will then give it to the Counsel.

MR. FARINACCI:

No, we still have... we still have around 30 more.

PROSECUTOR:

Around 30 seconds.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**...OFF THE RECORD...**

MR. FARINACCI:

You have, you have a bit left.

THE COURT:

Alright. Anything else? We're going into recess, if...

PROSECUTOR:

Right, it's just that we're going to go into other subjects...

THE COURT:

Into other subjects?

PROSECUTOR:

...we believe that, due to the fact that the Counsel is about to finish the cassette, we believe that...

MR. FARINACCI:

Since this morning, let this be clear, that I've asked for permission to...

THE COURT:

Everything's alright.

MR. FARINACCI:

...of...UNINTELLIGIBLE...

THE COURT:

The court will recess and we're going to resume at 2:00 in the afternoon. Um, I would like to remind the jury that they may not talk amongst themselves about the facts in this case, nor with any other person. And should anyone attempt to do so, you must decline and immediately notify the Court. Alright. Have a good lunch, you may leave.

COURT MARSHAL:

All rise, please.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

THE COURT:
Do the Counsels have anything to propose?
MR. FARINACCI:
Nothing, Your Honor.
THE COURT:
The Court will recess until 2:00 in the afternoon.
COURT MARSHAL:
With it being 12:05 minutes, the Court will recess until 2:00 in the afternoon.

**...COURT RECESS...**

COURT MARSHAL:
The Court resumes it session in the Courtroom. Please be seated and remain in absolute silence in the Courtroom.
THE COURT:
A very good afternoon to everyone. I'd like to ask the Counsels whether they have anything to propose before we call the jury.
MR. FARINACCI:
One second. At this moment, no, Your Honor.
THE COURT:
Bring in the jury.
COURT MARSHAL:
All rise please.
THE COURT:
I'd like to ask the Counsels from the Defense and the Prosecution whether they agree that the jury is the same and that it is complete.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.