CERTIFIED TRANSLATION

MR. FARINACCI:

That's right.

PROSECUTOR:

That's right, Your Honor.

THE COURT:

Aright. We're going to continue with the direct examination of the witness. Go ahead, Prosecutor.

BY THE PROSECUTOR:

Q Yes. Good afternoon, once again, to each and every member of the jury. With Your Honor's permission, Regino, we left off on the... upon finishing in the morning, when you were describing the contents of the Exhibits that represented the house of Reynaldo Figueroa. Do you recall the event?

A Yes.

MR. FARINACCI:

...UNINTELLIGIBLE...please. Okay.

BY THE PROSECUTOR:

Q Tell the ladies and gentlemen of the jury whether you can specify, more or less, at around what date in the year 1994, when you moved to live at Rey Figueroa's house, more or less which month was it?

A Which month was it?

A Yes.

Q Or if I can help you, with relation to...

MR. FARINACCI:

But, Your Honor, he's thinking, he's making an attempt. What happens is that he hasn't answered.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

THE COURT:

Alright. Let's see whether with your memory, whether you can recall, otherwise, the Counsel may continue.

A Around July.

THE COURT:

Alright. Go ahead.

PROSECUTOR:

Q Around the first few days of July, where were you living, Regino?

A On the first...?

Q On the first days of the month of July 1994...

A Well, I was in Parcelas Falú, Villa Prades.

THE COURT:

Witness, if you can ...UNINTELLIGIBLE... starting, in order to make sure that...

A Villa Prades.

BY THE PROSECUTOR:

Q Excuse me, Regino. At whose house?

A Rey's.

Q And in relation to, to the agreement that there was to locate both Cristóbal and the five triggermen, what happened during those first days of July that stood out to you that you can tell the Court about?

A That stood out to me? Well, I was in the thing regarding Cantera...

Q Uh-huh.

A ...we wouldn't meet. If they came down, well they came down very late. Then, well one day I was at Crespo's house and we were talking about...



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Q At Crespo's house, which house were you in?
A In, the one he has in Río Grande.
Q The property that you had previously identified to the ladies and gentlemen of the jury?
A Yes.
Q Alright. Okay. You were there are the defendant's house, and what happened, Regino?
A And we were talking about the dead and Cristóbal...
Q Uh-huh.
A ...and Crespo told me that, that they were passing by Piñones and Loiza and, and I told me that I'd go and see, that I'd go and check to see. Around Piñones and Loiza.
Q Any particular area of that sector?
A Any area...?
Q Yes, any particular area of that sector that would've been pointed out?
A Yes, they were passing by the business "El Tilamar" in Piñones. So, in that business. Then, well I decided to go to Piñones.
Q Okay. That area of, which was located at the business [ILLEGIBLE] in Piñones, tell the ladies and gentlemen of the jury whether you knew that sector.
A Yes.
Q You knew it?
A Yes.
Q Why did you know it, Regino?
A Because I had previously spent time there with Cristóbal and had gone to that business 2 or 3 times.
Q Alright. Tell the ladies and gentlemen of the jury which property, if any, Cristóbal had in that area.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

A Well, he had a plot of land, he has a plot of land there and a small wooden house he bought while I was working with him.

Q How do you know that small wooden house that was in the area?

A I stayed for a week when... there, in that house.

Q Could you identify for the ladies and gentlemen of the jury how that house is, in terms of its exterior.

A Well, it's a completely wooden house. It has no stairs, there's a ramp because it belonged to a paralyzed person. On the right-hand side it has some stairs and a door and the one in the front. The windows are in aluminum and it has a zinc roof.

Q In terms of the house's dimensions, of its size, how would you catalogue the house in terms of size?

A Yes...

Q Whether it's a large or small house.

A No, small.

Q What is that little house's interior like, Regino?

A Well, it has a small living room. A small bedroom as well. The living room and the kitchen are connected, and the bathroom. I mean, the house isn't very big, it's small.

