PROSECUTOR:

Regino, I'm going to show you the Exhibit marked as Exhibit C of the Prosecution so that you may examine it and tell the ladies and gentlemen of the jury whether you recognize the contents of that Exhibit.

A Yes.

Q Yes? Tell the ladies and gentlemen of the jury what you recognize from this Exhibit.

A The house.

Q Show it to the ladies and gentlemen of the jury, which is the ramp area that you mention...?

A This one.

Q There's a vehicle in front there, don't you see it?

A Yes.

Q That vehicle, do you know who it belonged to?

A Yes.

Q To whom?

A To Willie Care.

Q How did you know that vehicle belonged to Willie Care?

A Because I had previously seen it in Canteras.

Q I'm going to show you what has been marked as Exhibit 4 of the Prosecution so that you may examine it and tell the ladies and gentlemen of the jury whether you recognize that that Exhibit illustrates.

A Yes.

Q Which area of the wooden house in Piñones does that Exhibit illustrate?

A Which area?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Q Which area, yes, the area...
A The right side, the stairs toward the door that I mentioned just now.
Q Those are the medium entry stairs that you just indicated.
A Yes.
Q You may give the Exhibit to the Clerk. Alright. Tell the ladies and gentlemen of the jury, once you return to Reynaldo Cruz's house, what did you decide to do?
A Well, when we arrived at Rey's house, well we began looking for the handguns we had stored and we took them out, but we were missing bullets and I told him we had to get bullets. We were missing 9-millimeter and .45 rounds. Then, well we started, we took out the things and I told Ronald that we'd go to the house at night, to see whether they were really there.
Q Regino, could you tell the ladies and gentlemen of the jury, who then went in the hours of the night, to go out over there, to the sector of the little house in Piñones? Who went?
A When we were there, well I was there and Rey was there. Then we were waiting for Ronald to arrive, who had gone to get Miguel and wouldn't arrive. And, at the last moment, when we were going to leave, they arrived. Well, we went in...
Q That person who you identify as Miguel, do you recall their full name?
A No, no, I don't recall the full name.
Q Could you identify that person, what is Miguel physically like?
A Well, Miguel is about my size...
Q Yes.
A ...has dark skin. Has an afro, cut short, has a goatee, and the way he was at the time, he was fairly fat. Overweight.

Q Could you explain to us the reason why Ronald went to get Miguel?

A Yes. Ronald went to get him because, prior to those days, well, Crespo told me that, if anyone, we should get him. But I didn't know where he lived, but since Ronald knew where he lived because he had taken him there before, well he went to get him.

Q Could you identify what relationship exists between Miguel and the defendant?

A Well, when I met Yiye, well he was always with him and would often spend time with him. And he was the one who introduced me to him. Y'know? Miguel; worked for him.

Q And why did you have to wait for Miguel?

A Because Ronald went to get him and so he told me to wait for him but I told Rey they weren't coming, that we should leave because I didn't want to stay later around there. Then, when we headed out, as we were getting on the car, that's when they arrived.

Q Listen, I've shown the Counsels of the Defense a photo of a person, The Counsels have pointed out that they have no objections to it being admitted as evidence.

THE COURT:

Any objection?

MR. FARINACCI:

None.

PROSECUTOR:

No, none.

THE COURT:

Alright. Okay. Very well, mark it as an Exhibit.

CLERK OF COURT;

...UNINTELLIGIBLE... 31, Your Honor.

BY THE PROSECUTOR:

Q Regino, looking at Exhibit 31 of the Prosecution, I'd like to ask whether you



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Recognize the person shown on that photo.

A Yes, this is the person.

Q Who is he?

A This is Miguel.

Q Alright. Your Honor, we request that this photo be passed around to the ladies and gentlemen of the jury.

THE COURT:

No objection?

MR. FARINACCI:

None.

THE COURT:

Alright ...UNINTELLIGIBLE...

BY THE PROSECUTOR:

Q What did Ronald and he do as soon as they arrived at the house where you were living, which was Reynaldo Figueroa's house?

