CERTIFIED TRANSLATION

THE COURT:

Go ahead.

BY THE PROSECUTOR:

Q Yes, I was asking you, Regino, whether what you've told the ladies and gentlemen of the jury is that what you preliminarily discussed is that you'd all enter the house initially.

A Yes, while we were talking there, what we agreed is that we'd all go in.

Q Okay. Alright. What did you do then? After preliminarily discussing that aspect, what did the 4 of you proceed to do?

A Well, once we finished talking, well we got on the truck in the same positions we arrived in and we went up to... I mean, we went forward and went up to the front of the house. Further ahead there was a pigeon pea plant and some trees and we put the truck there. We parked the truck under, in that, behind those plants. Further ahead from the entrance to the house. Well, upon arriving there, we all got off and we went toward the house, to the side with the stairs on the right-hand side.

Q What did you do in that sector, Regino, in the area of the stairs on the right-hand side?

A When we arrived at that sector, well of the stairs on the right-hand side, well since the door has, it has a separation on the floor, well I was looking through the slit, from under the door to see how many people there were and whether there were weapons or not and I noticed there were 3 men and 3 women. Then...

Q Regino, of the 4 of you, how many people looked through that space that he door on the other side of the house had?

A Well, when I was done looking, well the looked to see who was there and how many there were and well, we stayed there talking...

Q Alright. In your observation, you saw how many men in the house?

A Yes, 3 men and 3 women.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Q The men who you saw inside the house, were you able to recognize them?

A Yes.

Q Who were they, Regino?

A They were Chino, Junito Cuajo, and William Cure, Willie Care.

Q Those 3 people who you've mentioned to the ladies and gentlemen of the jury, how are they connected to the deaths of the defendant's two brothers that took place on March 30, 1994?

A Well, they were the ones who had... between them, in addition to Tito Rayita and Andrés...

MR. FARINACCI:

I object. It hasn't been established that he personally knows that.

PROSECUTOR:

He already testified on that aspect, Your Honor.

THE COURT:

...UNINTELLIGIBLE...

MR. FARINACCI:

But, Your Honor, that isn't....

THE COURT:

Present your objection.

MR. FARINACCI:

My objection was that he's saying that those people were the ones who killed Mr. Crespo's brothers, but he has to testify that if he has personal knowledge of it. If he saw when those people killed his brothers.

THE COURT:

Alright. Go ahead, Prosecutor.

CERTIFIED TRANSLATION

PROSECUTOR:

No, Your Honor, the Counsel is mistaken. Your Honor, you know that here we shared evidence that, during, after, 2 or 3 days after the deaths of the defendant's brothers, this gentleman met with the defendant and several other people and there they discussed who were the people who killed his brothers and he mentioned it.

THE COURT:

Yes...

PROSECUTOR:

...that is what he's saying right now.

THE COURT:

Alright. With regard to the question he is being asked, he obviously doesn't have direct knowledge, it's therefore not approved, if it's to prove something, whether those people participated as such, obviously that would be hearsay evidence. What the Court does have to state is that, originated from, that information originated from a prior conversation in which he received that information. It continues to be hearsay, that's to say, it was never direct evidence. What, I mean, if the Prosecutor wishes to prove that he received that information, it's allowed. If it's to prove that they participated in the deaths, as a fact from the witness, well obviously it's evidence, uh, that's not admissible. Go ahead.

PROSECUTOR:

Your Honor, the information that he received, Your Honor, that's on the record.

MR. FARINACCI:

That's why it's admitted as hearsay evidence.

THE COURT:

The Court's explanation has been clear. If what the Prosecutor, the Court believes that what the Prosecutor intends is to prove that he received that information. In that sense, the question is

CERTIFIED TRANSLATION

allowed. Go ahead.

BY THE PROSECUTOR:

Q Regino, taking into consideration the conversation that you had with the defendant and the other people there at the Lucio's Restaurant business, how were the people who you saw there, those 3 men, connected to the deaths of the defendant's deaths?

A They're the ones who killed Crespo's brothers along with other people.

