CERTIFIED TRANSLATION

BY THE PROSECUTOR:

Q Regino, could you tell the ladies and gentlemen of the jury specifically who you shot at there?

A At **<u>Junito Cuajo and Willie Care.</u>**

Q Did you shoot at Chino?

A No.

Q What did you do immediately after you had your encounter with Willie Care and shot him? What did you do immediately after that?

A After I shot him?

Q Yes.

A Well, he falls down, when he hits the floor, well, he was alive, and I shot on both sides, at Junito Cuajo and Willie Care. Afterward, when I left the bedroom, well the door well, I closed the dor but I knew that there were women there: “Lets go” and we left.

Q Tell the ladies and gentlemen of the jury whether you said anything during that process of knocking on the house’s bathroom door.

A Whether I said anything?

Q Yes, whether you said something.

A Well, I said: “Let’s go,” I remember I didn’t say anything else. I knew there were two women, but not, that is, I didn’t go with the intention of killing the women, and we left.

Q With regard to the shots you took and the 3 people, of the two additional people who entered the house with you, how many dead people did you see there in the little house before you left?

A 4. I saw Chino, Teresa, Junito Cuajo, and William Curé, Willie Care, he’s called, they call him.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Q Your Honor, may we approach the Clerk?

THE COURT:

Yes, sir.

PROSECUTOR:

Your Honor, we're going to request permission to have the witness approach the ladies and gentlemen of the jury...

THE COURT:

Like this, have him approach...

PROSECUTOR:

...from the... UNINTELLIGIBLE...for his testimony.

THE COURT:

Mr. Witness. Go ahead.

PROSECUTOR:

Regino, I'm going to show you what has been marked as Exhibit number 1 of the prosecution so that you may examine it and, with it, identify for the ladies and gentlemen of the jury the bodies identified in the photos. Who are they?

A This is Chino, this is Junito Cuajo, this is Willie Care.

BY THE PROSECUTOR:

Q Which one was the one you identified as Junito Cuajo, so that it can be shown to the ladies and gentlemen of the jury?

A This is Junito Cuajo.

Q I'm going to show you Exhibit... may I approach her again?

THE COURT:

Yes, on the left.

PROSECUTOR:



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Regino, in Exhibit 2, could you identify for the ladies and gentlemen of the jury the people who you see there?

A Here is Teresa, this is Junito Cuajo, and Willie Care.

BY THE PROSECUTOR:

Q You may sit in your seat once again.

THE COURT:

Go ahead, Prosecutor.

BY THE PROSECUTOR:

Q Regino, how long were you inside the little house from these two events that I'm going to give you; from the moment Miguel kicks the door until the moment you leave the house? After having opened fire. More or less, how much time passed between those 2 events? If you could specify, if not...

A I don't know, about 8, 9, or 10 minutes, because I left and went back in.

Q Your Honor, may I approach, with the Counsels from the Defense, for a brief moment? Please.

THE COURT:

Yes, sir.

**...OFF THE RECORD...**

THE COURT:

Marshal, are there snacks? It's alright. Well, we're going to go into recess. It's alright, but we'll continue today. Okay. Alright. Let's go into recess so that the ladies and gentlemen of the jury can have their snack and we will be back in a short while. Uh, I will remind the ladies and gentlemen of the jury that you may not discuss the facts of this case amongst yourselves or with any other person. Should anyone attempt to do so, you must decline and immediately tell the Court. You may go to your snacks.

CERTIFIED TRANSLATION

COURT MARSHAL

All rise, please.

THE COURT:

...UNINTELLIGIBLE...the Counsels at this moment.

MR. FARINACCI:

Nothing, Your Honor. At 4:00?

THE COURT:

Given the time, we will return at 4:05.

COURT MARSHAL

With it being 3:40, the Court will recess until 4:05 in the afternoon.

**...COURT RECESS...**

COURT MARSHAL:

...UNINTELLIGIBLE...in the Courtroom, everyone rise, please remain in absolute silence.

THE COURT:

Alright. I'd like to ask the Counsels whether they have anything to present before we call the jury into the Courtroom.

MR. FARINACCI:

Nothing, Your Honor.

PROSECUTOR:

Nothing, Your Honor.

THE COURT:

Bring in the jury. Alright. The members of the jury have entered the Courtroom, tell me, Counsels from the Defense and the Prosecution, whether you agree that the jury is that same and that it is complete?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

PROSECUTOR:

That's right, Your Honor.

MR. FARINACCI:

That's right.

THE COURT:

Alright. Let's continue with the direct examination by the Prosecutor, go ahead Counsel.

PROSECUTOR:

With the permission of the ladies and gentlemen of the jury and Your Honor...

THE COURT:

Yes. The session is resumed. Go ahead.

BY THE PROSECUTOR:

Q Regino, could you tell the ladies and gentlemen of the jury what, where your wife, Yesenia Figueroa, was when you left Reymond's house in the hours of the night? When you left at 11:00.

A At Rey's house. There was Yesenia Figueroa.

Q Alright. Where was she when you were carrying out the search for the weapons and when you distributed the weapons?

A Also in the house.

Q You told the ladies and gentlemen of the jury that you were there between 8 and 9 or 10 minutes, more or less, between the events that I indicated...

A Uh-huh.

Q ...during the course of everything that happened in the house and your participation. Do you recall that information?

A Yes.

Q Regino, around how many times did you open fire, if you could specify for us? Approximately. We're not asking for the exact number.

A My handgun had 14 rounds, I fired all 14.

Q Your Honor, let it be stated for the record that we propose to identify a piece of evidence we are showing the Counsels of the Defense beforehand.

MR. FARINACCI:

You may mark it as an Exhibit, we have no objection to it being marked as an Exhibit.

THE COURT:

Indicate it as such.

