saw something passing by here." Then, when I started looking, well it was a horse.

Q When, when who started looking?

A Me, I started looking.

Q Uh-huh.

A And I saw that it was a horse. And I told him he was crazy for shooting at a horse. Then, well they were laughing and saying, they were waiting for the news to see what they would say.

Q Okay. You say that, more or less, after a period of one hour during which you were talking about what you had done, you decided to contact the defendant?

A Yes, Crespo. Crespo.

Q And why did you want to contact him?

A To tell him what happened and how many dead there were.

Q What means of communication did you use to contact Crespo Morales?

A Phone. Since there was a phone at Rey's house, then that's where I called from.

Q What is the defendant's phone number that you called?

A 887-8444.

Q How did you know that phone number?

A Because he had given it to me and I asked my wife for it, because I had him on a beeper.

Q Alright. Tell the ladies and gentlemen of the jury on how many occasions you called the defendant by phone prior to that morning of July 4, 1994.

A I had called him around 3 or 4 times. I didn't call him by phone at home very often.

Q Alright. Tell the ladies and gentlemen of the jury, how did that call to the defendant

happen?

A Well, when I called Crespo to tell him **what happened**, his son picked up the phone, he was known as "Bebi" and he told me that his dad was sleeping. And I, so as to not tell him what happened over the phone, I told him to tell him that they were triplets and that I'd go over to the house tomorrow.

MR. FARINACCI:

Excuse me, Your Honor.

THE COURT:

Yes, sir. Go ahead.

BY THE PROSECUTOR:

Q Regino, while each of you were at Rey's house commenting on what you aw there in that little house in Piñones, where was your wife at that moment?

A In the living room.

Q And where were you discussing all of that?

A In the living room.

Q Why, for what reason did you say that they were triplets and you didn't say ***specifically what happened? **(Defense objected the admission of the term triplets.)**

A Well, since he had a federal ankle monitor, well I didn't know whether they were recording with the machine, through the phone, well I couldn't say what happened. I just said: "Triplets," because I thought that...

MR. FARINACCI:

We object. We will approach the bench.

THE COURT: **The court rules that the term triplets is relevant and goes to the jury.)**



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Go ahead. What happens is that he is answering a pertinent question, uh...

MR. FARINACCI:

It's alright.

THE COURT:

Go ahead, Prosecutor.

BY THE PROSECUTOR:

Q Okay. About how much...? After the phone call, what did the 4 of you and Yesenia do?

A Well we were there talking for a while more and we drank some beers and each one went home, at around 3:00 in the morning.

Q And who stayed? Who left and who stayed at Reynaldo Figueroa's house?

A Well, Miguel and Ronald left. Then, Rey and I stayed there, my wife, we stayed there. Uh, my wife and Rey's wife, who was in the house.

Q You told the ladies and gentlemen of the jury that, as part of the information you gave to the son of the defendant...

A Uh-huh.

Q ...you told him that you'd go over there tomorrow, to his house.

A Yes.

Q Tell the ladies and gentlemen of the jury whether you went to the defendant's house.

A Yes, I went to his house, to Crespo Morales's.

Q When did you go to the house?

A Well, it was morning, it was 3:00 in the morning. Then, well when it dawned, I got up at around 1:00, around that time. Then at around 6:00,

when it was getting dark, that's when we went up there to Río Grande. To The Three "T" of Río Grande. Then, well...

Q Alright. What was the purpose of going to the defendant's house?

A The purpose of going to the defendant's house, Crespo Morales's, was to talk there in person about what happened and how it happened. And who were, and who was dead. And that's why we decided to go to Crespo's house the next day.

Q Who went to the defendant's house the next day?

A Well, I went, my wife, Yesenia Figueroa went, I went, Rey went...uh, he and Miguel went.

Q What did you do there at the defendant's house?

A Well, when we got there...

Q Sorry, excuse me for withdrawing the question. The house that you went to, how is it connected to the one that you've already identified in the photos admitted as evidence?

A It's the same one.

Q The same house?

A Yes, the same one.

Q What did you do there, once you arrived?

A Well, when we arrived, well when I got to the house, Crespo was drinking, he had music playing and he was playing pool. That's what, when I arrived that's what they were doing.

Q Okay. When you got there, what did you do?

A Well, Rey started drinking, Ronald and Miguel drank very little and I didn't drink. Then, my wife spent some time downstairs, on the second level, I mean, on the first level below and she went up because she was upset. And there, well we spent a while talking and Ronald was telling Crespo what happened and then, that was when Crespo told me that I had been shown, that my name had been shown on the news.

Q Who told you that?

A Crespo told me, and he told me to go to where I was living in case the cops dropped by there or something. And we waited about an hour, 2 hours, and then we left. I left with…

Q Sorry to interrupt you, Regino, what was the mood like there, while all of you were there spending time together at the defendant's house?

A We were celebrating. Celebrating the deaths of the ones who had died. That was the mood there.

Q In relation to that, to the suggestion the defendant gave you, that you should move from the place where you were living because your name was shown on the news, what did you do?

A Well, when I got to Villa Prades, well that same day the truck we got to commit the murders, Ronald had talked to Yiye's wife and Yiye...

MR. FARINACCI:

Objection. Is that based on his own personal knowledge?

THE COURT:

Yes, witness, you can testify about what you know. If it's that it was told to you, you can't testify, unless the Prosecutor wishes...UNINTELLIGIBLE...your statements, then you should say it. Go ahead.

BY THE PROSECUTOR:

Q Regino, in relation to those arrangements that Ronald made, what happened?

A Well, he talked to Crespo's wife.

MR. FARINACCI:

I want to know whether it was in his presence.

