CERTIFIED TRANSLATION

Q You never spoke with them on the phone?
A Never.
Q They didn't tell you...?

PROSECUTOR:

We object to that, Your Honor, because he's saying that he never spoke with the deceased individuals in this case.

MR. FARINACCI:

I can...

THE COURT:

He can try to refresh his recollection as part of the cross-examination.

MR. FARINACCI:

Q I ask you if you ever had a telephone conversation with the individuals who died in this case and these persons, you wanted to make peace and these persons, one of them told you: "I don't trust you." And the other one told you, he yelled, yelled at you: "I don't trust you." And the other one told you: "Regino, you're not a man to be trusted." I ask you if you were present in that telephone conversation.
A Never.
Q Never?
A I never spoke with them.
Q I have no further questions for the witness, Your Honor.

THE COURT:

Thank you very much, Counsel. You may proceed, Prosecutor, if you have any questions.

PROSECUTOR:

If Your Honor could give us 10 minutes, I think we could wrap up our notes and...



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

THE COURT:

Very well.

PROSECUTOR:

... we promise Your Honor that we're going to be very brief on redirect.

THE COURT:

Excuse me, Mr. Marshal.

**...OFF THE RECORD...**

THE COURT:

Okay. We need to take a recess anyway for the refreshments of ... of the ladies and gentlemen of the Jury. Let's take it now and then, well, naturally, we will proceed until we are completely finished with the witness. I remind the ladies and gentlemen of the Jury that you must not talk among yourselves about the facts of this case, nor with any other person, and if anyone should attempt to do so, you must reject them and notify it immediately to the Court. You may go ahead and have your refreshments.

COURT MARSHAL:

All rise, please.

THE COURT:

Do Counsels have anything to raise at this time?

PROSECUTOR:

Nothing, Your Honor, Prosecutor's Office.

THE COURT:

Very well. Just to remind Counsels, the plan is to finish with the witness, which the Prosecutor has announced will be brief in this, and then we will recess until tomorrow at 9:00 in the morning, when we will begin with another witness, which is the Prosecutor who

participated...

PROSECUTOR:

We have already made the arrangements, Your Honor. We already have the witness available for tomorrow, both for the morning and for the afternoon.

THE COURT:

And so that they know whose witness it is, who it is, Counsels for the Defense, and then another witness will be heard in the afternoon, since we know that tomorrow it will be the Pathologist, and we will make every effort to finish with those witnesses. Uh, I ask the Prosecutor, once we are done with those witnesses, how many witnesses do you have left for next week?

PROSECUTOR:

3, Your Honor, but we understand that those 3 witnesses worked with the dedication and care that we have put into this case, and I believe that their testimony can be presented this Monday, for the 3 of them, because 2 of them are relatively short and we believe that the one that could take a little longer would be that of Mr. Ernesto Berríos, which is... UNINTELLIGIBLE...

THE COURT:

Court recess until exactly at a quarter to four.

COURTROOM MARSHAL

All rise, please. It being 3:26 minutes, the Court will recess.

**...COURT RECESS...**

COURTROOM

The Court resumes its proceedings. Please remain completely silent.

THE COURT:



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Very well. I ask if Counsels have anything to raise before bringing the Jury in.

PROSECUTOR:

No, Your Honor.

MR. FARINACCI:

Nothing, Your Honor.

COURTROOM MARSHAL:

All rise, please.

THE COURT:

Welcome again into the Courtroom, ladies and gentlemen of the Jury. Alright. I ask Counsels for the Defense and the Prosecution if they agree that it is the same Jury and that it is complete.

MR. FARINACCI:

That's right.

PROSECUTOR:

We agree, Your Honor.

THE COURT:

You may be seated. We are in the redirect for the Prosecutor. Please proceed with your witness.

PROSECUTOR:

Q Yes, with the permission of the ladies and gentlemen of the Jury. Good afternoon, Regino.
A Good afternoon.
Q Regino, you pointed out to Counsel for the Defense on several occasions that there were a couple of reasons why you killed Juanito Cuajo, Willie Care, and Chino.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Do you remember that you answered that on several occasions to Mr. Farinacci?

A Yes.

Q Very well. Tell the ladies and gentlemen of the Jury the reasons that you had to kill those people.

A They were partly my reasons because of events that had taken place and the shootings, and the murder attempts against me, and that of Crespo's brothers.

Q And regarding the death of Crespo's brothers, who had hired you to execute those people?

A Crespo.

Q You remember that counsel read you, using Exhibit number 2A of the Defense, a condition that you had while you were on probation in Humacao.

A Yes.

Q Very well. You remember that there was a phrase that read: "Furthermore, you shall not engage in criminal conduct, nor shall you associate with individuals known for their participation in illegal activities while you are receiving the benefits granted to you by law." Do you remember?

A Yes.

Q Very well. The relationship that you maintained with the defendant and your association with him, were you in compliance with this condition?

A No.

Q Why weren't you in compliance with that condition when you were associating with the defendant?

A I was committing criminal acts.

Q Explain to the ladies and gentlemen of the Jury what the procedure was whereby, despite the fact that you had to be under the jurisdiction of the Humacao Superior



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Court, how is it that you arrive at San Juan to be supervised? Was it that you came because you felt like it or how was that process?

A Well, the staff at the Humacao Probation Office called the offices in San Juan, of the Judicial Center, and they contacted the Probation Offices and they agreed that since I was reporting to my probation appointments, because I was at the Crea [program] and it was in Juncos, but since I was in the process of asking them to transfer my probation appointments to San Juan, well, they decided that it was better because my case was in San Juan. And that's how they transferred my case there, that way.

Q Alright. And you... Tell the ladies and gentlemen of the Jury if you were attending that supervision procedure there in San Juan.

A Yes.

Q Alright. The officers of both Humacao and San Juan were aware of your situation and of where you were living.

A Yes.

Q You recall that Counsel for the Defense used a judgment from Judge Bárbara Santiorezo ordering the dismissal of one of the cases that you had in San Juan until you were arrested and apparently she also issued a fugitive warrant. Do you remember that Counsel for the Defense asked you about that?

A Yes.

Q Tell the ladies and gentlemen of the Jury where were you, physically, where were you on March 29, 1995?

A In prison.

Q Where?

A At the federal detention center.

Q Where?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A There, in Buchanan.

Q Very well. Tell the ladies and gentlemen of the Jury since when you have been in the custody of federal authorities.

A For one year and 4 and a half months.

Q Who are the people in charge...?

MR. FARINACCI:

Objection.

THE COURT:

[State] you objection.

MR. FARINACCI:

I will approach the bench.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.