CERTIFIED TRANSLATION

THE COURT:

Alright. In other words, that you already have it.

PROSECUTOR:

Already, yes.

THE COURT:

Alright. Thank you very much for your patience. I ask counsels for the Defense and the Prosecution if they agree that it is the same Jury and that it is complete.

PROSECUTOR:

That's right, Your Honor.

MR. FARINACCI:

That's right.

THE COURT:

You may be seated. Go ahead ...UNINTELLIGIBLE...

PROSECUTOR:

Q Very well. Regino, tell the ladies and gentlemen of the Jury why if you remember the first time that you testified about the events that ocurred on the fourth of July of nineteen ninety-four, the first time that you testified in a proceeding similar to the way in which the proceedings have been carried out here.

A In the Virgin Islands.

Q Against whom did you testify in that proceeding?

A Against Crespo, the defendant.

Q Do you remember the testimony that you gave in that proceeding in the Virgin Islands?

A Yes. I do remember.

Q Very well. Tell the ladies and gentlemen of the Jury whether in that proceeding in



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

the Virgin Islands you testified about the place where you met with the defendant and where you received the order to kill the individuals that you pointed out.

A Yes.

Q Tell the ladies and gentlemen of the Jury whether in that proceeding in the Virgin Islands you stated the name of the place where you met with the defendant.

A Yes, I mentioned it.

Q What was the name that you mentioned in the proceeding in the Virgin Islands?

A Lucio Restaurant.

Q Do you remember the questions that Counsel Farinacci asked you regarding the steps that were taken at the cockpit, whose name you don't know, but you know more or less how to get there, in connection with the event to kill Cristóbal and the other individuals?

A Yes.

Q Tell the ladies and gentlemen of the Jury whether you mentioned, testified about that event in that proceeding in the Virgin Islands.

A Yes, I testified.

Q Tell the ladies and gentlemen of the Jury whether in that proceeding in the Virgin Islands you gave the reasons why you participated in the murder of these three individuals.

A Yes, I gave the reasons.

Q What were the reasons that you gave there?

A Due to the death of Crespo's brothers, and due to my own problems.

Q Tell the ladies and gentlemen of the Jury whether in that proceeding in the Virgin Islands you talked about who had given you the bullets that you used in the early morning hours on the fourth of July of nineteen ninety-four; you, Rey, Miguel, and Ronald.

CERTIFIED TRANSLATION

A Yes, and Crespo.

Q Alright. What did you tell... What did you testify at that time with regard to who had been the person who gave you those bullets?

A Yes, I talked about that.

Q But who had given them to you?

A Crespo.

Q Tell the ladies and gentlemen of the Jury whether in that proceeding in the Virgin Islands you testified about the people who had participated with you in these events.

A Yes, I testified about the persons.

Q Tell the Jury who where the individuals that you testified in that statement in the Virgin Islands that had participated with you in these events.

A Rey, Ronald, Miguel, and Crespo.

Q Tell the ladies and gentlemen of the Jury whether in that proceeding in the Virgin Islands you provided any information about the weapons that you and the indidivuals who were accompanying you used in the early morning hours of the fourth of July.

A Yes, I gave information.

Q Tell the ladies and gentlemen of the Jury whether you described the weapons carried by each of the individuals who entered the little house there.

A Yes, I described the weapons.

Q Tell the Jury whether you stated in that proceeding, it was the first time that you testified under oath about these events, the source of the nine-millimeter weapon that Miguel had.

A Yes, I testified as to who the weapon belonged to.

Q Whose weapon did you say Miguel had in that proceeding in the Virgin Islands?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A Crespo's.

Q Regino, you told Counsel Farinacci that you did not receive any money for executing the contract that the defendant had given you. Do you remember that question?

A Yes, I remember it.

Q Can you describe to the ladies and gentlemen of the Jury how was your relationship with the defendant?

A How was the relationship?

Q Yes, how was the relatiohsip. In other words, what benefits did you get from that relationship?

A Well, we had a friendship ... we were friends, uh ... but when I needed something, well I would ask him for it, and, if he had it, well he would give it to me.

Q And what was it that you would ask for, what was it that you needed occasionally that you would ask for it and that the defendant would give it to you?

A Money. If I needed bullets, I would ask him for them, and if I needed something else, a weapon, well I would ask him for it.

Q In the proceeding where you testified in the Virgin Islands, what did you say about that very same thing you just stated?

A Exactly that.

Q You said in that proceeding that you had been hired, were you given any money to kill that person specifically?

A No.

Q Regino, if you can ... You pointed out to the ladies and gentlemen of the Jury that you came under the custody of the federal marshals approximately in October of nineteen ninety-four.

A Yes.

Q When did you give that statement regarding that event, was it after

or was it before?

A Before.

Q And can you tell the ladies and gentlemen of the Jury how is it that it took place before, if you were not in the custody of the federal marshals?

A How did I go there before?

Q Yes, how did you test ... how that statement of yours in the Virgin Islands was given before you were in the custody of federal authorities.

A Well, I was in prison and from there, I was transferred over there.

Q As for the sworn statement that you gave before the prosecutors of the Carolina Prosecutor's Office here in Puerto Rico, when did that statement of yours in the Virgin Islands took place? Whether it was before or after.

A The statements from, from here?

Q Yes. Considering the testimony that you provided in the Virgin Islands.

A After the one in the Virgin Islands.

Q In other words, the ladies and gentlemen of the Jury must understand that your testimony in the Virgin Islands was the first statement you gave.

A Yes, it was the first statement.

