provides any kind of information regarding Junito Guao, ...UNINTELLIGIBLE... and Chino's boss.

A Yes.

Q What information did you provide, Regino?

A "And you're going to see their boss, the boss of the dead."

Q Tell the ladies and gentlemen of the Jury the next answers that you provide in that regard.

A Uh-huh. After that question?

Q Yes.

A Yes.

Q Tell them if you were asked whether you were familiar with that little house.

A Because I lived there.

Q Tell the ladies and gentlemen of the Jury whether you provided any information about who owned that little house.

A Cristóbal Ramos-Sánchez.

Q Tell the ladies and gentlemen of the Jury whether you provided any information regarding the efforts you made to look under, under the ... the gap between the door and the wooden frame of the house.

A Yes.

Q What information did you provide in your sworn statement, Regino?

A "The four of us got out [of the car] and checked through ... through the kitchen door, along the edge, through a crack at the bottom, and we were checking what the situation was and how many people were inside the house. I specifically checked first and I could see that William Curet, Junito Cuajo, and Chino, and the three girls, were there."

Q Tell the ladies and gentlemen of the Jury whether you provided any information



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

in your sworn statement about the plan that you made there once you arrived regarding the manner and means by which you were going to get into the house.

A Repeat the question.

Q Whether you provided any information in your sworn statement regarding, with specific details, how you were going to get into the, into the little house, and what each one was going to do.

A Yes.

Q Read it to the ladies and gentlemen of the Jury.

A "I'm the one who gives the order to get into the house, but we left Ronald in the right-hand door in case anyone would get out through there. Miguel went first because he was the one who was going to break down the door, and he was the one who yelled 'police!,' and I was behind, and Rey was behind me."

Q Tell the ladies and gentlemen of the Jury whether you provided any type of information in your sworn statement regarding what happened once you entered the house.

A Yes.

Q Tell the ladies and ... I mean, read the ladies and gentlemen of the Jury the information you provided.

A "When we walked in, Juanito Cuajo was on the left. He took the first hits from Miguel. William was in front of me in the hammock with one of the girls; the magazine of my gun came out slightly and it wasn't firing. Then I went outside angry because the gun wasn't firing, and they remained inside firing shots. When they come out and say, 'let's go,' I say, 'no, there must be someone alive there,' and when I go inside I see William Curet alive, who lunged at me and tried to grab my gun. I fired and he fell on the ... on the bedroom next to Junito Cuajo. I started looking around and I saw Teresa over to the right. I knew there was someone else in the bathroom, but we didn't go there. What Rey and I were using to cover our faces was their shirts, which were hanging outside."

Q Tell the ladies and gentlemen of the Jury whether you provided any information



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

regarding the dresses [sic] that you had with the women who were inside the house.

A Yes.

Q Read the ladies and gentlemen of the Jury what you stated.

A "The young lady who died, Chino used her as human shield and we weren't going to kill the other two."

Tell the ladies and gentlemen of the Jury if you provided any type of information in your sworn statement regarding the call that you made to the defendant.

A Yes.

Q Read to the ladies and gentlemen of the Jury what you testified to the prosecutors from Carolina.

A "Cristóbal and Miguel left and we stayed the night. That same night I called Yiye on the phone and I ... he was asleep and I told him what I had done, and if I recall correctly, the phone number is 887-8444. I had the number on my pager and it ... seems to me that that's the number. His son told me he was sleeping, and I told him that I would be going there tomorrow."

Q Tell the ladies and gentlemen of the Jury whether you provided any type of information in your sworn statement regarding the meeting held in the afternoon following the deaths, about what you said, that you were celebrating the death of ...UNINTELLIGIBLE...

A Yes.

Q Read to the ladies and gentlemen of the Jury the information you provided regarding that event.

A "When I arrived at the house, they were drinking and listening to music and playing pool. He asked me how that had happened and he told me that my name was mentioned in the news, to leave where I was living."

Q Tell the ladies and gentlemen of the Jury whether you provided any information in your sworn statement about the people who gathered there at the defendant's house to celebrate



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

the deaths.

A Yes.

Q Read it to them.

A "There was Miguel, Ronald, Yiye, Yiye's wife and son, and Rey. My wife was upstairs and she waws dying to leave."

Q Do you remember the question that Counsel Farinacci asked you regarding the fact that at a certain point you talk about Yiye Correa in your sworn statement?

THE COURT:

The question is whether you recall that you were asked that question.

A Yes.

THE COURT:

Proceed.

PROSECUTOR:

Q What explanation do you have for the name Yiye Correa appearing in your sworn statement, when you pointed out that you don't know that person?

A Well, ... uh ... I believe it must have been a mistake because I don't know Correa.

Q Alright. Look on page four of your sworn statement, the last line, which was the question that Counsel Farinacci asked you. When there is a reference to Yiye Correa, who were you referring to?

A To the defendant, to Crespo.

Q And the reference to Yiye Correa within your sworn statement, what was being referred to at that time? When Yiye Correa's name is mentioned in your sworn statement, what were you talking about at that time, in your statement?

