CERTIFIED TRANSLATION

COMMONWEALTH OF PUERTO RICO
COURT OF FIRST INSTANCE
CAROLINA SUPERIOR COURT

THE PEOPLE OF PUERTO RICO *
*
V. * CASE NO.: FVI 95 G0096 (0202)
*
JUAN CRESPO-MORALES * CRIME AGAINST LIFE
*
DEFENDANT-APPELLANT *
*
*******************************

FILED
OFFICE OF THE CLERK
CIRCUIT COURT OF APPEALS
'98 JUN 29 P 4:11

TRANSCRIPTION OF HEARING ON THE MERITS

TAPE # 17

Continuation and End of Testimony of
Regino Burgos-Torres
Beginning of Testimony of Witness
Yesenia Figueroa-de la Rosa, p. Tape 17 p. 19

Melba González
Court Reporter
Tel. 753 6999

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

MR. FARINACCI:

Q Check whether in this sworn statement ...

PROSECUTOR:

...UNINTELLIGIBLE...

MR. FARINACCI:

Excuse me, ...

PROSECUTOR:

...UNINTELLIGIBLE...

THE COURT:

...UNINTELLIGIBLE... Will you withdraw it?

MR. FARINACCI:

No, no, I'm going to tell him.

Q Tell me whether in that sworn statement you tell the prosecutor that the first time you saw Crespo and the first time that it is discussed, see if that matches what you said, that the first time that the death of the people you killed was discussed was on the first or the second of July. I'll look it up. Alright. Here, on page three. The prosecutor asks you.

A Yes.

Q Read the question that the local prosecutor asked you.

A "Where was this matter discussed and who was present prior to your taking action?"

Q Alright. And what was your answer?

A "First, we had spoken at Crespo-Morales' house ...

Q On what date?

A Huh?

Q See if ...



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

PROSECUTOR:

...UNINTELLIGIBLE...

MR. FARINACCI:

Q Read it, read it.

THE COURT:

Please finish reading it.

A ... at Crespo-Morales's house that they were hanging out around Piñones, and then when we went to commit the murders, that we headed down toward the end street in a parking lot."

MR. FARINACCI:

Q Very well. You, the question was where this matter was discussed and who was present prior to taking action, and you say first. What do you mean by first?

A First.

Q Yes, first.

A The matter we're talking about, what I'm saying here.

Q That action was going to be taken and those persons were going to be killed. What happened first? First what?

A First, we had spoken.

Q At whose house?

A Crespo's.

Q And do you know on what date ...?

PROSECUTOR:

...UNINTELLIGIBLE... read the entire sentence because counsel is taking out of context the full content of the statement with the first name of first [sic]. He should read it in its entirety so that the ladies and gentlemen of the Jury can understand the entire



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

content of the answer.

THE COURT:

Yes, read the sentence.

A It says, “first, we had spoken at Crepo’s house that they were hanging out around Piñones, and then when we went to commit the murders, that we headed down toward the end street in a parking lot.”

MR. FARINACCI:

Alright. I’d like to ask you if that’s the same version that you have stated here, that first, that the first thing that happened was that they gathered at Crespo’s house, or if what you said is that the first meeting was in Lucio’s Restaurant in March.

A The first meeting about what we talked about, those facts that I mentioned now are of ... at Crespo’s house.

Q Alright. I ask you, witness, ... Alright. I ask you, witness, if you testified to the ladies and gentlemen of the Jury that the first meeting was at Lucio’s Restaurant in May.

A Yes.

Q Alright. And there’s nothing about that here.

A No.

Q Very well. And I ask you if ... uh ... see if the prosecutor asked you a question about that meeting that you say under oath that was held in March. Check to see what your answer was. Read the question. It’s page four. Read it aloud.

A The prosecutor’s first?

Q Yes, the question.

A “More or less before the fourth of July, when was it that this meeting took place?

Q When was it?

A That meeting.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Q Uh-huh.
A "Around the beginning of July, on the first or the second."
Q Very well. I ask you if that's the only meeting that you refer to in that sworn statement that you describe, where you say that the decision to kill them was made there, at the meeting.
A No, that's not the only meeting.
Q Very well. I ask you, please hand me the sworn statement to see whether you state further down that in that meeting ... I ask you what the other question of the prosecutor is, the next one, next one, next one.
A "What specific agreements were reached there when you spoke?"
Q Alright. And what agreement was reached?
A To kill them whenever they were caught.
Q Alright. Then I ask you what, I mean, what version is the true one.
A You know ... all of them are true, we met up several times.
Q All of them are true; that's what you say. I ask you, witness, ...

PROSECUTOR:

That's not what he said. All of them are true ...UNINTELLIGIBLE...

THE COURT:

...UNINTELLIGIBLE...

MR. FARINACCI:

Q Alright. You have said here that the initial meeting was at Lucio ... ...UNINTELLIGIBLE... and whatnot, alright. I'd like to ask you, witness, if you are sure that you knew or that you were fully aware of the details about Mr. Crespo's brothers.
A The details?
Q Yes. You knew more or less, didn't you say that you knew Armando?
A Yes.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Q And you knew Cucho, you knew there were two.

A Yes.

Q Alright. And I ask you if that information regarding the details about Mr. Crespo's life, if it's just that a relative of yours has been providing you that information in jail.

A No.

Q No?

A No.

Q Alright. So, then I ask you if you knew that there were two brothers, I ask you what your answer was in your sworn statement in relation to this, about the brothers. Alright. Check to see. According to you, Crespo had two brothers.

A Yes.

Q And I ask you if you found that out later; if you have sent people, "look, go find out ..."

PROSECUTOR:

He already answered that. He asked him a question and he answered.

MR. FARINACCI:

Q Alright. I ask you if what you have just stated in the courtroom, after a long time, is the same thing that you testified to the prosecutor.

PROSECUTOR:

In relation to what matter ...?

MR. FARINACCI:

About Crespo's brothers ...

PROSECUTOR:

It is an overly broad question.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

MR. FARINACCI:

About Mr. Crespo's brothers.

THE COURT:

Alright. Answer the question.

A Yes, about the fact that I knew them.

MR. FARINACCI:

Q Alright. Well, I'm going to ...UNINTELLIGIBLE... Crespo's brothers were named Armando ...

A And Pucho.

Q Alright. You know that and you're certain of it now. Check to see if at that time, look at what you answered the prosecutor about ... here, and I want you to read it aloud. Here.

A Uh-huh.

Q That, see if that's what you told the prosecutor.

PROSECUTOR:

...UNINTELLIGIBLE...

THE COURT:

Alright. If it is about asking him ...

MR. FARINACCI:

...UNINTELLIGIBLE...

THE COURT:

One moment, one moment. If it is about what the document says, then by asking him the question ...UNINTELLIGIBLE... he's going to read it. Waith for that. Proceed.

MR. FARINACCI:

Q I ask you if what that line says was an answer to a question.

A "They shot at my wife, my house, and the death of Armando and Crespo's



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.