CERTIFIED TRANSLATION

brothers."

Q Alright.

A Armando and Crespo's brothers. Look, if you knew that his brothers were Armando and Pucho, why did you say Armando and Crespo's brothers? And I ask you if it's just that you still didn't have ...

PROSECUTOR:

But ...UNINTELLIGIBLE...

MR. FARINACCI:

Q Alright. If you knew that there were two brothers ...

PROSECUTOR:

But Your Honor, he should let him answer the one that is on the record.

THE COURT:

Alright. Must we understand that you're withdrawing the initial question, and you will ask a final one?

MR. FARINACCI:

Yes, a direct one.

THE COURT:

Proceed.

MR. FARINACCI:

Q If you knew, as you have testified here, that there were two brothers, why did you tell the prosecutor, "Armando and Crespo's brothers," if Armando is one of the ...

THE COURT:

...UNINTELLIGIBLE...

MR. FARINACCI:

...UNINTELLIGIBLE...

CERTIFIED TRANSLATION

PROSECUTOR:

But, Your Honor, ...

THE COURT:

Counsel!

MR. FARINACCI:

I'm sorry, Your Honor.

THE COURT:

Yes, proceed.

A "Armando and the brothers;" it's missing Pucho and it's not here.

MR. FARINACCI:

Q Crespo's.

A Crespo's.

Q Well, Armando is one of the brothers. Why didn't you say that Armando was one of the brothers?

A What? Armando?

Q You say, "Armando and Crespo's brothers." Why didn't you say Armando and Pucho, which were Crespo's brothers?

A I don't know. It was written like that.

Q It was written like that. And I ask you if the truth is that you didn't know Crespo, you were investigating and you didn't have the clear facts at that time, and that's why you give incorrect information.

THE COURT:

Your answer.

A No.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

MR. FARINACCI:

Q No. I ask you if that's how you stated it to the prosecutor, exactly as it is in the statement.

A Yes.

Q Exactly like that?

A Yes.

Q Alright. And what did you mean when you said Armando and Crespo's brothers?

A Well, because Armando's name is here and Pucho is missing, there are two brothers, Crespo's brothers.

Q And why didn't you say Armando "and Crespo's brother"?

A I don't know.

Q You don't know? You don't know?

THE COURT:

That's the answer.

MR. FARINACCI:

Q Alright. I ask you, witness, if you state that you knew everything ... um ... if you say that ... uh ... that you met with Crespo at Lucio's, it doesn't say that here.

PROSECUTOR:

That's repetitive, Your Honor.

MR. FARINACCI:

Yes, but it's ...

PROSECUTOR:

It's just that it is repetitive.

THE COURT:

...UNINTELLIGIBLE... has been instructed that everything that has been categorically

should not be asked again, and I ...UNINTELLIGIBLE... of this judge on many occasions.

MR. FARINACCI:

Q Alright. The truth is, witness, to wrap things up with you, because of the ... I ask you if because of the fact that you testified in one court and another, whether that shows that you're telling the truth. Because you testified in one or the other. Does that show that you're telling the truth?

THE COURT:

Your answer.

A Yes.

MR. FARINACCI:

Q Yes? In other words, ... And if you had testified in twenty different places, that ... does that mean that you're telling the truth?

A Yes.

Q I have no further questions for the witness.

PROSECUTOR:

There are no additional questions for the witness, Your Honor.

THE COURT:

Very well. Thank you very much, counsels, and thank you for your statement. You may step down.

MR. FARINACCI:

We have a question, we forgot one little question, just one.

THE COURT:

Very well. Proceed.

MR. FARINACCI:

Q Alright. I ask you, witness, you told the ladies and gentlemen of the



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Jury that you had testified in September in Saint Croix and here in April. I want to ask you if you forgot a few things. You forgot them, didn't you?

A A few things?

Q Yes.

PROSECUTOR:

He forgot them where, Your Honor, ...UNINTELLIGIBLE... ?

MR. FARINACCI:

A Whether it was that he forgot a few things.

THE COURT:

Right, but ... He forgot them with regard to which statement?

MR. FARINACCI:

Q Alright. I ask you, witness, about how many times, according to you, about how many times have you been visited by a relative in jail ... ?

