Rachel Brill
Federal Public Defender

Franco L. Pérez-Redondo
Assistant Federal Public Defender
Supervisor, Appellate Division
USDC-PR No. G02414
Franco_Perez@fd.org

Jessica E. Earl
Assistant Federal Public Defender
USDC-PR No. 302613
Jessica_Earl@fd.org

241 F.D. Roosevelt Ave.
San Juan, PR 00918
(787) 281-4922

Counsel for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Juan M. Crespo-Morales,

Petitioner,

v.

Nicanor Caro-Delgado, et al.,

Respondents.

Case No. 16-cv-1755-PAD

**Motion for Leave to Reply to Respondents' Filing at ECF No. 138**

Under Local Civil Rule 7(c), Petitioner Juan M. Crespo-Morales respectfully requests leave to reply to Respondents' filing at ECF No. 138. The reply is at ECF No. 139.

On September 25, 2026, Mr. Crespo objected to Respondents' translation of Regino Burgos-Torres's trial testimony. ECF No. 136. The objections identified missing testimony, translation errors, and other defects that remained unresolved under the Court's order at ECF No. 133. Respondents filed a response on October 9, 2026, submitting for the first time the Spanish-language transcript they identify as the source of the translation. *See* ECF No. 138 & attachments. Their response offers explanations for the deficiencies, disputes the need for certain corrective measures, and acknowledges that some matters require further attention. *See* ECF No. 138 at 3-5. The proposed reply addresses those explanations, identifies the objections Respondents' filing resolves and the deficiencies that remain, and specifies the further production and corrections needed before supplemental briefing proceeds. The reply is confined to new matters raised in Respondents' October 9 response, was submitted within seven days of that filing, and does not exceed ten pages. *See* Loc. Civ. R. 7(c).

**WHEREFORE**, Mr. Crespo respectfully requests leave to reply to ECF No. 138

Dated: October 19, 2026.

Respectfully submitted,

Rachel Brill
Federal Public Defender

*/s/ Franco L. Pérez-Redondo*
Franco L. Pérez-Redondo
Assistant Federal Public Defender
Supervisor, Appellate Division

**CERTIFICATE OF SERVICE**

I certify that, on October 19, 2026, I electronically filed this pleading with the Clerk of Court using the CM/ECF system that will send electronic notification to all parties of record.

*/s/ Franco L. Pérez-Redondo*
Franco L. Pérez-Redondo
Assistant Federal Public Defender
Supervisor, Appellate Division