Q Alright. If Your Honor would allow us, we would like for the witness, if there is, obviously if available, for him to go to the chalkboard and illustrate for us, more or less, a drawing of what the physical makeup of the house is like.

THE COURT:

Yes, let's make sure that there is chalk and an eraser. Chalk. Alright. Well, go ahead, witness. Go over to the chalkboard.

BY THE PROSECUTOR:

Q Regino, I'm going to ask that you make a drawing on the chalkboard for the purpose



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

of illustrating the interior of the house in Piñones. Of the facilities inside the house. If you could, make it fairly large so that the ladies and gentlemen of the jury can see your drawing well.

Alright. Could you now explain to the ladies and gentlemen of the jury what this drawing that you've created consists of? Looking at the ladies and gentlemen of the jury, explaining to them what you've drawn.

A Well, this is one of the doors on the right-hand side...

Q What does this door exit to, Regino? That area.

A Some, some wooden stairs.

Q The size of the stairs, what is it?

A Like the entrance to the door.

MR. FARINACCI:

Your Honor, the Prosecutor told him, and you'll excuse me, to look at the ladies and gentlemen of the jury and the witness is looking elsewhere.

THE COURT:

Alright. Well...

MR. FARINACCI:

Yes, but...

THE COURT:

...UNINTELLIGIBLE...He's precisely leaving room so that it can be seen, what the Prosecutor is asking is that, when you talk after a question, that you talk to the jury. Now you have chalk and an eraser at your disposal.

BY THE PROSECUTOR:

Q Alright. Regino, we'd like to ask about the size of those stairs in that area you were describing to the ladies and gentlemen of the jury.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A Well, it's more or less, the same size as the door, I can't say exactly, the same size as the door.

Q But, is it a large set of stairs, medium, small?

A Medium, medium. Then, well...

Q The ramp that you told the ladies and gentlemen of the jury that the house had, where did you place it in your drawing?

A Here.

Q That's the ramp.

A Yes, the ramp. It doesn't have steps, it's made up of boards. Because the owner, the previous owner used a wheelchair. Then, well this is the door, to the entrance under the ramp and this is the living room, which is together with the kitchen, which is this here. This is the bedroom...

Q Regino, could you place, the, the, like a "C" or write kitchen on the area where you placed the kitchen? Alright.

A Then, well this is the kitchen, this is the bedroom, and this is the entrance to the bedroom. This is the bathroom and this is the entrance to the bathroom.

Q Well, could you place the letter "B" or write down bathroom in the area you pointed out the bathroom is? That bathroom, Regino, what is its size like?

A Well, I mean, it's not very comfortable, it's uncomfortable. The bathroom floor is, it has like a layer of concrete, but the rest is wood.

Q And the size of the bedroom, the only bedroom the house has, how is it?

A Also small. I mean, not much fits there. Not much will fit.

Q Alright. Thank you very much, Regino, you may return to your seat. Alright. you told the ladies and gentlemen of the jury that you visited the defendant's residence, that he provided you with that information there, and what did you do with regard to the information that he gave you about those people who were there around the "El Talimar" business?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A Well, I went over there the next day, to Piñones. At around two in the afternoon. I went to go around and see whether I saw them, to see whether they were in that sector.

Q Alright. How, with whom did you going around there in the sector of the house in Piñones?

A Well, I went with Ronald. It was me, Ronald, and a friend of ours they call Cuco. We went in a truck we were using.

Q Yes. Explain to the ladies and gentlemen of the jury how you agreed with those four people to carry out those tasks there.

A Well, when we went to check the house...

Q Regino, the question is...

A Uh-huh...

Q ...for you to explain to the jury how you agreed with those people for the day you're talking about going to that sector. Did you do so before visiting the sector with those 4 , with those 3 people?

A Well, we met at my house, in Parcelas Falú, Villa Prades, and Ronald was at his house and he arrived. And I told him: "Let's go around Piñones."

Q Where did Ronald Cotto live that the time, if you know, Regino?