A Well, when they arrived, well they got off the truck, well I got off the car and we went into the house and I told Miguel where we were going. I explained it to him. And they were checking the handguns they had and how many rounds they had and so on, well once everything was checked, well we went to the truck and got on, and from there we went to Piñones.

Q Could you tell the ladies and gentlemen of the jury where you got the weapons that you had?

A Well, I purchased mine. Rey's had been...

Q Yours, your weapon in particular, could you describe specifically what your weapon was like to the ladies and gentlemen of the jury?

A I had a 9-millimeter Taurus with a wooden grip, right? Uh, Rey.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

had...

Q Sorry to interrupt you, Regino. The serial number for the weapon that you had, what was it?

A It was destroyed.

Q Okay.

A Then, well Rey had a .45 Colt.

Q Yes.

A Miguel had a 9-millimeter Smith & Wesson and Ronald had a black .45 Glock. And Rey's .45 was black as well.

MR. FARINACCI:

He hasn't mentioned the color of Miguel's weapon.

A It was gray and chromed.

THE COURT:

Always await instructions. Because remember that you're being examined by the Prosecutor. When a Counsel who isn't examining you at the moment intervenes, you wait for instructions.

BY THE PROSECUTOR:

Q And, Regino, you told the ladies and gentlemen of the jury that the weapon you had, that you purchased that 9-millimeter Taurus .

A Yes.

Q The one Rey had, do you know where that weapon came from?

A Cepillín gave it to him.

Q The one Miguel had?

A That, the 9-millimeter Smith & Wesson, which was gray and chromed, it was Crespo's.

Q And Ronald's?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A I don't know where he got it. It was a black .45 Glock.

Q With regard to the rounds you, you had for those weapons, where did you get them from?

Well, since we were missing rounds, well I had asked Crespo for them and he said that it was alright and his son was the one who gave them to me. I went to a house in Country Club and it was there they gave me the rounds, the son gave them to me.

Q With regard to the argument we're discussing about the night of July 3, when is it that said event took place? Or when did you ask the defendant for those rounds?

A The day before, the day before the date came.

Q What was the name of the defendant's son, the one who gave you the rounds?

A Papito.

Q Alright. And you told the ladies and gentlemen of the jury that, when you arrived at Piñones in the afternoon, and went into Rey's house, you carried out some tasks related to the weapons, what tasks did you carry out related to the weapons, there at Rey's house?

A Well, we had them stored underneath the business next to it, under the house or the business; which was around 3 feet from the house. That close to the house.

Q Uh-huh.

A And we took out a, we dug a hole and took them out of where we had stored them. Along with other rounds we had.

Q Okay. The hole where the weapons were, what were they under? The business or the house, which structure, which of the 2 structures?

A The business.

Q The business?

A Yes.

Q When did you carry out that particular task, if you could specify for us?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

A When it got dark. When, when afternoon got dark, we started taking them out when it got dark.

Q And how did you distribute the weapons?

A Well, each one took a quantity of 20 rounds or different, different quantities of .45 and 9mm rounds.

Q Your Honor, may we approach the Clerk?

THE COURT:

Yes, sir.

BY THE PROSECUTOR:

Q Regino, using Exhibit number 30B of the Prosecution, indicate to the ladies and gentlemen of the jury whether you can point out for me on this Exhibit where you say you had the weapons hidden under the business that was immediately next to the house of Reynaldo Figueroa?

A Around this very corner...

Q Could you, we will ask Your Honor for permission for the witness to approach the ladies and gentlemen of the jury and indicate the specific location.

THE COURT:

Alright. Indicate the specific location in front of the ladies and gentlemen of the jury.

PROSECUTOR:

Begin with the side, with that area, and then come toward this side over here. Did you see in the back? Thank you very much, Regino, you may be seated again.

THE COURT:

...UNINTELLIGIBLE...

BY THE PROSECUTOR:

Q Alright. If you could return it to the Clerk. Regino, which vehicle did you use on this

second occasion in which you were going to the little house's area in Piñones?