THE COURT:

Alright. The jury is to understand that said statement is not evidence that those people effectively participated as a matter of fact. To you, that statement is evidence that he received that information from the defendant at the restaurant in the previous statement. Go ahead, Prosecutor.

PROSECUTOR:

Alright. May we approach the Clerk.

THE COURT:

Yes, sir.

PROSECUTOR:

Your Honor, we're going to request permission to have the witness approach the ladies and gentlemen of the jury in order to ask a question related to...

THE COURT:

Alright. Go ahead, witness, approach the jury.

BY THE PROSECUTOR:

Q Regino, I'm going to show you what has been marked as Exhibit number 4 of the Prosecution so that, using it there, you can tell the ladies and gentlemen of the jury whether you can explain to them where the area of the exit door was where you saw, and those other people accompanying you, well were able to look into the house and make the



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

observations.

A Here the door has a slit...

Q To the...

A ...UNINTELLIGIBLE...

Q We're going to pass it around eventually, so that you can... You may be seated once again, Regino. Your Honor, let it be stated for the record that we are going to give Exhibit 4 to the ladies and gentlemen of the jury so that they may examine it.

THE COURT:

Very well. It is so ordered. You may stop the recorder, if you'd like.

**...OFF THE RECORD...**

BY THE PROSECUTOR:

Q Regino, could you tell the ladies and gentlemen of the jury whether you saw that any of the people who were inside of the house were in possession of a firearm?

A No, I didn't see any firearms.

Q How much time did you spend observing? You and the 3 other people who were accompanying you.

A About half an hour.

Q At the end of that half hour, what did you do, Regino?

A We were planning how we'd get in. How we'd enter the house.

Q I want you to tell the ladies and gentlemen of the jury, in detail, how you planned it. That is, what each one would do at that time.

A Well, while we were planning how to enter the house right there, well since the door was on the right-hand side, well I told Ronald to stay right there, in case anyone came out. And since they knew me, well I told Rey to put on a shirt that was right there and I put another one



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

over my face. After that, well we were thinking about how we'd enter, whether the door was locked or not. I told Miguel, who was the heaviest, to kick the door in and I'd go in behind him. And that's what we decided on.

Q And what was Rey going to do? What was Rey going to do?

A Rey would go in behind me.

Q Alright. You say that you used some shirts.

A Yes, some shirts ...UNINTELLIGIBLE...

Q For what?

A To cover our faces, Rey and me.

Q How did you cover them? Which parts of your face, of your face...

A Uh-huh.

Q ...did you leave visible to others while using that shirt?

A From here like this.

Q That...

A ...this is what you could see.

Q Alright. Where did you and Rey get those shirts?

A From the clothesline that was right there. There was a clothesline...

Q Your Honor, as illustrative evidence, we will ask the witness, we have a shirt for the purpose of having him illustrate for the jury the way and manner in which both he and Reynaldo Figueroa put on...

MR. FARINACCI:

We object, because that isn't...

THE COURT:

It's illustrative evidence.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

THE COURT:

Alright. The court will explain it to the jury. It's not a matter of the Prosecutor wanting, insinuating that it was that shirt, but rather that shirt will be used by the witness to demonstrate, if that had been the evidence, how he was wearing it. Go ahead.

PROSECUTOR:

Alright, Your Honor, we would like for you to state for the record the, in relation to what the witness did and what is visible at the time using that shirt as to illustrate.

THE COURT:

Of course. The Court has observed that the witness has taken a shirt and put it over his head in such a way that only the area around his eyes and part of the nose and a part of his forehead are visible, tying it on the back of the head. Every other part of his head is covered by the shirt. Go ahead, Counsel.

BY THE PROSECUTOR:

Q Regino, narrate to the ladies and gentlemen of the jury what you and the 3 people accompanying you proceeded to do once both you and Reynaldo put those shirts on in the way that you've illustrated for the ladies and gentlemen of the jury.