CLERK OF COURT:

It would be People's Exhibit 32A and 32B.

BY THE PROSECUTOR:

Q Regino, you are being given what has been marked as Exhibit 32A and 32B of the Prosecution so that you may examine it and tell the ladies and gentlemen of the jury whether you recognize that Exhibit.

A Yes.

Q That exhibit that you have in your hands, how is it related to the Taurus 9-millimeter handgun that you used to open fire at the little house in Piñones?

Q It's the same one.

Q It's the same one. Alright. You may hand it to the Clerk. The period of time you pointed out to the ladies and gentlemen of the jury, the 8, 9, or 10 minutes and, what did you proceed to do, Regino?

A Well, after that occurred, after everything that... that I checked the door, well I said: "Let's go," and we left. And that's where we proceeded to get on the truck. Uh, I kept the shirt on at all times until we got to the truck. And when we got to the truck, we got on it in the same positions



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

and we left.

Q Which route did you take from the Piñones sector in relation to the one you took when you went...? Where you pointed out that you encountered the entire area of the traffic jam and the people walking.

A Well, when we left, well we made a turn... we exited through the same street, we made a turn to the right as if going to Loiza. When we arrived, and crossed the Loiza bridge, the “Falcó”[1], well there’s a street on the right-hand side, we went into that street that leads to Canóvanas. An old street leading to Canóvanas. Upon arriving nearly at the end, well we had to turn around because the bridge had fallen. The bridge was being repaired and there was no bridge to cross to the other side. We had to turn around and go through the, by the front of the Loiza Hospital up to the light and go through, directly toward #65. Pass in front here, continue until 65 and turn and arrive at Rey’s house. At Parcelas Falú there in...

Q Who arrived there at Reynaldo Figueroa’s house once again?

A Rey, me, Miguel, and Ronald.

Q Could you identify for the ladies and gentlemen of the jury what the person you identify as Reynaldo Figueroa is like?

A Yes. He’s skinny, measures about 5’10”, has an afro, very low cut, a bit of a mustache...

PROSECUTOR:

Your Honor, we are going to show the Counsels from the Defense a photo of Mr. Reynaldo Rivera Figueroa and the Counsels have pointed out that they have no objection to it being admitted as evidence.

THE COURT:

Alright. Mark it as an exhibit.

[1] Phonetic



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

PROSECUTOR:

It would be Exhibit 33 of the Prosecution.

THE COURT:

Ms. Clerk, yes ...UNINTELLIGIBLE... if you need water or any medication at any point, you can tell us, and in the case that you are in pain, tell us immediately. Go ahead.

BY THE PROSECUTOR:

Q Allow me, Regino, you have been shown what has been marked as Exhibit 33 of the Prosecution, so that you may tell the ladies and gentlemen of the jury whether you recognize the person shown in that photo.

A That's Reynaldo.

Q That's Reynaldo?

MR. FARINACCI:

Show it to the jury, please.

THE COURT:

Alright. Uh...

PROSECUTOR:

Let's, let's...

MR. FARINACCI:

...UNINTELLIGIBLE...

PROSECUTOR:

...UNINTELLIGIBLE... so we don't have to do it again...

THE COURT:

Alright. Alright.

CERTIFIED TRANSLATION

PROSECUTOR:

I think we'll better take advantage of our time.

MR. FARINACCI:

...UNINTELLIGIBLE...show it to this other...

THE COURT:

Alright.

BY THE PROSECUTOR:

Q Alright. Regino, while the Clerk marks the other Exhibit, Regino, tell the ladies and gentlemen of the jury what the individual who you identify as Ronald Coto is physically like?

A Well, Ronald is, he's not very light-skinned. He has black hair, not very short. He has a thick mustache, he's skinny, uh... measures about 5'10", something like that. 5'10".

Q It's alright. Alright. We're going to show you what has been marked as Exhibit 34, so that you may examine it and tell the ladies and gentlemen of the jury whether you recognize the person shown in that Exhibit. Who is that?

A That is Ronald Cotto.

Q Alright. Then let's, Your Honor, at the request of the Counsels from the Defense...

THE COURT:

Alright. Show it.

PROSECUTOR:

...it should be 2, both...UNINTELLIGIBLE...to the ladies and gentlemen of the jury.

THE COURT:

Alright. Show the 2 of them at the same time so that each person may look at one and look at the other and so on. Yes, go ahead, Prosecutor.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

BY THE PROSECUTOR:

Q Alright, Regino, could you tell the ladies and gentlemen of the jury what you did once you arrived at Reynaldo Figueroa's house?

A Well, there we spent some time talking about what happened and then well...

Q And what were you talking about? For the purposes of the question, what were you talking about?

A What happened regarding the deaths and, who, who had gone down and I said that I saw Teresa, who was on the floor, you understand? I and I said: "She must have caught a bullet." And there, well we kept talking about who had fallen on the floor and who were dead or were alive. We spent time talking about that. And afterward, about an hour later...

Q Sorry to interrupt you, Regino. Ronald Cotto, what did Ronald Cotto do during the events that you narrated for the ladies and gentlemen of the jury?

A Well, when we arrived at the house, Ronald began talking about everything that happened. Then, well he was saying that he had shot at a horse thinking it was someone who had come out; then I told him that I would call Crespo Morales at his house to tell him what happened and there I decided, well to call his house.

Q Alright, Regino, how was Ronald's participation being recounted when you were together there at Rey's house?

A How?

Q Yes.

A Well, that, that we had left him outside and he was desperate because he heard the gunshots and didn't know what was happening. Whether it was them shooting at us or us shooting at them. Then, well, as soon as we, when we were leaving, well a gunshot was heard and I thought that someone had come out of the door. Then, I asked him and he said: "I



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.