THE COURT:

If it wasn't in your presence, remember that you cannot testify.

BY THE PROSECUTOR:

Q Regino, in relation to those arrangements that Ronald made, what happened? What did you do? In relation to those arrangements that Ronald was making, what did you proceed to do?

A Well, he began the arrangements, well I collected my things, um, all of my belongings and I went to Cidra. I went in the 4X4 truck that we used for the murders, and he went in the van. We went to Cidra.

Q And at which location did you arrive there?

A Well, when we got to Cidra, well it was already, it was a house that I had previously gone to.

Q That you had previously gone to that house?

A Yes.

Q Whose house is that, Regino?

A It was... that house was previously rented and there lived, lived... lived Yiye's ex-wife, Crespo's.

Q The defendant?

A Yes.

Q Who gave you access to that house?

A Ronald, whop was the one who had the keys.

Q How long were you living in that structure?

A Approximately 2 weeks.

Q Could you tell the ladies and gentlemen of the jury what the house you were staying at in the Cidra area was like?

A Yes, in front of the house there was an alcoholic beverage business and a convenience store...

Q Uh-huh.

A ...uh, the house had one level. It has a fence made of concrete and bars. Uh, a

garage and an ample porch. It has an aluminum curtain and it has a grass garage on the left-hand side. The front windows are made of glass, the rest are aluminum and it was orange by, the fence was orange and the house was also orange. And the back had a large yard.

PROSECUTOR:

Your Honor , we've shown the Counsels from the Defense 3 photos related to the house that the witness is testifying about, and the Counsels have pointed out that they have no objection to them being admitted as evidence.

THE COURT:

Very well. Mark them as a People's Exhibit.

CLERK OF COURT:

Alright. It would be People's Exhibit 35A to 35C.

THE COURT:

Go ahead.

BY THE PROSECUTOR:

Q Regino, I am showing you what has been marked as Exhibit 35 of the Prosecution, I'd like to ask whether you recognize what that photo illustrates.

A Yes.

Q What does the photo show us?

A Well, the house I was talking a moment ago. The, the fence in concrete and bars, which is orange. The house, the... the curtain that's made of aluminum, and the house that, based on what I can see, was being painted and, but it still has an orange part.

Q While you were living at the house, was it just like this, with 2 colors?

A No.

Q Or was it entirely one color?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A No, it was all of it.
Q What color?
A Orange.
Q I'm going to show you what has been marked as Exhibit 35B, so that you may tell the jury what that Exhibit illustrates.
A Well, this is the side of the house I was talking about a moment ago. Here there's a street that goes toward the back, the side of the house.
Q Very well. I'm going to show you what has been marked as Exhibit 35C so that you may tell the jury whether you recognize what that Exhibit illustrates.
A This is the business I mentioned a moment ago, which is in front of the house.
Q Alright. You may give the photos to the Clerk. Regino, why did you spend such little time there in the Cidra area. just those 2 weeks?
A The reason why I spent such little time in Cidra is because Ronald was telling his friends there what happened in Piñones and there were rumors that the Police was going to drop by and I, well, decided to move from there.
Q Where did you move to?
A To Río Grande.
Q Where was Yesenia living during that time when you were living in that house in Cidra?
A With me.
Q With you?
A Yes.
Q Alright. After you left the house in Cidra, where did you go?
A Well, when we left the house in Cidra, we went to Río Grande, to the Cuchillas sector. My stepfather's mom lives there...

CERTIFIED TRANSLATION

Q Uh-huh.
A ...and that's where I was staying.
Q Alright. And at what location were you staying in that area?
A At first, I was staying in the house...
Q Uh-huh.
A ...but since I thought that if the Police dropped by, they would maybe search the house, well I was staying in my truck, my own van.
Q Regino, what was that vehicle like? Describe it to the jury.
A Well, the van was a Ford 350, uh, completely covered, ...UNINTELLIGIBLE..., 4 doors. 2 on the sides and 1 on the side that's a double door, white.
Q And the sector where you were staying in that truck, was it in the ...UNINTELLIGIBLE...?
A Cuchillas.
Q La Cuchilla?
A The Cuchilla sector.
Q And that sector, where is it located?
A That one is on a route for going up to the Camp ...UNINTELLIGIBLE... on the road.
Q That's to say, it leads out of what sector?
A From the Camp ...UNINTELLIGIBLE...
Q From what? Where? From which town?
A In Río Grande, the Penal Camp of ****(name)
Q Okay. And how, what facilities did that truck that that allowed you to live inside of it?
A I would only use it to sleep.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Q And where did you sleep?
A Inside of the van.
Q Right, but did you have something in the van to sleep on?
A Well, I had a large mattress, I had a television set and a fan and clothing and me and my wife Yesenia's belongings.
Q On August 2, 1994, in the morning, at approximately 4:00, at 4:00 in the morning, where were you, Regino?
A Inside the van.
Q Who was with you at that moment?
A Yesenia Figueroa, my wife.
Q While you 2 were inside the van that day, on August 2, 1994, what happened there?
A Well, around that time, well since I had just arrived at 3:00 in the morning and hadn't slept well, then I could hear voices; then they were knocking around the truck and there were flashlights, lights. And that's when they said that it was the Puerto Rico Police and to come out of the truck. Well, when they said that, well they had the truck surrounded and I stored the handgun and came out. And when I came out, well it was the Puerto Rico Police, and they recognized me by my tattoos. Because they lifted my shirt and the only thing I heard was: "This is the one." And they put handcuffs on me and then they put them on my wife, and they searched the van and found the handgun.
Q What did the Police find, which weapon did they find?
A The black 9-millimeter Taurus.
Q Was there any other evidence that they found there that you know of?
A No. And magazines, clips.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.