Q Do you remember that Counsel Farinacci asked you how much money you obtained for the operation of your drug point in ... in ... there in the Condadito Final area?

A Yes.

Q Do you know how much money did the defendant make ...?

MR. FARINACCI:

Objection, Your Honor. That wasn't part of the cross-examination.

THE COURT:

Objection sustained.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

PROSECUTOR:

May we, Your Honor?

THE COURT:

Go ahead.

PROSECUTOR:

May we approach with opposing counsels?

THE COURT:

Yes, sir.

**...SIDEBAR CONFERENCE...**

THE COURT:

Proceed, counsel.

PROSECUTOR:

Q Regino, regarding the proceeding that you had in San Juan, where the... the Judge's order stating the fugitive warrant appeared, tell the ladies and gentlemen of the Jury whether that case is included in the agreement that you have with the Department of Justice.

A Yes.

Q Regarding that event, what is the position that you're going to take regarding responsibility for that murder?

A Well, not to testify, and another sentence.

Q When you say another sentence, what do you mean?

A A twenty-year sentence.

Q In other words, you will plead guilty for that event.

A Yes.

Q Regino, using identification number two of the Defense, which you have already pointed out that it is the sworn statement that you gave before the authorities in Puerto Rico,



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

tell the ladies and gentlemen of the Jury whether in that statement you indicate the reasons why you participated in the murder of three people at the house in Cantera, I'm sorry, at the house in Piñones.

A Yes.

Q Yes?

A Yes.

Q And can you locate the information that you gave in your sworn statement about that event and read it to the ladies and gentlemen of the Jury?

...UNINTELLIGIBLE... the page to speed up the proceedings?

THE COURT:

Yes, sure. Go ahead.

PROSECUTOR:

Q On page number three. The question begins, "before the events of the fourth of July took place, I want you to tell me what the motives were for taking those individuals' lives, if any."

A Uh-huh.

Q Read to the Jury what was the answer that you gave in your sworn statement.

A Well, I answered, "they shot at my wife, my house, and the death of Armando and Crespo-Morales' brothers."

Q Tell the ladies and gentlemen of the Jury whether you, in the sworn statement that you gave before the authorities in Puerto Rico, you identified the people who participated with you directly at the house in Piñones.

A Yes.

Q Page four, ...UNINTELLIGIBLE...

MR. FARINACCI:

I object to that question because it was not part of the cross-examination. We never asked him whether or not he had mentioned who participated with him in the killing in Piñones. He was never asked that.

PROSECUTOR:

He's talking about omissions, I'm talking about ...

MR. FARINACCI:

Yes, but he can, counsel can ...

THE COURT:

Approach the bench.

**...SIDEBAR CONFERENCE...**

THE COURT:

Very well. Proceed.

PROSECUTOR:

Q Yes, ...UNINTELLIGIBLE... we asked you whether you state in your sworn statement who were the individuals who participated with you in the events in Piñones.

A Yes. Yes.

Q Tell the ladies and gentlemen of the Jury who you say where the people who participated with you.

A ...UNINTELLIGIBLE...

Q Yes, from your ... from your sworn statement here in Puerto Rico. Regino, page four.

A Uh-huh. Who were the individuals who ...

Q Yes.

A Well, it was Rey, Miguel, and I.

CERTIFIED TRANSLATION

Q Tell the ladies and gentlemen of the Jury whether you provided any information regarding the place where you were living back then and the location where you indicated that you boarded the vehicle that you used.
A In Villa Prades, near Parcelas Falú.
Q That's what you say in your sworn statement.
A Yes.
Q Tell the ladies and gentlemen of the Jury whether you identify in your sworn statement the vehicle that you used and where the vehicle came from.
A We used a … in a white, small, crew cab 4x4 Toyota.
Q The prosecutor's question about whose truck was that.
A I know the owner by sight, but I don't know who he is. I know he's from the countryside, from Cidra.
Q Tell the ladies and gentlemen of the Jury whether you describe in your sworn statement the weapons that each of you had.
A Yes.
Q Read to the ladies and gentlemen of the Jury the description that you give in your sworn statement about the weapons that each of you had.
A I had a nine-millimiter …UNINTELLIGIBLE… Rey had a forty-five Colt, Ronald had a forty-five …UNINTELLIGIBLE… Miguel had a … a … millimeters Smith & Wesson.
Q Tell the ladies and gentlemen of the Jury whether you state in your sworn statement where you got the weapons that you used. Page five.
A Yes.
Q Read to the Jury what you indicate in your sworn statement here in Puerto Rico as to that specific detail, about where you got the bullets that were used.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A Most of them were provided to us by Juan Crespo-Morales, because we had some, but they were not enough; he provided us with forty-five and nine-millimeter [bullets].

Q Continue telling the Jury your answers to the questions that were subsequently asked.

A Uh-huh.

Q You were asked when was it that you were provided with those bullets. What was your answer?

A Uh-huh. "He gave his son permission and his son gave them to me days before."

Q As for the place where you were given those bullets, what was your response?

A "They handed them over to us at Yiye's sister or Yiye's aunt's house in Country Club."

Q Tell the ladies and gentlemen of the Jury whether you make any type of reference in your sworn statement about the fact that the defendant gave you information that these individuals where ...

MR. FARINACCI:

Objection; leading.

THE COURT:

Sustained.

PROSECUTOR:

Q What information do you provide in your sworn statement about the person who gave you information about where these people were?

A "That Yiye Crespo told us that they used to hang around Loíza and Piñones."

Q You are reading this from your sworn statement.

A Yes.

Q Tell the ladies and gentlemen of the Jury whether you, in your sworn statement