A About Crespo.

Q Yes, but regarding what subject?

A About Yiye and the name, Crespo.

Q Yes, but Regino, we're taking you to page number four, the last sentence where that reference is made. Have you read it?

A Yes.

Q Alright. The reference to Yiye Correa relates to what part of what you have told the ladies and gentlemen of the Jury?

A To the nine-millimeter that Miguel had.

Q That you had repeatedly pointed out to the ladies and gentlemen of the Jury ...

A That ...

Q ... in relation to who had supplied you that weapon.

A Crespo, Yiye.

Q Regino, tell the ladies and gentlemen of the Jury why you agreed to testify against the defendant.

THE COURT:

Why?

PROSECUTOR:

Yes.

MR. FARINACCI:

Objection. That .. that question was not part of the cross-examination.

PROSECUTOR:

Your Honor, he has raised numerous incidents in order to challenge the credibility of the witness. We're asking him about the reasons that he has.

MR. FARINACCI:

Yes, but what happens is that he has not stated ...



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

THE COURT:

...UNINTELLIGIBLE... the question.

PROSECUTOR:

Q Regino, lastly, tell the ladies and gentlemen of the Jury how many years you're going to serve for your participation in the deaths of these three people.

A Thirty years.

Q And you will serve them at home?

A In prison.

Q No further questions, Your Honor.

MR. FARINACCI:

I have ...

THE COURT:

Thank you very much, counsel.

MR. FARINACCI:

... two or three about that.

THE COURT:

Pardon me?

MR. FARINACCI:

Two or three questions.

THE COURT:

Alright. Counsel's recross. Proceed.

MR. FARINACCI:

Q Mr. Regino, I want to ask you if you are the person who went to testify to Saint Thomas.

A St. Croix; yes, it was me.

Q To Saint Croix, it's you.

A Yes.

Q So, the person who testifies in Saint Croix is the same person whose record has become known today. Isn't that right? It is the same person.

A Yes.

Q Alright. And I'm asking you what's going on, aren't you proud of being Puerto Rican, because you say ... ?

PROSECUTOR:

Objection, Your Honor.

THE COURT:

Stop the testimony. Remember, counsel, that you have been given instructions. You know exactly the ones that you are entitled to ask at this moment. It's not about comments; you have to ask questions.

MR. FARINACCI:

Well, I'm going to ask him the question.

Q Look, when questioned by the prosecutor, you said that you gave all the information to the federal agents, and you gave little information to the ones from here, to the local agents, the ones from here.

PROSECUTOR:

What ... what is the question? What is the question?

MR. FARINACCI:

Q How do you explain that?

A How do I explain that?

Q Yes.

A I gave information to them and to the ones from here too, but ...

Q You gave them more.

CERTIFIED TRANSLATION

PROSECUTOR:

But Your Honor, he should ask him ...

THE COURT:

Answer.

Q There are still some procedures that don't ... I mean, I can't explain.

THE COURT:

Alright. Proceed.

MR. FARINACCI:

Q Alright. What you mean to say is that when you face a prosecutor that speaks Spanish, because the one over there spoke English ...

A Yes.

Q Alright. You gave... you swore that you would tell everything you knew about these events in this sworn statement.

A Yes.

Q Right? And I ask you if you forgot all those details, was it that you forgot or is it that ... or is it that you think that the ones ... that since those ones speak English they're bigger, they need to be given more information?

THE COURT:

Go ahead with your question.

MR. FARINACCI:

Q Alright. My question is, is it that you ...?

PROSECUTOR:

Your Honor, ...

MR. FARINACCI:

Q I ask you again, why did you omit all that information here?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

THE COURT:

We must understand that you're withdrawing the first question and you're asking that one now.

MR. FARINACCI:

Q Was it that you forgot, or is it that, since it is a story, sometimes you remember things and sometimes you don't?

THE COURT:

Is that the question?

MR. FARINACCI:

Yes.

THE COURT:

Yes. Proceed.

A The federal agents, well, they asked me several questions; then at the state level, well, they asked me certain questions.

MR. FARINACCI:

Q Alright. I'm going to give you an example, let's see. Let's see an example. You say that the meeting at Lucio's Restaurant was the first time that you saw Mr. Crespo.

A Yes.

Q And that it was the first time that the subject of murdering these people was discussed.

A Yes.

Q Alright. See if you tell a different story here. See if ...



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Ink Stamps]

**OFFICIAL USE**

**CERTIFICATION**

I CERTIFY that the foregoing is a true and exact copy of the original document existing on file and that it was issued at the request of:

*Idza Díaz-Rivera (Dept. of Justice)*

☐ UPON PAYMENT OF FEES

☑ FOR OFFICIAL USE, FEE-EXEMPT

APPLICATION NO. *6,832*

Given in Hato Rey, Puerto Rico, today

**JUN 17 2026**

**LOURDES FARÍA-DE GRACIA**

PROGRAM DIRECTOR
DOCUMENT ADMINISTRATION

By: [Signed]




I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.