PROSECUTOR:

...UNINTELLIGIBLE... Your Honor, that wasn't part of the ...UNINTELLIGIBLE...

THE COURT:

The question is not allowed. Proceed with ...

MR. FARINACCI:

Q Alright. I ask you, witness, how many times do you claim that you made a telephone call to Mr. Crespo at his house. Isn't it true that you said three or four?

A Yes.

Q Alright. And ten months later, when you give this statement about a place that you called three or four times, you say that you remember the phone number. I ask you if it was because it was brought to you, "look, this gentleman's phone number is such and such," or did you remember the number ten months later because you had called three times?



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

A No, it wasn't brought to me.
Q You remembered.
A I didn't remember ...
Q Because of three calls.

THE COURT:

Allow him to answer.

Q I didn't remember much. I, um ... I talked to my wife and I asked her, because she was the one who always had the pager.

MR. FARINACCI:

Q Okay! Fine. Your wife told you, she brought you that information in jail. Isn't it right?
A I asked my ...
Q Yes or no?
A ... I asked her.
Q And she told you, "Crespo's number is such and such," and isn't it true that not only did you memorize it, but you imagined that you had written it down.
A I ask ... When I asked her for the number, I was behind a glass ... through which nothing could be passed.
Q Alright. But then you heard it, and whether you wrote it down.
A I can't go out to visits with a pen, with anything at all.
Q Alright. Yes, but when the visitor leaves, you can go to your room and write it down.

PROSECUTOR:

...UNINTELLIGIBLE... what's the question, Your Honor.

MR. FARINACCI:

...UNINTELLIGIBLE...

THE COURT:

One moment. One moment. The question is whether you wrote it down.

A No, I asked her ...

THE COURT:

The answer is no. Very well, proceed.

MR. FARINACCI:

Q Alright. And the thing is that what you're testifying here now is that you remembered that number ten months later, not because you remembered Crespo's number, but because ...

PROSECUTOR:

...UNINTELLIGIBLE... it's repetitive because he had already asked him that.

THE COURT:

That question has been answered extensively and categorically. Very well.

MR. FARINACCI:

Q Listen, and what other information ... ?

THE COURT:

Excuse me, counsel, ...UNINTELLIGIBLE...

MR. FARINACCI:

Q And what other information about Mr. Crespo did your relatives bring you to give it to ... ?

PROSECUTOR:

Objection, Your Honor.

THE COURT:

Very well.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

PROSECUTOR:

It is not based on the Prosecution's redirect.

THE COURT:

Don't answer that question.

PROSECUTOR:

It wasn't part of it, Your Honor.

THE COURT:

Yes, we're clear about that. Proceed.

MR. FARINACCI:

I have no further questions.

THE COURT:

Very well. Thank you very much for your testimony. You may step down. The situation is the following, just to repeat it so that we are all clear on how we are going to conduct the proceedings.

Tomorrow we will be in the courtroom before nine to continue ... uh ... with a witness for the Prosecution and which is expected not to take longer than the morning, and in the afternoon, another witness for the Prosecution, probably the pathologist, which is expected not to take longer than the afternoon.

And so, the prosecutor informs us that they only have ... uh ... very few witnesses left, probably three. Tomorrow, once we finish with the witnesses for that day, depending on how circumstances develop, we will advise you as to the manner in which ... more or less, approximately the date when we will finish.

That's the situation. The General Marshal has been instructed to try to be as accommodating as possible with you so that there is ... so that you can somehow have some recreation, so he will explain that to you, about that matter.

CERTIFIED TRANSLATION

[Ink Stamps]

**OFFICIAL USE**

COMMONWEALTH OF PUERTO RICO
CENTRAL RECORDS OFFICE
GENERAL COURT OF JUSTICE

**CERTIFICATION**

I CERTIFY that the foregoing is a true and exact copy of the original document existing on file and that it was issued at the request of:

*Idza Díaz-Rivera (Dept. of Justice)* ☐ UPON PAYMENT OF FEES

☑ FOR OFFICIAL USE, FEE-EXEMPT

APPLICATION NO. *7,836*

Given in Hato Rey, Puerto Rico, today

**JUN 26 2026**

**LOURDES FARÍA-DE GRACIA**

PROGRAM DIRECTOR
DOCUMENT ADMINISTRATION

By: [Signed]

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.