A Well, Ronald was staying at his brother's house, in Cidra, and at his wife's house, in Carolina, but I don't know the sector where he was staying.

Q Alright. How was that? Do you recall, more or less, which day it was that those tasks were carried out?

A Those tasks?

Q In relation to July 4, 1994.

A Yes, on the third. The third.

Q On the third.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A Around the third, well, that same day we were at my house and told them: “Let’s go to Piñones.” They asked me for what and I said: “To see if we can see them.” To see whether they were around there. Then, well we agreed, we got on the truck...

Q Regino, the vehicle you got on, who did it belong to?

A To a friend of Ronald’s.

Q Describe of whom. Describe what that vehicle was like to the ladies and gentlemen of the jury, what type of vehicle was it?

A Well, it was a white truck, Toyota, double cabin and a half, 4X4.

Q And you told us that the truck belonged to whom?

A A friend of Ronald’s. Ronald had his truck, and he had Ronald’s car.

MR. FARINACCI:

Your Honor, just so there’s no confusion. Is he now talking about 2 trucks. I mean, the question is whether, on that day, to go to the location...

PROSECUTOR:

He’s not talking about 2 trucks, Your Honor.

MR. FARINACCI:

Right.

PROSECUTOR:

He’s talking about 2 vehicles, he pointed out the form ...UNINTELLIGIBLE...

THE COURT:

...UNINTELLIGIBLE... He has referred to 2 vehicles, not to 2 trucks. A truck and a vehicle that were exchanged.

PROSECUTOR:

Uh-huh.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

THE COURT:

About that, if you'd like to clarify something further, about that situation of the truck and the vehicle.

A Well, from there well we got on the truck and we went to Piñones. When...

BY THE PROSECUTOR:

Q Regino, sorry to interrupt you, how did you get on the truck? I mean, explain to the ladies and gentlemen of the jury the location of each of the people inside the truck.

A Well, Ronald was driving, I was on the passenger side, uh, Rey was behind me, and Cuco was behind Ronald.

Q You said, ...UNINTELLIGIBLE...of that person you identify as Cuco, where did you know him from?

A Through Rey's family. I met him in Playita.

Q Alright. Do you recall, more or less, at what approximate time you went out to the Piñones sector?

A At around 2:00 in the afternoon.

Q Tell the ladies and gentlemen of the jury what the route you followed to arrive at the Piñones area was.

A Well, we crossed the Teodoro Moscoco Bridge, uh, and there well, along the route toward Piñones, like that along the entire coast with the airport, until we got to the intermittent that's further beyond the Piñones police station, the entrance to the wooden house is there where they passed...

Q You said, when you say to the ladies and gentlemen of the jury: "The intermittent," what are you referring to?

A To a, a stoplight, to stop cars. Intermittent...

Q Okay.

A …I mean, that it doesn't have either a red or green light. It was just flashing. Because it's close to a school too.

Q Alright, after you passed that area with the intermittent light, where did you go?

A The intermittent light is at the corner with the entrance, with the entrance to the wooden house.

Q Where is the "El Tilamar" business located, in relation to where the little house in Piñones is?

A On that same corner. Across the street from that same entrance.

Q Narrate to the ladies and gentlemen of the jury what you did once you arrived at that sector.

A Well, we went in through the street and close to the wooden house there's a baseball part and we were looking to see whether there was someone in the house. And it sounded as though women were laughing and there was a red gasoline container outside and trash and fridges; and a fridge could be seen, from the window, we could see a fridge toward the corner inside the house. And I told them, I told them: "There's people. It must be them, or they moved again, but there must be someone." Then, well we arrived at the end of the street and turned around.

Q What's at the end of that street?

A There's a Natural Resources park and part of a lagoon there. Then, at that same part it was that we turned around. And we passed again and looked and left.

Q Where did you go?

A To [ILLEGIBLE] house in Villa Prades.

Q Your Honor, may we approach the Clerk?

THE COURT:

Yes, sir.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.