A Well, a 4X4 Toyota, double and a half cabin, white.

Q That vehicle, how is it related to the vehicle used in the afternoon to go to the sector of the little house in Piñones and to confirm the information that you had received?

A It's the same one.

Q It was the same vehicle?

A Yes, it's the same vehicle.

Q On that occasion, how were you seated within the vehicle?

A Well, I was... Ronald was driving, um, Rey was behind Ronald; Miguel was on the passenger's seat, and I was behind Miguel.

Q How were you dressed when you went out to Piñones on that occasion?

A Well, each one had, well I had black clothing with a long sleeve shirt.

Q Uh-huh.

A ...then, well the rest were dressed normally. With short sleeve shirts, long pants, and sneakers.

Q Regino, approximately around, approximately, at what time did you leave Rey's house to go to the sector of the little house in Piñones?

A At around, at around 11:00 at night.

Q Which route did you take on that occasion, at that time, to arrive at the house's area?

A The same one, the Teodoro Bridge, toward there, toward Piñones.

Q Could you tell the ladies and gentlemen what the traffic was like on the way to Piñones on that night of July 3 when you were travelling through there?

A There was a lot of traffic. There were a lot of cars, there was... there was a very large traffic jam, due to the businesses that were open, and there was a lot, a lot of music.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Q And, in terms of the people around the business area, how was it...? In the area of the businesses in Piñones, how was it in terms of people?

A Y'know, when we continued to the entrance up to the area of Piñones to begin...

Q Uh-huh.

A ...well, there were businesses that had reggae music and merengue and there were people walking, a lot of people walking on the street who wouldn't let cars pass. Then, well when we got to around Los Migueles, well there were even more people there and it was difficult to pass. Until we were able to pass.

Q What did you do once you passed that area with the traffic jam? Were you also able to get past the people blocking traffic and arrive at the area?

A Because, when we passed where the people were there in the traffic jam, well we went to, to where we were going, which was over there deeper into Piñones. We went to the intermittent light. Once we got past all the people, well there wasn't much traffic and we were able to get there. And when we arrived, well we entered through the street that leads toward the Natural Resources park, which is right where the house is.

Q Where did you stop? Physically stopped the 4X4 truck with a cabin...

A When, when we passed by the house, I saw the vehicle, the black one, it's a black Datsun 210, and I told t hem: "That's their car." Then, well we went to the end of the street, to the Natural Resources park and we stopped there. We turned around stopped there, with the truck facing the exit street. There we got off and we talked about what the house was like and how we'd go in and how we had to check how many people there were.

Q Alright. In those first conversations regarding how to enter the house, what was going to be done? There, when you initially talked, what were you going to, what were you planning?

A We were planning how to enter the house to kill the people who were there and



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

whether they were there, then well, well how we'd split up...

Q That is what I want you to explain to the ladies and gentlemen of the jury, at that moment, when you arrived, what you were talking about in terms of how you were going to do things.

A Uh-huh. Yes, how... how we were going to enter and who we'd kill, and whom...

THE COURT:

Yes, witness. But what he's precisely asking is for you to specify, what is it that you were going to...?

PROSECUTOR:

What is it that you were going to do...?

THE COURT:

Excuse me, whether that guy, or the other guy, etcetera. As much as you specifically recall.

A Uh-huh. Um, the people we were going to kill. The names of the people we were going to kill, whether they were in the house.

THE COURT:

Yes, but what the Prosecutor wants is, if you recall, for example, this guy is in charge of that guy. I mean, share that detail if you recall. I mean, say it if you recall.

A No, we didn't go over the detail of who would be chosen, no. We go in, if they're there, well we kill them.

BY THE PROSECUTOR:

Q That's what you initially talked about when you arrived at the sector there?

A Yes. And how many doors it had, um, whether it had a bathroom, how many bedrooms it had, how many entrances...

Q Alright. But, what you're saying is that you were all going into the house.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.