A Well, once I left Ronald at the door on the right-hand side, well we decided to go into the house. Miguel was in front of me and Rey was behind me. Then, we started to go up the ramp, and we got to the door, Miguel knocked touched the door to see whether it was locked, it was locked and I said: "We have to kick it," that he should kick it hard and there he decided to kick it. And the door opened. Upon the door opening, well in front of us we found two people, the light was off in the house.

Q Regino, tell the ladies and gentlemen of the jury whether you said anything upon entering directly into the house.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A Yes.

Q Yes? What did you say?

A Miguel said: "Police."

Q Who kicked the door?

A Miguel.

Q When Miguel kicked the door, where were you in relation to Miguel?

A Behind Miguel.

Q And where was Reynaldo Figueroa in relation to you?

A Behind me.

Q And, at that moment, where was Ronald Cotto?

A By the door on the right-hand side waiting in case anyone came out through there.

Q Okay. The kick to the door, Miguel goes in, tell the ladies and gentlemen of the jury what you saw.

A Well, when the door opened, when it was kicked, well in front I saw that there was... I saw William Cure, uh,...

Q What is Mr. Cure's nickname?

A William Cure's? Uh, Willie Care. Then, well on the left-hand side I saw Chino who was next to the television, as soon as the door opened, shots began to ring out, but I was able to see that. Then, well...

Q And what did you do? You had your 9-millimeter Taurus, immediately after you entered the house.

A Well, when I entered the house, well when I was going to shoot, the magazine was sticking out a bit and I got frustrated and I went outside to push the magazine in and Rey and Miguel were left in the house and I what I could hear was shooting. And when they finished shooting and I went to go into



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

the house, they said: “Let’s go,” but I said: “There’s someone alive here,” and I went in. When I went in, I saw Chino next to the television, he was lying there, I walked toward the bedroom, there was one on the floor, which was Junito Cuajo, and when I turned the light on, well I saw Teresa on the right-hand side on the floor and behind the door was William, alive. At that moment, William threw himself at me, he grabbed my hands where I was holding the handgun and we struggled, he gripped by shirt and I was able to get loose from him, and was able to shoot him.

Q Regino, sorry to interrupt you. When you originally entered the house with Miguel, who received the first shots?

A The first shots were received by the one who was in front, uh, Chino received the first shots, Junito Cuajo was the second one who was shot. At that moment, well…

Q Regino, sorry to interrupt you. I’d like to ask whether, at that time, you knew a young lady named Teresa.

A Teresa? Yes.

Q Where did you know Teresa from?

A From Canteras.

Q I’d like to ask whether the people you’ve identified, the 3 ladies you identified while observing from the path to the door, which you testified to the ladies and gentlemen of the jury, whether you identified Teresa as one of the people who were there inside of the house.

A Yes, Teresa.

Q Tell the ladies and gentlemen of the jury whether she was shit by any bullets.

A Yes.

Q Tell the jury how that happened.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A Well, when we went into the house, Miguel started shooting, she was in a corner because we weren't going to shoot at her, but Chino...

Q Why? You said, why were you not going to shoot at her?

A Because we weren't interested in the women, we were interested in the rest of them. William and Chino and Junito Cuajo.

Q When you left there, from Reynaldo Figueroa's, had you made plans to murder any women?

A No, no.

Q Okay. Tell us how Teresa was shot.

A Well, when we entered the house, when Miguel started shooting, Chino was, he was shot first, I don't know, around this area and he grabbed her by the arm and that's where she was shot and stood up and fell ended up in the other room. And, they kept shooting at Chino.

A And, after that, well when they were done, well I, when he was done with Chino, I continued into the bedroom and I saw that Junito Cuajo was on the floor, and Teresa is lying on the floor, and when I turn the light on, that's when Junito Cuajo, I mean, Willie Care comes out. And he throws himself at me.

Q And what did you do when Willie Care threw himself on top of you?

A Well, he grabbed my wrist to try to take my handgun and he grabbed my shirt. Then, I was able to break free from him and I shot him several times from here up.

MR. FARINACCI:

From where? I, I didn't see.

PROSECUTOR:

Around the waist area and up.

THE COURT:

From the chest to his face.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.